```
                         United States Bankruptcy Court
                            Middle District of Florida
In re:                                                             Case No. 17-09357-MGW
Zdravko Talanga                                                    Chapter 7
Darina Talanga
        Debtors                       CERTIFICATE OF NOTICE
District/off: 113A-8          User: kbrickner             Page 1 of 3           Date Rcvd: Nov 03, 2017
                              Form ID: 309B               Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
db/jdb         +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239014       +Adam Levine, Esq.,    1180 Gulf Boulevard,    Suite 303,    Clearwater, FL 33767-2755
27239015       +Anna Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239021        Chrysler Capital,    P. O. Box 660335,    Dallas, TX 75266-0335
27239023       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
27239024        Credit Collection Services,    725 Carlton Sr,    Norwood, MA 02062
27239025       +Cygram Heritage, LLLP,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239026       +Dennis McElrath,    PO Box 523,    Safety Harbor, FL 34695-0523
27239028       +EC Finance, Inc.,    2944 Saber Dr.,    Clearwater, FL 33759-1222
27239029       +Edita Pavlovic,    1114 85th Terrace North,    APT C,    Saint Petersburg, FL 33702-3311
27239030       +Elite Car Sales of Clrwtr,    1925 Dolphoine Dr,,    Belleair Bluffs, FL 33770-2069
27239031       +Elite Financial Edge LLC,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239032       +Elite Holdings, LLC,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239033       +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
27239036       +Flomac Enterprises, LLC,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27239038        Florida Dept. of Revenue,    Clearwater Service Center,    19337 US HWT 19 North,    Suite 200,
                 Clearwater, FL 33764-3149
27239039       +Floyd and Ruby McKenzie,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27239041       +Ford Motor Credit Co LLC,    c/o CT Corporation,    1200 South Pine Island Rd,
                 Plantation, FL 33324-4413
27239043       +GEICO INDEMNITY Company,    c/o Chief Financial Officer,    200 East Gaines St,
                 Tallahassee, FL 32399-6502
27239042       +Geico Indemnity CO,    5260 Western Blvd,    Chevy Chase, MD 20815-3799
27239044       +George W. Greer,    PO Box 1963,    Clearwater, FL 33757-1963
27239045       +Hancock Bank,    15500 Roosevelt Blvd.,    Suite 102,    Clearwater, FL 33760-3490
27239046       +Helen Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239047       +Home Depot,    PO 790328,    Saint Louis, MO 63179-0328
27239053       +Ivan Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239054       +Ivans Auto Repair, Inc.,    1925 Dolphoine Dr,,    Belleair Bluffs, FL 33770-2069
27239055       +Jeffrey Dowd, Esq.,    156 W. Robertson St,    Brandon, FL 33511-5112
27239056       +Jessica F. Watts, Esq.,    George G. Pappas, P.A.,    1822 North Belsher Rd,    Suite 200,
                 Clearwater, FL 33765-1400
27239057       +Joelle Schultz, Esq.,    13555 Automobile BLvd,    Suite 300,    Clearwater, FL 33762-3837
27239058       +Kass Law Firm,    Attn: Edward Prichard,    PO Box 800,    Tampa, FL 33601-0800
27239059        LAW OFFICE OF ROBERT ECKARD,    3110 Alt US Hwy 19 North,    Palm Harbor, FL 34683
27239062       +MB Fin Svcs,    PO Box 961,    Roanoke, TX 76262-0961
27239060       +Mabt - Genesis Retail,    Po Box 4499,    Beaverton, OR 97076-4499
27239061       +Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
27239064       +Mercedes Benz Financial Ser,    PO Box 5209,    Carol Stream, IL 60197-5209
27239066      ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,    JERSEY CITY NJ 07310-2603
                 (address filed with court: Northern Leasing Syste,     132 W 31st St Fl 14,    New York, NY 10001)
27239065       +Nicholas Hoban,    2940 West Bay Dr.,    Apt. 502,    Belleair Bluffs, FL 33770-2672
27239067       +Panos Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239068       +Parc Investment Services Cor,    c/o Dennis McElrath,    PO Box 523,
                 Safety Harbor, FL 34695-0523
27239069       +Pat Margas,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239071       +Pinellas County,    Office of Human Rights,    400 S. Fort Harrison Ave.,
                 5th Floor Attn: Lisa Postell,    Clearwater, FL 33756-5113
27239070        Pinellas County,    Office of Human Rights,    Attn Lisa Postell,    400 S. Harrison Ave., St 500,
                 Clearwater, FL 33756
27239072       +Roy Melita,    8786 Baywood Park Dr.,    Seminole, FL 33777-4624
27239075       +Stephen G. Watts, Esq.,    300 Turner St,    Clearwater, FL 33756-5327
27239076       +Sunshine Auto Group, LLC,    c/o Ivan Talanga,    1925 Dolphin Dr.,
                 Belleair Bluffs, FL 33770-2069
27239083       +The Talanga Family Irre Trst,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239084       +The Talanga Family Trust,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239085       #Villa Anna Assisted Living,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf-hrd@donicalaw.com Nov 03 2017 22:13:43      Herbert R Donica,
                 Donica Law Firm PA,    307 South Boulevard, Suite D,    Tampa, FL 33606-2177
tr             +EDI: BCRCHANEY.COM Nov 03 2017 22:13:00      Carolyn R. Chaney,    PO Box 530248,
                 St. Petersburg, FL 33747-0248
ust            +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Nov 03 2017 22:14:46
                 United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                 Tampa, FL 33602-3949
