UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Zdravko Talanga and
Darina Talanga

Case Number: 8:17-bk-09357-MGW

Chapter 7

Debtors,

_____/

## Application to Approve Employment of Attorney

The duly appointed trustee in the Chapter 7 case, Carolyn R. Chaney, applies for an order approving the employment of Allan C. Watkins, Esquire, and the law firm of Watkins Law Firm, P.A. under Section 327(a) of the Bankruptcy Code to represent and assist the trustee in carrying out the trustee's duties under the Bankruptcy Code. The attorney will render all legal services as may be required in this case, including but not limited to advising Trustee on legal matters, location and liquidation of Estate assets, exercise of Trustee's powers of avoidance, objection to claims as necessary, and objection to claims of exemptions as necessary.

After reviewing the facts and legal issues in this case, the trustee has concluded that the assistance of counsel is necessary to provide legal services to enable the trustee to discharge her statutory duties and will not duplicate the duties and services provided by the trustee. The trustee has selected this attorney because of his qualifications and numerous years of experience in bankruptcy matters. The attorney has agreed to seek compensation at the attorney's standard hourly rate, which is currently $450.00 but may change in the future, and reimbursement of reasonable and necessary expenses, subject to this Court's approval pursuant to the provisions of Section 330 of the Bankruptcy Code and Fed. R. Bankr. P. 2016.

To the best of the trustee's knowledge, the attorney has no connection with the debtors except that the attorney conferred with the Debtors on May 5, 2017 to discuss the Debtors financial problems, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except that the trustee has employed the attorney to provide similar legal services in other bankruptcy cases unrelated to this matter.

WHEREFORE, the trustee pray that the Court will enter an order approving the employment of Allan C. Watkins, Esquire, and the law firm of Watkins Law Firm, P.A. and grant such other and further relief as the Court deems appropriate.

DATED: November 8, 2017.

/s/Carolyn R. Chaney, Trustee
Post Office Box 530248
St. Petersburg, FL 33747-0248
Telephone: (727) 864-9851
Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Application was provided by electronic or U.S. Mail delivery on November 8, 2017, to:

Office of U. S. Trustee: USTPRegion21.TP.ECF@USDOJ.GOV

Debtors: Zdravko and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770

Attorney for Debtors: Herbert R. Donica, Esquire, Donica Law Firm PA, 307 South Boulevard, Suite D, Tampa, FL 33606; Email: ecf-hrd@donicalaw.com

Allan C. Watkins, Esquire, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602; Email: allan@watkinslawfl.com.

/s/ Carolyn R. Chaney, Trustee

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

Zdravko Talanga and
Darina Talanga

Case Number: 8:17-bk-09357-MGW
Chapter 7

Debtors,

_____/

### Declaration of Proposed Attorney

I, Allan C. Watkins, Esquire, declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. Sec. 1746, that the following statements are true and correct:

1. I am an attorney admitted to practice in the United States District Court for the Middle District of Florida;

2. I am a member of the law firm of Watkins Law Firm, P.A.

3. **I conferred with the debtors on May 5, 2017 to discuss the debtors' financial problems. The debtors have waived any potential conflict in writing and consent to my representing the trustee in this case.** Other than that conference with the debtors, neither I nor any member of the firm have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, and I do represent the trustee in other unrelated bankruptcy cases in which the trustee also serves as trustee.

4. Neither I nor any member of the firm holds an interest adverse to the estate.

5. Neither I nor any member of the firm (A) is a creditor, equity holder or insider, as defined by 11 USC §101(14); and (B) have, within two (2) years pre-petition, been a director, officer or employee of the debtor.

6. Neither I nor any member of the firm have an interest materially adverse to interest of the estate or any class of creditors or security holders, by reason of direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

7. The facts stated in this Declaration as to the relationship between other lawyers in my law firm and to the debtor, the debtor's creditors, other parties in interest, their respective attorneys and accountants, the United States trustee, other persons employed by in the office of the United States trustee, and those persons and entities who are defined as not disinterested persons in Section 101(14) of the Bankruptcy Code are based upon the results of my review of my firm's conflict check index system.

8. My law firm's client and adverse party conflict check index system is comprised of records regularly maintained in the course of business of the firm, and it is the regular practice of the firm to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I am one of the persons who keeps this system up-to-date, and I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

9. My firm has never represented the debtor.

EXECUTED this 7th day of November, 2017.

*/s/ Allan C. Watkins*
ALLAN C. WATKINS, ESQUIRE
Florida Bar Number 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215 / Fax: (813) 226-2038
Email: allan@watkinslawfl.com

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared ALLAN C. WATKINS, a shareholder in Watkins Law Firm, P.A., to me known to be the person described in and who executed the foregoing instrument and he acknowledged before me that he executed the same for the purposes therein expressed, who is personally known to me and who did take an oath.

WITNESS my hand and official seal in the County and State last aforesaid this 7th day of November, 2017.

Nancy Love Diamond
Notary Public (Print name)

*/s/ Nancy Love Diamond*
Notary Public (Signature)

My Commission Expires:



NANCY LOVE DIAMOND
Commission # FF 922002
Expires May 12, 2020
Bonded Thru Troy Fain Insurance 800-385-7019