**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Zdravko Talanga          Case No.: 8:17-bk-09357-MGW
  Darina Talanga          Chapter 7

            Debtors
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR COPIES**

**COMES NOW,** the undersigned, Fauzia Makar, Esq., as counsel for and on behalf of **The Law Offices of Robert Eckard & Associates, P.A**. (the "Creditor"), and hereby enters this Notice of Appearance in the above-captioned bankruptcy matter and pursuant to Federal Rules of Bankruptcy Procedure 2002, requests to be placed on the Master Mailing Matrix, and requests that all matters which must be noticed to creditors or any party in interest pursuant to Local Rule 2002-1 and 1007-2, be sent to the following address:

**THE LAW OFFICE OF ROBERT ECKARD & ASSOCIATES**
**3110 PALM HARBOR BOULEVARD**
**PALM HARBOR, FL 34683**

Dated this 8th day of November, 2017.

**LAW OFFICE OF ROBERT ECKARD**
**& ASSOCIATES, P.A.**

*/s/ Fauzia Makar_____*
☐ **ROBERT D. ECKARD, B.C.S.**
**FBN:  0162655**
**X FAUZIA MAKAR, ESQUIRE**
**FBN: 0072123**
**3110 Palm Harbor Blvd.**
**Palm Harbor, FL  34683**
**(727) 772-1941 Telephone**
**(727) 771-7940 Facsimile**
**Robert@RobertEckardLaw.com**
**Fauzia@RobertEckardLaw.com**

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically via CM/ECF or by U.S. Mail to the United States Trustee, Chapter 7 Trustee, Carolyn R. Chaney, and all parties listed on the attached Mailing Matrix on this <u>8th</u> day of November, 2017.

                **LAW OFFICE OF ROBERT ECKARD**
                **& ASSOCIATES, P.A.**

                **/s/ *Fauzia Makar*_____**
                ☐ **ROBERT D. ECKARD, B.C.S.**
                **FBN:  0162655**
                **X FAUZIA MAKAR, ESQUIRE**
                **FBN: 0072123**
                **3110 Palm Harbor Blvd.**
                **Palm Harbor, FL  34683**
                **(727) 772-1941 Telephone**
                **(727) 771-7940 Facsimile**
                **Robert@RobertEckardLaw.com**
                **Fauzia@RobertEckardLaw.com**