| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Wed Nov  8 15:51:59 EST 2017 | Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 | Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 |
| Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 |
| CCS<br>PO Box 607<br>Norwood, MA 02062-0607 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |
| Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Cygram Heritage, LLLP<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 |
| Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | EC Finance, Inc.<br>2944 Saber Dr.<br>Clearwater, FL 33759-1222 | Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 |
| Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| First Data<br>265 Broad Hollow R<br>Melville, NY 11747-4833 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 |
| Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 | Florida Dept. of Revenue<br>Clearwater Service Center<br>19337 US HWT 19 North<br>Suite 200<br>Clearwater, FL 33764-3149 |

Floyd and Ruby McKenzie
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Ford Motor Credit CO
PO Boz 6508
Mesa, AZ 85216-6508

Ford Motor Credit Co LLC
c/o CT Corporation
1200 South Pine Island Rd
Plantation, FL 33324-4413

GEICO INDEMNITY Company
c/o Chief Financial Officer
200 East Gaines St
Tallahassee, FL 32399-6502

Geico Indemnity CO
5260 Western Blvd
Chevy Chase, MD 20815-3799

George W. Greer
PO Box 1963
Clearwater, FL 33757-1963

Hancock Bank
15500 Roosevelt Blvd.
Suite 102
Clearwater, FL 33760-3490

Helen Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Home Depot
PO 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110

Interstate Credit Coll
711 Coliseum Plaza Ct
Winston Salem, NC 27106-5350

Ioannis and Eva Tagaras
2270 Lancaster Dr.
Clearwater, FL 33764-6530

Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Ivans Auto Repair, Inc.
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Jeffrey Dowd, Esq.
156 W. Robertson St
Brandon, FL 33511-5112

Jessica F. Watts, Esq.
George G. Pappas, P.A.
1822 North Belsher Rd
Suite 200
Clearwater, FL 33765-1400

Joelle Schultz, Esq.
13555 Automobile BLvd
Suite 300
Clearwater, FL 33762-3837

Kass Law Firm
Attn: Edward Prichard
PO Box 800
Tampa, FL 33601-0800

LAW OFFICE OF ROBERT ECKARD
3110 Alt US Hwy 19 North
Palm Harbor, FL 34683

MB Fin Svcs
PO Box 961
Roanoke, TX 76262-0961

Mabt - Genesis Retail
Po Box 4499
Beaverton, OR 97076-4499

Marinr Finc
8211 Town Center Dr
Nottingham, MD 21236-5904

Mercedes Benz Credit
P. O. Box 685
Roanoke, TX 76262-0685

Mercerdes Benz Financial Ser
PO Box 5209
Carol Stream, IL 60197-5209

Nicholas Hoban
2940 West Bay Dr.
Apt. 502
Belleair Bluffs, FL 33770-2672

(p)NORTHERN LEASING SYSTEMS INC
525 WASHINGTON BLVD 15 FLOOR
JERSEY CITY NJ 07310-1606

Panos Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Parc Investment Services Cor
c/o Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Pat Margas
5210 Webb Rd.
Tampa, FL 33615-4518

Pinellas County
Office of Human Rights
400 S. Fort Harrison Ave.
5th Floor Attn: Lisa Postell
Clearwater, FL 33756-5113

Pinellas County
Office of Human Rights
Attn Lisa Postell
400 S. Harrison Ave., St 500
Clearwater, FL 33756

Roy Melita
8786 Baywood Park Dr.
Seminole, FL 33777-4624

Sheffield Financial Co
2554 Lewisville Clemmons
Clemmons, NC 27012-8110

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Stephen G. Watts, Esq.
300 Turner St
Clearwater, FL 33756-5327

Sunshine Auto Group, LLC
c/o Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Syncb/floor & Decor
PO Box 965036
Orlando, FL 32896-5036

Syncb/home Design Nahf
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/polaris Consumer
Po Box 6153
Rapid City, SD 57709-6153

Syncb/sync Bank Luxury
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank/Polaris
PO Box 965073
Orlando, FL 32896-5073

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

The Talanga Family Irre Trst
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The Talanga Family Trust
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Villa Anna Assisted Living
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Carolyn R. Chaney +
PO Box 530248
St. Petersburg, FL 33747-0248

Herbert R Donica +
Donica Law Firm PA
307 South Boulevard, Suite D
Tampa, FL 33606-2177

United States Trustee - TPA7/13 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238

Internal Revenue Service
Centralized Insolvency Ops
P. O. Box 21126
Philadelphia, PA 19114-0326

Northern Leasing Syste
132 W 31st St Fl 14
New York, NY 10001

Springleaf Financial S
9600 66th St N Ste B
Pinellas Park, FL 33782

End of Label Matrix
Mailable recipients     79
Bypassed recipients      0
Total                   79