ORDERED.

Dated: November 09, 2017

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Zdravko Talanga and | Case Number: 8:17-bk-09357-MGW |
| Darina Talanga | Chapter 7 |

      Debtors,
_____/

**Order Authorizing Employment of Attorney**

THIS CAUSE came on for consideration, without hearing, upon the Application to Approve Employment of Attorney and Declaration of Proposed Attorney (Doc. No. 7).

The Court has considered the Application, together with the record, and finds that Applicant seeks to employ Allan C. Watkins, Esquire, of Watkins Law Firm, P.A., as attorney for the Trustee.

As no notice of hearing on the Application should be given and the above-named attorney is duly admitted to practice in this Court, the Court is satisfied that the employment is necessary and would be in the best interest of the Estate and that the case is one justifying the employment of said attorney. Accordingly, it is

**ORDERED** as follows:

1. The Trustee's Application to Approve Employment of Attorney is hereby APPROVED.

2. The Trustee be, and the same is authorized to employ Allan C. Watkins, Esquire, of Watkins Law Firm, P.A., as attorney for the Trustee.

3. Compensation of counsel is to be determined by Order of this Court upon properly submitted Application for allowance filed in compliance with FRBP 2016.

Trustee Carolyn Chaney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.