UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:17-bk-09357-MGW

Chapter 7

Zdravko Talanga
Darinia Talanga

Debtor(s)

## PROOF OF SERVICE

I HEREBY CERTIFY that pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1, a true and correct copy of Order Authorizing Employment of Attorney, Doc. No. 9, has been provided by electronic or U.S. Mail delivery on November 9, 2017, to:

Office of U. S. Trustee:  USTPRegion21.TP.ECF@USDOJ.GOV

Debtors:  Zdravko and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL  33770

Attorney for Debtors:  Herbert R. Donica, Esquire, Donica Law Firm PA, 307 South Boulevard, Suite D, Tampa, FL  33606; Email: ecf-hrd@donicalaw.com

Allan C. Watkins, Esquire, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL  33602; Email: allan@watkinslawfl.com.

/s/Carolyn R. Chaney, Trustee
Post Office Box 530248
St. Petersburg, FL 33747-0248
Telephone:  (727) 864-9851
Email: carolyn.chaney@earthlink.net