UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No.: 8:17-bk-09357-MGW
                                                          Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
OF THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A.**

TO:   The Florida Legal Advocacy Group of Tampa Bay, P.A.,
       c/o Adam S. Levine, Esq.
       1180 Gulf Boulevard, Suite 303
       Clearwater, FL 33767

     PLEASE TAKE NOTICE that Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through their undersigned counsel, pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, will examine documents to be provided by The Florida Legal Advocacy Group of Tampa Bay, P.A. on or before **5:00 p.m., December 5, 2017** at the offices of Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606. The Florida Legal Advocacy Group of Tampa Bay, P.A. is required to provide all documents listed on the attached **Exhibit A**. This examination is being taken for purposes of discovery, for use as evidence, and for such other purposes as are permitted under the applicable and governing rules. Document retrieval and copying charges will be reimbursed.

     *NOTE: Compliance can be accomplished by mailing or emailing the requested documents. Personal attendance is not necessary.*

                                             **DONICA LAW FIRM, P.A.**
Counsel for Debtors
307 South Boulevard, Suite D
Tampa, FL 33606
Telephone: (813) 878-9790
Facsimile: (813) 878-9746
Email: herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing has been furnished to the named addressees by regular U. S. Mail or the Court's CM/ECF system on the 16th day of November, 2017 to: The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o **Adam S. Levine, Esq.,** 1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767, email: aslevine@msn.com; **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, email: allan@watkinslawfl.com; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747, email: carolyn.chaney@earthlink.net; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

                                                       */s/ Herbert R. Donica*
                                                       Herbert R. Donica, Esq.

## EXHIBIT A

### YOU ARE COMMANDED TO PRODUCE AND PERMIT INSPECTION AND COPYING OF THE FOLLOWING DOCUMENTS OR OBJECTS:

1. All documents, records including but not limited, to electronically stored information concerning your representation of Zdravko Talanga and/or Darina Talanga in any legal matters from January 1, 2015 through to the present.

2. All documents, records including but not limited, to electronically stored information concerning your representation of any business entity in which Zdravko Talanga and/or Darina Talanga may have or had an interest in any legal matters from January 1, 2015 through to the present.

3. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the organization of entities or transfers of portions of the Talanga's interests in entities or businesses to other parties or entities including, but not limited to, Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Holdings, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth; and Michael Kastrenakes from January 1, 2015 through to the present.

4. Copies of all federal income tax returns for 2015 and 2016 for any entity in which Zdravko Talanga and/or Darina Talanga may have an interest either directly or indirectly.

5. Copies of all federal employment tax returns and Forms K-1, W-2 or 1099 for 2015 and 2016 in your possession for any entity in which Zdravko Talanga and/or Darina Talanga received payments of any kind.

6. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the formation any wills, trusts from January 1, 2015 through to the present.

7. All letters, correspondence, emails, facsimiles, documents and records relating to any communications between you, Zdravko Talanga and/or Darina Talanga regarding joint representation or collaboration with any other person or entity including, but not limited to Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth and Michael Kastrenakes.

8. Any correspondence or communications between you or your office and the Talangas.

9. Any correspondence or communications between you or your office and any third party regarding the Talangas or any of the named entities.

10. Copies of all waivers concerning joint representation of Zdravko Talanga and/or Darina Talanga and any other person or entity.