UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                               Case No.: 8:17-bk-09357-MGW
                                                                     Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM**
**ROBERTS, SEWARD, SPEED & COMPANY, P.A.**

TO:    Roberts, Seward, Speed & Company, P.A.
         c/o Richard Roberts, Registered Agent
         337 S. Plant Avenue
         Tampa, FL 33606

PLEASE TAKE NOTICE that Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through their undersigned counsel, pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, will examine documents to be provided by Roberts, Seward, Speed & Company, P.A., on or before **5:00 p.m., December 5, 2017** at the offices of Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606. Roberts, Seward, Speed & Company, P.A., is required to provide all documents listed on the attached **Exhibit A**. This examination is being taken for purposes of discovery, for use as evidence, and for such other purposes as are permitted under the applicable and governing rules. Document retrieval and copying charges will be reimbursed.

*Note: compliance can be accomplished by mailing or emailing the requested documents. Personal attendance is not necessary.*

**DONICA LAW FIRM, P.A.**
Counsel for Debtors
307 South Boulevard, Suite D
Tampa, FL 33606
Telephone: (813) 878-9790
Facsimile: (813) 878-9746
Email: herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the named addressees by regular U. S. Mail or the Court's CM/ECF system on the 16th day of November, 2017 to: **Roberts, Seward, Speed & Company, P.A.**; c/o Richard Roberts, Registered Agent; 337 S Plant Avenue, Tampa, FL 33606; The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o **Adam S. Levine, Esq.,** 1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767, email: aslevine@msn.com; **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, email: allan@watkinslawfl.com; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747, email: carolyn.chaney@earthlink.net; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.

## **EXHIBIT A**

### YOU ARE COMMANDED TO PRODUCE AND PERMIT INSPECTION
### AND COPYING OF THE FOLLOWING DOCUMENTS OR OBJECTS:

1. All documents, records including but not limited, to electronically stored information concerning your representation of any business entity in which Zdravko Talanga and/or Darina Talanga may have or had an interest in any legal matters from January 1, 2015 through to the present.

2. Copies of all federal income tax returns for 2015 and 2016 for any entity in which Zdravko Talanga and/or Darina Talanga has or had an interest either directly or indirectly.

3. Copies of all federal employment tax returns and Forms K-1, W-2 and/or 1099 for 2015 and 2016 for all entities that reference payments of any kind paid to Zdravko Talanga or Darina Talanga.