**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In Re:                                                              Case No.: 8:17-bk-09357-MGW
Zdravko Talanga and Darina Talanga                                   Chapter 7

Debtors,
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Samantha L. Dammer, attorney for Dennis McElrath, hereby enters her Notice of Appearance in the above-styled action. In accordance with Section 1109(b) of the United States Bankruptcy Code, Rule 2002 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, the undersigned hereby requests that all notices given or required to be given and all papers required to be served in this case, be given and served upon the undersigned attorney.

The undersigned respectfully requests the following be added to the Court's mailing matrix prepared in connection with this case:

Dated: November 27, 2017

## Certificate of Service

I hereby certify a true and correct copy of the foregoing was served on this 27th day of November 2017, on all parties receiving ECF e-service.

By: */S/ Samantha L. Dammer*
SAMANTHA L. DAMMER, ESQUIRE
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fax: (813) 466-7495
Attorney for the Creditor
sdammer@attysam.com