UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No.: 8:17-bk-09357-MGW
                                                    Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

### NOTICE OF CREDITOR ADDRESS CHANGE

TO:    Clerk of Court
          United States Bankruptcy Court
          Sam M. Gibbons United States Courthouse
          801 W. Florida Avenue, Suite 727
          Tampa, Florida 33602

PLEASE TAKE NOTICE that creditor currently listed as: Florida Department of Revenue, Clearwater Service Center, 19337 US HWT 19 North, Suite 200, Clearwater, FL 33764-3149 should be amended to reflect the following:

Florida Department of Revenue
6302 E. Martin Luther King Boulevard
Suite 100
Tampa, Florida 33619-1166

                                              **DONICA LAW FIRM, P.A.**
                                              Counsel for Debtors
                                              307 South Boulevard, Suite D
                                              Tampa, FL  33606
                                              Telephone:  (813) 878-9790
                                              Facsimile:  (813) 878-9746
                                              E-mail:  herb@donicalaw.com

                                              */s/ Herbert R. Donica*
                                              Herbert R. Donica, Esq.
                                              Florida Bar No. 841870

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished to the named addressees by regular U. S. Mail or the Court's CM/ECF system on the 27th day of November, 2017 to: **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747, email: carolyn.chaney@earthlink.net; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

                                            */s/ Herbert R. Donica*
                                            Herbert R. Donica, Esq.