UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                         Case No.: 8:17-bk-09357-MGW
                                                               Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**CERTIFICATE OF SERVICE OF**
**NOTICE OF COMMENCEMENT OF CASE TO ADDITIONAL CREDITOR**

I HEREBY CERTIFY that a true and correct copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines (Doc. 4) and Form 410 – Proof of Claim have been furnished by regular U.S. mail on the 29th day of November, 2017 to the following creditor listed below:

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065

**DONICA LAW FIRM, P.A.**
Counsel for Debtors
307 South Boulevard, Suite D
Tampa, FL  33606
Telephone:  (813) 878-9790
Facsimile:  (813) 878-9746
E-mail:  herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870