Filed Via Mail
DEC 01 2017

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

2 Pages Scanned by PA

**Herb**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Monday, November 20, 2017 8:47 PM |
| To: | ecf-hrd |
| Subject: | U.S. Bankruptcy Court, Middle District of Florida - Returned Mail Notice, In re: Zdravko Talanga, Case Number: 17-09357, MGW, Ref: [p-114808778] |
| Attachments: | R_P81709357309B0021.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

November 20, 2017

From: United States Bankruptcy Court, Middle District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Zdravko Talanga, Case Number 17-09357, MGW

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**United States Bankruptcy Court**
**Sam M. Gibbons United States Courthouse**
**801 North Florida Avenue, Suite 555**
**Tampa, FL 33602**</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

First Data
265 Broad Hollow R
Melville, NY 11747-4833

THE UPDATED ADDRESS IS:

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065

1

_____          11-29-2017
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.