## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of | Bankruptcy Middle Court |

Case Number: 8:17-BK-09357-MGW CH 7   Court Date: 12/5/2017  5:00 pm

IN RE: ZDRAVKO TALANGA and DARINA TALANGA


RLJ2017017537

For:
Herbert R. Donica, Esq.
DONICA LAW FIRM, P.A.
307 South Boulevard
Suite D
Tampa, FL 33606

Received by Robert L. Jones, Inc. on the 17th day of November, 2017 at 12:49 pm to be served on THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A., C/O ADAM S. LEVINE, ESQ., 1180 GULF BLVD, SUITE D, CLEARWATER, FL 33767.

I, Michael J. Gogola, do hereby affirm that on the **7th day of December, 2017** at **1:20 pm, I:**

CORPORATE - REGISTERED AGENT: served by delivering a true copy of the ATTORNEY LETTER DATED NOVEMBER 16, 2017; SUBPOENA FOR RULE 2004 EXAMINATION SCHEDULED FOR DECEMBER 5, 2017, AT 5:00 PM; NOTICE OF RULE 2004 EXAMINATION DUCES TECUM OF THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A., WITH EXHIBIT A with the date and hour of service endorsed thereon by me, to: THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A ADAM S. LEVINE, ESQ. as Registered Agent for THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A., C/O ADAM S. LEVINE, ESQ. 501 E. POLK STREET, ROOM 100C, TAMPA, FL 33602, and informed said person of the contents therein, in compliance with state statutes.48.081 3(a)

I certify that I am over the age of 18, and that I am not a party to nor interested in the outcome of the above entitled suit. I have been appointed by **Administrative Order** to serve Process in and for **Hillsborough County**, Florida. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true (F.S. 92.525).

Michael J. Gogola
Process Server No CPS93-690568

**Robert L. Jones, Inc.
P.O. Box 6415
Clearwater, FL 33758-6415
(727) 442-9269**

Our Job Serial Number: RLJ-2017017537

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle _____ District of _____ Florida _____

In re: Zdravko Talanga and Darina Talanga    Case No. 8:17-bk-09357-MGW
    Debtor
Chapter 7

TIME: 1:26 pm
DATE: 12-7-17
SERVER: [signature]
ID #: 059362056?
ROBERT L. JONES INC.

## SUBPOENA FOR RULE 2004 EXAMINATION

To: The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o Adam S. Levine, Esq.
1180 Gulf Boulevard, Suite 303 Clearwater, Florida 33767

*(Name of person to whom the subpoena is directed)*

☐ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE Donica Law Firm, P.A.<br>307 South Boulevard, Suite D<br>Tampa, Florida 33606<br>Facsimile: (813) 878-9746 | DATE AND TIME<br>December 5, 2017, 5:00 p.m. |
|---|---|

The examination will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

SEE ATTACHED - delivery by mail, email or facsimile is sufficient compliance by December 5, 2017

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/16/2017

CLERK OF COURT

_____    OR    Herbert R. Donica, Esq.
*Signature of Clerk or Deputy Clerk*           [signature]
                                    *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Zdravko Talanga & Darina Talanga _____, who issues or requests this subpoena, are:
c/o Herbert R. Donica, Esq.
307 South Boulevard, Suite D
Tampa, Florida 33606    herb@donicalaw.com    (813) 878-9790

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**RECORDS ARE DUE 10 DAY FROM THE DATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No.: 8:17-bk-09357-MGW
                                                                Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

      Debtors.
_____/

**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
OF THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A.**

TO:    The Florida Legal Advocacy Group of Tampa Bay, P.A.,
        c/o Adam S. Levine, Esq.
        1180 Gulf Boulevard, Suite 303
        Clearwater, FL 33767

      PLEASE TAKE NOTICE that Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through their undersigned counsel, pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, will examine documents to be provided by The Florida Legal Advocacy Group of Tampa Bay, P.A. on or before **5:00 p.m., December 5, 2017** at the offices of Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606. The Florida Legal Advocacy Group of Tampa Bay, P.A. is required to provide all documents listed on the attached **Exhibit A**. This examination is being taken for purposes of discovery, for use as evidence, and for such other purposes as are permitted under the applicable and governing rules. Document retrieval and copying charges will be reimbursed.

      *NOTE: Compliance can be accomplished by mailing or emailing the requested documents. Personal attendance is not necessary.*

2

**DONICA LAW FIRM, P.A.**
Counsel for Debtors
307 South Boulevard, Suite D
Tampa, FL 33606
Telephone:  (813) 878-9790
Facsimile:  (813) 878-9746
Email: herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the named addressees by regular U. S. Mail or the Court's CM/ECF system on the 16th day of November, 2017 to: The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o **Adam S. Levine, Esq.,** 1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767, email: aslevine@msn.com; **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, email: allan@watkinslawfl.com; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747, email: carolyn.chaney@earthlink.net; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.

# EXHIBIT A

### YOU ARE COMMANDED TO PRODUCE AND PERMIT INSPECTION AND COPYING OF THE FOLLOWING DOCUMENTS OR OBJECTS:

1. All documents, records including but not limited, to electronically stored information concerning your representation of Zdravko Talanga and/or Darina Talanga in any legal matters from January 1, 2015 through to the present.

2. All documents, records including but not limited, to electronically stored information concerning your representation of any business entity in which Zdravko Talanga and/or Darina Talanga may have or had an interest in any legal matters from January 1, 2015 through to the present.

3. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the organization of entities or transfers of portions of the Talanga's interests in entities or businesses to other parties or entities including, but not limited to, Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Holdings, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth; and Michael Kastrenakes from January 1, 2015 through to the present.

4. Copies of all federal income tax returns for 2015 and 2016 for any entity in which Zdravko Talanga and/or Darina Talanga may have an interest either directly or indirectly.

5. Copies of all federal employment tax returns and Forms K-1, W-2 or 1099 for 2015 and 2016 in your possession for any entity in which Zdravko Talanga and/or Darina Talanga received payments of any kind.

6. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the formation any wills, trusts from January 1, 2015 through to the present.

7. All letters, correspondence, emails, facsimiles, documents and records relating to any communications between you, Zdravko Talanga and/or Darina Talanga regarding joint representation or collaboration with any other person or entity including, but not limited to Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth and Michael Kastrenakes.

8. Any correspondence or communications between you or your office and the Talangas.

9. Any correspondence or communications between you or your office and any third party regarding the Talangas or any of the named entities.

10. Copies of all waivers concerning joint representation of Zdravko Talanga and/or Darina Talanga and any other person or entity.