**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,                    Case No.: 8:17-bk-09357-MGW

         Debtors.

_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Hancock Bank and pursuant to Section 1109(b) of the United States Bankruptcy Code, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Local Rule 2002-1, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following office and telephone number:

> Paul D. Watson
> Sivyer Barlow & Watson, P.A.
> 401 E. Jackson Street
> Suite 2225
> Tampa, Florida 33602
> (813) 221-4242
> pwatson@sbwlegal.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court, the Debtors or any other party, which effects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, the foregoing demand includes all plans and disclosure statements filed in this case by any party.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

/s/ Paul D. Watson
Paul D. Watson
Florida Bar No. 957224
SIVYER, BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
pwatson@sbwlegal.com
*Attorneys for Hancock Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2017, a true and correct copy of the foregoing was furnished by the Court's CM/ECF electronic mail system to all parties receiving ECF e-service in this case.

/s/ Paul D. Watson
Attorney