ORDERED.

**Dated:  January 02, 2018**

Michael G. Williamson
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:

Zdravko Talanga and                          Case Number:  8:17-bk-09357-MGW
Darina Talanga                               Chapter 7

      Debtors,
_____/

**Order Granting Amended Application to Approve Employment of Attorney**

THIS CAUSE came on for consideration, without hearing, upon the Amended Application to Approve Employment of Attorney and Declaration of Proposed Attorney (Doc No. 29).

The Court has considered the Application, together with the record, and finds that Applicant seeks to employ Allan C. Watkins, Esquire, of Watkins Law Firm, P.A., as attorney for the Trustee.

As no notice of hearing on the Application should be given and the above-named attorney is duly admitted to practice in this Court, the Court is satisfied that the employment is necessary and would be in the best interest of the Estate and that the case is one justifying the employment of said attorney.

ACCORDINGLY, it is

ORDERED as follows:

      1.      The Trustee's Amended Application to Approve Employment of Attorney is hereby APPROVED.

      2.      The Trustee is authorized to employ Allan C. Watkins**,** Esquire, of Watkins Law Firm, P.A., as attorney for the Trustee, subject to the limitations set forth in the Amended Application to Approve Employment of Attorney.

      3.      Compensation of counsel is to be determined by Order of this Court upon properly submitted Application for allowance filed in compliance with FRBP 2016.

Attorney Allan C. Watkins, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.