**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Zdravko Talanga and    Case Number: 8:17-bk-09357-MGW
Darina Talanga    Chapter 7

      Debtors,
_____/

**PROOF OF SERVICE**

    **I HEREBY CERTIFY** that the Order Approving Amended Application to Employ/Retain Allan C. Watkins, Esq./Watkins Law Firm, P.A. as Attorney for Trustee (Doc. No. 30) has been served by either CM/ECF electronic notice or by United States Mail to the following: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606 and to all interested parties via electronic notice listed on the CM/ECF matrix on January 3, 2018.

                Respectfully submitted,

                **WATKINS LAW FIRM, P.A.**

                /s/ Allan C. Watkins
                **ALLAN C. WATKINS, ESQUIRE**
                Florida Bar Number: 185104
                707 North Franklin Street, Suite 750
                Tampa, Florida 33602
                Tel: (813) 226-2215
                Email: allan@watkinslawfl.com
                Attorney for Carolyn R. Chaney, Trustee