UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga                                         Case No. 8:17-bk-09357-MGW
Darina Talanga                                          Chapter 7

                Debtors.
_____/

## TRUSTEE'S APPLICATION TO EMPLOY AN APPRAISER

        CAROLYN R. CHANEY, Chapter 7 Trustee in the above-captioned case, seeks the authority of this Court to employ an appraiser and states as follows:

1. The Trustee wishes to employ Joy Kelley Augustine of Read and Kelley Estate Services LLC, duly qualified to perform the appraisal services requested by the Trustee;

2. The professional services of said appraiser is to appraise all personal property of the Debtors;

3. It is necessary for your applicant to employ an appraiser for these services, and Joy Kelley Augustine, Appraiser, represents no interest adverse to the Trustee of this estate on the matters upon which she is about to be engaged;

4. The appraiser has agreed to seek compensation pursuant to the provisions of Section 330 of the Bankruptcy Code. The appraiser will not be paid without an application to and an order from this Court; and

5. To the best of the Trustee's knowledge, the appraiser has no connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, except as is disclosed in the declaration attached hereto and made part of this Application.

        **WHEREFORE,** the Trustee prays this Court will find the employment of Joy Kelley Augustine, Appraiser, would be in the best interest of the estate.

        DATED: January 9, 2018.                    /s/Carolyn R. Chaney, Trustee
                                                    Post Office Box 530248
                                                    St. Petersburg, FL 33747-0248
                                                    Telephone: (727) 864-9851
                                                    Email: carolyn.chaney@earlthlink.net

## CERTIFICATE OF SERVICE

        **I HEREBY CERTIFY** that a copy of the foregoing Application has been provided by electronic or U.S. Mail delivery on January 9, 2018, to the Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV and Joy Kelley Augustine, P.O. Box 3111, Fort Myers, FL 33912.

                                                    /s/ Carolyn R. Chaney, Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No. 8:17-bk-09357-MGW
Chapter 7

Zdravko Talanga
Darina Talanga

Debtors.
_____/

### Declaration of Proposed Appraiser

I, JOY KELLEY AUGUSTINE, Certified Personal Property Appraiser, declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. Sec. 1746, that the following statements are true and correct:

1. I am an accredited Appraiser in the State of Florida.

2. My company is Read and Kelley Estate Services LLC located at P.O. Box 3111, Fort Myers, Florida 33918; telephone: (239) 731-2201.

3. I have to my knowledge no connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and I have represented the trustee in other unrelated bankruptcy cases in which the trustee also serves as trustee.

4. I hold no interest adverse to the estate.

5. I am not (A) a creditor, equity holder or insider, as defined by 11 U.S.C. Sec. 101(14); and (B) have not, within two years pre-petition been a director, officer or employee of the debtor.

6. I have no interest materially adverse to the interest of the estate or any class of creditors or security holders, by reason of any relationship to, connection with, or interest in the debtor, or for any other reason.

7. My firm has never represented the debtors.

8. I have no other connection with any creditors, any other party in interest, their respective attorneys and accountants, appraisers, the United States Trustee or any person employed in the Office of the United States Trustee.

Executed this _06_ day of January, 2018.

JOY KELLEY AUGUSTINE , Appraiser
P.O. Box 3111
Fort Myers, FL 33918
Telephone: (239) 731-2201