ORDERED.

Dated:  January 09, 2018

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga     Case No. 8:17-bk-09357-MGW
Darina Talanga     Chapter 7

    Debtors.
_____/

### ORDER APPROVING APPLICATION TO EMPLOY APPRAISER

THIS CASE came on for consideration of the Application to Employ Appraiser filed by Carolyn R. Chaney, the Trustee in the above-captioned Chapter 7 case, Doc. No. 32.  The Court has considered the Application and Declaration of Appraiser in support thereof, and finds that the Application seeks to employ JOY KELLEY AUGUSTINE as Appraiser for the estate.

As no notice of hearing on the Application should be given and this Court is satisfied that the above-named Appraiser represents no adverse interest to the Debtors in the matters upon which she is to be retained, that the employment is necessary and would be in the best interest of the estate, and that the case is one justifying the employment of said appraiser, the Application to Employ Appraiser therefore, should be approved.  Accordingly it is

**ORDERED, ADJUDGED** and **DECREED** that the Application to Employ Appraiser is hereby approved and the Trustee is authorized to employ JOY KELLEY AUGUSTINE as Appraiser. Compensation will be determined later in accordance with the provisions of Section 330 of the Bankruptcy Code.  No payment whatsoever shall be made to the appraiser absent application and order.

Trustee Carolyn Chaney is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a Proof of Service within 3 days of entry of the order.