UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                      Case No.  8:17-bk-09357-MGW
                                                                                            Chapter 7

Zdravko Talanga
Darina Talanga

      Debtors.
_____/

**PROOF OF SERVICE**

      I HEREBY CERTIFY that pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1, a true and correct copy of Order Approving Application to Employ Appraiser, Doc. No. 33, has been provided by electronic or U.S. Mail delivery on January 10, 2018, to:

Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV

Joy Kelley Augustine, P.O. Box 3111, Fort Myers, FL  33912.


                                                              /s/Carolyn R. Chaney, Trustee
                                                              Post Office Box 530248
                                                               St. Petersburg, FL 33747-0248
                                                               Telephone:  (727) 864-9851
                                                                Email: carolyn.chaney@earthlink.net