UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

**In re:**                                                            **Case No.  8:17-bk-09357-MGW**
                                                                      **Chapter  7**

**Zdravko Talanga**
**and**
**Darina Talanga,**

     **Debtors.**
_____/

**CREDITORS IOANNIS TAGARAS and EVA TAGARAS'**
**MOTION FOR RELIEF FROM STAY**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by US Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 NORTH FLORIDA AVENUE, TAMPA, FL 33602 and serve a copy on the movant's attorney, LAW OFFICE OF MICHAEL A. ZIEGLER, P.L., 13575 58TH STREET NORTH, SUITE 129, CLEARWATER, FLORIDA 33760, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Creditors, Ioannis Tagaras and Eva Tagaras ("Tagaras"), by and through the undersigned counsel, and file this Motion for Relief from Automatic Stay, and in support thereof state as follows:

1. On November 2, 2017, Debtors filed a voluntary Chapter 7 petition.

2. Tagaras are the owners of certain real property located at 2241 Nursery Road, Clearwater, Pinellas County, Florida, 33764 and more particularly known as:

   > Begin from the NW corner of the SW 1/4 of the SW 1/4 of the said Section 19-29-16, the point of intersection of the R/W centerlines of Becher and Nursery Roads, and run thence along the said R/W centerline of Belcher Road, S 00°41'41" E. 40.00'; thence, along the Southerly R/W line of the said Nursery Road, S 89°09'04" E. 342.00' for a P.O.B; thence continue along the said line S 89°09'04" E. 141.00'; thence S 00°01'41" E. 100.00'; thence N 89°09'04" W. 141.00'; thence N 00°01'41" W. 100.00' to the P.O.B. Containing 14,098.35 SF/0.3237 Acres M.O.L., subject to a 10' wide utility and drainage easement along the Easterly boundary line, Pinellas County, Florida.

3. Debtors, along with two other managing members of their corporation known as Elite Holdings, LLC, leased the above-described premises from Tagaras. *See* Exhibit A.

4. Debtors have defaulted on the lease agreement and have been served with an eviction complaint, that being County Court of Pinellas County, Florida, Case No. 17-008189-CO.

5. 11 USC § 362 provides in part:

   > (d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
   >
   > (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;
   >
   > (2) with respect to a stay of an act against property under subsection (a) of this section, if—

    (A)   the debtor does not have an equity in such property; and

    (B)   such property is not necessary to an effective reorganization;

(3) with respect to a stay of an act against single asset real estate under subsection (a), by a creditor whose claim is secured by an interest in such real estate, unless, not later than the date that is 90 days after the entry of the order for relief (or such later date as the court may determine for cause by order entered within that 90-day period) or 30 days after the court determines that the debtor is subject to this paragraph, whichever is later--(A) the debtor has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or (B) the debtor has commenced monthly payments that--(i) may, in the debtor's sole discretion, notwithstanding section 363(c)(2), be made from rents or other income generated before, on, or after the date of the commencement of the case by or from the property to each creditor whose claim is secured by such real estate (other than a claim secured by a judgment lien or by an unmatured statutory lien); and (ii) are in an amount equal to interest at the then applicable nondefault contract rate of interest on the value of the creditor's interest in the real estate; or

6. Cause exists to provide relief from stay where:

    a. The Debtor is not providing adequate protection with respect to the Property; and

    b. The Debtor does not have any equity in the Property.

7. Creditors request the Court to waive the 14 day stay period pursuant to Bankruptcy Rule 4001(a)(3).

WHEREFORE Creditor prays this court grant this Motion for Relief from Stay, lift the automatic stay imposed by 11 USC § 362 in rem with respect to the real property set out above, and such further relief as deemed just and equitable.

Respectfully submitted this 12th day of January, 2018.

                                                */s/ Michael A. Ziegler*
                                                Michael A. Ziegler, Esq.

## CERTIFICATE OF SERVICE

I hereby swear or affirm that a true and correct copy of foregoing has been served upon all interested parties who are required to receive notice per the attached mailing matrix by the CM/ECF system or other authorized means as required by law.

Respectfully submitted this 12th day of January, 2018.

*/s/ Michael A. Ziegler*
Michael A. Ziegler, Esq.
FBN: 74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p) (727) 538-4188
(f) (727) 362-4778
mike@zieglerlawoffice.com