Label Matrix for local noticing
113A-8
Case 8:17-bk-09357-MGW
Middle District of Florida
Tampa
Fri Jan 12 15:45:45 EST 2018

Hancock Bank
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street Suite 2225
Tampa, FL 33602-5213

PARC Investment Services Corp
c/o Tampa Law Advocates, P.A.
620 East Twiggs St.
Suite 110
Tampa, FL 33602-3938

Santander Consumer USA Inc., dba Chrysler Ca
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Sheffield Financial/BB&T
Bankrutpcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

The Law Office of Robert Eckard & Associates
3110 Palm Harbor Boulevard
Palm Harbor, FL 34683-1931

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024-5837

Achieva Cu
10125 Ulmerton Rd
Largo, FL 33771-3532

Adam Levine, Esq.
1180 Gulf Boulevard
Suite 303
Clearwater, FL 33767-2755

Anna Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Applied Bank
Po Box 17125
Wilmington, DE 19850-7125

Badcock Furn
900 Missouri Ave., North
Largo, FL 33770-1812

CCS
PO Box 607
Norwood, MA 02062-0607

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

Credit Acceptance
Po Box 513
Southfield, MI 48037-0513

Credit Collection Services
725 Carlton Sr
Norwood, MA 02062

Cygram Heritage, LLLP
5210 Webb Rd.
Tampa, FL 33615-4518

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Department of the Treasury
IRS
PO Box 7346
Philadelphia, PA 19101-7346

EC Finance, Inc.
2944 Saber Dr.
Clearwater, FL 33759-1222

Edita Pavlovic
1114 85th Terrace North
APT C
Saint Petersburg, FL 33702-3311

Elite Car Sales of Clrwtr
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Elite Financial Edge LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Elite Holdings, LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065-7632

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
P. O. Box 5529
Sioux Falls, SD 57117-5529

Flomac Enterprises, LLC
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Floor & Decor
PO 960061
Orlando, FL 32896-0061

Florida Dept. of Revenue
6302 E. Martin Luther King Blvd
Suite 100
Tampa FL 33619-1166

Floyd and Ruby McKenzie
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Ford Motor Credit CO
PO Boz 6508
Mesa, AZ 85216-6508

Ford Motor Credit Co LLC
c/o CT Corporation
1200 South Pine Island Rd
Plantation, FL 33324-4413

GEICO INDEMNITY Company
c/o Chief Financial Officer
200 East Gaines St
Tallahassee, FL 32399-6502

Geico Indemnity CO
5260 Western Blvd
Chevy Chase, MD 20815-3799

George W. Greer
PO Box 1963
Clearwater, FL 33757-1963

Hancock Bank
15500 Roosevelt Blvd.
Suite 102
Clearwater, FL 33760-3490

Helen Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Home Depot
PO 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110

Interstate Credit Coll
711 Coliseum Plaza Ct
Winston Salem, NC 27106-5350

Ioannis and Eva Tagaras
2270 Lancaster Dr.
Clearwater, FL 33764-6530

Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Ivans Auto Repair, Inc.
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Jeffrey Dowd, Esq.
156 W. Robertson St
Brandon, FL 33511-5112

Jessica F. Watts, Esq.
George G. Pappas, P.A.
1822 North Belsher Rd
Suite 200
Clearwater, FL 33765-1400

Joelle Schultz, Esq.
13555 Automobile BLvd
Suite 300
Clearwater, FL 33762-3837

Kass Law Firm
Attn: Edward Prichard
PO Box 800
Tampa, FL 33601-0800

LAW OFFICE OF ROBERT ECKARD
3110 Alt US Hwy 19 North
Palm Harbor, FL 34683

MB Fin Svcs
PO Box 961
Roanoke, TX 76262-0961

Mabt - Genesis Retail
Po Box 4499
Beaverton, OR 97076-4499

Marinr Finc
8211 Town Center Dr
Nottingham, MD 21236-5904

| | | |
|---|---|---|
| Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 | Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | Nicholas Hoban<br>2940 West Bay Dr.<br>Apt. 502<br>Belleair Bluffs, FL 33770-2672 |
| (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | Panos Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Parc Investment Services Cor<br>c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 |
| Pat Margas<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Pinellas County<br>Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 | Pinellas County<br>Office of Human Rights<br>Attn Lisa Postell<br>400 S. Harrison Ave., St 500<br>Clearwater, FL 33756 |
| Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 | Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| Stephen G. Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/home Design Nahf<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 | Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| The Talanga Family Trust<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Carolyn R. Chaney<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 | Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Herbert R Donica<br>Donica Law Firm PA<br>307 South Boulevard, Suite D<br>Tampa, FL 33606-2177 | Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 |

Zdravko Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Internal Revenue Service<br>Centralized Insolvency Ops<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | Northern Leasing Syste<br>132 W 31st St Fl 14<br>New York, NY 10001 |
| Springleaf Financial S<br>9600 66th St N Ste B<br>Pinellas Park, FL 33782 | End of Label Matrix<br>Mailable recipients   90<br>Bypassed recipients    0<br>Total                 90 | |