ORDERED.

Dated: January 18, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:  ZDRAVKO TALANGA
        DARINA TALANGA,                         Case No. 8-17-BK-09357-MGW
              Debtors.                          Chapter 7
_____/

### ORDER GRANTING RELIEF FROM STAY IN FAVOR OF NICHOLAS HOBAN

**THIS CASE** came on for consideration on the Motion for Relief from Stay filed by NICHOLAS HOBAN (Doc. No. 27) (the "Motion"). The motion was served by negative notice pursuant to Local Rule 2002-4, and no response has been timely filed. Accordingly, it is **ORDERED:**

1. The Motion (Doc. No. 27) is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to the movant's interest in the following property:

**LOT 16, BLOCK A, TOGETHER WITH THE NORTHERLY 10 FEET OF LOT 15, BLOCK A, BELLEAIR HEIGHTS, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 38, PAGE 51, PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA  PARCEL NO.: 33-29-15-06930-001-0160  A/K/A 1925 DOLPHIN DRIVE, #502, BELLEAIR BLUFFS, FLORIDA 33770**.

3. The automatic stay is modified in rem for the sole purpose of allowing the movant to file and prosecute through sale, issuance of title and execution of a writ of possession, a foreclosure action as to the above-described property, and the movant shall not seek or obtain an in personam judgment against the debtors.

4. The movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is hereby granted.

5. Bankruptcy fees and costs in the amount of $581.00 are awarded on an in rem basis for the prosecution of the Motion.

Attorney Jay D. Passer is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

Copies furnished to:
Debtor, Debtors Attorney, Trustee
Stephen G. Watts, Esq.
Jay D. Passer, Esq., 4100 W. Kennedy Blvd., Suite 322, Tampa, FL 33609