**[7nfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course – Ch 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  
 Case No. 8:17–bk–09357–MGW
 Chapter 7

Zdravko Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770

Darina Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

   In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

   YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

   If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of November 2, 2017 , a new post–petition Certification About a Financial Management Course is required.

A link to forms is available on the Court's website at:
http://www.flmb.uscourts.gov/bkforms/bankruptcy_forms.html.

   Dated: January 18, 2018

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee