UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE: ZDRAVKO TALANGA
DARINA TALANGA,
Debtors.
_____/

Case No. 8-17-BK-09357-MGW
Chapter 7

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting Relief From Stay in Favor of Nicholas Hoban (Doc. No. 36) has been furnished by U.S. Mail and/or electronic filing notice to the following:

Carolyn R. Chaney, Trustee, P.O. Box 530248, St. Petersburg, FL 33747
Zdravko and Darina Talanga, 1925 Dolphin Dr., Belleair Bluffs, FL 33770
Herbert R. Donica, Esq., 307 South Blvd., Suite D, Tampa, FL 33606
Jay D. Passer, Esq., 4100 W. Kennedy Blvd., Suite 322, Tampa, FL 33609
All Creditors on Mailing Matrix

This 19th day of January, 2018

_Jay D Passer_
JAY D. PASSER, ESQ.
4100 W. Kennedy Blvd., #322
Tampa, Florida 33609
FBN 438634
Telephone (813) 281-1103
E-mail: tbcc2@verizon.net
Co-counsel for Nicholas Hoban