```
                              United States Bankruptcy Court
                                Middle District of Florida
```

In re:                                                          Case No. 17-09357-MGW
Zdravko Talanga                                                 Chapter 7
Darina Talanga
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: admin           Page 1 of 1            Date Rcvd: Jan 19, 2018
                              Form ID: 7nfmtam      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb         +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Allan C Watkins    on behalf of Trustee Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins, Attorney for Trustee    on behalf of Trustee Carolyn R. Chaney
               court@watkinslawfl.com
              Bradley Halberstadt    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Fauzia A Makar    on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               Fauzia@roberteckardlaw.com, support@roberteckardlaw.com
              Herbert R Donica    on behalf of Joint Debtor Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com
              Herbert R Donica    on behalf of Debtor Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com
              Jay D. Passer    on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A Ziegler    on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com
              Michael A Ziegler    on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com
              Paul D Watson    on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, afindlay@sbwlegal.com
              Samantha L Dammer    on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 14

**[7nfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course – Ch 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                           Case No. 8:17–bk–09357–MGW
                                                                                                 Chapter 7

Zdravko Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770

Darina Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770

_____Debtor\*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

   In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

   YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

   If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of November 2, 2017 , a new post–petition Certification About a Financial Management Course is required.

A link to forms is available on the Court's website at:
http://www.flmb.uscourts.gov/bkforms/bankruptcy_forms.html.

Dated:  January 18, 2018

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

\*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee