UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga and
    Darina Talanga,                                Case No.   8:17-bk-09357-FMD
                                                                               Chapter 7

        Debtors.

_____/

**UNITED STATES TRUSTEE'S MOTION TO EXTEND
DEADLINE FOR FILING A MOTION TO DISMISS AND FOR
FILING A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

      Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within **twenty-one (21) days** from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
      If you object to the relief requested in this paper, you must file a response with the **Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602** and serve a copy on the movant's attorney, **Benjamin E. Lambers, Department of Justice, Office of the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602, Ben.E.Lambers@usdoj.gov,** and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      Daniel D. McDermott, the United States Trustee for Region 21, by and through the

undersigned counsel, moves this Court for the entry of an order extending the deadline for filing a

motion to dismiss pursuant to 11 U.S.C. § 707(b) and a complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. § 727. In support of this motion, the United States Trustee states:

1. On November 2, 2017, Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. The time period for filing a motion to dismiss pursuant to 11 U.S.C. 707(b) and for filing a complaint under 11 U.S.C. § 727 expires on February 5, 2018. *See* Fed. R. Bankr. P. 4004(a) and 1017(e)(1).

3. Upon a showing of cause, the Rules permit the Court to grant an extension of the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707(b).   See Fed. R. Bankr. P. 4004(b) and 1017(e)(1).

4. The United States Trustee has requested information from the Debtors and seeks more time to conclude his investigation.   The Debtors themselves are seeking information from third parties.   Once they receive this information, they will likely be amending their schedules and possibly their statement of financial affairs.   The creditors meeting has not yet concluded.   This is the United States Trustee's first request.

WHEREFORE, the United States Trustee respectfully requests that the Court (1) grant the United States Trustee's motion to extend deadline; (2) extend the deadline for the filing of a motion to dismiss pursuant to 11 U.S.C. § 707(b) and for the filing of a complaint pursuant to 11

U.S.C. § 727 for all parties in interest for sixty (60) days from the February 5, 2018; and (3) grant such further relief as the Court deems appropriate.

Dated: January 25, 2018.

        Respectfully submitted,

        DANIEL D. MCDERMOTT
        UNITED STATES TRUSTEE
        Region 21

        /s/ Benjamin E. Lambers
        BENJAMIN E. LAMBERS
        Trial Attorney
        Fla. Bar No. 774197
        501 East Polk Street, Suite 1200
        Tampa, FL   33602
        (813) 228-2000
        (813) 228-2303- facsimile
        Ben.E.Lambers@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing United States Trustee's Motion for Extension of Deadline to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) has been sent by electronic mail or regular U.S. Mail to the parties listed below on January 25, 2018.

Zdravko Talanga
Darina Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770

Herbert R Donica
Donica Law Firm PA
307 South Boulevard, Suite D
Tampa, FL 33606-2177

                                            /s/ Benjamin E. Lambers
                                            Attorney