UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                          Case No. 17-bk-09357-MGW
ZDRAVKO TALANGA and
DARINA TALANGA,
                                                                                    Chapter 7
    Debtors.
_____ /

**MOTION TO ENLARGE TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. SECTION 727 AND OBJECTION TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. SECTION 523**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Tampa, FL 33602 and serve a copy on the movant's attorney, Samantha Dammer, Esq., Tampa Law Advocates, P.A. A Private Law Firm, 620 E. Twiggs Street, Suite 110, Tampa, FL 33602, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Creditors DENNIS MCELRATH and PARC INVESTMENT SERVICES, CORP. by and

through their undersigned attorney, hereby files their Motion to Extend Time to File a Complaint

Pursuant to 11 U.S.C. Section 727 and objection to dischargeability of debt Pursuant to 11 U.S.C. Section 523  (the "Motion") and in support of this Motion states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to Rules 4004(a) and 4007(c) upon a showing of cause by the Movants.

2. On November 2, 2017 (the "Petition Date") the Debtors filed their Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

3. Movants are Creditors of Debtors.

4. The deadline for a creditor to file a complaint or objection under Sections 727 or 523 is February 5, 2018.

5. The 341 Meeting was originally scheduled for December 7, 2017, at which time it was held and continued to December 22, 2017 due to the Debtors' failure to provide all necessary documentation.

6. On December 22, 2017, the 341 Meeting was again continued to a date in the future and not yet certain because of the Debtor's not providing documentation and also because the Debtors are seeking documentation from third parties.

7. Creditor has used due diligence in acting promptly but is simply asking for additional 90 days to file an adversary proceeding under 727 and/or 523 because they lack all of the documentation required to be provided by Debtors.

8. Creditor needs additional time to gather relevant information and documentation on which action if either is appropriate under Sections 727 and 523.

9. The 341 Meeting has not been concluded and this is Movants' first request for an extension.

WHEREFORE, the Movants respectfully requests that this Court enter an Order granting this Motion and extending the deadline for Creditors to file an objection to discharge, a complaint under Section 727 and/or a complaint under Section 523 for an additional 60 days, and for such other and further relief as is just.

DATED on this 25th day of January, 2018

Respectfully submitted,

    __/s/Samantha L. Dammer_____
**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fx: (813) 466-7495
Attorney for Creditors
sdammer@attysam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of January, 2018, a true and correct copy of the foregoing was sent by CM/ECF Electronic mail to all parties of interest on the Court's CM/ECF System.

Respectfully submitted,

       */s/ Samantha L. Dammer*
**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fx: (813) 466-7495
Attorney for Creditors
sdammer@attysam.com