Certificate Number: 00301-FLM-DE-030478417

Bankruptcy Case Number: 17-09357



00301-FLM-DE-030478417

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 25, 2018</u>, at <u>3:20</u> o'clock <u>PM EST</u>, <u>ZDRAVKO TALANGA</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date: <u>January 25, 2018</u>    By: <u>/s/Jimmy Arreaga</u>

Name: <u>Jimmy Arreaga</u>

Title: <u>Certified Bankruptcy Counselor</u>