UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8:17-bk-09357-MGW
Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**DEBTORS' MOTION TO COMPEL ADAM S. LEVINE
TO COMPLY WITH SUBPOENA AND REQUEST TO
PRODUCE DOCUMENTS AND REQUEST FOR EXPEDITED HEARING**

    Debtors, ZDRAVKO TALANGA and DARINA TALANGA ("Debtors"), by and through their undersigned counsel, hereby move the Court for an Order compelling Adam S. Levine ("**Mr. Levine**") to comply with a Subpoena and the Request to Produce Documents (the "**Request**") (Doc. No. 16) pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and in support thereof, respectfully states as follows:

    1.    On December 7, 2017, Mr. Levine was served with Notice of Rule 2004 Examination Duces Tecum.

    2.    Mr. Levine was provided with an extension to December 18, 2017 in which to provide the requested documents..

    3.    On December 22, 2017 at the Debtors' continued 341 Meeting of Creditors, Mr. Levine informed the undersigned counsel that he would provide the documents on January 3, 2018.

    4.    On January 18, 2018 a letter was sent to Mr. Levine stating that if documents responsive to the production requests were not received by the end of business on January 23, 2018 then a motion to compel would be filed and also seek attorney's fees.  To date, the Debtors'

undersigned counsel has not received a response to the letter and no documents have been produced.

    5.    The documents to be produced are:

## DOCUMENTS TO BE PRODUCED

A. All documents, records including but not limited, to electronically stored information concerning your representation of Zdravko Talanga and/or Darina Talanga in any legal matters from January 1, 2015 through to the present.

B. All documents, records including but not limited, to electronically stored information concerning your representation of any business entity in which Zdravko Talanga and/or Darina Talanga may have or had an interest in any legal matters from January 1, 2015 through to the present.

C. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the organization of entities or transfers of portions of the Talanga's interests in entities or businesses to other parties or entities including, but not limited to, Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Holdings, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth; and Michael Kastrenakes from January 1, 2015 through to the present.

D. Copies of all federal income tax returns for 2015 and 2016 for any entity in which Zdravko Talanga and/or Darina Talanga may have an interest either directly or indirectly.

E. Copies of all federal employment tax returns and Forms K-1, W-2 or 1099 for 2015 and 2016 in your possession for any entity in which Zdravko Talanga and/or Darina Talanga received payments of any kind.

F. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the formation any wills, trusts from January 1, 2015 through to the present.

G. All letters, correspondence, emails, facsimiles, documents and records relating to any communications between you, Zdravko Talanga and/or Darina Talanga regarding joint representation or collaboration with any other person or entity including, but not limited to Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna

Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth and Michael Kastrenakes.

H.  Any correspondence or communications between you or your office and the Talangas.

I.  Any correspondence or communications between you or your office and any third party regarding the Talangas or any of the named entities.

J.  Copies of all waivers concerning joint representation of Zdravko Talanga and/or Darina Talanga and any other person or entity.

A copy of the Subpoena, Notice of Rule 2004 Examination Duces Tecum and Return of Service has been docketed at Doc. No. 26 and is also attached hereto as **Exhibit "A"**.

6. Prior to 2015, the Debtors, with their children, were the sole owners of several business entities: Elite Car Sales, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC (the "**Entities**"). All the Entities file their tax returns as S-Corporations which pass-through the Entities' profit and losses to the equity owners.

7. Upon information and belief, Adam Levine represented the Debtors and Panos Vasiloudes, Cygram Heritage, LLLP and Cygram Holdings, LP as their attorney with respect to transfers of majority ownership interests of the Debtors' entities to Cygram Heritage, LLLP and/or Cygram Holdings, LP in 2015.

8. Attorney Levine did not provide documents to the Debtors regarding the transfers of equity or membership interests from them or their entities to Cygram Heritage, LLLP and/or Cygram Holdings, LP.

9. Upon information and belief, transfers of majority ownership interests of the Debtors to Cygram Heritage, LLLP and/or Cygram Holdings, LP should have a substantial impact on the Debtors' taxable income for 2015. Further, without having all the details concerning the equity structure of the entities, the Debtors may not be able to file a correct tax return for 2016.

10. An expedited hearing is requested because the Debtors are now delinquent in filing their 2016 tax return and expect substantial penalties to be assessed by the Internal Revenue Service for filing late. Penalties will continue to accrue until the Debtors' return is filed.

