NITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                           Case No.: 8:17-bk-09357-MGW
                                                 Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

        Debtors.

_____/

## CERTIFICATE OF NECESSITY OF
## REQUEST FOR EXPEDITED HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an expedited basis:

## DEBTORS' MOTION TO COMPEL CYGRAM HOLDINGS, LP
## TO COMPLY WITH SUBPOENA AND REQUEST TO
## PRODUCE DOCUMENTS AND REQUEST FOR EXPEDITED HEARING
### (Doc. No. 46)

I CERTIFY FURTHER that there is a true necessity for an expedited hearing because the Debtors are now delinquent in filing their 2016 tax return and expect substantial penalties to be assessed by the Internal Revenue Service for filing late. Penalties will continue to accrue until the Debtors' return is filed. CYGRAM HOLDINGS, LP is the majority equity owner of one of the Debtors' business entities and controls the information needed for tax return preparation.

I CERTIFY FURTHER that the necessity of this emergency consideration has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

Dated this 29th day of January, 2018.

**DONICA LAW FIRM, P.A.**
Counsel for Debtors
307 South Boulevard, Suite D
Tampa, FL  33606
Telephone (813) 878-9790
Facsimile (813) 878-9746
E-mail:  herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870