UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                             Case No.: 8:17-bk-09357-MGW
                                                   Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

### NOTICE OF WITHDRAWAL OF DEBTORS' MOTION TO COMPEL ADAM S. LEVINE TO COMPLY WITH SUBPOENA AND REQUEST TO PRODUCE DOCUMENTS

COMES NOW, ZDRAVKO TALANGA and DARINA TALANGA ("Debtors"), by and through their undersigned counsel, and withdraws the Motion to Compel Adam S. Levine to comply with Subpoena and the Request to Produce Documents (Doc. No. 47).

       **DONICA LAW FIRM, P.A.**
       Counsel for Debtors
       307 South Boulevard., Suite D
       Tampa, FL  33606
       Telephone:  (813) 878-9790
       Facsimile:  (813) 878-9746
       E-mail:  herb@donicalaw.com

       */s/ Herbert R. Donica*
       Herbert R. Donica, Esq.
       Florida Bar No. 841870

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US. Mail or the Court's CM/ECF System on the 1st day of February, 2018 to: The Florida Legal Advocacy Group of Tampa Bay, P.A., c/o **Adam S. Levine, Esq.,** 1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767; **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, email: allan@watkinslawfl.com; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747, email: carolyn.chaney@earthlink.net; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

       */s/Herbert R. Donica*
       Herbert R. Donica, Esq.