# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:

ZDRAVKO TALANGA and　　　　　　Case:　8-17-bk-09357-MGW
DARINA TALANGA,　　　　　　　　　　　　　Chapter 7
　　　Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

Please take notice that undersigned appears on behalf of:

1. Elite Financial Edge, LLC., and

2. Elite Car Sales, LLC., and

3. Elite Car Sales of Clearwater, Inc., and

4. Sophia Highland Realty, LLC., and

5. Anna Dunedin Realty, LLC., and

6. Cygram Heritage LLLP., and

7. Cygram Holdings, LP., and

8. Academic Alliance in Dermatology, Inc., and

9. Pat Margas, and

10. Helen Vasiloudes, and

11. Panos Vasiloudes, and

12. The Florida Legal Advocacy Group of Tampa Bay, P.A., and

13. Adam S. Levine, M.D., J.D.

Pursuant to §1109(b) of the United States Bankruptcy Code, Rules 2002, 9007, and 9010(b) of the

Federal Rules of Bankruptcy Procedure, and Local Rule 2002-1, undersigned respectfully requests

1

that all notices given or required to be given in this case and all papers served in this case be given to and served via the CMECF system and/or upon the undersigned at:

>The Florida Legal Advocacy Group of Tampa Bay
>Adam S. Levine, M.D., J.D.
>1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
>(727) 512 – 1969 [Telephone]
>(866) 242 – 4946 [Facsimile]
>aslevine@msn.com [Primary E-mail]
>alevine@law.stetson.edu [Secondary E-mail]

Please take further notice that the foregoing demand includes notices and papers referred to in the Rules noted above in addition to all notices and papers with respect to any application, motion, petition, pleading, disclosure, statement, plan of reorginization, request complaint or demand, whether formal or informal, written or oral, and transmitted in any fashion including hand conveyance, mail delivery, telephone, telegraph, facsimile, or other electronic means, and whether sent by the Court, the Debtors, or any other party, which effects the Debtors or the property of the Debtors.

Please also take notice that pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, the foregoing demand includes all plans and disclosure statements filed in this case by any party and that undersigned requests to be added to the Court's master mailing matrix.

**Certificate of Service**

I certify that a true and correct copy of the foregoing was furnished to counsel of record through the CMECF System on this date.

**Respectfully submitted this 2nd Day of February 2018**
>**The Florida Legal Advocacy Group of Tampa Bay**
>  _/s/  Adam Levine_
>Adam S. Levine, M.D., J.D.
>Florida Bar #78288
>1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
>(727) 512 – 1969 [Telephone]
>(866) 242 – 4946 [Facsimile]

aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]
Attorney for Creditors : Panos Vasiloudes, Cygram Heritage LLLP, Cygram Holdings LP, Pat Margas, Helen Vasiloudes, Elite Financial Edge, LLC., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Sophia Highland Realty, LLC., Anna Dunedin Realty, LLC., and Academic Alliance in Dermatology, the Florida Legal Advocacy Group of Tampa Bay, and Adam S.Levine, M.D., J.D.