UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

ZDRAVKO TALANGA and          Case:    8-17-bk-09357-MGW
DARINA TALANGA,                  Chapter 7
      Debtors.
_____/

## NOTICE OF COMPLIANCE WITH RULE 2004 SUBPOENA FROM CYGRAM HOLDINGS, LP

Please take notice that on January 30, 2018 a compact disk containing 1.86 GB of data along with an 82 page Folder, Sub-folder, and file list was provided to the Assistant US Trustee, Mr. Herb Donica, Mr. Allan C. Watkins, and Trustee Carolyn R. Chaney pursuant to a Rule 2004 Subpoena by United States Mail.

### Certificate of Service

I certify that a true and correct copy of the foregoing was furnished to counsel of record through the CMECF System on this date.

**Respectfully submitted this 2nd Day of February 2018**

                                          **The Florida Legal Advocacy Group of Tampa Bay**
                                          /s/ Adam Levine
                                          Adam S. Levine, M.D., J.D.
                                          Florida Bar #78288
                                          1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
                                          (727) 512 – 1969 [Telephone]
                                          (866) 242 – 4946 [Facsimile]
                                          aslevine@msn.com [Primary E-mail]
                                          alevine@law.stetson.edu [Secondary E-mail]
                                          Attorney for Creditors : Panos Vasiloudes, Cygram Heritage LLLP, Cygram Holdings LP, Pat Margas, Helen Vasiloudes, Elite Financial Edge, LLC., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Sophia Highland Realty, LLC., Anna Dunedin Realty, LLC., and Academic Alliance in Dermatology, the Florida Legal Advocacy Group of Tampa Bay, and Adam S. Levine, M.D., J.D.