**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

ZDRAVKO TALANGA and　　　　　　　Case:　8-17-bk-09357-MGW
DARINA TALANGA,　　　　　　　　　　　　　Chapter 7
　　　　Debtors.
_____/

**MOTION TO EXTEND TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. §727
AND  OBJECTION TO DISCHARGEABILITY OF DEBT
PURSUANT TO 11 U.S.C. §523**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

　　　Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

　　　If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 North Florida Avenue, Tampa, Florida 33602 and serve a copy on the Movant's attorney, Adam S. Levine, M.D., J.D., The Florida Legal Advocacy Group of Tampa Bay, 1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767, and any other appropriate persons within the time allowed.

　　　If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

　　　Through undersigned, Movant Creditors: ELITE FINANCIAL EDGE, LLC., ELITE CAR SALES, LLC., ELITE CAR SALES OF CLEARWATER, INC., SOPHIA HIGHLAND REALTY, LLC., ANNA DUNEDIN REALTY, LLC, CYGRAM HERITAGE LLLP, CYGRAM HOLDINGS, LP, ACADEMIC ALLIANCE IN DERMATOLOGY, INC., PAT MARGAS, HELEN VASILOUDES, PANOS VASILOUDES, ADAM S. LEVINE, AND THE FLORIDA

1

LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A., respectfully file this Motion to Extend Time to File a Complaint pursuant to 11 U.S.C. §727 and Object to any dischargeability of debt pursuant to 11 U.S.C. §532 and state:

1. On November 2, 2017, Debtors Zdravko and Darina Talanga filed their Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. Movants are creditors of the Debtors in this action.

3. This Court possesses jurisdiction to consider this Motion pursuant to Rules 4004(a) and 4007(c) upon a showing of cause by the Movant Creditors.

4. The deadline for a creditor to file a complaint or objection to dischargeability under §§727 or 523 is February 5, 2018.

5. But, the initial 341 Creditors' Meeting was held on December 7, 2017 and then continued to December 22, 2017.

6. The second 341 Creditor's Meeting, held on December 22, 2017, was again continued. But no date has been set for the final 341 Meeting. As such, the 341 Meeting has not yet been concluded.

7. And, while the transcripts have not yet been obtained, there appear to be discrepancies between the Debtors' sworn statements at the 341 Hearing and the Petition that was filed.

8. Also, in addition to Debtors not having provided all necessary documentation, undersigned, on behalf of the Movant Creditors, reviewed 1.86 GB of data comprising an 82-page file and folder list, of documents related to the Debtors that was provided to the Trustee and to Debtors on January 30, 2018. This data requires further review and supplementation from Debtors.

9. Creditors require additional time to fully analyze the available documentation and gather any necessary remaining data.

10. Creditors have used due diligence in acting promptly but request an additional 90 days to file any necessary adversary proceedings under §727 and/or 523 because they lack all other documentation required to be provided by the Debtors.

11. This is Movant Creditors first request for an Enlargement of Time.

Wherefore, Movant Creditors respectfully request that the Court grant this Motion and extend the deadline for Creditors to file an objection or discharge a complaint under §§727 and/or 523 for an additional 90 days and for any other such relief as the Court may grant.

## Certificate of Service

I certify that a true and correct copy of the foregoing was furnished to counsel of record through the CMECF System on this date.

**Respectfully submitted this 2nd Day of February 2018**

        **The Florida Legal Advocacy Group of Tampa Bay**
        */s/  Adam Levine*
        Adam S. Levine, M.D., J.D.
        Florida Bar #78288
        1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
        (727) 512 – 1969 [Telephone]
        (866) 242 – 4946 [Facsimile]
        aslevine@msn.com [Primary E-mail]
        alevine@law.stetson.edu [Secondary E-mail]
        Attorney for Creditors: Panos Vasiloudes, Cygram Heritage LLLP, Cygram Holdings LP, Pat Margas, Helen Vasiloudes, Elite Financial Edge, LLC., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Sophia Highland Realty, LLC., Anna Dunedin Realty, LLC., and Academic Alliance in Dermatology, the Florida Legal Advocacy Group of Tampa Bay, and Adam S. Levine, M.D., J.D.