**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

ZDRAVKO TALANGA and          Case:  8-17-bk-09357-MGW
DARINA TALANGA,                     Chapter 7
    Debtors.
_____/

**CREDITOR ACADEMIC ALLIANCE IN DERMATOLOGY, INC.**
**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, undersigned counsel for:

**ACADEMIC ALLIANCE IN DERMATOLOGY, INC.**

in the above captioned action, certifies that the following is/are business entities other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any of the business entities' ownership interests or states that there are no business entities to report under the Rule.

**NONE TO REPORT**

**Respectfully submitted this 5th Day of February 2018**

                                    **The Florida Legal Advocacy Group of Tampa Bay**
                                      /s/  *Adam Levine*
                                    Adam S. Levine, M.D., J.D.
                                    Florida Bar #78288
                                    1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
                                    (727) 512 – 1969 [Telephone]
                                    (866) 242 – 4946 [Facsimile]
                                    aslevine@msn.com [Primary E-mail]
                                    alevine@law.stetson.edu [Secondary E-mail]
                                    Attorney for Creditors: Panos Vasiloudes, Cygram Heritage LLLP, Cygram Holdings LP, Pat Margas, Helen Vasiloudes, Elite Financial Edge, LLC., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Sophia Highland Realty, LLC., Anna Dunedin Realty, LLC., and Academic Alliance in Dermatology.