**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

ZDRAVKO TALANGA and            Case:   8-17-bk-09357-MGW
DARINA TALANGA,                 Chapter 7
    Debtors.
_____/

**CREDITOR CYGRAM HOLDINGS, LP**
**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, undersigned counsel for:

**CYGRAM HOLDINGS, LP**

in the above captioned action, certifies that the following is/are business entities other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any of the business entities' ownership interests or states that there are no business entities to report under the Rule.

**CYGRAM, LLC**
5210 Webb Road
Tampa, Florida 33615

**Respectfully submitted this 5th Day of February 2018**

                         **The Florida Legal Advocacy Group of Tampa Bay**
                          /s/  *Adam Levine*
                         Adam S. Levine, M.D., J.D.
                         Florida Bar #78288
                         1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
                         (727) 512 – 1969 [Telephone]
                         (866) 242 – 4946 [Facsimile]
                         aslevine@msn.com [Primary E-mail]
                         alevine@law.stetson.edu [Secondary E-mail]
                         Attorney for Creditors: Panos Vasiloudes, Cygram Heritage LLLP, Cygram Holdings LP, Pat Margas, Helen Vasiloudes, Elite Financial Edge, LLC., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Sophia Highland Realty, LLC., Anna Dunedin Realty, LLC.