UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

ZDRAVKO TALANGA and                    Case:   8-17-bk-09357-MGW
DARINA TALANGA,                                Chapter 7
    Debtors.
_____/

CREDITOR ELITE CAR SALES LLC's
RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, undersigned counsel for:

ELITE CAR SALES, LLC

in the above captioned action, certifies that the following is/are business entities other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any of the business entities' ownership interests or states that there are no business entities to report under the Rule.

**Elite Holdings, LLC**           **Cygram Heritage, LLLP**
18400 US Highway 19 North         5210 Webb Road
Clearwater, Florida 3764          Tampa, Florida 33615

**Respectfully submitted this 5th Day of February 2018**

    **The Florida Legal Advocacy Group of Tampa Bay**
    _/s/ Adam Levine_
    Adam S. Levine, M.D., J.D.
    Florida Bar #78288
    1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
    (727) 512 – 1969 [Telephone]
    (866) 242 – 4946 [Facsimile]
    aslevine@msn.com [Primary E-mail]
    alevine@law.stetson.edu [Secondary E-mail]
    Attorney for Creditors: Panos Vasiloudes, Cygram Heritage LLLP, Cygram Holdings LP, Pat Margas, Helen Vasiloudes, Elite Financial Edge, LLC., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Sophia Highland Realty, LLC., Anna Dunedin Realty, LLC.

1