ORDERED.

Dated: February 07, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　Case No.  8:17-bk-09357-MGW
　　　　　　　　　　　　　　　　　　　　　Chapter  7
Zdravko Talanga
and
Darina Talanga,

　　　Debtors.
_____/

**ORDER GRANTING**
**CREDITORS IOANNIS TAGARAS and**
**EVA TAGARAS' MOTION FOR RELIEF FROM STAY**

　　This case came on for consideration on the Motion for Relief from Stay filed by Creditors Ioannis Tagaras and Eva Tagaras (Doc. 35). No appropriate response having been filed in accordance with Local Rule 2002-4, it is

　　ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in that certain real property located at 2241 Nursery Road, Clearwater, Pinellas County, Florida, 33764 and more particularly known as:

    Begin from the NW corner of the SW 1/4 of the SW 1/4 of the said Section 19-29-16, the point of intersection of the R/W centerlines of Becher and Nursery Roads, and run thence along the said R/W centerline of Belcher Road, S 00°41'41" E. 40.00'; thence, along the Southerly R/W line of the said Nursery Road, S 89°09'04" E. 342.00' for a P.O.B; thence continue along the said line S 89°09'04" E. 141.00'; thence S 00°01'41" E. 100.00'; thence N 89°09'04" W. 141.00'; thence N 00°01'41" W. 100.00' to the P.O.B. Containing 14,098.35 SF/0.3237 Acres M.O.L., subject to a 10' wide utility and drainage easement along the Easterly boundary line, Pinellas County, Florida.

3.    The 14 day stay requirement of Bankruptcy Rule 4001(a)(3) is waived and the automatic Stay shall be lifted immediately upon execution of this Order.

4.    The order granting relief from stay is entered for the sole purpose of allowing Movants complete *in rem* relief to take any and all steps necessary to exercise any and all rights they may have in the subject property, to gain possession of the subject property, to have such other and further *in rem* relief as is just, and that Movants shall not obtain *in personam* relief against the Debtors.

Attorney Michael A. Ziegler, Esq. is directed to serve a copy of this order on interested parties and filed a proof of service within 3 days of entry of the order.