**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**  Case No.  **8:17-bk-09357-MGW**

  Chapter 7

**Zdravko Talanga**
**and**
**Darina Talanga,**

   **Debtors.**
_____/

**CERTIFICATE OF SERVICE**

I hereby swear or affirm that a true and correct copy of the *Order Granting Creditors Ioannis Tagaras and Eva Tagaras' Motion for Relief from Stay* (Doc No. 68) will be served upon the Court, the Trustee, the US Trustee, and all interested parties who are required to receive notice per the attached mailing matrix by the CM/ECF system or other authorized means as required by law.

Respectfully submitted on this February 7, 2018.

*/s/ Michael A. Ziegler*
Michael A. Ziegler, Esq.
FBN:  74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p)  (727) 538-4188
(f)  (727) 362-4778
mike@zieglerlawoffice.com