| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Wed Feb  7 13:57:36 EST 2018 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 |
| PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 | The Law Office of Robert Eckard & Associates<br>3110 Palm Harbor Boulevard<br>Palm Harbor, FL 34683-1931 |
| Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 | Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 |
| Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 |
| Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 | CCS<br>PO Box 607<br>Norwood, MA 02062-0607 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |

| | | |
|---|---|---|
| Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 |
| Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | EC Finance, Inc.<br>2944 Saber Dr.<br>Clearwater, FL 33759-1222 | Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 |
| Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 |
| Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 | Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 |
| Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 |
| GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 | Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 |
| Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 |
| Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 |
| Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 | Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |

| | | |
|---|---|---|
| Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 | Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 |
| Joelle Schultz, Esq.<br>13555 Automobile Blvd<br>Suite 300<br>Clearwater, FL 33762-3837 | Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 |
| MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 | Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 |
| Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 | Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | Nicholas Hoban<br>2940 West Bay Dr.<br>Apt. 502<br>Belleair Bluffs, FL 33770-2672 |
| (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | Panos Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Parc Investment Services Cor<br>c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 |
| Pat Margas<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Pinellas County<br>Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 | Pinellas County<br>Office of Human Rights<br>Attn Lisa Postell<br>400 S. Harrison Ave., St 500<br>Clearwater, FL 33756 |
| Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 | Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| Stephen G. Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/home Design Nahf<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 | Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |

| | | |
|---|---|---|
| The Talanga Family Trust<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Carolyn R. Chaney<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 | Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Herbert R Donica<br>Donica Law Firm PA<br>307 South Boulevard, Suite D<br>Tampa, FL 33606-2177 |
| Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Nicholas Roban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>13085 Hamilton Crossing Blvd.<br>Ste. 300<br>Carmel, IN 46032 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Internal Revenue Service<br>Centralized Insolvency Ops<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 |
| Northern Leasing Syste<br>132 W 31st St Fl 14<br>New York, NY 10001 | Springleaf Financial S<br>9600 66th St N Ste B<br>Pinellas Park, FL 33782 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Cygram Heritage, LLLP<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | (u)Eva Tagaras | (u)Ioannis Tagaras |
| (d)Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | (d)Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 | End of Label Matrix<br>Mailable recipients   101<br>Bypassed recipients     5<br>Total                  106 |