# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:

ZDRAVKO TALANGA and        Case:   8-17-bk-09357-MGW
DARINA TALANGA,              Chapter 7
       Debtors.

_____/

## NOTICE OF WITHDRAWAL OF MOTION TO EXTEND TIME

Through undersigned, Creditors Academic Alliance in Dermatology, Inc., Anna Dunedin Realty, LLC., Cygram Heritage, LLLP., Cygram Holdings, LP., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Elite Financial Edge, LLC., Adam Scott Levine, Pat Margas, Sophia Highland Realty, LLC., the Florida Legal Advocacy Group, P.A., Helen Vasiloudes, and Panos Vasiloudes file this Notice to withdraw their joint Motion to Extend Time to Object to Discharge or to Determine Dischargeability (Doc. No. 58) because an adversary proceeding was timely filed on February 5, 2018 (Case 8:18-ap-49, Doc. No. 1).

**Respectfully submitted this 7th Day of February 2018**

                             **The Florida Legal Advocacy Group of Tampa Bay**
                             */s/ Adam Levine*
                             Adam S. Levine, M.D., J.D.
                             Florida Bar #78288
                             1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
                             (727) 512 – 1969 [Telephone]
                             (866) 242 – 4946 [Facsimile]
                             aslevine@msn.com [Primary E-mail]
                             alevine@law.stetson.edu [Secondary E-mail]
                             Attorney for Creditors: Panos Vasiloudes, Cygram Heritage LLLP, Cygram Holdings LP, Pat Margas, Helen Vasiloudes, Elite Financial Edge, LLC., Elite Car Sales, LLC., Elite Car Sales of Clearwater, Inc., Sophia Highland Realty, LLC., Anna Dunedin Realty, LLC., and Academic Alliance in Dermatology, Inc., The Florida Legal Advocacy Group of Tampa Bay, P.A., and Adam S. Levine M.D., J.D.