**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
Zdravko Talanga and          Case Number: 8:17-bk-09357-MGW
Darina Talanga              Chapter 7

    Debtors,
_____/

**MOTION TO SELL REAL PROPERTY SUBJECT TO ALL ENCUMBRANCES
LIENS AND INTERESTS AND SOLICITATION OF GREATER OFFERS**
**(18400 US Highway 19 N., Clearwater, Florida)**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party of interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, you must file a response with the Clerk of Court at United States Bankruptcy Court, Middle District of Florida, Tampa Division, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602-3899 and serve a copy on the movant's attorney, Allan C. Watkins, Esquire, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and may grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    Carolyn R. Chaney, Chapter 7 Trustee, by and through her undersigned counsel, files this Motion for Authority to Sell Real Estate Subject to all Liens, Encumbrances and Interests, saying:

    1.    The Debtors filed a Voluntary Petition for Relief Under Chapter 7 of the Bankruptcy Code on November 2, 2017.

    2.    Carolyn R. Chaney was appointed interim Trustee and is now duly qualified and acting as Trustee.

## JURISDICTION

3. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).

4. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## PROPOSED SALE TERMS

6. The Trustee intends to sell twenty-one (21) days from the date this motion is entered on the docket, the following property of the Estate of the Debtors under the following terms and conditions:

Description of Property: 18400 US Highway 19 N., Clearwater, Florida 33764 and legally described as:

> The North 200 Feet of the following described property:
>
> Starting at the Southeast corner of Section 19, Township 29 South, Range 16 East, and thence run North 89°19'38" West, 225.00 feet; thence continue North 01°26'21" East, 371.67 feet to the Point of Beginning; thence continue North 01°26'21" East 300.00 feet, thence run South 89°22'01" East, 125.00 feet to the Westerly right-of-way of U.S. Highway 19; thence run South 01°26'21" West along said Westerly right-of-way, 300.00 feet; thence run North 89°22'01" West, 125.00, to the Point of Beginning, all lying and being situate in Section 19, Township 29 South, Range 16 East, Pinellas County Florida.

    a. Manner of Sale: Private

    b. Terms of Sale: Certified Funds Only

    c. Purchaser: LWD, LLC;

    d. Sale Price: $3,100.00, plus applicable taxes as set forth in Paragraph 6.e, subject to the auction procedures described in Paragraph 7 below.

e. <u>Applicable Taxes and Government Charges</u>:  Upon expiration of the negative notice period outlined above, the Trustee shall escrow from Purchaser an amount equal to the agreed upon sales price and the total amount of applicable taxes calculated and due under Fla. Stat. § 201.02, in certified funds. The Trustee shall do a lien search for the limited purpose of calculating the applicable taxes under Fla. Stat. §201.02. The Trustee, upon collection of the sale proceeds and applicable taxes, shall then:

1. Execute a Trustee's Deed and properly record an original copy of the executed Deed with the Clerk of the Court for the County where the Property is located.

2. Incident to recording the Trustee's Deed, the Trustee shall pay all applicable taxes (i.e., documentary stamp taxes) in full.

3. Upon return receipt of the Trustee's Deed from the Clerk of Court, the original shall be delivered by the Trustee, or her Attorney, to Purchaser via U.S. Mail and a copy of the same shall be filed with the Clerk of the Court for the Middle District of Florida, Bankruptcy Court.

f. <u>Ownership Interest to be Transferred</u>: All right, title, and interest of bankruptcy estate, if any.

g. <u>Subject to all liens and encumbrances, if any</u>. No warranties of no liens. No warranties of any kind. The Trustee has researched the mortgage and confirms that the mortgage is not federally insured. Liens included on the Debtor's Schedule D include:

| <u>Lienholder</u> | <u>Amount</u> | <u>Nature of Secured Interest</u> |
|---|---|---|
| **EC Finance, Inc.**<br>**18514-A US Highway 19 N**<br>**Clearwater, FL 33764** | **$440,000.00** | **Mortgage*** |

| | | |
|---|---|---|
| **Panayiotis Vasiloudes**<br>5210 Webb Road<br>Tampa, FL 33615 | **$1,169,100.00** | **Mortgage*** |
| **Cygram Heritage, LLLP**<br>5210 Webb Road<br>Tampa, FL 33615 | **$1,169,100.00** | **Mortgage*** |
| **Ford Motor Credit Company, LLC**<br>c/o CT Corporation<br>1200 South Pine Island Rd.<br>Plantation, FL 33324 | **$16,617.56** | **Judgement*** |
| **Flomac Enterprises, LLC**<br>1725 Robin Hood Lane<br>Clearwater, FL 33764 | **$317,242.45** | **Judgement*** |
| **Roy Melita**<br>8786 Baywood Park Dr.<br>Seminole, FL 33777 | **$69,979.00** | **Judgement*** |

**\* As per the Debtors bankruptcy schedules**

## SOLICITATION OF GREATER OFFERS

7.      The Trustee will entertain any higher bids for the purchase of the Property that the Trustee proposes to sell. Such bids must be in writing and must be received by the Trustee's Attorney electronically at [allan@watkinslawfl.com](mailto:allan@watkinslawfl.com) , or by US Mail at the address listed below, no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days to determine the ultimate purchaser.

8.      Upon determination of the ultimate purchaser, and pursuant to B.R.C.P. Rule 6004(c), the Trustee shall serve and file a report of sale itemizing the property sold, the name of the ultimate purchaser, and the price received for the property.

9. The Trustee requests that the 14 day appeal period provided for under B.R.C.P. Rule 6004(h) be waived so that the sale of the Property may close immediately upon the entry of an order granting the instant motion.

**WHEREFORE**, the Trustee moves for the entry of an Order substantially in the form attached hereto:

    a. Authorizing the sale of the Property to the ultimate purchaser subject to all liens, encumbrances, or interests of any party; and,

    b. Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor(s) the Property to the Purchaser;

    c. Granting the Trustee such other and further relief as is just and proper.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**
/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served by either CM/ECF electronic notice or by United States Mail to the following: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; LWD, LLC, c/o Dru Melville, 1012 SW 5th Place, Ft. Lauderdale, FL 33312 LWD, LLC and to all interested parties listed on the attached CM/ECF matrix on February 21, 2018.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**