| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Wed Feb 21 09:17:24 EST 2018 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 | Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 |
| Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 |
| The Law Office of Robert Eckard & Associates<br>3110 Palm Harbor Boulevard<br>Palm Harbor, FL 34683-1931 | Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 | Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 |
| Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 |

Badcock Furn
900 Missouri Ave., North
Largo, FL 33770-1812

CCS
PO Box 607
Norwood, MA 02062-0607

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A. -
PO Box 71083
Charlotte, NC  28272-1083

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Citibank, N.A. -
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

Credit Acceptance
Po Box 513
Southfield, MI 48037-0513

Credit Collection Services
725 Carlton Sr
Norwood, MA 02062

Daimler Trust -
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Department of the Treasury -
IRS
PO Box 7346
Philadelphia, PA 19101-7346

EC Finance, Inc.
2944 Saber Dr.
Clearwater, FL 33759-1222

Edita Pavlovic
1114 85th Terrace North
APT C
Saint Petersburg, FL 33702-3311

Elite Car Sales of Clrwtr
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Elite Financial Edge LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Elite Holdings, LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065-7632

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
P. O. Box 5529
Sioux Falls, SD 57117-5529

Flomac Enterprises, LLC -
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Floor & Decor
PO 960061
Orlando, FL 32896-0061

Florida Dept. of Revenue
6302 E. Martin Luther King Blvd
Suite 100
Tampa FL 33619-1166

Floyd and Ruby McKenzie
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Ford Motor Credit CO
PO Boz 6508
Mesa, AZ 85216-6508

Ford Motor Credit Co LLC
c/o CT Corporation
1200 South Pine Island Rd
Plantation, FL 33324-4413

GEICO INDEMNITY Company
c/o Chief Financial Officer
200 East Gaines St
Tallahassee, FL 32399-6502

Geico Indemnity CO
5260 Western Blvd
Chevy Chase, MD 20815-3799

George W. Greer
PO Box 1963
Clearwater, FL 33757-1963

Hancock Bank -
15500 Roosevelt Blvd.
Suite 102
Clearwater, FL 33760-3490

Helen Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Home Depot
PO 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110

Interstate Credit Coll
711 Coliseum Plaza Ct
Winston Salem, NC 27106-5350

Ioannis and Eva Tagaras
2270 Lancaster Dr.
Clearwater, FL 33764-6530

Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Ivans Auto Repair, Inc.
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Jeffrey Dowd, Esq.
156 W. Robertson St
Brandon, FL 33511-5112

Jessica F. Watts, Esq.
George G. Pappas, P.A.
1822 North Belsher Rd
Suite 200
Clearwater, FL 33765-1400

Joelle Schultz, Esq.
13555 Automobile BLvd
Suite 300
Clearwater, FL 33762-3837

Kass Law Firm
Attn: Edward Prichard
PO Box 800
Tampa, FL 33601-0800

LAW OFFICE OF ROBERT ECKARD
3110 Alt US Hwy 19 North
Palm Harbor, FL 34683

MB Fin Svcs
PO Box 961
Roanoke, TX 76262-0961

Mabt - Genesis Retail
Po Box 4499
Beaverton, OR 97076-4499

Marinr Finc
8211 Town Center Dr
Nottingham, MD 21236-5904

Mercedes Benz Credit
P. O. Box 685
Roanoke, TX 76262-0685

Mercerdes Benz Financial Ser
PO Box 5209
Carol Stream, IL 60197-5209

Nicholas Hoban
2940 West Bay Dr.
Apt. 502
Belleair Bluffs, FL 33770-2672

(p)NORTHERN LEASING SYSTEMS INC
525 WASHINGTON BLVD 15 FLOOR
JERSEY CITY NJ 07310-1606

Parc Investment Services Cor
c/o Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Pinellas County
Office of Human Rights
400 S. Fort Harrison Ave.
5th Floor Attn: Lisa Postell
Clearwater, FL 33756-5113

Pinellas County
Office of Human Rights
Attn Lisa Postell
400 S. Harrison Ave., St 500
Clearwater, FL 33756

Pinellas County Utilities -
Chance Walton
14 S. Ft. Harrison Avenue
Clearwater, FL 33756-5105

