ORDERED.

Dated: February 21, 2018

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                                                          Case No. 8:17-bk-09357-MGW

ZDRAVKO TALANGA,
And DARINA TALANGA

Debtors,                                                               Chapter 7

**ORDER GRANTING CREDITOR ALYSSA GUTTENBERG'S EMERGENCY MOTION TO ENLARGE TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. SECTION 727 AND OBJECTION TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. SECTION 523**

THIS CAUSE having come on for consideration of the Creditor's Motion to Enlarge Time to File a Complaint Pursuant to 11 U.S.C. Section 727 And Objection to Dischargeability of Debt Pursuant to 11 U.S.C. Section 523 ("the Motion") (Doc. No. 41), the motion having been filed on January 25, 2018 with negative notice and no objection having been filed,

It is hereby ORDERED:

1. That Creditors's Motion is GRANTED; and

2. The deadline for Creditors DENNIS MCELRATH and PARC INVESTMENT

SERVICES, CORP. to file a complaint objecting to discharge under Section 727 of the Bankruptcy Code or a complaint to determine the dischargeability of a debt under Section 523 of the Bankruptcy Code is extended through and including April 20, 2018.

Attorney Samantha L. Dammer is directed to serve a copy of order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of entry of order.