**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

**In Re:**                                                      **Case No.: 8:17-bk-09357-MGW**
**Zdravko Talanga and Darina Talanga**      **Chapter 7**

**Debtors,**
_____/

<u>**CERTIFICATE OF SERVICE**</u>

     **I, HEREBY CERTIFY** that a true and correct copy of the Order Granting
Motion to Extend Time to File a Complaint Objecting to Discharge or Dischargeability of
a Debt. *Through April 20, 2018*, served on February 22, 2018, by electronic notice/and
telephonic notice to those parties receiving CM/ECF service:

**VIA ELECTRONIC TRANSMISSION**

DATED: February 22, 2018

                                              Respectively Submitted:

                                              By:  */S/ Samantha L. Dammer*
                                              SAMANTHA L. DAMMER, ESQUIRE
                                              Florida Bar No.: 0036953
                                              Tampa Law Advocates, P.A.
                                              620 East Twiggs Street, Suite 110
                                              Tampa, FL 33602
                                              Ph: (813) 288-0303
                                              Attorney for Creditor
                                              sdammer@attysam.com