UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  Case No.  8:17-bk-09357-MGW
Chapter  7

Zdravko Talanga and
Darina Talanga

      **Debtor.**
_____/

## CREDITOR EC FINANCE, INC.'S OBJECTION TO TRUSTEE'S MOTION SELL PROPERTY (DOC. 72)

COMES NOW, CREDITOR EC FINANCE, INC. ("Creditor"), by and through the undersigned counsel, and hereby objects to the Trustee's Motion to Sell Property Subject to Encumbrances, Liens and Interests ("Motion") (Doc. 72) with respect to the Real Property located at 18400 US Highway 19 N., Clearwater, FL ("Property"), and in support thereof states as follows:

1. Creditor sold and owned-financed the Property to Debtors on or around May 31, 2013.
2. Owner financing was secured by a mortgage on the Property, recorded in the public records of Pinellas County Florida. *See* **Exhibit A,** Note, and **Exhibit B**, Mortgage.
3. Creditor holds first lien position with respect to the Property.
4. On or around May, 2017, Debtors defaulted on the mortgage by failing to make payments due.
5. Creditor initiated a foreclosure action on June 30, 2017. *See* **Exhibit C**, foreclosure complaint (exhibits excluded).
6. Creditor filed for summary judgment on September 27, 2017, which was set for hearing on November 29, 2017.
7. Debtors filed this bankruptcy case on November 2, 2018.
8. Creditor objects to the motion to sell. Transferring title to the Property may impair Creditor's ability to recover on its security interest.

WHEREFORE the Debtor requests that the Court deny the Estate's Motion to Sell.

Respectfully submitted on this March 1, 2018.

                                         */s/ Michael A. Ziegler*
                                         Michael A. Ziegler, Esq.
                                         FBN:  74864

## **CERTIFICATE OF SERVICE**

    I hereby swear or affirm that a true and correct copy of foregoing has been served upon all interested parties who are required to receive notice per the attached mailing matrix by the CM/ECF system or other authorized means as required by law.

    Respectfully submitted this March 1, 2018

                                      */s/ Michael A. Ziegler*
                                      Michael A. Ziegler, Esq.