IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY IN AND FOR THE STATE OF FLORIDA
CIVIL DIVISION

EC Finance, Inc., a Florida corporation,

    Plaintiff,

v.                                      CASE NO:

Zdravko Talanga, Darina Talanga, Ford
Motor Credit Company, LLC, a Delaware
limited liability company, Roy Melita, and
Unknown Occupant(s),

    Defendants,
_____/

## VERIFIED COMPLAINT FOR FORECLOSURE OF COMMERCIAL REAL PROPERTY

Plaintiff, EC Finance, Inc., a Florida corporation (hereinafter referred to as "Plaintiff"), sues Defendants, Zdravko Talanga, Darina Talanga, Ford Motor Credit Company, LLC, Roy Melita, and Unknown Occupant(s) (hereinafter referred to as "Defendant(s)"), and alleges:

### GENERAL ALLEGATIONS

1. This Court has jurisdiction over the subject matter of this action.

2. On May 31, 2013, Defendants Zdravko Talanga and Darina Talanga executed and delivered a Promissory Note (hereinafter referred to as "Note") to Plaintiff. A copy of the Note is attached hereto as Exhibit A.

3. On May 31, 2013, Defendants Zdravko Talanga and Darina Talanga executed and delivered to Plaintiff a Mortgage (hereinafter referred to as "Mortgage") securing payment of said Note, to Plaintiff. The subject Mortgage was recorded on June 4, 2013, in Official Records Book 18029 at Page 1200 of the Public Records of Pinellas County, Florida and which mortgaged the property described therein, then owned by and in possession of said mortgagor. A copy of the Mortgage is attached hereto and incorporated herein as Exhibit "B".

4. The Plaintiff is the holder of the Note and Mortgage.

5. All conditions precedent to the filing of this action has been met by Plaintiff.

### COUNT I- MORTGAGE FORECLOSURE

6. Plaintiff re-adopts and re-alleges paragraphs 1 through 5 set forth above.

7. Venue is proper as the real property is located at 18400 U.S. Highway 19 North, Clearwater, Florida 33764, which is located in Pinellas County, Florida, and being particularly described as follows:

> The North 200 feet of the following described property:
>
> Starting at the Southeast corner of Section 19, Township 29 South, Range 16 East, and thence run North 89°19'38" West, 225.00 feet; thence continue North 01°26'21" East, 371.67 feet to the Point of Beginning; thence continue North 01°26'21" East, 300.00 feet, thence run South 89°22'01" East, 125.00 feet to the Westerly right-of-way of U.S. Highway 19; thence run South 01°26'21" West along said Westerly right-of-way, 300.00 feet; thence run North 89°22'01" West, 125.00, to the Point of Beginning, all lying and being situate in Section 19, Township 29 South, Range 16 East, Pinellas County, Florida.

8. The Defendants, Zdravko Talanga and Darina Talanga, own the commercial real property pursuant to the Warranty Deed recorded in Official Records Book 18029, Page 1199, of the Public Records of Pinellas County, Florida. A copy of the Warranty Deed is attached hereto as Exhibit C.

9. Defendants have defaulted under the Note and Mortgage by failing to make the payment due on or about May 15, 2017, and all subsequent payments, and by failing to pay subject property taxes.

10. Defendants were served with the Notice of Intent to Foreclose (hereinafter referred to as the "Notice") on June 8, 2017. A copy of the Notice is attached hereto as Exhibit D.

11. On or about June 22, 2017, Plaintiff and Defendant Talangas entered into an unexecuted verbal settlement agreement in which Defendants would pay Plaintiff as follows:

   a. May mortgage payment in the amount of $3,273.67 via certified bank check on or before June 26, 2017;

   b. June mortgage payment in the amount of $3,273.67 via certified bank check on or about July 5, 2017; and

   c. Property taxes in the amount of $5,570.16 and legal fees in the amount of $1,500.00 to be split into four equal payments of $1,767.54 beginning on July 10, 2017.

