```
                         United States Bankruptcy Court
                            Middle District of Florida
In re:                                                       Case No. 17-09357-MGW
Zdravko Talanga                                              Chapter 7
Darina Talanga
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: manel              Page 1 of 2              Date Rcvd: Feb 27, 2018
                              Form ID: pdfdoc          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db/jdb          +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
              Adam S Levine    on behalf of Creditor    Elite Car Sales aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Cygram Holdings aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine    on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
              Allan C Watkins    on behalf of Trustee Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins    on behalf of Attorney for Trustee Allan C Watkins court@watkinslawfl.com
              Allan C Watkins, Attorney for Trustee    on behalf of Trustee Carolyn R. Chaney
               court@watkinslawfl.com
              Benjamin E. Lambers    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley Halberstadt    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Fauzia A Makar    on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               Fauzia@roberteckardlaw.com, support@roberteckardlaw.com
              Herbert R Donica    on behalf of Defendant Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Defendant Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Debtor Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com

```
District/off: 113A-8           User: manel                 Page 2 of 2                  Date Rcvd: Feb 27, 2018
                               Form ID: pdfdoc             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Herbert R Donica     on behalf of Joint Debtor Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Jay D. Passer    on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net,  kathykorson@hotmail.com
              Michael A Ziegler     on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com
              Michael A Ziegler     on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com
              Paul D Watson     on behalf of Creditor   Hancock Bank pwatson@sbwlegal.com,  afindlay@sbwlegal.com
              Samantha L Dammer     on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer     on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 41
```

ORDERED.

Dated:  February 27, 2018

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga and
    Darina Talanga,                        Case No.  8:17-bk-9357-FMD

    Debtors.                                Chapter 7
_____/

**ORDER GRANTING THE UNITED STATES**
**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE**
<u>**COMPLAINT OBJECTING TO DISCHARGE OR MOTION TO DISMISS**</u>

    THIS CAUSE came on for consideration without a hearing on the United States Trustee's Motion for Extension of Time to Object to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or Motion to Dismiss Pursuant to 11 U.S.C. §  707(b) (Doc. No. 40). The Court considered the record together with the motion and is satisfied that it is appropriate to grant the motion. The motion was served on negative notice and no party timely objected.  Accordingly, it is

    ORDERED that the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or motion to dismiss pursuant to 11 U.S.C. § 707(b) is extended for all parties in interest until April 6, 2018.

Copies to be served by the Clerk's office on the Debtors, Trustee, Trustee's Counsel, United States Trustee