**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Zdravko Talanga andCase Number:  8:17-bk-09357-MGW
Darina TalangaChapter 7

Debtors,
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a Hearing in this case will be held on **April 5, 2018 at 9:30 A.M.**, before the Honorable Michael G. Williamson, at the United States Bankruptcy Court, 801 North Florida Avenue, Courtroom 8A, Tampa, Florida 33602, to consider and act upon the following and transact such other business that may come before the Court:

**TRUTSEE'S MOTION TO SELL REAL PROPERTY**
**SUBJECT TO ALL ENCUMBRANCES LIENS AND**
**INTERESTS AND SOLICITATION OF GREATER OFFERS**
**(18400 US Highway 19 N., Clearwater, Florida)**
**(Doc. No. 72)**

And

**CREDITOR EC FINANCE, INC.'S OBJECTION TO TRUSTEE'S MOTION**
**TO SELL REAL PROPERTY SUBJECT TO ALL ENCUMBRANCES**
**LIENS AND INTERESTS AND SOLICITATION OF GREATER OFFERS**
**(Doc. No. 76)**

1.The hearing may be continued upon announcement made in open Court without further notice.

2.  **Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires** that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3.  Avoid delays at Courthouse security checkpoints. **You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**
/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been served by either CM/ECF electronic notice or by United States Mail to the following: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; LWD, LLC, c/o Dru Melville, 1012 SW 5th Place, Ft. Lauderdale, FL 33312 LWD, LLC and to all interested parties listed on the attached CM/ECF matrix on March 7, 2018.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**