| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Wed Mar  7 09:20:37 EST 2018 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 | Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 | Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 |
| Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 | The Law Office of Robert Eckard & Associates<br>3110 Palm Harbor Boulevard<br>Palm Harbor, FL 34683-1931 | Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 |
| Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 |
| Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 | Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 |

| | | |
|---|---|---|
| (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 | CCS<br>PO Box 607<br>Norwood, MA 02062-0607 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A. -<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank, N.A. -<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 |
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust -<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Department of the Treasury -<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 |
| Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 |
| Flomac Enterprises, LLC -<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 | Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 |
| Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 |
| GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 | Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 |

| | | |
|---|---|---|
| Hancock Bank -<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 |
| Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 |
| Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 | Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 | Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 |
| Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 | Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 |
| MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 | Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 |
| Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 | Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | Nicholas Hoban<br>2940 West Bay Dr.<br>Apt. 502<br>Belleair Bluffs, FL 33770-2672 |
| (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | Parc Investment Services Cor -<br>c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Pinellas County<br>Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 |
| Pinellas County<br>Office of Human Rights<br>Attn Lisa Postell<br>400 S. Harrison Ave., St 500<br>Clearwater, FL 33756 | Pinellas County Utilities -<br>Chance Walton<br>14 S. Ft. Harrison Avenue<br>Clearwater, FL 33756-5105 | Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 |
| Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Stephen G, Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 |

Sunshine Auto Group, LLC
c/o Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Syncb/floor & Decor
PO Box 965036
Orlando, FL 32896-5036

Syncb/home Design Nahf
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/polaris Consumer
Po Box 6153
Rapid City, SD 57709-6153

Syncb/sync Bank Luxury
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank -
Attn: Bankruptcy Department
PO Box 530912
Atlanta GA 30353-0912

Synchrony Bank/Polaris
PO Box 965073
Orlando, FL 32896-5073

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

The Talanga Family Irre Trst
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The Talanga Family Trust
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Villa Anna Assisted Living
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Carolyn R. Chaney +
PO Box 530248
St. Petersburg, FL 33747-0248

Benjamin E. Lambers +
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Jay D. Passer +
Jay D Passer, PA
4100 W. Kennedy Boulevard, Suite 322
Tampa, FL 33609-2290

Herbert R Donica +
Donica Law Firm PA
307 South Boulevard, Suite D
Tampa, FL 33606-2177

Paul D Watson +
Sivyer, Barlow & Watson, P.A.
401 East Jackson Street
Suite 2225
Tampa, FL 33602-5213

United States Trustee - TPA7/13 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Bradley Halberstadt +
Stewart Zlimen & Jungers, Ltd,
2860 Patton Road
Roseville, MN 55113-1100

Allan C Watkins +
Watkins Law Firm, PA
707 N Franklin Street, Suite 750
Tampa, FL 33602-4423

Allan C Watkins, Attorney for Trustee +
Watkins Law Firm, PA
707 N Franklin Street, Suite 750
Tampa, FL 33602-4423

Samantha L Dammer +
Tampa Law Advocates,P.A.
A Private Law Firm
620 East Twiggs Suite 110
Tampa, FL 33602-3938

Michael A Ziegler +
Law Office of Michael A. Ziegler PL
13575 58th Street North
 Suite 129
Clearwater, FL 33760-3799

Fauzia A Makar +
Law Office of Robert Eckard & Associates
3110 Alternate US 19 North
Palm Harbor, FL 34683

Adam S Levine +
Florida Legal Advocacy Grp of Tampa Bay
1180 Gulf Boulevard, #303
Clearwater, FL 33767-2755

                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Automotive Finance Corporation -
13085 Hamilton Crossing Blvd.
Ste. 300
Carmel, IN 46032

Capital One
15000 Capital One Dr
Richmond, VA 23238

Internal Revenue Service
Centralized Insolvency Ops
P. O. Box 21126
Philadelphia, PA 19114-0326

```
Northern Leasing Syste             Springleaf Financial S
132 W 31st St Fl 14                9600 66th St N Ste B
New York, NY 10001                 Pinellas Park, FL 33782
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Eva Tagaras                     (u)Ioannis Tagaras                 (u)Michael G. Williamson
                                                                      Tampa


(d)Cygram Heritage, LLLP           (d)EC Finance, Inc.                (d)Panos Vasiloudes
5210 Webb Rd.                      2944 Saber Dr.                     5210 Webb Rd.
Tampa, FL 33615-4518               Clearwater, FL 33759-1222          Tampa, FL 33615-4518


(d)Pat Margas                      (u)Note: Entries with a '+' at the end of the    End of Label Matrix
5210 Webb Rd.                      name have an email address on file in CMECF      Mailable recipients   113
Tampa, FL 33615-4518               -------------------------------------------      Bypassed recipients     8
                                   Note: Entries with a '-' at the end of the       Total                 121
                                   name have filed a claim in this case
```