UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No.: 8:17-bk-09357-MGW
                                                          Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

      Debtors.
_____/

## Amendments to the Statement of Financial Affairs:

**Part 7. List Certain Payments or Transfers.**

**Question No. 18.** Within two years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

**Yes.**

   A. Transfers pertaining to the Debtor's interest in Villa Anna Assisted Living Facility, LLC ("**VA**") and Sophia Highland Realty, LLC ("**SH**"), formerly 100%:

      Cygram Heritage LLLP loaned $90,000 on February 4, 2015 to VA. On February 12, 2016, the loan was converted to a 50.01% membership interest in VA. The new equity interest appears to be newly "issued" by VA. In addition to the newly issued equity of VA, the "equity conversion shall be applied as $90,000 in equity for Sophia Highland Realty, LLC. SH was not an obligation on the $90,000 VA loan. It does not appear that any consideration was received by the Talangas or SH for the SH equity issuance for Cygram Heritage LLLP's loan conversion.

      On February 4, 2015, PanosVasiloudes and Pat Margas converted $90,000 of a $120,000 loan to the Debtors into equity of VA. Appears to be part of the same transaction as above.

   B. Transfers pertaining to the Debtor's interest in Elite Car Sales of Clearwater, Inc. ("**ECSC**"), formerly 100%:

      Elite Financial Edge, LLC ("**EFE**") was indebted to Cygram Holdings, LP (amount unknown). On January 21, 2015, the loan to Elite Financial Edge, LLC was converted into equity in Elite Car Sales of Clearwater, Inc. It does not appear that any consideration was received by the Talangas or EFE for the ECSC equity issuance for Cygram Holdings, LP's loan conversion. The same transaction appears in a December 19, 2014 Operating Agreement - doubt that it happened twice.On November 2014,Academic Alliance in Dermatology, Inc. ("AAD"owned by

PanosVasiloudes) converted $90,000.00 to equity $45,000.00 to each company. In December 2014, Vasiloudesintroduced third partner, LarsSkjoth (owner of EMKL) and shares thereafter were divided by thirds. At the time, CygramHoldiong, LP became a partner, replacing AAD.

- C. Transfers pertaining to the Debtor's interest in Elite Car Sales, LLC("ECS"), formerly 100% owned by the Talangas and their children:

On February 1, 2015, the Talanga family transferred 66.66% of their membership interests to Cygram Heritage, LLLP and Lars Skjoth (33.3% each), reciting that unspecified "contributions" "represented a fair, reasonable, and equitable price". It does not appear that the Talanga family members received any consideration for the transfers.

- D. Transfers pertaining to the Debtor's interest in Elite Financial Edge, LLC("EFE"), formerly 100%:

Elite Financial Edge, LLC was indebted to PanosVasiloudesin the amount of $90,000. On December 19, 2014, the loan was converted into 33.3% of the equity of EFE for Cygram Heritage, LLLP. Also, on the same day, unspecified capital contributions by EMKL were converted into 33.3% equity of EFE for Lars Skjoth (believed to be the owner of EMKL). The Talanga family's interest of 100% was reduced to 33.4%, apparently by way of dilution.

- E. Subsequent to the above referenced debt-to-equity conversions, the Talangasconveyed the remaining minority position equity interests to Elite Holdings, LLC which was formed on March 1, 2015 (filed with the Florida Secretary of State on February 9, 2015).

- F. The Talanga Family Irrevocable Trust was formed on July 31, 2015for the purpose ofholding the Debtors' interest in Elite Holdings, LLC. The Debtors have not been able to determine if their attorney at the time, Adam Levine, had completed the transfer of Elite Holdings, LLC into the trust.

**Question No. 19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?

**Yes.**

The Talanga Family Irrevocable Trust was formed on July 31, 2015 for the purpose of holding the Debtors' interest in Elite Holdings, LLC.The Debtors have not been able to determine if their attorney at the time, Adam Levine, had completed the transfer of Elite Holdings, LLC into the trust.

2

**Part 9. Identify Property You Hold or Control for Someone Else.**

Yes.

| Owners Name & Address: | Location: | Describe the property | Value |
|---|---|---|---|
| Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770 | Same | 2006 Audi A6 | $4,500[i] |

Note: Ivan Talanga arranged for the purchase of the vehicle but had to add his father's name to the title in order to secure full coverage insurance. The finance agreement was in Ivan Talanga's name only. The Audi was repossessed at the end of year 2017, November or December.

---

[i] Subject to a loan with Onemain Financial of America, Inc. in the amount of $6,095.58.

**Part 12: Sign Below.**

I have read the answers on this Amendment to Statement of Financial Affairs and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment or up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Zdravko Talanga                              Darina Talanga

Date: 3-12-18                                Date: 3/12/18

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the named addressees by regular U. S. Mail or the Court's CM/ECF system on the 12th day of March, 2018 to: **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.