UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8:17-bk-09357-MGW
Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**CERTIFICATE OF SERVICE OF**
**NOTICE OF COMMENCEMENT OF CASE TO ADDITIONAL CREDITOR**

    I HEREBY CERTIFY that a true and correct copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines (Doc. 4) and Form 410 – Proof of Claim have been furnished by regular U.S. mail on the 13th day of March, 2018 to the following additional creditors listed below:

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365

City of Clearwater Customer Service
P.O. Box 30020
Tampa, FL 33630-3020

Duke Energy
299 1st Ave., N
Saint Petersburg, FL 33701

FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 77252-2409

Global Credit & Collection Corp.
Attn:  Collections Department
5440 N. Cumberland Avenue, Suite 300
Chicago, IL 60656-1490

Interstate Credit Collections
711 Coliseum Plaza Court
Winston Salem, NC 27106-5350

One Main
9600 66th Street N., Suite B
Pinellas Park, FL 33782-4540

        **DONICA LAW FIRM, P.A.**
        Counsel for Debtors
        307 South Boulevard, Suite D
        Tampa, FL  33606
        Telephone:  (813) 878-9790
        Facsimile:  (813) 878-9746
        E-mail:  herb@donicalaw.com

        */s/ Herbert R. Donica*
        Herbert R. Donica, Esq.
        Florida Bar No. 841870