**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourt.gov

In re:                                                                   Case No.: 8:17-BK-09357-MGW

Darina Talanga and Zdravko Talanga,                      Chapter 7

    Debtors.
_____/

## NOTICE OF APPEARANCE

The undersigned serves notice of his appearance on behalf of Creditor, Whitney Bank, a Mississippi state chartered bank, d/b/a Hancock Bank, and requests that all pleadings be served on him pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure.

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No: 18-150

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on February 15, 2018 to:

Carolyn Roberts Chaney, 5926 28TH St S, Saint Petersburg, FL 337124516
*Trustee* (usual place of business)

Herbert Roy Donica, 106 S Tampania Ave Ste 250, Tampa, FL 336093257
*Attorney for Debtors* (usual place of business)

Darina Talanga and Zdravko Talanga, 1925 Dolphin Dr., Belleair, FL 33770
*Debtors* (usual place of abode)

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No: 18-150