

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 04/05/2018 09:30 AM

### COURTROOM   8A

## HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:17-bk-09357-MGW** | **7** | **11/02/2017** |

**Chapter 7**

**DEBTOR:**      Zdravko Talanga

Darina Talanga

**DEBTOR ATTY:**  **Herbert Donica**

**TRUSTEE:**    **Carolyn Chaney**

## HEARING:

Motion to Sell. Property description: 18400 US Highway 19 N., Clearwater, Florida. . Contains negative notice. Filed by Allan C Watkins on behalf of Trustee Carolyn R. Chaney (Attachments: # [1] Mailing Matrix) (Watkins, Allan) Doc #72

-Objection to Trustee's Motion to Sell Property Filed by Michael A Ziegler on behalf of Creditor EC Finance Inc (related document(s)[72]). (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit # [4] Mailing Matrix) (Ziegler, Michael) Doc #76

**APPEARANCES:**:
Herb Donica for Dbtr, Allan Watkins for Trustee, Michael Ziegler for EC Finance, Inc.
**RULING:**
Motion to Sell. Property description: 18400 US Highway 19 N., Clearwater, Florida. . Contains negative notice. Filed by Allan C Watkins on behalf of Trustee Carolyn R. Chaney (Attachments: # [1] Mailing Matrix) (Watkins, Allan) Doc #72 -   Withdrawn

-Objection to Trustee's Motion to Sell Property Filed by Michael A Ziegler on behalf of Creditor EC Finance Inc (related document(s)[72]). (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit # [4] Mailing Matrix) (Ziegler, Michael) Doc #76
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.