UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                            Case No. 8:17-bk-09357-MGW
                                                                                                         Chapter 7
Zdravko Talanga
Darina Talanga

        Debtors.
_____/

**CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINE FOR
FILING A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**

COMES NOW, Carolyn R. Chaney, Chapter 7 Trustee, and moves this Court for the entry of an order extending the deadline for filing a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727. In support of this motion, the Trustee says:

1. The Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on November 2, 2017.

2. The time period for filing a complaint under 11 U.S.C. §727 has been continued to April 6, 2018. The Debtors have consented to this extension request.

3. Upon a showing a cause, the Rules permit the Court to grant an extension of the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. §727. See Fed.R.Bankr.P. 4004(b).

4. Additional information has been requested of the Debtors and more time is needed to review the information after it has been provided. The creditors meeting has not yet concluded.

WHEREFORE, the Trustee respectfully requests that the Court grant the Trustee's motion to extend the deadline for the filing of a complaint pursuant to 11 U.S.C. §727 for sixty (60) days from April 6, 2018; and grant such further relief as the Court deems appropriate.

DATED:  April 6, 2018.

                                                        /s/Carolyn R. Chaney, Trustee
                                                        Post Office Box 530248
                                                        St. Petersburg, FL  33747-0248
                                                        Telephone:  (727) 864-9851
                                                        Email:  carolyn.chaney@earthlink.net

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been provided by electronic or U.S. Mail delivery on April 6, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV

Debtors: Zdravko and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770

Attorney for Debtors: Herbert R. Donica, Esquire, 307 South Boulevard, Suite D, Tampa, FL 33606; Email: ecf-hrd@donicalaw.com

Allan C. Watkins, Esquire, 707 N. Franklin Street, Suite 750, Tampa, FL 33602
Email: court@watkinslawfl.com.

/s/Carolyn R. Chaney, Trustee