ORDERED.

Dated: April 09, 2018

/s/ Michael G. Williamson
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga and
    Darina Talanga,                    Case No. 8:17-bk-9357-MGW

    Debtors.                             Chapter 7
_____/

**ORDER GRANTING THE UNITED STATES**
**TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE**
**COMPLAINT OBJECTING TO DISCHARGE OR MOTION TO DISMISS**

    THIS CAUSE came on for consideration without a hearing on the United States Trustee's Second Motion for Extension of Time to Object to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) (Doc. No. 86). The Court considered the record together with the motion and is satisfied that it is appropriate to grant the motion. The motion represents that the Debtors consent. Accordingly, it is

    ORDERED that the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or motion to dismiss pursuant to 11 U.S.C. § 707(b) is extended for the United States Trustee until June 5, 2018.

Copies to be served by the Clerk's office on the Debtors, Trustee, Trustee's Counsel, United States Trustee