ORDERED.

Dated: April 10, 2018

Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

**In re:**                              Case No. 8:17-bk-09357-MGW
                                        Chapter 7
Zdravko Talanga
and
Darina Talanga,

    Debtors.
_____/

**ORDER GRANTING CREDITOR**
**EC FINANCE, INC.'S MOTION FOR RELIEF FROM STAY**

This case came on for consideration on the Motion for Relief from Stay filed by Creditor EC Finance, Inc. (Doc. 78). No appropriate response having been filed in accordance with Local Rule 2002-4, it is

ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in that certain real property located at 18400 US Highway 19 N, Clearwater, Pinellas County, Florida and more particularly known as:

The North 200 feet of the following described property:

Starting at the Southeast corner of Section 19, Township 29 South, Range 16 East, and thence run North 89°19'38" West, 225.00 feet; thence continue North 01°26'21" East, 371.67 feet to the Point of Beginning; thence continue North 01°26'21' East, 300.00 feet, thence run South 89°22'01" East, 125.00 feet to the Westerly right-of-way of U.S. Highway 19; thence run South 01°26'21" West along said Westerly right-of-way, 300.00 feet; thence run North 89°22'01" West, 125.00 feet to the Point of Beginning, all lying and being situate in Section 19, Township 29 South, Range 16 East, Pinellas County, Florida.

Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

3. The 14 day stay requirement of Bankruptcy Rule 4001(a)(3) is waived and the automatic Stay shall be lifted immediately upon execution of this Order.

4. The order granting relief from stay is entered for the sole purpose of allowing Movants complete *in rem* relief to take any and all steps necessary to exercise any and all rights they may have in the subject property, to gain possession of the subject property, to have such other and further *in rem* relief as is just, and that Movants shall not obtain *in personam* relief against the Debtors.

Attorney Michael A. Ziegler, Esq. is directed to serve a copy of this order on interested parties and filed a proof of service within 3 days of entry of the order.