**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**                                                                 Case No.    8:17-bk-09357-MGW
                                                                           Chapter    7

**Zdravko Talanga and**
**Darina Talanga**

        **Debtors.**
_____/

**CERTIFICATE OF SERVICE**

I hereby swear or affirm that a true and correct copy of the *Order Granting Creditor EC Finance, Inc.'s Motion for Relief From Stay* (Doc No. 89) will be served upon the Court, the Trustee, the US Trustee, and all interested parties who are required to receive notice per the attached mailing matrix by the CM/ECF system or other authorized means as required by law.

    Respectfully submitted on this April 10, 2018.

                                                */s/ Michael A. Ziegler*
                                                Michael A. Ziegler, Esq.
                                                FBN:  74864
                                                Law Office of Michael A. Ziegler, P.L.
                                                13575 58th Street North, Suite 129
                                                Clearwater, FL 33760
                                                (p)  (727) 538-4188
                                                (f)  (727) 362-4778
                                                mike@zieglerlawoffice.com