ORDERED.

**Dated:  April 10, 2018**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:17-bk-09357-MGW
                                                                Chapter 7

Zdravko Talanga
Darina Talanga

                    Debtors.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINE
FOR FILING A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**

THIS CASE came on for consideration without a hearing on the Chapter 7 Trustee's

Motion to Extend Deadline for Filing a Complaint Objecting to Debtors' Discharge, pursuant

to 11 U.S.C. §727 (Doc. No. 87).  The Court considered the record together with the motion

and is satisfied that is appropriate to grant the Motion.  Accordingly, it is

ORDERED that the deadline to file a complaint objecting to discharge pursuant to 11

U.S.C. §727 is extended until June 6, 2018.

Trustee Carolyn Chaney is directed to serve a copy of this order on interested parties who are
non-CM/ECF users and file a Proof of Service within 3 days of entry of the order.