UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:17-bk-09357-MGW
                                                                                                 Chapter 7

Zdravko Talanga
Darina Talanga

       Debtors.
_____/

**PROOF OF SERVICE**

      I HEREBY CERTIFY that pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1, a true and correct copy of Order Granting Chapter 7 Trustee's Motion To Extend Deadline For Filing A Complaint Objecting To Debtors' Discharge (through June 6, 2018) at Doc. No. 91, has been provided by electronic notice or U.S. Mail delivery on April 11, 2018, to:

Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV

Debtors:  Zdravko & Darina Talanga, 1925 Dolphin Dr., Belleair Bluffs, FL  33770

Attorney for Debtors:  Herbert R. Donica, 307 South Boulevard, Suite D, Tampa, FL 33606; Email: ecf-hrd@donicalaw.com.

Allan C. Watkins, Esquire, 707 N. Franklin Street, Suite 750, Tampa, FL  33602
Email: court@watkinslawfl.com

Parties receiving CM/ECF service via electronic transmission.


                                /s/Carolyn R. Chaney, Trustee
                                Post Office Box 530248
                                St. Petersburg, FL 33747-0248
                                Telephone:  (727) 864-9851
                                Email: carolyn.chaney@earthlink.net