UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8:17-bk-09357-MGW
Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

## CERTIFICATE OF SERVICE OF ORDER GRANTING THE UNITED STATES TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR MOTION TO DISMISS

I HEREBY CERTIFY that a true and correct copy of the Order Granting the United States Trustee's Second Motion for Extension of Time to File Complaint Objecting to Discharge or Motion to Dismiss (Doc. 88) have been furnished by regular U.S. mail on the 12th day of April, 2018 to the following interested parties listed below:

**Eva Tagaras**
2270 Lancaster Drive
Clearwater, Florida 34624

**Ioannis Tagaras**
2270 Lancaster Drive
Clearwater, Florida 34624

        **DONICA LAW FIRM, P.A.**
        Counsel for Debtors
        307 South Boulevard, Suite D
        Tampa, FL  33606
        Telephone:  (813) 878-9790
        Facsimile:  (813) 878-9746
        E-mail:  herb@donicalaw.com

        */s/ Herbert R. Donica*
        Herbert R. Donica, Esq.
        Florida Bar No. 841870