```
                          United States Bankruptcy Court
                             Middle District of Florida

In re:                                                          Case No. 17-09357-MGW
Zdravko Talanga                                                 Chapter 7
Darina Talanga
         Debtors                     CERTIFICATE OF NOTICE

District/off: 113A-8         User: migues               Page 1 of 2           Date Rcvd: Apr 10, 2018
                             Form ID: pdfdoc            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db/jdb         +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069
cr             +Academic Alliance in Dermatology, Inc.,    5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Adam Scott Levine,    1180 Gulf Boulevard, Suite 303,   Clearwater, FL 33767,
                 UNITED STATES OF AMERICA 33767-2755
cr             +Anna Dunedin Realty, LLC,    5210 Webb Road,   Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Heritage, LLLP,    5210 Webb Road,   Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Holdings, LP,   5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Dennis McElrath,    c/o Tampa Law Advocates, P.A.,   620 E. Twiggs St.,   Suite 110,
                 Tampa, FL 33602,   UNITED STATES 33602-3938
cr             +EC Finance Inc,    2944 Saber Drive,   Clearwater, FL 33759-1222
cr             +Elite Car Sales,    5210 Webb Road,   Tampa, FL 33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Elite Car Sales of Clearwater, Inc.,    5210 Webb Road,   Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Elite Financial Edge, LLC,    5210 Webb Road,   Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Hancock Bank,   c/o Chad D. Heckman,    P.O. Box 12492,   Tallahassee, FL 32317-2492
cr             +Hancock Bank,   Sivyer Barlow & Watson, P.A.,    401 E. Jackson Street Suite 2225,
                 Tampa, FL 33602-5213
cr              Helen Vasiloudes,    12108 Marblehead Drive,   Tampa, FL 33626-2504
app            +Joy Kelley Augustine,    Read & Kelley Estate Services,   P.O. Box 3111,
                 N. Fort Myers, FL 33918-3111
cr             +Nicholas Hoban,    c/o Jay D. Passer, Esq.,   4100 W. Kennedy Blvd.,   Suite 322,
                 Tampa, FL 33609-2290
cr             +PARC Investment Services Corp,    c/o Tampa Law Advocates, P.A.,   620 East Twiggs St.,
                 Suite 110,   Tampa, FL 33602-3938
cr             +Panos Vasiloudes,    5210 Webb Road,   Tampa, FL 33615,   UNITED STATES OF AMERICA 33615-4518
cr             +Pat Margas,   5210 Webb Road,    Tampa, FL 33615,   UNITED STATES OF AMERICA 33615-4518
cr             +Santander Consumer USA Inc., dba Chrysler Capital,    c/o Stewart, Zlimen & Jungers, Ltd.,
                 2860 Patton Road,   Roseville, MN 55113-1100
cr             +Sophia Highland Realty, LLC,    5210 Webb Road,   Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +The Florida Legal Advocacy Group of Tampa Bay, P.A,    1180 Gulf Boulevard Suite 303,
                 Clearwater, FL  33767,   UNITED STATES OF AMERICA 33767-2755
cr             +The Law Office of Robert Eckard & Associates, P.A.,    3110 Palm Harbor Boulevard,
                 Palm Harbor, FL 34683-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Apr 10 2018 22:17:42     Sheffield Financial/BB&T,
                 Bankrutpcy Section/100-50-01-51,   PO Box 1847,  Wilson, NC  27894-1847
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Eva Tagaras
cr              Ioannis Tagaras
                                                                                 TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 113A-8                  User: migues                 Page 2 of 2                  Date Rcvd: Apr 10, 2018
                                      Form ID: pdfdoc              Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:

```
              Adam S Levine     on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Car Sales aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Cygram Holdings aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Allan C Watkins    on behalf of Trustee Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins    on behalf of Attorney for Trustee Allan C Watkins court@watkinslawfl.com
              Allan C Watkins, Attorney for Trustee    on behalf of Trustee Carolyn R. Chaney
               court@watkinslawfl.com
              Benjamin E. Lambers    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley Halberstadt    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Chad D Heckman     on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              Fauzia A Makar     on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               Fauzia@roberteckardlaw.com, support@roberteckardlaw.com
              Herbert R Donica    on behalf of Defendant Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Defendant Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Debtor Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Joint Debtor Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Jay D. Passer     on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net,  kathykorson@hotmail.com
              Michael A Ziegler     on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;beth@zieglerlawoffice.com
              Michael A Ziegler     on behalf of Creditor    EC Finance Inc mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;beth@zieglerlawoffice.com
              Michael A Ziegler     on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;beth@zieglerlawoffice.com
              Paul D Watson     on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com,  afindlay@sbwlegal.com
              Samantha L Dammer     on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer     on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 43
```

ORDERED.

Dated: April 09, 2018

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga and
    Darina Talanga,                         Case No. 8:17-bk-9357-MGW

    Debtors.                                    Chapter 7
_____/

**ORDER GRANTING THE UNITED STATES
TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE
COMPLAINT OBJECTING TO DISCHARGE OR MOTION TO DISMISS**

     THIS CAUSE came on for consideration without a hearing on the United States Trustee's Second Motion for Extension of Time to Object to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) (Doc. No. 86). The Court considered the record together with the motion and is satisfied that it is appropriate to grant the motion. The motion represents that the Debtors consent. Accordingly, it is

     ORDERED that the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or motion to dismiss pursuant to 11 U.S.C. § 707(b) is extended for the United States Trustee until June 5, 2018.

Copies to be served by the Clerk's office on the Debtors, Trustee, Trustee's Counsel, United States Trustee