Filed Via Mail
APR 13 2018
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
2 Pages Scanned by DMB

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Wednesday, April 11, 2018 1:50:59 PM
**To:** Herb Donica
**Subject:** U.S. Bankruptcy Court, Middle District of Florida - Undeliverable Notice, In re: Zdravko Talanga, Case Number: 17-09357, MGW, Ref: [p-119742283]

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

April 12, 2018

From: United States Bankruptcy Court, Middle District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Zdravko Talanga, Case Number 17-09357, MGW

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602**

---

Undeliverable Address:
Eva Tagaras

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Eva Tagaras
2270 Lancaster Drive, Clearwater, FL 34624

Undeliverable Address:
Ioannis Tagaras

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Ioannis Tagaras
2270 Lancaster Drive, Clearwater, FL 34624

_____      04-12-18
Signature of Debtor or Debtor's Attorney      Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.
Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**