UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  
ZDRAVKO TALANGA and  
DARINA TALANGA,

Debtors.  
_____ /

Case No. 17-bk-09357-MGW

Chapter 7

**SECOND MOTION OF CREDITOR PARC INVESTMENT SERVICES CORP. TO ENLARGE TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. SECTION 727 AND OBJECTION TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. SECTION 523**

Creditor PARC INVESTMENT SERVICES, CORP. by and through its undersigned attorney, hereby files its Motion to Extend Time to File a Complaint Pursuant to 11 U.S.C. Section 727 and objection to dischargeability of debt Pursuant to 11 U.S.C. Section 523 (the "Motion") and in support of this Motion states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to Rules 4004(a) and 4007(c) upon a showing of cause by the Movants.

2. On November 2, 2017 (the "Petition Date") the Debtors filed their Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

3. Movants are Creditors of Debtors.

4. The deadline for a creditor to file a complaint or objection under Sections 727 or 523 was February 5, 2018, which was extended to April 20, 2018 for this creditor by prior court order.

5. The 341 Meeting was originally scheduled for December 7, 2017, at which time it was held and continued to December 22, 2017 due to the Debtors' failure to provide all necessary documentation.

6. On December 22, 2017, the 341 Meeting was again continued to a date in the future and not yet certain because of the Debtor's not providing documentation and also because the Debtors are seeking documentation from third parties.

7. A third continued 341 Meeting took place on March 15, 2018 at which time the Debtors still did not provide the required financial documentation such as bank statements from their various business entities.

8. Creditor has used due diligence in acting promptly but is simply asking for additional 60 days to file an adversary proceeding under 727 and/or 523 because it lacks all of the documentation required to be provided by Debtors.

9. Creditor needs additional time to gather relevant information and documentation on which action if either is appropriate under Sections 727 and 523.

10. The Debtors have consented to this requested extension.

11. The 341 Meeting has not been concluded and this is Movant's second request for an extension..

WHEREFORE, the Movant respectfully requests that this Court enter an Order granting this Motion and extending the deadline for Creditor to file an objection to discharge, a complaint under Section 727 and/or a complaint under Section 523 for an additional 60 days, and for such other and further relief as is just.

DATED on this 17th day of April, 2018

Respectfully submitted,

__/s/Samantha L. Dammer_____
**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fx: (813) 466-7495
Attorney for Creditor
sdammer@attysam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of April, 2018, a true and correct copy of the foregoing was sent by CM/ECF Electronic mail to all parties of interest on the Court's CM/ECF System.

Respectfully submitted,

__/s/ Samantha L. Dammer_____
**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fx: (813) 466-7495
Attorney for Creditor
sdammer@attysam.com