## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

**In Re:**                                                  **Case No.: 8:17-bk-09357-MGW**
**Zdravko Talanga and Darina Talanga**                      **Chapter 7**

**Debtors,**
_____/

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that a true and correct copy of the Order Granting Motion to Extend Time to File a Complaint Objecting to Discharge or Dischargeability of a Debt. *(Timed Extended Until June 17, 2018)*, served on April 23, 2018, by electronic notice/and telephonic notice to those parties receiving CM/ECF service:

**VIA ELECTRONIC TRANSMISSION**

DATED: April 23, 2018

                                                  Respectively Submitted:

                                                  By:  */S/ Samantha L. Dammer*
                                                  SAMANTHA L. DAMMER, ESQUIRE
                                                  Florida Bar No.: 0036953
                                                  Tampa Law Advocates, P.A.
                                                  620 East Twiggs Street, Suite 110
                                                  Tampa, FL 33602
                                                  Ph: (813) 288-0303
                                                  Attorney for Creditor
                                                  sdammer@attysam.com