**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

Zdravko Talanga and             Case Number:  8:17-bk-09357-MGW
Darina Talanga                  Chapter 7

     Debtors,
_____/

**TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTION**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

     **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party of interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

     **If you object to the relief requested in this paper, you must file a response with the Clerk of Court at United States Bankruptcy Court, Middle District of Florida, Tampa Division, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602-3899 and serve a copy on the movant's attorney, Allan C. Watkins, Esquire, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and may grant or deny the relief requested without a hearing.**

     **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

     Carolyn R. Chaney, Trustee for the Estate of Zdravko Talanga and Darina Talanga, by and through her undersigned counsel, files this Objection to Exemptions Claimed by the Debtors, saying:

     1.     The Debtors filed a Bankruptcy on November 2, 2017.

     2.     Carolyn R. Chaney was appointed Chapter 7 Trustee.

3. The Creditors Meeting pursuant to Section 341 of the Bankruptcy Code was dully scheduled for December 7, 2017. The meeting was held at that time and continued several times until the Creditors Meeting was concluded on April 26, 2018.

4. The Trustee objects to the claim of exemptions as follows:

a) The Debtors have undervalued their scheduled assets and the value of the assets exceeds the amounts allowed pursuant to the Florida Constitution and the Florida Statutes; and

b) The Trustee objects to the Debtors claim of homestead in the property located at 1925 Dolphin Dr, Bellaire Bluffs, FL to the extent that the Debtors expended more than $160,375.00 within the 1,215 days immediately prior to the filing of the Bankruptcy.

**WHEREFORE**, Carolyn R. Chaney, Chapter 7 Trustee, request that this Court enter an Order sustaining this objection and disallowing the Debtors claimed exemption to the extent that they are not permissible under the Bankruptcy Code or Florida Law.

Respectfully Submitted,

**WATKINS LAW FIRM, P.A.**

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the has been furnished by either CM/ECF electronic notice or by United States Mail to United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; Florida Advocacy Group of Tampa Bay, Adam Levine, Esq., 1180 Gulf Boulevard, Ste. 303, Clearwater, FL 33767 and to all parties in interest via electronic notice on the CM/ECF matrix on May 7, 2018.

                                                    /s/ Allan C. Watkins
                                                   **ALLAN C. WATKINS, ESQUIRE**