ORDERED.

Dated: **May 08, 2018**

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

Zdravko Talanga and  　　　　　　　　　　Case Number: 8:17-bk-09357-MGW
Darina Talanga  　　　　　　　　　　　　Chapter 7

　　　Debtors,
_____/

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO
CLAIM NO. 18 FILED BY FLORIDA ADVOCACY GROUP OF TAMPA BAY**

THIS CAUSE came on for consideration on the Trustee's Objection to Claim No. 18 Filed by Florida Advocacy Group of Tampa Bay filed March 14, 2018 (Doc. No. 83). Notice having been given pursuant to Local Rule 2002-4 and no creditor or party in interest having filed an objection or sought a hearing, and the Court being advised in the premise, it is

**ORDERED:**

　1.　The Trustee's Objection to Claim No. 18 Filed by Florida Advocacy Group of Tampa Bay is sustained.

　　Attorney Allan C. Watkins, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.