UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:17-bk-09357-MGW
Chapter 7

Zdravko Talanga
Dorina Talanga

        Debtors.
_____/

## NOTICE OF FILING REPORT OF APPRAISER

      Carolyn R. Chaney, Chapter 7 Trustee, hereby files the Report of Appraiser in this case.

DATED: May 9, 2018.          /s/Carolyn R. Chaney, Trustee
                                    Post Office Box 530248
                                    St. Petersburg, FL 33747-0248
                                    Telephone: (727) 864-9851
                                    Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing has been provided by electronic or U.S. Mail delivery on May 9, 2018, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV

Debtors: Zdravko and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770

Attorney for Debtors: Herbert R. Donica, Esquire, 307 South Boulevard, Suite D, Tampa, FL 33606; Email: ecf-hrd@donicalaw.com

Allan C. Watkins, Esquire, 707 N. Franklin Street, Suite 750, Tampa, FL 33602; Email: court@watkinslawfl.com.

                                                          /s/Carolyn R. Chaney, Trustee

## MASTER BEDROOM

1. King bed — 200.00
2. Two pedestal — 200.00
3. Damaged laminate dresser and armoire — 80.00
4. Vizio television — 30.00
5. Costume jewelry, as per schedule B — 300.00
6. Clothing — 150.00
7. Glass top hall table — 45.00
8. Towels and bedding — 25.00

## DEN

1. Leather match sofa, loveseat and chair — 200.00
2. Ab Coaster exercise machine — 75.00
3. Glass top on light wood frame coffee table, end table and hall table — 240.00
4. Sanyo television, not working — -0-
5. Damaged upholstered chair — -0-
6. Bar stool — 15.00

## GARAGE

1. LG front-load washer — 300.00
2. Hotpoint dryer — 75.00
3. Light finish table and four chairs — 150.00
4. Two bicycles — 170.00
5. Nine assorted chairs — 80.00
6. Five plastic chairs — 15.00
7. Frigidaire range — 75.00
8. Four-pieces lawn furniture — 30.00
9. Stihl trimmer and blade — 100.00
10. Three beauty parlor chairs — 100.00
11. Twenty-five boxes of premium, glueless, laminate flooring — 700.00
12. Desk — 100.00
13. Eight boxes of hardwood flooring — 100.00

## KITCHEN

1. Whirlpool side-by-side refrigerator — 150.00
2. Range — 100.00
3. Microwave — 40.00
4. Assorted dishes, pots, pans, utensils, glasses, miscellaneous kitchenware and small appliances — 50.00

**DINING ROOM**

    1. Formal dining table and chairs      750.00
    2. Older Dell laptop      -0-
    3. Tall silk arrangement      25.00

**HALL**

    1. Hall table      70.00
    2. Assorted pictures and knick-knacks, decorative items throughout house      200.00

**LIVING ROOM**

    1. Ornate hall table and mirror      400.00
    2. Damaged baby grand, belongs to the person that sold them the house      *
    3. Damaged loveseat, damaged sofa and chair      500.00
    4. Coffee table and two end tables      300.00
    5. Sharp television      200.00
    6. Television stand      70.00
    7. Two vases      50.00
    8. Free standing sculpture      100.00

**PORCH**

    1. Two lounge chairs      40.00

**FREE STANDING GARAGE/PORCH**

    1. Wheelbarrow      35.00
    2. Armoire      20.00
    3. Patio heater      80.00
    4. Ladder      35.00
    5. Poulan Pro chain saw, not working      20.00
    6. Stihl MS180 chain saw      40.00
    7. Charcoal grill      150.00
    8. Damaged refrigerator      25.00

**ROOM**

    1. Bed and Desk, owned by father who lives with the debtors      *

**ROOM**

    1. Bed, desk and printer      165.00

**ROOM**

    1. Queen bed and dresser      350.00
    2. Television      70.00
    3. Mirror      30.00

**TOTAL VALUE OF INVENTORY**      **$7,620.00**

Adult son owns table and chairs on porch and items belonging to him are not included in this report.

**VEHICLES**

2013 Jeep Wrangler, 70,488 miles, tag AMZJ58
VIN: 1C4AJWAG2DL500956      $21,565.00

2015 Polaris Slingshot motorcycle, 6,000 miles
VIN: 57XAAPFA3G5108966      $19,225.00

Read & Kelley Estate Services LLC
by, Joy Augustine
GPPA, AOA-AM, CEA, ABA

# APPRAISAL CERTIFICATION

- Statements of fact contained in this report are true and correct. The opinions stated, are based on a full and fair consideration of all the facts available on the date the appraisal was made.

- The reported analysis, opinions, and conclusions are limited only by the reported critical assumptions and limiting conditions, and personal unbiased professional analysis, opinions and conclusions.

- Read and Kelley Estate Services, LLC, has no undisclosed past, present or future interest in the appraised items or in any proceeds to be derived therefrom, and have no personal interest or bias with respect to the parties involved.

- Neither employment nor compensation for this appraisal were contingent upon the reporting of a predetermined value that favors the client, on the amount of the value estimate, on the attainment of stipulated results, or the occurrence of a subsequent event.

- Unless noted elsewhere an employee of Read and Kelley Estate Services, LLC, has personally inspected the listed property that is the subject of this report.

- Unless noted elsewhere, no one provided significant professional assistance to Read and Kelley Estate Services, LLC.

- This appraisal has been prepared in conformity with and is subject to the International Society of Appraisers' *Appraisal Report Writing Standard* and to the ISA Code of Ethics. In addition our analysis, opinions and conclusions were developed, and this report has been prepared in conformity with, The Appraisal Foundations' *Uniform Standard of Professional Appraisal Practice* (USPAP). Any departure from these standards were discussed with the client in advance and are noted in the report.

- The AMI has mandatory re-qualification requirements for all their members. Appraisers employed by Read and Kelley Estate Services, LLC, are in full compliance with those regulations.

Read & Kelley Estate Services LLC
by, Joy Augustine
GPPA, AOA-AM, CEA, ABA