UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:17-bk-09357-MGW
Chapter 7

Zdravko Talanga
Dorina Talanga

    Debtor.
_____/

## APPLICATION FOR COMPENSATION FOR APPRAISER

CAROLYN R. CHANEY, Chapter 7 Trustee, files this Application for Compensation for Appraiser, Joy Kelley Augustine in the above-captioned case. The Court has approved the employment of Joy Kelley Augustine, Doc. No. 33. A fee statement of the appraiser is attached. The appraiser seeks fees in the amount of $394.00.

**WHEREFORE**, the Trustee respectfully requests that the Court award fees to the appraiser for services rendered in this case in the amount of $394.00 and for any other relief which this Court deems just.

DATED: May 9, 2018.  Respectfully Submitted,

/s/Carolyn R. Chaney, Trustee
Post Office Box 530248
St. Petersburg, FL 33747
Telephone: (727) 864-9851
Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic or U.S. mail delivery on May 9, 2018, to the Office of U.S. Trustee at USTPRegion21.TP.ECF@USDOJ.GOV and Joy Kelley Augustine, P.O. Box 3111, N. Fort Myers, FL 33918.

/s/Carolyn R. Chaney, Trustee

Read and Kelley Estate Services, LLC
PO Box 3111
N. Fort Myers, FL 33918
(239)731-2201
personalpropertyappraiser@yahoo.com
http://personalpropertyappraiser.net



# INVOICE

**BILL TO**

Carolyn Chaney, Trustee

**INVOICE #** 10646
**DATE** 01/25/2018

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/02/2018 | 1. Administration from service date to invoice date | 1 | 30.00 | 30.00 |
| 01/09/2018 | 2. Apportioned travel | 3.40 | 30.00 | 102.00 |
| 01/09/2018 | 3. On-site inspection | 1.80 | 60.00 | 108.00 |
| 01/25/2018 | 7.5 include automobile | 2 | 35.00 | 70.00 |
| 01/25/2018 | 4. Research & formal report preparation, from on-site date to invoice date | 1.40 | 60.00 | 84.00 |

Zdravko and Darina Talanga,
Case No. 8-17-bk-09357-MGW

BALANCE DUE       **$394.00**