**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Zdravko Talanga and     Case Number: 8:17-bk-09357-MGW
Darina Talanga     Chapter 7

      Debtors,
_____/

**PROOF OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the Order Sustaining Trustee's Objection to Claim No. 18 Filed by Florida Advocacy Group of Tampa Bay (Doc. No. 100) has been furnished by either CM/ECF electronic notice or by United States Mail to United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; Florida Advocacy Group of Tampa Bay, Adam Levine, Esq., 1180 Gulf Boulevard, Ste. 303, Clearwater, FL 33767 and to all parties in interest via electronic notice on the CM/ECF matrix on May 9, 2018.

                    Respectfully Submitted,

                    **WATKINS LAW FIRM, P.A.**

                    /s/ Allan C. Watkins
                    **ALLAN C. WATKINS, ESQUIRE**
                    Florida Bar Number: 185104
                    707 North Franklin Street, Suite 750
                    Tampa, Florida 33602
                    Tel: (813) 226-2215
                    Email: allan@watkinslawfl.com
                    Attorney for Carolyn R. Chaney, Trustee