ORDERED.

**Dated: May 11, 2018**

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:17-bk-09357-MGW |
| | Chapter 7 |
| Zdravko Talanga | |
| Dorina Talanga | |
| Debtors. | |
| _____/ | |

### ORDER APPROVING APPLICATION FOR COMPENSATION FOR APPRAISER

THIS CASE came on for consideration ex-parte upon an Application for Compensation for Appraiser, Doc. No. 102. The Court having considered the record, the application, together with attachment, and being otherwise duly advised of the premises, finds that the fees requested herein are reasonable considering the fee customarily charged in the locality and the results obtained. Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that the Application for Compensation for Appraiser, Joy Kelley Augustine, be and the same is hereby approved. It is further

**ORDERED** the Trustee is authorized to pay Joy Kelley Augustine an appraiser's fee in the amount of $394.00.

Trustee, Carolyn R. Chaney is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.