UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No. 8:17-bk-09357-MGW
                                                                        Chapter 7
Zdravko Talanga
Darina Talanga

      Debtors.
_____/

## PROOF OF SERVICE

      I HEREBY CERTIFY that pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1, a true and correct copy of Order Approving Application For Compensation For Appraiser, Doc. No. 104, has been provided by electronic or U.S. Mail delivery on May 11, 2018, to:

Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV

Joy Kelley Augustine, P.O. Box 3111, N. Fort Myers, FL  33918.


      /s/Carolyn R. Chaney, Trustee
      Post Office Box 530248
      St. Petersburg, FL 33747-0248
      Telephone:  (727) 864-9851
      Email: carolyn.chaney@earthlink.net