UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga and
    Darina Talanga,                                    Case No.   8:17-bk-09357-MGW
                                                                                        Chapter 7

    Debtors.

_____/

**UNITED STATES TRUSTEE'S AMENDED THIRD MOTION TO
EXTEND   DEADLINE FOR FILING A MOTION TO DISMISS AND
FOR FILING A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Daniel M. McDermott, the United States Trustee for Region 21, by and through the undersigned counsel, moves this Court for the entry of an order extending the deadline for filing a motion to dismiss pursuant to 11 U.S.C. § 707(b) and a complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. § 727. In support of this motion, the United States Trustee states:

    1.    On November 2, 2017, Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

    2.    The time period for filing a motion to dismiss pursuant to 11 U.S.C. 707(b) and for filing a complaint under 11 U.S.C. § 727 has been continued to June 5, 2018. *See* Fed. R. Bankr. P. 4004(a) and 1017(e)(1).   The Debtors consent to an extension until July 13, 2018 for the United States Trustee and the Chapter 7 Trustee.

    3.    Upon a showing of cause, the Rules permit the Court to grant an extension of the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707(b).   See Fed. R. Bankr. P. 4004(b) and 1017(e)(1).

4. The United States Trustee seeks more time to conclude his investigation. This is the United States Trustee's third request.

WHEREFORE, the United States Trustee respectfully requests that the Court (1) grant the United States Trustee's motion to extend deadline; (2) extend the deadline for the filing of a motion to dismiss pursuant to 11 U.S.C. § 707(b) and for the filing of a complaint pursuant to 11 U.S.C. § 727 until July 13, 2018; and (3) grant such further relief as the Court deems appropriate.

Dated June 1, 2018.

Respectfully submitted,

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
Region 21

/s/ Benjamin E. Lambers
BENJAMIN E. LAMBERS
Trial Attorney
Fla. Bar No. 774197
501 East Polk Street, Suite 1200
Tampa, FL   33602
(813) 228-2000
(813) 228-2303- facsimile
Ben.E.Lambers@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that a true and accurate copy of the foregoing United States Trustee's Motion for Extension of Deadline to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) has been sent by electronic mail or regular U.S. Mail to the parties listed below on or before June 1, 2018.

Zdravko Talanga
Darina Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770

Herbert R Donica
Donica Law Firm PA
307 South Boulevard, Suite D
Tampa, FL 33606-2177

                                            /s/ Benjamin E. Lambers
                                            Attorney