UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                          Case: 8:17-bk-09357-MG
                                                                                                Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,
         Debtors,
_____/

## NOTICE OF UNAVAILABILITY OF COUNSEL

Please be advised that Adam S. Levine, M.D., J.D., and the Florida Legal Advocacy Group of Tampa by will be unavailable between June 8, 2018 and June 25, 2018 because of travel outside the United States. Accordingly, you are respectfully requested to abate pending matters during this period of time and not to schedule hearings, depositions, motions, or discovery requests during this time. The filing and electronic service of this Notice shall constitute undersigned's application and request for continuance, extension of time, and or any necessary protective order during this time as may be appropriate. Undersigned thanks all for their patience and consideration.

**Respectfully Submitted this 6th day of June 2018**

                                                **The Florida Legal Advocacy Group of Tampa Bay, P.A.**
                                                  */s/  Adam S. Levine*
                                                Adam S. Levine, M.D., J.D.
                                                Florida Bar #78288
                                                1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
                                                (727) 512 – 1969 [Telephone]
                                                (866) 242 – 4946 [Facsimile]
                                                aslevine@msn.com [Primary E-mail]
                                                alevine@law.stetson.edu [Secondary E-mail]
                                                Attorney for the Plaintiffs-Creditors