```
                        United States Bankruptcy Court
                          Middle District of Florida
In re:                                                         Case No. 17-09357-MGW
Zdravko Talanga                                                Chapter 7
Darina Talanga
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 113A-8          User: balamn                 Page 1 of 4                   Date Rcvd: Jun 08, 2018
                              Form ID: pdfdoc              Total Noticed: 111


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db/jdb         +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
cr             +Academic Alliance in Dermatology, Inc.,     5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Adam Scott Levine,    1180 Gulf Boulevard, Suite 303,    Clearwater, FL  33767,
                 UNITED STATES OF AMERICA 33767-2755
cr             +Anna Dunedin Realty, LLC,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Heritage, LLLP,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Holdings, LP,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Dennis McElrath,    c/o Tampa Law Advocates, P.A.,    620 E. Twiggs St.,    Suite 110,
                 Tampa, FL  33602,    UNITED STATES 33602-3938
cr             +Elite Car Sales,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Elite Car Sales of Clearwater, Inc.,     5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Elite Financial Edge, LLC,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Eva Tagaras,    2270 Lancaster Drive,    Clearwater, FL 33764-6530
cr             +Hancock Bank,    c/o Chad D. Heckman,    P.O. Box 12492,    Tallahassee, FL 32317-2492
cr             +Hancock Bank,    Sivyer Barlow & Watson, P.A.,    401 E. Jackson Street Suite 2225,
                 Tampa, FL 33602-5213
cr              Helen Vasiloudes,    12108 Marblehead Drive,    Tampa, FL 33626-2504
app            +Joy Kelley Augustine,    Read & Kelley Estate Services,    P.O. Box 3111,
                 N. Fort Myers, FL 33918-3111
cr             +Nicholas Hoban,    c/o Jay D. Passer, Esq.,    4100 W. Kennedy Blvd.,    Suite 322,
                 Tampa, FL 33609-2290
cr             +PARC Investment Services Corp,    c/o Tampa Law Advocates, P.A.,    620 East Twiggs St.,
                 Suite 110,    Tampa, FL 33602-3938
cr             +Panos Vasiloudes,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Pat Margas,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Santander Consumer USA Inc., dba Chrysler Capital,     c/o Stewart, Zlimen & Jungers, Ltd.,
                 2860 Patton Road,    Roseville, MN 55113-1100
cr             +Sophia Highland Realty, LLC,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +The Florida Legal Advocacy Group of Tampa Bay, P.A,     1180 Gulf Boulevard Suite 303,
                 Clearwater, FL  33767,    UNITED STATES OF AMERICA 33767-2755
cr             +The Law Office of Robert Eckard & Associates, P.A.,     3110 Palm Harbor Boulevard,
                 Palm Harbor, FL 34683-1931
27239014       +Adam Levine, Esq.,    1180 Gulf Boulevard,    Suite 303,    Clearwater, FL 33767-2755
27239015       +Anna Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27434882      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,     P.O. Box 5010,    Woodland Hills, CA 91365)
27239020       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
27239021        Chrysler Capital,    P. O. Box 660335,    Dallas, TX 75266-0335
27239022       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
27336925        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA  98083-0280
27434883        City of Clearwater Customer Service,     P.O. Box 30020,    Tampa, FL 33630-3020
27239023       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
27239024        Credit Collection Services,    725 Carlton Sr,    Norwood, MA 02062
27239025       +Cygram Heritage, LLLP,    5210 Webb Rd.,    Tampa, FL 33615-4518
27283052        Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
27239026       +Dennis McElrath,    PO Box 523,    Safety Harbor, FL 34695-0523
27434884       +Duke Energy,    299 1st Ave., N,    Saint Petersburg, FL 33701-3308
27239028       +EC Finance, Inc.,    2944 Saber Dr.,    Clearwater, FL 33759-1222
27239029       +Edita Pavlovic,    1114 85th Terrace North,    APT C,    Saint Petersburg, FL 33702-3311
27239030       +Elite Car Sales of Clrwtr,    1925 Dolphoine Dr,,    Belleair Bluffs, FL 33770-2069
27239031       +Elite Financial Edge LLC,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239032       +Elite Holdings, LLC,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27434885        FMA Alliance, Ltd.,    P.O. Box 2409,    Houston, TX 77252-2409
