**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In Re:**
**ZDRAVKO TALANGA and**  Case No.: 8:17-bk-09357-MGW
**DARINA TALANGA**  Chapter 7
      **Debtors,**
_____/

**MOTION FOR RELIEF OF AUTOMATIC STAY AND TO SELL REAL PROPERTY SUBJECT TO ALL ENCUMBRANCES, LIENS, AND INTERESTS AND EVICT DELINQUENT TENANTS.**
(353 Colonial Court, Dunedin, Pinellas County, Florida)

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party of interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of Court at United States Bankruptcy Court, Middle District of Florida, Tampa Division, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602-3899 and serve a copy on the movant's attorney, Adam S. Levine, M.D., J.D., 1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and may grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Through undersigned, creditors Anna Dunedin Realty, LLC., and Cygram Heritage LLLP., file this Motion for Relief from Automatic Stay and respectfully request that this Court provide Creditors with the Authority to Sell Real Property subject to all liens, encumbrances, and interests and/or evict delinquent tenants and state:

1

1. Pursuant to Bankruptcy Rule 4001(a), Creditors Cygram Heritage LLLP., and Anna Dunedin Realty, LLC., respectfully request that the Court modify any automatic stay provisions of the Bankruptcy Code and permit Creditors to sell the real property described below and/or evict its delinquent tenant, Villa Anna Assisted Living Facility, LLC.

2. Respectfully, because of the significant debt, required mortgage service, and unpaid taxes, Creditors request that this Court waive the 14 day stay period pursuant to Bankruptcy Rule 4001(a)(3).

3. Debtors filed a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on November 2, 2017 shortly after entering into a Settlement Agreement with Creditors. See Exhibit D 1-4.

4. The Settlement Agreement was secured by a mortgage on the property which was filed by Creditors and purported to resolve business issues between the Creditors and Debtors wherein Creditors alleged Debtors converted large sums to their own personal use. But Debtors never made good on their terms of the Settlement Agreement and Creditors are barred from filing suit now against Debtors because of the Automatic Stay provisions that would be imposed.

5. On or about November 3, 2015 the real property located referred to in this Motion at 353 Colonial Drive, Dunedin, Pinellas County, Florida (Lots 16 and 17 Colonial Village, subdivision, according to the plat thereof as recorded in Plat Book 54, page 47 of the public records of Pinellas County, Florida, Property Appraiser Folio Number 34-28-15-17478-000-0160) was transferred by Warranty Deed to Anna Dunedin Realty, LLC. See Exhibit A. Pinellas County Property Appraiser.

6. In November 2015, Anna Dunedin Realty, LLC, was owned by Cygram Heritage, LLLP (51%) and by the Talanga Family Trust (49%). See Exhibit B. Sunbiz Anna Dunedin Realty 2015.

7. Upon information and belief, at some point between November 2015 and March 2016, the Talanga Family Trust transferred its ownership to Elite Holdings, LLC. See Exhibit C. Sunbiz Anna Dunedin Realty 2016.

8. Based upon Debtors testimony at the four 341 Hearings, Debtors own a majority share of Elite Holdings, LLC., a Florida limited liability company owned by all members of the immediate family of Debtors Zdravko and Darina Talanga including their adult children Anna and Ivan. Elite Holdings, LLC., is too a party to the Settlement Agreement but not party to this Bankruptcy proceeding. See Exhibit H.

9. Because of Debtors' actions, and pursuant to a company resolution, Effective January 26, 2017, only Cygram Heritage, LLLP possessed Authority to Bind Anna Dunedin Realty pursuant to a Statement of Authority; but not Elite Holdings, LLC. See Exhibit J Sunbiz.

10. Anna Dunedin Realty, LLC., was renewed with the State of Florida with the same owners in 2017 and 2018: Cygram Heritage LLLP and Elite Holdings, LLC. *Id.*

11. Anna Dunedin made the decision to sell the real property referenced herein based on a company resolution.

12. Upon information and belief, Villa Anna Assisting Living Facility, LLC., is Anna Dunedin Realty, LLC's only tenant whose lease required that it make rent payments of $3,000 per month and pay all taxes and pay all fees and pay insurance on the property on behalf of Anna Dunedin Realty, LLC. See Exhibit G. Lease.

13. And Villa Anna Assisted Living Facility LLC., has been delinquent in making any payments to Anna Dunedin Realty, LLC, since January 1, 2017.

14. Notably, Villa Anna Assisted Living Facility, LLC., was an entity originally owned by the same members of Anna Dunedin Realty, LLC., but was transferred to member Elite Holdings by member Cygram Heritage LLLP pursuant to a Settlement Agreement between the members in December 2016. See also Exhibit I.

15. To date, despite its agreement to the Settlement Agreement, Villa Anna Assisted Living Facility, LLC, has neglected to pay all rent, fees, taxes, and insurance coverage to Anna Dunedin Realty, LLC. since January 1, 2017.

16. Notably, Debtor Darina Talanga testified during the four 341 hearings that she was using Villa Anna Assisted Living Facility's checking account to pay for her personal debts and charges because she did not have a personal bank account and that she had not paid the debts owed to Anna Dunedin Realty, LLC.

17. Similarly, Elite Holdings, LLC., has failed to make any payments or fulfill any cash calls to support Anna Dunedin Realty, LLC. and maintain the real property.

