| Interactive Map of this parcel | Sales Query | Back to Query Results | New Search | Tax Collector Home Page | Contact Us | WM |

# 34-28-15-17478-000-0160
## Compact Property Record Card

Tax Estimator     **Updated July 26, 2018**     Email   Print    Radius Search    FEMA/WLM

| Ownership/Mailing Address Change Mailing Address | Site Address |
|---|---|
| ANNA DUNEDIN REALTY LLC<br>5210 WEBB RD<br>TAMPA FL 33615-4518 | 353 COLONIAL CT<br>DUNEDIN |

Property Use: 0110 (Single Family Home)    Total Living: SF: 3,908    Total Gross SF: 4,844    Total Living Units: 1

[click here to hide] **Legal Description**
COLONIAL VILLAGE LOTS 16 AND 17

| Mortgage Letter | | File for Homestead Exemption | 2018 Parcel Use |
|---|---|---|---|
| **Exemption** | **2018** | **2019** | |
| Homestead: | No | No | Homestead Use Percentage: 0.00% |
| Government: | No | No | Non-Homestead Use Percentage: 100.00% |
| Institutional: | No | No | Classified Agricultural: No |
| Historic: | No | No | |

## Parcel Information   Latest Notice of Proposed Property Taxes (TRIM Notice)

| Most Recent Recording | Sales Comparison | Census Tract | Evacuation Zone (NOT the same as a FEMA Flood Zone) | Plat Book/Page |
|---|---|---|---|---|
| 18981/2693 | $311,600 Sales Query | 121030270004 | E | 54/47 |

### 2017 Final Value Information

| Year | Just/Market Value | Assessed Value / Non-HX Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|
| 2017 | $264,996 | $264,996 | $264,996 | $264,996 | $264,996 |

[click here to hide] Value History as Certified (yellow indicates correction on file)

| Year | Homestead Exemption | Just/Market Value | Assessed Value | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|---|
| 2017 | No | $264,996 | $264,996 | $264,996 | $264,996 | $264,996 |
| 2016 | No | $262,367 | $262,367 | $262,367 | $262,367 | $262,367 |
| 2015 | No | $181,025 | $173,920 | $173,920 | $181,025 | $173,920 |
| 2014 | No | $158,109 | $158,109 | $158,109 | $158,109 | $158,109 |
| 2013 | No | $145,906 | $145,906 | $145,906 | $145,906 | $145,906 |
| 2012 | No | $151,457 | $151,457 | $151,457 | $151,457 | $151,457 |
| 2011 | No | $199,190 | $199,190 | $199,190 | $199,190 | $199,190 |
| 2010 | No | $230,000 | $230,000 | $230,000 | $230,000 | $230,000 |
| 2009 | No | $234,000 | $234,000 | $234,000 | $234,000 | $234,000 |
| 2008 | No | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 |
| 2007 | No | $255,000 | $255,000 | $255,000 | N/A | $255,000 |
| 2006 | No | $260,000 | $260,000 | $260,000 | N/A | $260,000 |
| 2005 | No | $275,000 | $275,000 | $275,000 | N/A | $275,000 |
| 2004 | No | $255,000 | $255,000 | $255,000 | N/A | $255,000 |
| 2003 | No | $250,100 | $250,100 | $250,100 | N/A | $250,100 |
| 2002 | No | $239,300 | $239,300 | $239,300 | N/A | $239,300 |
| 2001 | No | $228,400 | $228,400 | $228,400 | N/A | $228,400 |
| 2000 | No | $222,900 | $222,900 | $222,900 | N/A | $222,900 |
| 1999 | No | $211,400 | $211,400 | $211,400 | N/A | $211,400 |
| 1998 | No | $204,100 | $204,100 | $204,100 | N/A | $204,100 |
| 1997 | No | $197,100 | $197,100 | $197,100 | N/A | $197,100 |
| 1996 | No | $156,500 | $156,500 | $156,500 | N/A | $156,500 |

