**2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000176077

**Entity Name:** ANNA DUNEDIN REALTY LLC

**FILED**
**Mar 30, 2016**
**Secretary of State**
**CC1709492026**

**Current Principal Place of Business:**

5210 WEBB ROAD
TAMPA, FL 33615

**Current Mailing Address:**

5210 WEBB ROAD
TAMPA, FL 33615

**FEI Number:** 47-5325537

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VASILOUDES, PANOS
5210 WEBB ROAD
TAMPA, FL 33615 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                            Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | AMBR | | Title | AMBR |
| Name | CYGRAM HERITAGE LLLP | | Name | ELITE HOLDINGS , LLC |
| Address | 5210 WEBB ROAD | | Address | 1925 DOLPHIN DRIVE |
| City-State-Zip: | TAMPA FL 33615 | | City-State-Zip: | BELLEAIR BLUFFS FL 33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ADAM LEVINE                                              ATTORNEY            03/30/2016

Electronic Signature of Signing Authorized Person(s) Detail                                                          Date

Exhibit C Sunbiz 2016