

## 2017 Roll Details — Real Estate Account At 353 COLONIAL CT, DUNEDIN

Real Estate Account #R371509      Parcel details    **Latest bill**    Full bill history    🖨 Print this page

**Pay All: $10,935.67**

| 2017 | 2016 | 2015 | 2014 | ... | 1999 |
|---|---|---|---|---|---|
| $5036.68 due | $5898.99 due | **PAID** | **PAID** | | **PAID** |

Apply for the 2018 Installment Payment Plan

✉ Get Bills by Email       Pay this bill: $5,036.68

**Owner:** ANNA DUNEDIN REALTY LLC
5210 WEBB RD
TAMPA, FL 33615-4518

**Situs:** 353 COLONIAL CT
DUNEDIN

**Account number:** R371509
**Parcel Number:** 34/28/15/17478/000/0160
**Millage code:** DN - DUNEDIN TR
**Millage rate:** 19.3945

**Assessed value:** 264,996
**School assessed value:** 264,996

### 2017 Annual bill

**Ad valorem:** $5,139.47
**Non-ad valorem:** $0.00
**Total Discountable:** 5139.47
**No Discount NAVA:** 0.00
**Total tax:**

### Location

**Property class:**
**Range:** 15
**Township:** 28
**Section:** 34
**Neighborhood:** COLONIAL VILLAGE
**Block:** 000
**Lot:** 0160
**Use code:** 0110
**Total acres:** 0.000

### Property Appraiser

📄 View

**Legal description**

COLONIAL VILLAGE LOTS 16 AND 17

Exhibit F Unpaid Taxes



© 1997–2018, **Grant Street Group**. All rights reserved.

**Help** - **Contact us** - **Terms of service** - **Tax Collector home**



Exhibit F Unpaid Taxes