

Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Florida Limited Liability Company

VILLA ANNA ASSISTED LIVING FACILITY LLC.

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000020494 |
| **FEI/EIN Number** | 99-0373322 |
| **Date Filed** | 02/13/2012 |
| **Effective Date** | 02/11/2012 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 12/15/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

353 COLONIAL COURT
DUNEDIN, FL 34698

Changed: 02/05/2015

**Mailing Address**

1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Changed: 12/15/2017

**Registered Agent Name & Address**

Talanga, Darina
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Name Changed: 01/31/2018

Address Changed: 01/31/2018

**Authorized Person(s) Detail**

Exhibit I Villa Anna    001

**Name & Address**

Title AMBR

Talanga, Darina
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 01/27/2016 |
| 2017 | 01/25/2017 |
| 2018 | 01/31/2018 |

Document Images

| | |
|---|---|
| 01/31/2018 -- ANNUAL REPORT | View image in PDF format |
| 12/15/2017 -- LC Amendment | View image in PDF format |
| 01/27/2017 -- CORLCAUTH | View image in PDF format |
| 01/25/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2012 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

Exhibit I Villa Anna       002

# 2015  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000020494

**FILED**
**Feb 05, 2015**
**Secretary of State**
**CC3167162384**

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**Current Principal  Place of Business:**

353 COLONIAL COURT
DUNEDIN , FL  34698

**Current Mailing Address:**

1925 DOLPHIN DR
BELLEAIR BLUFFS,  FL  33770  US

**FEI Number: 99-0373322**                                      **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

TALANGA, DARINA PR
1925 DOLPHIN DR
BELLEAIR BLUFFS, FL  33770  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

        Electronic Signature of Registered Agent                              Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT | | Title | VP |
| Name | TALANGA, DARINA | | Name | TALANGA, ANNA |
| Address | 405 7TH AVE.SW | | Address | 405 7 TH AVE. SW |
| City-State-Zip: | LARGO FL 33770 | | City-State-Zip: | LARGO  FL  33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DARINA TALANGA                         PRESIDENT           02/05/2015

    Electronic Signature of Signing Authorized Person(s) Detail                       Date

# 2016  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000020494

**FILED**

**Jan 27, 2016**
**Secretary of State**
**CC4963936886**

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**Current Principal  Place of Business:**

353 COLONIAL COURT
DUNEDIN , FL  34698

**Current Mailing Address:**

1925 DOLPHIN DR
BELLEAIR BLUFFS,  FL  33770  US

**FEI Number: 99-0373322**          **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

TALANGA, DARINA PR
1925 DOLPHIN DR
BELLEAIR BLUFFS, FL  33770  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                           Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT | | Title | VP |
| Name | TALANGA, DARINA | | Name | TALANGA, ANNA |
| Address | 353 COLONIAL COURT | | Address | 353 COLONIAL COURT |
| City-State-Zip: | DUNEDIN  FL  34698 | | City-State-Zip: | DUNEDIN  FL  34698 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DARINA TALANGA                    PRESIDENT              01/27/2016

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

Exhibit I Villa Anna                                          004

# 2017  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000020494

**FILED**
**Jan 25, 2017**
**Secretary of State**
**CC0184215256**

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**Current Principal  Place of Business:**

353 COLONIAL COURT
DUNEDIN , FL  34698

**Current Mailing Address:**

5210 WEBB RD
TAMPA,  FL  33615  US

**FEI Number: 99-0373322**                          **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

LEVINE, ADAM S  M.D., J.D.
1180 GULF BOULEVARD
303
CLEARWATER, FL  33767  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ADAM S LEVINE                                                      01/25/2017
_____
                Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| Title | MBR | Title | MBMR |
|---|---|---|---|
| Name | ELITE HOLDINGS LLC | Name | CYGRAM HERITAGE LLLP |
| Address | 1925 DOLPHIN DR | Address | 5210 WEBB RD |
| City-State-Zip: | BELLEAIR BLUFFS  FL  33770 | City-State-Zip: | TAMPA  FL  33615 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PANOS VASILOUDES                              MBMR                     01/25/2017
_____
               Electronic Signature of Signing Authorized Person(s) Detail                                      Date

Exhibit I Villa Anna                                                      005

L120000204944

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



400293870044

01/27/17--01024--024  **25.00

FILED
17 JAN 27 AM 11:10

O  SIMMONS
JAN 3 1 2017

Exhibit I Villa Anna                                    006



The Florida Legal Advocacy Group of Tampa Bay, P.A.

**ADAM S. LEVINE, M.D., J.D.**
1180 GULF BOULEVARD, SUITE 303
CLEARWATER, FLORIDA 33767
(727) 512 - 1969 [TELEPHONE]
(866) 242 - 4946 [FACSIMILE]
ASLEVINE@MSN.COM

Via Overnight U.S. Mail

January 26, 2017

Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314


To:         Registration Section
            Division of Corporations

Subject:    Name:        **Villa Anna Assisted Living Facility, LLC**
            Document #:  **L12000020494**


Dear Sir or Madam:

The enclosed Statement of Authority and Fee(s) are submitted for filing. Please return all correspondence concerning this matter to the following:

                Adam S. Levine, M.D., J.D.
                Florida Legal Advocacy Group of Tampa Bay
                1180 Gulf Boulevard, Suite 303
                Clearwater, Florida 33767
                (727) 512 – 1969 [Telephone]
                (866) 242 – 4946 [Facsimile]
                aslevine@msn.com

For further information concerning this matter, please call:

Adam S. Levine at (727) 512 – 1969

Best wishes,

Adam S. Levine, M.D., J.D.

