### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:
**ZDRAVKO TALANGA and**              Case No.: 8:17-bk-09357-MGW
**DARINA TALANGA**                   Chapter 7
        **Debtors,**

_____/

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and Belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**AMENDED EMERGENCY MOTION FOR RELIEF OF AUTOMATIC STAY OR, ALTERNATIVELY, TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE REAL PROPERTY LOCATED 353 COLONIAL COURT**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because **Creditors Anna Dunedin Realty, LLC, and Cygram Heritage LLLP.,** seek **relief from the automatic stay** and requires a hearing prior to **August 18, 2018** for the following reason**: because Debtors have made no rent payments, no tax payments, and no required insurance payments on real property and because Creditors have had to make these payments and Creditors have a _bona fide_ purchaser who is willing to purchase the property provided he is able to make a timely walkthrough of the property (on or before August 18, 2018) – but that such a walkthrough is being prevented by the Debtors. The Creditors need a court order, as**

1

**required by the Pinellas County Sheriff's office stating that the automatic stay does not apply and permitting Creditors access to Creditor's property. Time is of the essence or Creditors will continue to be damaged and the sale be lost.**

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

**Certificate of Service**

I certify that I filed a true and correct copy of the foregoing with the Clerk of Court and all interested parties through the CMECF Electronic Filing System on this Date.

**Respectfully Submitted on this 14th day of August 2018**

**The Florida Legal Advocacy Group of Tampa Bay**
 _/s/  Adam S. Levine_
Adam S. Levine, M.D., J.D.
Florida Bar #78288
1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
(727)512 – 1969 [Telephone]
(866)242 – 4946 [Facsimile]
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]
Attorney for Creditors Anna Dunedin Realty, LLC., and
Cygram Heritage LLLP.