27239012       +E-mail/Text: bankruptcy@rentacenter.com Nov 03 2017 22:15:02      Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
27239013       +Fax: 727-445-6301 Nov 03 2017 22:57:22      Achieva Cu,    10125 Ulmerton Rd,
                 Largo, FL 33771-3532
27239016       +EDI: APPLIEDBANK.COM Nov 03 2017 22:13:00      Applied Bank,    Po Box 17125,
                 Wilmington, DE 19850-7125
```

```
District/off: 113A-8          User: kbrickner              Page 2 of 3                  Date Rcvd: Nov 03, 2017
                              Form ID: 309B                Total Noticed: 74
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
27239017       +E-mail/Text: legal_bankruptcy@badcock.com Nov 03 2017 22:13:50      Badcock Furn,
                 900 Missouri Ave., North,    Largo, FL 33770-1812
27239018        EDI: CAPITALONE.COM Nov 03 2017 22:13:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
27239019        EDI: CCS.COM Nov 03 2017 22:13:00      CCS,   PO Box 607,   Norwood, MA 02062-0607
27239020       +EDI: CHASE.COM Nov 03 2017 22:13:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
27239022       +EDI: CHRM.COM Nov 03 2017 22:13:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
27239027        EDI: IRS.COM Nov 03 2017 22:13:00      Department of the Treasury,    IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
27239035        EDI: AMINFOFP.COM Nov 03 2017 22:13:00      First Premier Bank,    P. O. Box 5529,
                 Sioux Falls, SD 57117-5529
27239034       +EDI: AMINFOFP.COM Nov 03 2017 22:13:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
27239037        EDI: RMSC.COM Nov 03 2017 22:13:00      Floor & Decor,   PO 960061,    Orlando, FL 32896-0061
27239040       +EDI: FORD.COM Nov 03 2017 22:13:00      Ford Motor Credit CO,    PO Boz 6508,
                 Mesa, AZ 85216-6508
27239051       +E-mail/Text: collections@datamax.com Nov 03 2017 22:14:11      Interstate Credit Coll,
                 711 Coliseum Plaza Ct,    Winston Salem, NC 27106-5350
27239060       +EDI: PHINGENESIS Nov 03 2017 22:13:00      Mabt - Genesis Retail,    Po Box 4499,
                 Beaverton, OR 97076-4499
27239063        EDI: DAIMLER.COM Nov 03 2017 22:13:00      Mercedes Benz Credit,    P. O. Box 685,
                 Roanoke, TX 76262-0685
27239074        EDI: AGFINANCE.COM Nov 03 2017 22:13:00      Springleaf Financial S,    9600 66th St N Ste B,
                 Pinellas Park, FL 33782
27239073       +E-mail/Text: bankruptcy@bbandt.com Nov 03 2017 22:14:17      Sheffield Financial Co,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
27239077       +EDI: RMSC.COM Nov 03 2017 22:13:00      Syncb/floor & Decor,    PO Box 965036,
                 Orlando, FL 32896-5036
27239078       +EDI: RMSC.COM Nov 03 2017 22:13:00      Syncb/home Design Nahf,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
27239079       +EDI: RMSC.COM Nov 03 2017 22:13:00      Syncb/polaris Consumer,    Po Box 6153,
                 Rapid City, SD 57709-6153
27239080       +EDI: RMSC.COM Nov 03 2017 22:13:00      Syncb/sync Bank Luxury,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
27239081        EDI: RMSC.COM Nov 03 2017 22:13:00      Synchrony Bank/Polaris,    PO Box 965073,
                 Orlando, FL 32896-5073
27239082       +EDI: CITICORP.COM Nov 03 2017 22:13:00      Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27239052         Ioannis and Eva Tagaras,    2270 Lancaster Dr.,    FL 34624
27239049*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Centralized Insolvency Ops,
                 P. O. Box 21126,   Philadelphia, PA 19114-0326)
27239048*        Internal Revenue Service,    PO Box 80110,   Cincinnati, OH 45280-0110
27239050*        Internal Revenue Service,    Centralized Insolvency Opera,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 113A-8          User: kbrickner           Page 3 of 3              Date Rcvd: Nov 03, 2017
                              Form ID: 309B             Total Noticed: 74
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Herbert R Donica    on behalf of Joint Debtor Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com
              Herbert R Donica    on behalf of Debtor Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Zdravko Talanga** | Social Security number or ITIN | **xxx–xx–1533** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Darina Talanga** | Social Security number or ITIN | **xxx–xx–2382** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter | **7   11/2/17** |
| Case number: | **8:17–bk–09357–MGW** | | |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Zdravko Talanga | Darina Talanga |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1925 Dolphin Dr. Belleair Bluffs, FL 33770 | 1925 Dolphin Dr. Belleair Bluffs, FL 33770 |
| 4. | **Debtor's attorney** Name and address | Herbert R Donica Donica Law Firm PA 307 South Boulevard, Suite D Tampa, FL 33606–2177 | Contact phone 813–878–9790 Email:  ecf–hrd@donicalaw.com |
| 5. | **Bankruptcy Trustee** Name and address | Carolyn R. Chaney PO Box 530248 St. Petersburg, FL 33747 | Contact phone 727–864–9851 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                          page **1**

Debtor **Zdravko Talanga** and **Darina Talanga**  Case number **8:17–bk–09357–MGW**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: November 3, 2017 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **December 7, 2017 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.** *** | Location:<br><br>**Room 100–C, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: February 5, 2018**<br><br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/7/18** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from the date of filing** |
| | | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**  page **2**