11. Pursuant to Bankruptcy Rule 7037(a)(5)(A) Debtors' seek to recover their reasonable expenses, including attorney's fees, incurred in obtaining an order from this Court granting the Debtors' Motion to Compel.

12. The undersigned counsel is prepared to submit an affidavit of fees detailing the time and expenses wasted in this endeavor to obtain the production required by the Request.

13. The undersigned certifies that he has in good faith conferred or attempted to confer with Mr. Levine in an effort to obtain compliance without court action.

WHEREFORE the Debtors respectfully pray that this Honorable Court grant this motion, enter an order compelling Mr. Levine to provide all documents responsive to the Request and award Debtors' attorney's fees in bringing this motion in an amount to be determined by application by the undersigned counsel and for such other and further relief as is just.

DATED this 29th day of January 2018.

        **DONICA LAW FIRM, P.A.**
        Counsel for Debtors
        307 South Boulevard., Suite D
        Tampa, FL  33606
        Telephone:  (813) 878-9790
        Facsimile:  (813) 878-9746
        E-mail:  herb@donicalaw.com

        */s/ Herbert R. Donica*
        Herbert R. Donica, Esq.
        Florida Bar No. 841870

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US. Mail or the Court's CM/ECF System on the 29th day of January, 2018 to: The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o **Adam S. Levine, Esq.,** 1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767; **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, email: allan@watkinslawfl.com; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747, email: carolyn.chaney@earthlink.net; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

                                                             */s/Herbert R. Donica*
                                                             Herbert R. Donica, Esq.

# VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of | Bankruptcy Middle Court |

Case Number: 8:17-BK-09357-MGW CH 7   Court Date: 12/5/2017  5:00 pm

IN RE: ZDRAVKO TALANGA and DARINA TALANGA


RLJ2017017537

For:
Herbert R. Donica, Esq.
DONICA LAW FIRM, P.A.
307 South Boulevard
Suite D
Tampa, FL 33606

Received by Robert L. Jones, Inc. on the 17th day of November, 2017 at 12:49 pm to be served on THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A., C/O ADAM S. LEVINE, ESQ., 1180 GULF BLVD, SUITE D, CLEARWATER, FL 33767.

I, Michael J. Gogola, do hereby affirm that on the **7th day of December, 2017** at **1:20 pm, I:**

CORPORATE - REGISTERED AGENT:  served by delivering a true copy of the ATTORNEY LETTER DATED NOVEMBER 16, 2017; SUBPOENA FOR RULE 2004 EXAMINATION SCHEDULED FOR DECEMBER 5, 2017, AT 5:00 PM; NOTICE OF RULE 2004 EXAMINATION DUCES TECUM OF THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A., WITH EXHIBIT A with the date and hour of service endorsed thereon by me, to: THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A ADAM S. LEVINE, ESQ. as Registered Agent for THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A., C/O ADAM S. LEVINE, ESQ. 501 E. POLK STREET, ROOM 100C, TAMPA, FL 33602, and informed said person of the contents therein, in compliance with state statutes.48.081 3(a)

I certify that I am over the age of 18, and that I am not a party to nor interested in the outcome of the above entitled suit.  I have been appointed by **Administrative Order** to serve Process in and for **Hillsborough County**, Florida. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true (F.S. 92.525).

Michael J. Gogola
Process Server No CPS93-690568

**Robert L. Jones, Inc.
P.O. Box 6415
Clearwater, FL 33758-6415
(727) 442-9269**

Our Job Serial Number: RLJ-2017017537

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle _____ District of _____ Florida _____

In re: Zdravko Talanga and Darina Talanga

Debtor

Case No. 8:17-bk-09357-MGW

Chapter 7

TIME: 1:26 pm
DATE: 12-7-17
SERVER: [signature]
ID #: 0593670568
ROBERT L. JONES INC.