Roy Melita
8786 Baywood Park Dr.
Seminole, FL 33777-4624

Sheffield Financial Co
2554 Lewisville Clemmons
Clemmons, NC 27012-8110

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Stephen G. Watts, Esq.
300 Turner St
Clearwater, FL 33756-5327

```
Sunshine Auto Group, LLC              Syncb/floor & Decor                   Syncb/home Design Nahf
c/o Ivan Talanga                      PO Box 965036                         950 Forrer Blvd
1925 Dolphin Dr.                      Orlando, FL 32896-5036                Kettering, OH 45420-1469
Belleair Bluffs, FL 33770-2069


Syncb/polaris Consumer                Syncb/sync Bank Luxury                Synchrony Bank/Polaris
Po Box 6153                           950 Forrer Blvd                       PO Box 965073
Rapid City, SD 57709-6153             Kettering, OH 45420-1469              Orlando, FL 32896-5073


Thd/cbna                              The Talanga Family Irre Trst          The Talanga Family Trust
Po Box 6497                           1925 Dolphin Dr.                      1925 Dolphin Dr.
Sioux Falls, SD 57117-6497            Belleair Bluffs, FL 33770-2069        Belleair Bluffs, FL 33770-2069


Villa Anna Assisted Living            Carolyn R. Chaney +                   Benjamin E. Lambers +
1925 Dolphin Dr.                      PO Box 530248                         Timberlake Annex
Belleair Bluffs, FL 33770-2069        St. Petersburg, FL 33747-0248         501 E. Polk Street, Suite 1200
                                                                            Tampa, FL 33602-3945


Jay D. Passer +                       Herbert R Donica +                    Paul D Watson +
Jay D Passer, PA                      Donica Law Firm PA                    Sivyer, Barlow & Watson, P.A.
4100 W. Kennedy Boulevard, Suite 322  307 South Boulevard, Suite D          401 East Jackson Street
Tampa, FL 33609-2290                  Tampa, FL 33606-2177                  Suite 2225
                                                                            Tampa, FL 33602-5213


United States Trustee - TPA7/13 +     Bradley Halberstadt +                 Allan C Watkins, Attorney for Trustee +
Timberlake Annex, Suite 1200          Stewart Zlimen & Jungers, Ltd,        Watkins Law Firm, PA
501 E Polk Street                     2860 Patton Road                      707 N Franklin Street, Suite 750
Tampa, FL 33602-3949                  Roseville, MN 55113-1100              Tampa, FL 33602-4423


Samantha L Dammer +                   Michael A Ziegler +                   Fauzia A Makar +
Tampa Law Advocates,P.A.              Law Office of Michael A. Ziegler PL   Law Office of Robert Eckard & Associates
A Private Law Firm                    13575 58th Street North               3110 Alternate US 19 North
620 East Twiggs Suite 110             Suite 129                             Palm Harbor, FL 34683
Tampa, FL 33602-3938                  Clearwater, FL 33760-3799


Adam S Levine +
Florida Legal Advocacy Grp of Tampa Bay
1180 Gulf Boulevard, #303
Clearwater, FL 33767-2755
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Automotive Finance Corporation -      Capital One                           Internal Revenue Service
13085 Hamilton Crossing Blvd.         15000 Capital One Dr                  Centralized Insolvency Ops
Ste. 300                              Richmond, VA 23238                    P. O. Box 21126
Carmel, IN 46032                                                            Philadelphia, PA 19114-0326
```

Northern Leasing Syste  
132 W 31st St Fl 14  
New York, NY 10001

Springleaf Financial S  
9600 66th St N Ste B  
Pinellas Park, FL 33782

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Eva Tagaras

(u)Ioannis Tagaras

(u)Michael G. Williamson  
Tampa

(d)Cygram Heritage, LLLP  
5210 Webb Rd.  
Tampa, FL 33615-4518

(d)Panos Vasiloudes  
5210 Webb Rd.  
Tampa, FL 33615-4518

(d)Pat Margas  
5210 Webb Rd.  
Tampa, FL 33615-4518

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF  
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-  
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix  
Mailable recipients    111  
Bypassed recipients      7  
Total                  118