12. Defendant Talangas failed to abide by the terms of the settlement agreement.

13. Plaintiff declares the full amount payable under the Note and Mortgage to be immediately due.

14. Defendants owe Plaintiff $427,650.02 for principal on the Note and Mortgage, together with interest from April 15, 2017, together with late charges, attorney's fees and costs, and all expenses incurred in preparation of the title search for ascertaining necessary parties to this action, as well as other potential charges as provided in the loan documents, including but not limited to, any sums advanced, or to be advanced, by Plaintiff for payment of taxes or insurance or other expenses to protect Plaintiff's security interest or to maintain and preserve the subject real property.

15. All conditions precedent to the filing of this action have been performed or have occurred.

16. Plaintiffs have obligated themselves to pay the undersigned attorney all reasonable costs and attorneys' fees for their services herein. Defendant is obligated to Plaintiffs to pay reasonable attorney's fees pursuant to the Note and Mortgage.

17. Defendant, Ford Motor Credit Company, LLC, may claim an interest based upon its judgment recorded in Official Records Book 16682, Page 2093 of the Public Records of Pinellas County, Florida. Said interest is subject and inferior to the lien of Plaintiffs' Mortgage.

18. Defendant, Roy Melita, may claim an interest based upon its Final Judgment recorded in Official Records Book 19282, Page 1740 of the Public Records of Pinellas County, Florida. Said interest is subject and inferior to the lien of Plaintiff's Mortgage.

19. Defendant, Unknown Occupant(s), may claim some interest or lien upon the subject property. Said interest, if any, is subject and inferior to the lien of Plaintiff's Mortgage.

20. By virtue of Borrower's failure to make payment when due, Plaintiff has been forced to retain the services of the undersigned counsel, and has agreed to pay said attorneys a reasonable fee for services.

WHEREFORE, Plaintiff prays for Judgment as follows:

(a) This Court will take jurisdiction of this cause, of the subject matter and the parties hereto;

(b) This Court ascertain and determine the sums of money due and payable to Plaintiffs from the Defendant, including an award of a reasonable attorney's fee and costs;

(c) That the sum of money found to be due as aforesaid be decreed by this Court to be a lien upon the lands described in Plaintiffs' Mortgage;

(d) That Plaintiffs be appointed Receiver under duty of accounting to receive and apply rents towards the obligations under the Notes, Mortgages Real Property taxes and operational expenses associated with the subject Real Property;

(e) That such lien be foreclosed in accordance with the rules and established practice of this Court, and upon failure of Defendants to pay the amount of money found to be due by them to the Plaintiffs, the said land be sold to satisfy said lien or returned to Plaintiffs at Plaintiffs' option;

(f) This Court decree that the lien of the Plaintiffs is superior to any and all right, title or interest of the Defendants and each of them herein, or any person or parties claiming by, through or under them since the institution of this suit;

(g) That all right, title or interest of the Defendants and each of them, or any person claiming by, through or under them be forever barred and foreclosed.

(h) This Court retain jurisdiction of this cause to grant further relief as the Court deems proper and

just, including but not limited to, deficiency judgment(s) if the proceeds of the sale of the subject property are insufficient to pay the sum of money found to be due to Plaintiffs as decreed by this Court.

## VERIFICATION

I, James Ray, President of EC Finance, Inc., do hereby acknowledge I have read the forgoing Verified Complaint and the allegations and contents herein are true and correct to the best of my knowledge and belief.

_____
JAMES RAY, President of EC Finance, Inc.

STATE OF FLORIDA    )
COUNTY OF PINELLAS  )

BEFORE ME, the undersigned authority, personally appeared James Ray, who is personally known to me, or who produced _____, as identification and who acknowledged that he executed the forgoing Verified Complaint, freely and voluntarily and for the purposes set forth therein.

WITNESS my hand and official seal in the state and county aforesaid this 20 day of June, 2017.



SHELLEY PIERCE
MY COMMISSION #FF187550
EXPIRES January 31, 2019
(407) 398-0153   FloridaNotaryService.com

NOTARY PUBLIC
NAME: Shelley Pierce
STATE OF FLORIDA

GEORGE G. PAPPAS, P.A.

_____
☐ George G. Pappas, Esq.
Florida Bar No.: 109312
☐ Jessica F. Watts, Esq.
Florida Bar No.: 86089
1822 North Belcher Road, Suite 200
Clearwater, Florida 33765
(T) ███████████
(F) 727-447-4989
jessica@pappaspa.com
docserve@pappaspa.com

4