27239033       +First Data,    3975 NW 120th Avenue,    Coral Springs, FL 33065-7632
27239034       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
27239035        First Premier Bank,    P. O. Box 5529,    Sioux Falls, SD 57117-5529
27239036       +Flomac Enterprises, LLC,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27239038        Florida Dept. of Revenue,    6302 E. Martin Luther King Blvd,    Suite 100,    Tampa FL 33619-1166
27425807       +Florida Legal Advocacy Group of Tampa Bay,     1180 Gulf Boulevard, Suite 303,
                 Clearwater, Florida 33767-2755
27239039       +Floyd and Ruby McKenzie,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27239040       +Ford Motor Credit CO,    PO Boz 6508,    Mesa, AZ 85216-6508
27239041       +Ford Motor Credit Co LLC,    c/o CT Corporation,    1200 South Pine Island Rd,
                 Plantation, FL 33324-4413
27239043       +GEICO INDEMNITY Company,    c/o Chief Financial Officer,    200 East Gaines St,
                 Tallahassee, FL 32399-6502
```

```
District/off: 113A-8          User: balamn                Page 2 of 4                   Date Rcvd: Jun 08, 2018
                              Form ID: pdfdoc             Total Noticed: 111

27239042      +Geico Indemnity CO,    5260 Western Blvd,   Chevy Chase, MD 20815-3799
27239044      +George W. Greer,    PO Box 1963,   Clearwater, FL 33757-1963
27434886      +Global Credit & Collection Corp.,    Attn: Collections Department,
                5440 N. Cumberland Avenue, Suite 300,    Chicago, IL 60656-1486
27239045      +Hancock Bank,    15500 Roosevelt Blvd.,   Suite 102,   Clearwater, FL 33760-3490
27239046      +Helen Vasiloudes,    5210 Webb Rd.,   Tampa, FL 33615-4518
27239047      +Home Depot,    PO 790328,   Saint Louis, MO 63179-0328
27239052      +Ioannis and Eva Tagaras,    2270 Lancaster Dr.,   Clearwater, FL 33764-6530
27239053      +Ivan Talanga,    1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069
27239054      +Ivans Auto Repair, Inc.,    1925 Dolphoine Dr,   Belleair Bluffs, FL 33770-2069
27239055      +Jeffrey Dowd, Esq.,    156 W. Robertson St,   Brandon, FL 33511-5112
27239056      +Jessica F. Watts, Esq.,    George G. Pappas, P.A.,   1822 North Belsher Rd,   Suite 200,
                Clearwater, FL 33765-1400
27239057      +Joelle Schultz, Esq.,    13555 Automobile BLvd,   Suite 300,   Clearwater, FL 33762-3837
27239058      +Kass Law Firm,    Attn: Edward Prichard,   PO Box 800,   Tampa, FL 33601-0800
27239059       LAW OFFICE OF ROBERT ECKARD,    3110 Alt US Hwy 19 North,   Palm Harbor, FL 34683
27239061      +Marinr Finc,    8211 Town Center Dr,   Nottingham, MD 21236-5904
27239066     ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,   JERSEY CITY NJ 07310-2603
              (address filed with court: Northern Leasing Syste,     132 W 31st St Fl 14,   New York, NY 10001)
27239065      +Nicholas Hoban,    2940 West Bay Dr.,   Apt. 502,   Belleair Bluffs, FL 33770-2672
27239067      +Panos Vasiloudes,    5210 Webb Rd.,   Tampa, FL 33615-4518
27239068      +Parc Investment Services Cor,    c/o Dennis McElrath,   PO Box 523,
                Safety Harbor, FL 34695-0523
27239069      +Pat Margas,    5210 Webb Rd.,   Tampa, FL 33615-4518
27239071      +Pinellas County,    Office of Human Rights,   400 S. Fort Harrison Ave.,
                5th Floor Attn: Lisa Postell,    Clearwater, FL 33756-5113
27239070       Pinellas County,    Office of Human Rights,   Attn Lisa Postell,   400 S. Harrison Ave., St 500,
                Clearwater, FL 33756
27380994      +Pinellas County Utilities,    Chance Walton,   14 S. Ft. Harrison Avenue,
                Clearwater, FL 33756-5105
27239072     #+Roy Melita,    8786 Baywood Park Dr.,   Seminole, FL 33777-4624
27441012       State of Florida - Department of Revenue,    Post Office Box 6668,   Tallahassee, FL 32314-6668
27239075      +Stephen G. Watts, Esq.,    300 Turner St,   Clearwater, FL 33756-5327
27239076      +Sunshine Auto Group, LLC,    c/o Ivan Talanga,   1925 Dolphin Dr.,
                Belleair Bluffs, FL 33770-2069
27239082      +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
27425825       The Law Office of Robert D. Eckard & Associates, P,    3110 US Alternate 19 North,
                Palm Harbor, FL 34683
27239083      +The Talanga Family Irre Trst,    1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069
27239084      +The Talanga Family Trust,    1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bankruptcy@bbandt.com Jun 08 2018 22:57:33     Sheffield Financial/BB&T,