18. As a result, Anna Dunedin Realty, LLC., moved to evict Villa Anna Assisted Living Facility in February 2017 (Pasco County Court Case 2017-001079-CI) but ceased action pursuant to the Settlement Agreement. (Exhibit D). Member Cygram Heritage, LLLP, did however, meet the terms of the Settlement Agreement and turn over its ownership interest in Villa Anna Assisted Living Facility, LLC., to Elite Holdings. LLC.

19. Unfortunately to date, Villa Anna Assisted Living Facility LLC, has failed to either follow the terms of the Settlement Agreement or make any lease or tax payments since at least

January 2017. And since January 2017 member Cygram Heritage LLLP has paid in excess of $53,565.00 in mortgage, legal fees, accounting fees, and management fees.

20. No taxes have been paid for the past 2 years; currently totaling approximately $13.888.00 including interest.

21. The Mortgage on the property accrues at $2,694.00 per month and is in arrears for July 2018 and August 2018 totaling $5,388.00; with Hancock Bank regularly threatening a foreclosure action.

22. Because Anna Dunedin Realty LLC's only tenant, Villa Anna Assisted Living Facility, failed to make any rent payments, failed to pay any taxes, and failed to pay for any insurance, Anna Dunedin Realty, LLC., exhibited several financial shortfalls that were paid solely by member Cygram Heritage, LLLP.

23. At the time of its request for contribution(s), member Cygram Heritage also approved the sale of Anna Dunedin's Real Property.

24. Because Debtors own some portion of Elite Holdings, LLC., and because Elite Holdings, LLC., owns some portion of Anna Dunedin Realty, LLC., and because Debtors' ongoing business entity is Villa Anna Assisted Living Facility, LLC., based on or in the Real Property referenced herein, this Court possesses jurisdiction over this Motion.

25. Cause exists to provide relief from stay because:
    a. Debtor is not providing any protection with respect to the real property in question.
    b. Unless the sale is made for profit, Debtor possesses no equity in the real property.
    c. Debtor's failure to pay is wasting any equity that might be present and may be used to repay other creditors, including Creditors here.

26. Venue is proper in this Court because Debtors Chapter 7 is proceeding in this Court.

**Proposed Sale**

27. Creditors propose to sell the real property at fair market value as soon as practicably possible under the following terms:

   a. Property Description: Property Appraiser Folio Number 34-28-15-17478-000-0160; Lots 16 and 17 Colonial Village, subdivision, according to the plat thereof as recorded in Plat Book 54, page 47 of the public records of Pinellas County, Florida.

   b. Manner of Sale: Private

   c. Terms of Sale, certified funds only

   d. Purchaser: TBD

   e. Sale Price: The property is and has been currently for sale at $349,900.00 with a commercial realtor. Debtors have refused access to the real property, have called the police and have prevent Anna Dunedin's actual owners to visit the real property.

   f. Debtors may have some equity in the property if they allow and support its sale without requiring an eviction action because one genuine buyer was already turned away by Debtors.

   g. If the property were to sell at 90% of its listed value, $314,910.00, it should be fairly distributed as follows:

      | | | |
      |---|---|---|
      | i. | 6% commercial brokerage fee | $ 18,895.00 |
      | ii. | 1% closing costs | $ 3,499.00 |
      | iii. | 2016 Tax Lien | $ 5,899.00 |
      | iv. | 2016 Tax Lien Interest (2 years) | $ 1,501.00 |
      | v. | 2017 Tax Lien | $ 5,870.00 |
      | vi. | 2017 Tax Lien Interest (1 year) | $ 704.00 |

    vii.  Past Due Mortgage (July, August 2018)    $ 5,388.00

    viii.  CHLLLP Payments (mortgages, accountant legal, etc.)    $ 53,565.00

    ix.  Mortgage Payoff    $198,377.00

    x.  Eviction Costs    $ ??*

    xi.  Remaining funds:    $ 21,212.00

        1.  50.1% to Cygram LLLP    $ 10,627.00

        2.  49.9% to Elite Holdings LLC    $ 10,585.00*

*But, Eviction costs will be taxed 100% to Elite Holdings because Elite Holdings controls 100% of delinquent tenant Villa Anna Assisted Living Facility.

Wherefore, Creditor prays this court:

A. Grant this Motion for Relief from Stay; and

B. Permit Creditors to sell the real property at 353 Colonial Court, Dunedin, Florida; and

C. Order Debtors to permit Creditors, real estate agents, and buyers access to the real property; and

D. Permit Creditors to list and sell the real property referenced herein; and

E. Order that Debtors to vacate the property without requiring that Creditors file another eviction action; and

F. Order that any excess funds due Elite Holdings, LLC., be paid to resolve the outstanding terms of the Settlement Agreement between Debtors and Creditors; and

G. Order Relief from stay permitting Creditors to file and pursue any action(s) against Debtors related to the Settlement Agreement so that Creditors may foreclose upon the property as necessary.

**Certificate of Service**

I certify that I filed a true and correct copy of the foregoing with the Clerk of Court and all interested parties through the CMECF Electronic Filing System on this Date.

**Respectfully Submitted on this 30th day of July 2018**

        **The Florida Legal Advocacy Group of Tampa Bay**
         /s/  Adam S. Levine
        Adam S. Levine, M.D., J.D.
        Florida Bar #78288
        1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
        (727)512 – 1969 [Telephone]
        (866)242 – 4946 [Facsimile]
        aslevine@msn.com [Primary E-mail]
        alevine@law.stetson.edu [Secondary E-mail]
        Attorney for Creditors Anna Dunedin Realty, LLC., and Cygram Heritage LLLP.