### 2017 Tax Information

2017 Tax Bill     Tax District: DN
2017 Final Millage Rate     19.3945

**Do not rely on current taxes as an estimate following a change in ownership. A significant change in taxable value may occur after a transfer due to a loss of exemptions, reset of the Save Our Homes or 10% Cap, and/or market conditions. Please use our new Tax Estimator to estimate taxes under new ownership.**

### Ranked Sales (What are Ranked Sales?)   See all transactions

| Sale Date | Book/Page | Price | Q/U | V/I |
|---|---|---|---|---|
| 03 Nov 2015 | 18981 / 2693 | $280,000 | Q | I |
| 23 Jul 2012 | 17676 / 2582 | $120,000 | Q | I |
| 16 Feb 2006 | 14936 / 2173 | $280,000 | Q | I |
| 29 Apr 1996 | 09324 / 0035 | $250,000 | Q | I |
| 20 Mar 1989 | 06959 / 0993 | $242,300 | Q | I |

| | | | |
|---|---|---|---|
| Amendment 1 - Will you Benefit? Check Estimated 3rd Homestead Exemption Benefit | | 05806 / 1951 | $235,000  Q |

### 2017 Land Information

Seawall: No  Frontage: None  View:

| Land Use | Land Size | Unit Value | Units | Total Adjustments | Adjusted Value | Method |
|---|---|---|---|---|---|---|
| Single Family (01) | 71x96 | 2140.00 | 71.0000 | 0.9506 | $144,434 | FF |

[click here to hide] 2018 Building 1 Structural Elements   Back to Top
Site Address: 353 COLONIAL CT

Building Type: **Single Family**
Quality: **Average**
Foundation: **Continuous Footing**
Floor System: **Wood**
Exterior Wall: **Frame Siding**
Roof Frame: **Gable Or Hip**
Roof Cover: **Shingle Composition**
Stories: **2**
Living units: **1**
Floor Finish: **Carpet/Hardtile/Hardwood**
Interior Finish: **Drywall/Plaster**
Fixtures: **14**
Year Built: **1926**
Effective Age: **30**
Heating: **Central Duct**

Cooling: **Cooling (Central)**



Compact Property Record Card

### Building 1 Sub Area Information

| Description | Living Area SF | Gross Area SF |
|---|---|---|
| Utility | 0 | 147 |
| Upper Story | 976 | 976 |
| Open Porch Unfinished | 0 | 96 |
| Open Porch | 0 | 501 |
| Enclosed Porch | 0 | 112 |
| Detached Utility Unfinished | 0 | 80 |
| Base Semi-finished | 776 | 776 |
| Base | 2,156 | 2,156 |
| | Total Living SF: **3,908** | Total Gross SF: **4,844** |

### [click here to hide] 2018 Extra Features

| Description | Value/Unit | Units | Total Value as New | Depreciated Value | Year |
|---|---|---|---|---|---|
| FIREPLACE | $3,000.00 | 1.00 | $3,000.00 | $2,580.00 | 2008 |
| FIRESPRINK | $2.30 | 4,146.00 | $9,535.80 | $7,819.00 | 2006 |

### [click here to hide] Permit Data

Permit information is received from the County and Cities. This data may be incomplete and may exclude permits that do not result in field reviews (for example for water heater replacement permits). We are required to list all improvements, which may include unpermitted construction. Any questions regarding permits, or the status of non-permitted improvements, should be directed to the permitting jurisdiction in which the structure is located.

| Permit Number | Description | Issue Date | Estimated Value |
|---|---|---|---|
| 14-00003580 | FIRESPRINK | 31 Dec 2014 | $4,000 |
| 14-00003752 | FIRESPRINK | 23 Dec 2014 | $4,900 |
| 06-00001714 | COMMERCIAL ADD | 21 Aug 2006 | $70,000 |
| 97-00001243 | SPECIAL USE | 05 Jun 1997 | $2,000 |
| 97-00001151 | PORCH | 05 Jun 1997 | $500 |



Interactive Map of this parcel    Map Legend    Sales Query    Back to Query Results    New Search    Tax Collector Home Page    Contact Us