Exhibit I Villa Anna                                    007

## STATEMENT OF AUTHORITY

Pursuant to section 605.0302(1), Florida Statutes, this limited liability company submits the following statement of authority:

**First:** The name of the limited liability company is:       **Villa Anna Assisted Living Facility, LLC**

**Second:** The Florida Dcoument Number of the limited liability company is:  **L12000020494**

**Third:**  The street address of the limited liability company's principal office is:

   **353 Colonial Court, Dunedin, Florida 34698**

   The mailing address of the limited liability company's principal office is:

   **5210 Webb Road, Tampa, Florida 33615**

**Fourth:** This statement of authority grants or sets limitations of authority on all persons having the status or position of a person in a company, whether as a member, transferee, manager, officer, or otherwise or to a specific person on the following:

1.   May execute an instrument transferring real property held in the name of the company.

   a.   Granted to:

      i.   Panos Vasiloudes on behalf of Cygram Heritage

   b.   No authority granted to:

      i.   Zdravko Talanga

      ii.   Darina Talanga

      iii.   Ivan Talanga

      iv.   Anna Talanga

      v.   Elite Holdings, LLC.

2.   May enter into other transactions on behalf of, or otherwise act for or bind, the company.

   a.   Granted to:

      i.   Panos Vasiloudes on behalf of Cygram Heritage

   b.   No authority granted to:

      i.   Zdravko Talanga

      ii.   Darina Talanga

      iii.   Ivan Talanga

      iv.   Anna Talanga

      v.   Elite Holdings, LLC.

Adam S. Levine, M.D., J.D., Authorized
Representative and Legal Counsel

Filing Fee: $25.00
Certified Copy:       $30.00

Exhibit I Villa Anna                008

*L1200002049*



700306439057

12/15/17--01006--002   **25.00

PICK-UP ☐   WAIT ☐   MAIL ☐

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

FILED
2017 DEC 15 PM 1: 28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

K. SALY
DEC 18 2017

Exhibit I Villa Anna                009

# COVER LETTER

**TO:**  **Registration Section**
      **Division of Corporations**

**SUBJECT:** _____ *Villa Anna Assisted Living Facility, LLC*
                     Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_____*Adam Levine*_____
                    Name of Person

_____*Florida Legal Advisory Group of Tampa Bay*_____
                    Firm/Company

_____*1180 Gulf Blvd #303*_____
                    Address

_____*Clearwater, FL 33762*_____
                    City/State and Zip Code

_____*ASLEVINE@mfn.com*_____
          E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_____*Adam Levine*_____   at ( *727* ) *542-1469*
          Name of Person                          Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee    ☐ $30.00 Filing Fee &    ☐ $55.00 Filing Fee &    ☐ $60.00 Filing Fee.
                         Certificate of Status       Certified Copy            Certificate of Status &
                                                  (additional copy is enclosed)   Certified Copy
                                                                              (additional copy is enclosed)

**MAILING ADDRESS:**                    **STREET/COURIER ADDRESS:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

Exhibit I Villa Anna                                    010

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

*FILED*
*2017 DEC 15 PM 1:28*
*SECRETARY OF STATE*
*TALLAHASSEE, FLORIDA*

VILLA ANNA ASSISTED LIVING FACILITY, LLC.
_____
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __02/13/2012_____ and assigned
Florida document number __L12000020494_____ .

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here:</u>**

_____

_____
The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:        _____
*(Principal office address MUST BE A STREET ADDRESS)*    _____

                                                          _____

Enter new mailing address, if applicable:                1925 Dolphin Drive
*(Mailing address MAY BE A POST OFFICE BOX)*             _____
                                                          Belleair Bluffs, Florida 33770
                                                          _____

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here:</u>**

Name of New Registered Agent:        _____

New Registered Office Address:       _____
                                          *Enter Florida street address*

                                     _____ , Florida _____
                                              *City*                           *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent:</u>**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

                    _____
                    **If Changing Registered Agent, <u>Signature of New Registered Agent</u>**

**Page 1 of 3**

Exhibit I Villa Anna                                        011

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records</u>:

MGR =   Manager
AMBR = Authorized Member

| Title | Name | Address | Type of Action |
|-------|------|---------|----------------|
| AMBR | Cygram Heritage LLLP | 5210 Webb Road | ☐ Add |
| | | Tampa, Florida 33615 | ■ Remove |
| | | | ☐ Change |
| AMBR | Elite Holdings, LLC | 1925 Dolphin Drive | ☐ Add |
| | | Belleair Bluffs, Florida 33770 | ☐ Remove |
| | | | ■ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |

Page 2 of 3

Exhibit I Villa Anna                    012

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Cygram Heritage, LLLP also revokes the Statement of Authority filed on January 27, 2017 with this filing.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ (optional)

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)  The 90th day after the record is filed.

Dated _____December 13_____, _____2017_____

_____
Signature of a member or authorized representative of a member

_____
Typed or printed name of signee

Adam Grue

### Page 3 of 3

### Filing Fee: $25.00

Exhibit I Villa Anna                    013

# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000020494

**FILED**
**Jan 31, 2018**
**Secretary of State**
**CC4914807238**

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**Current Principal  Place of Business:**

353 COLONIAL COURT
DUNEDIN , FL  34698

**Current Mailing Address:**

1925 DOLPHIN DR.
BELLEAIR BLUFFS,  FL  33770  US

**FEI Number: 99-0373322**                          **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

TALANGA, DARINA
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL  33770  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   DARINA TALANGA                                                        01/31/2018

                 Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | TALANGA, DARINA |
| Address | 1925 DOLPHIN DR. |
| City-State-Zip: | BELLEAIR BLUFFS  FL  33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DARINA TALANGA                          AMBR                  01/31/2018

      Electronic Signature of Signing Authorized Person(s) Detail                              Date

Exhibit I Villa Anna                                    014