## SUBPOENA FOR RULE 2004 EXAMINATION

To: The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o Adam S. Levine, Esq.
1180 Gulf Boulevard, Suite 303 Clearwater, Florida 33767

(Name of person to whom the subpoena is directed)

☐ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE Donica Law Firm, P.A.<br>307 South Boulevard, Suite D<br>Tampa, Florida 33606<br>Facsimile: (813) 878-9746 | DATE AND TIME<br>December 5, 2017, 5:00 p.m. |
|---|---|

The examination will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

SEE ATTACHED - delivery by mail, email or facsimile is sufficient compliance by December 5, 2017

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/16/2017

CLERK OF COURT

_____   OR   Herbert R. Donica, Esq.
*Signature of Clerk or Deputy Clerk*        [signature]
                                           *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Zdravko Talanga & Darina Talanga _____, who issues or requests this subpoena, are:
c/o Herbert R. Donica, Esq.
307 South Boulevard, Suite D
Tampa, Florida 33606          herb@donicalaw.com          (813) 878-9790

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**RECORDS ARE DUE 10 DAY FROM THE DATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                             Case No.: 8:17-bk-09357-MGW
                                                       Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

       Debtors.
_____/

**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
OF THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A.**

TO:     The Florida Legal Advocacy Group of Tampa Bay, P.A.,
         c/o Adam S. Levine, Esq.
         1180 Gulf Boulevard, Suite 303
         Clearwater, FL 33767

PLEASE TAKE NOTICE that Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through their undersigned counsel, pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, will examine documents to be provided by The Florida Legal Advocacy Group of Tampa Bay, P.A. on or before **5:00 p.m., December 5, 2017** at the offices of Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606. The Florida Legal Advocacy Group of Tampa Bay, P.A. is required to provide all documents listed on the attached **Exhibit A**. This examination is being taken for purposes of discovery, for use as evidence, and for such other purposes as are permitted under the applicable and governing rules. Document retrieval and copying charges will be reimbursed.

*NOTE: Compliance can be accomplished by mailing or emailing the requested documents. Personal attendance is not necessary.*

2

**DONICA LAW FIRM, P.A.**
Counsel for Debtors
307 South Boulevard, Suite D
Tampa, FL 33606
Telephone:  (813) 878-9790
Facsimile:  (813) 878-9746
Email: herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the named addressees by regular U. S. Mail or the Court's CM/ECF system on the 16th day of November, 2017 to: The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o **Adam S. Levine, Esq.,** 1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767, email: aslevine@msn.com; **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, email: allan@watkinslawfl.com; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747, email: carolyn.chaney@earthlink.net; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.

2

# **EXHIBIT A**

### **YOU ARE COMMANDED TO PRODUCE AND PERMIT INSPECTION AND COPYING OF THE FOLLOWING DOCUMENTS OR OBJECTS:**

1. All documents, records including but not limited, to electronically stored information concerning your representation of Zdravko Talanga and/or Darina Talanga in any legal matters from January 1, 2015 through to the present.

2. All documents, records including but not limited, to electronically stored information concerning your representation of any business entity in which Zdravko Talanga and/or Darina Talanga may have or had an interest in any legal matters from January 1, 2015 through to the present.

3. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the organization of entities or transfers of portions of the Talanga's interests in entities or businesses to other parties or entities including, but not limited to, Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Holdings, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth; and Michael Kastrenakes from January 1, 2015 through to the present.

4. Copies of all federal income tax returns for 2015 and 2016 for any entity in which Zdravko Talanga and/or Darina Talanga may have an interest either directly or indirectly.

5. Copies of all federal employment tax returns and Forms K-1, W-2 or 1099 for 2015 and 2016 in your possession for any entity in which Zdravko Talanga and/or Darina Talanga received payments of any kind.

6. All documents, records including but not limited, to electronically stored information concerning any legal work performed for Zdravko Talanga and/or Darina Talanga in connection with the formation any wills, trusts from January 1, 2015 through to the present.

7. All letters, correspondence, emails, facsimiles, documents and records relating to any communications between you, Zdravko Talanga and/or Darina Talanga regarding joint representation or collaboration with any other person or entity including, but not limited to Panos Vasiloudes, Helen Vasiloudes, Cygram Heritage, LLLP; Elite Car Sales, LLC; Elite Car Sales of Clearwater, Inc.; Villa Anna Assisted Living Facility, LLC; Anna Dunedin Realty, LLC; Sophia Highland Realty, LLC; Elite Financial Edge, LLC; Lars Skjoth and Michael Kastrenakes.

8. Any correspondence or communications between you or your office and the Talangas.

9. Any correspondence or communications between you or your office and any third party regarding the Talangas or any of the named entities.

10. Copies of all waivers concerning joint representation of Zdravko Talanga and/or Darina Talanga and any other person or entity.

4