                Bankrutpcy Section/100-50-01-51,    PO Box 1847,   Wilson, NC  27894-1847
27373955       E-mail/Text: bankruptcy@autofinance.com Jun 08 2018 22:57:10      Automotive Finance Corporation,
                13085 Hamilton Crossing Blvd.,    Ste. 300,   Carmel, IN 46032
27239012      +E-mail/Text: bankruptcy@rentacenter.com Jun 08 2018 22:58:17      Acceptance Now,
                5501 Headquarters Dr,    Plano, TX 75024-5837
27239013      +Fax: 727-445-6301 Jun 08 2018 23:09:04      Achieva Cu,   10125 Ulmerton Rd,
                Largo, FL 33771-3532
27239016      +E-mail/Text: bnc-applied@quantum3group.com Jun 08 2018 22:57:49      Applied Bank,
                Po Box 17125,   Wilmington, DE 19850-7125
27239017      +E-mail/Text: legal_bankruptcy@badcock.com Jun 08 2018 22:57:00      Badcock Furn,
                900 Missouri Ave., North,    Largo, FL 33770-1812
27239018       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:00:55      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
27239019       E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 08 2018 22:58:11      CCS,   PO Box 607,
                Norwood, MA 02062-0607
27302819       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:01:18
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
27239027       E-mail/Text: cio.bncmail@irs.gov Jun 08 2018 22:57:19     Department of the Treasury,   IRS,
                PO Box 7346,    Philadelphia, PA 19101-7346
27239037       E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:01:42      Floor & Decor,   PO 960061,
                Orlando, FL 32896-0061
27434886      +E-mail/Text: bankruptcy@affglo.com Jun 08 2018 22:57:39     Global Credit & Collection Corp.,
                Attn: Collections Department,    5440 N. Cumberland Avenue, Suite 300,
                Chicago, IL 60656-1486
27239051      +E-mail/Text: collections@datamax.com Jun 08 2018 22:57:27      Interstate Credit Coll,
                711 Coliseum Plaza Ct,    Winston Salem, NC 27106-5350
27434887      +E-mail/Text: collections@datamax.com Jun 08 2018 22:57:27      Interstate Credit Collections,
                711 Coliseum Plaza Court,    Winston Salem, NC 27106-5350
27239062      +E-mail/Text: M74banko@daimler.com Jun 08 2018 22:58:17     MB Fin Svcs,   PO Box 961,
                Roanoke, TX 76262-0961
27239060      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 08 2018 22:58:21      Mabt - Genesis Retail,
                Po Box 4499,    Beaverton, OR 97076-4499
27239063       E-mail/Text: M74banko@daimler.com Jun 08 2018 22:58:17     Mercedes Benz Credit,
                P. O. Box 685,    Roanoke, TX 76262-0685
27239064      +E-mail/Text: M74banko@daimler.com Jun 08 2018 22:58:17     Mercerdes Benz Financial Ser,
                PO Box 5209,    Carol Stream, IL 60197-5209
```

```
District/off: 113A-8          User: balamn                Page 3 of 4                   Date Rcvd: Jun 08, 2018
                              Form ID: pdfdoc             Total Noticed: 111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
27434888         E-mail/PDF: cbp@onemainfinancial.com Jun 08 2018 23:00:54      One Main,
                 9600 66th Street N., Suite B,   Pinellas Park, FL 33782-4540
27239074         E-mail/PDF: cbp@onemainfinancial.com Jun 08 2018 23:00:55      Springleaf Financial S,
                 9600 66th St N Ste B,    Pinellas Park, FL 33782
27239073        +E-mail/Text: bankruptcy@bbandt.com Jun 08 2018 22:57:33        Sheffield Financial Co,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
27239077        +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:00:55      Syncb/floor & Decor,
                 PO Box 965036,    Orlando, FL 32896-5036
27239078        +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:01:18      Syncb/home Design Nahf,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
27239079        +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:01:41      Syncb/polaris Consumer,
                 Po Box 6153,    Rapid City, SD 57709-6153
27239080        +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:01:42      Syncb/sync Bank Luxury,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
27408441         E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:01:18      Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 530912,    Atlanta GA 30353-0912
27424541        +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:01:43      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
27239081         E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:01:42      Synchrony Bank/Polaris,
                 PO Box 965073,    Orlando, FL 32896-5073
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ioannis Tagaras
cr*             +EC Finance Inc,    2944 Saber Drive,   Clearwater, FL 33759-1222
27239049*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Centralized Insolvency Ops,
                 P. O. Box 21126,   Philadelphia, PA 19114-0326)
27239048*        Internal Revenue Service,    PO Box 80110,   Cincinnati, OH 45280-0110
27239050*        Internal Revenue Service,    Centralized Insolvency Opera,    PO Box 7346,
                 Philadelphia, PA 19101-7346
27425841*        The Law Office of Robert D. Eckard & Associates, P,    3110 US Alternate 19 North,
                 Palm Harbor, FL 34683
27239085        ##Villa Anna Assisted Living,    1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069
                                                                                TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
            Adam S Levine    on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
            Adam S Levine    on behalf of Plaintiff    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
            Adam S Levine    on behalf of Plaintiff    Anna Dunedin Realty, LLC aslevine@msn.com
            Adam S Levine    on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
            Adam S Levine    on behalf of Creditor    Elite Car Sales aslevine@msn.com
            Adam S Levine    on behalf of Plaintiff    Cygram Heritage, LLLP aslevine@msn.com
```

```
District/off: 113A-8            User: balamn                  Page 4 of 4                   Date Rcvd: Jun 08, 2018
                                Form ID: pdfdoc               Total Noticed: 111
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Adam S Levine    on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Cygram Holdings aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Allan C Watkins    on behalf of Attorney for Trustee Allan C Watkins court@watkinslawfl.com
              Allan C Watkins, Attorney for Trustee    on behalf of Trustee Carolyn R. Chaney
               court@watkinslawfl.com
              Benjamin E. Lambers    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley  Halberstadt    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Chad D Heckman    on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              Fauzia A Makar    on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               Fauzia@roberteckardlaw.com, support@roberteckardlaw.com
              Herbert R Donica    on behalf of Defendant Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Defendant Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Debtor Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Joint Debtor Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Jay D. Passer    on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A Ziegler    on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;beth@zieglerlawoffice.com
              Michael A Ziegler    on behalf of Creditor    EC Finance Inc mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;beth@zieglerlawoffice.com
              Michael A Ziegler    on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;beth@zieglerlawoffice.com
              Paul D Watson    on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, afindlay@sbwlegal.com
              Samantha L Dammer    on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Plaintiff    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 43
```

ORDERED.

Dated: June 07, 2018

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga and
    Darina Talanga,                             Case No. 8:17-bk-9357-MGW

    Debtors.                                              Chapter 7
_____/

**ORDER GRANTING THE UNITED STATES TRUSTEE'S
THIRD AMENDED MOTION FOR EXTENSION OF TIME TO FILE
<u>COMPLAINT OBJECTING TO DISCHARGE OR MOTION TO DISMISS</u>**

     THIS CAUSE came on for consideration without a hearing on the United States Trustee's Third Amended Motion for Extension of Time to Object to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) (Doc. No. 107). The Court considered the record together with the motion and is satisfied that it is appropriate to grant the motion. The motion represents that the Debtors consent. Accordingly, it is

     ORDERED that the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or motion to dismiss pursuant to 11 U.S.C. § 707(b) is extended for the United States Trustee and Chapter 7 Trustee until July 13, 2018.

Copies to be served by the Clerk's office on the Debtors, Trustee, Trustee's Counsel, United States Trustee