Property Appraiser General Information    Case 8:17-bk-09357-MGW    Doc 112-2    Filed 08/14/18    Page 1 of 5    7/26/18, 9:21 PM

| Interactive Map of this parcel | Sales Query | Back to Query Results | New Search | Tax Collector Home Page | Contact Us | WM |

# 34-28-15-17478-000-0160
**Compact Property Record Card**

**Tax Estimator** — **Updated July 26, 2018** — Email  Print  Radius Search  FEMA/WLM

| Ownership/Mailing Address  Change Mailing Address | Site Address |
|---|---|
| ANNA DUNEDIN REALTY LLC<br>5210 WEBB RD<br>TAMPA FL 33615-4518 | 353 COLONIAL CT<br>DUNEDIN |

**Property Use:** 0110 (Single Family Home)    Total Living: SF: 3,908    Total Gross SF: 4,844    Total Living Units: 1

[click here to hide] **Legal Description**
COLONIAL VILLAGE LOTS 16 AND 17

| Mortgage Letter | | File for Homestead Exemption | | 2018 Parcel Use |
|---|---|---|---|---|
| **Exemption** | **2018** | **2019** | | Homestead Use Percentage: 0.00% |
| Homestead: | No | No | | Non-Homestead Use Percentage: 100.00% |
| Government: | No | No | | Classified Agricultural: No |
| Institutional: | No | No | | |
| Historic: | No | No | | |

**Parcel Information    Latest Notice of Proposed Property Taxes (TRIM Notice)**

| Most Recent Recording | Sales Comparison | Census Tract | Evacuation Zone (NOT the same as a FEMA Flood Zone) | Plat Book/Page |
|---|---|---|---|---|
| 18981/2693 | $311,600 Sales Query | 121030270004 | E | 54/47 |

**2017 Final Value Information**

| Year | Just/Market Value | Assessed Value / Non-HX Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|
| 2017 | $264,996 | $264,996 | $264,996 | $264,996 | $264,996 |

[click here to hide] Value History as Certified (yellow indicates correction on file)

| Year | Homestead Exemption | Just/Market Value | Assessed Value | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|---|
| 2017 | No | $264,996 | $264,996 | $264,996 | $264,996 | $264,996 |
| 2016 | No | $262,367 | $262,367 | $262,367 | $262,367 | $262,367 |
| 2015 | No | $181,025 | $173,920 | $173,920 | $181,025 | $173,920 |
| 2014 | No | $158,109 | $158,109 | $158,109 | $158,109 | $158,109 |
| 2013 | No | $145,906 | $145,906 | $145,906 | $145,906 | $145,906 |
| 2012 | No | $151,457 | $151,457 | $151,457 | $151,457 | $151,457 |
| 2011 | No | $199,190 | $199,190 | $199,190 | $199,190 | $199,190 |
| 2010 | No | $230,000 | $230,000 | $230,000 | $230,000 | $230,000 |
| 2009 | No | $234,000 | $234,000 | $234,000 | $234,000 | $234,000 |
| 2008 | No | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 |
| 2007 | No | $255,000 | $255,000 | $255,000 | N/A | $255,000 |
| 2006 | No | $260,000 | $260,000 | $260,000 | N/A | $260,000 |
| 2005 | No | $275,000 | $275,000 | $275,000 | N/A | $275,000 |
| 2004 | No | $255,000 | $255,000 | $255,000 | N/A | $255,000 |
| 2003 | No | $250,100 | $250,100 | $250,100 | N/A | $250,100 |
| 2002 | No | $239,300 | $239,300 | $239,300 | N/A | $239,300 |
| 2001 | No | $228,400 | $228,400 | $228,400 | N/A | $228,400 |
| 2000 | No | $222,900 | $222,900 | $222,900 | N/A | $222,900 |
| 1999 | No | $211,400 | $211,400 | $211,400 | N/A | $211,400 |
| 1998 | No | $204,100 | $204,100 | $204,100 | N/A | $204,100 |
| 1997 | No | $197,100 | $197,100 | $197,100 | N/A | $197,100 |
| 1996 | No | $156,500 | $156,500 | $156,500 | N/A | $156,500 |

| 2017 Tax Information | | | Ranked Sales (What are Ranked Sales?)  See all transactions | | | | |
|---|---|---|---|---|---|---|---|
| 2017 Tax Bill | Tax District: | DN | Sale Date | Book/Page | Price | Q/U | V/I |
| 2017 Final Millage Rate | | 19.3945 | 03 Nov 2015 | 18981 / 2693 | $280,000 | Q | I |
| | | | 23 Jul 2012 | 17676 / 2582 | $120,000 | Q | I |
| | | | 16 Feb 2006 | 14936 / 2173 | $280,000 | Q | I |
| | | | 29 Apr 1996 | 09324 / 0035 | $250,000 | Q | I |
| | | | 20 Mar 1989 | 06959 / 0993 | $242,300 | Q | I |

**Do not rely on current taxes as an estimate following a change in ownership. A significant change in taxable value may occur after a transfer due to a loss of exemptions, reset of the Save Our Homes or 10% Cap, and/or market conditions. Please use our new Tax Estimator to estimate taxes under new ownership.**

| Amendment 1 - Will you Benefit? [Check Estimated 3rd Homestead Exemption Benefit] | | 05806 / 1951 | | $235,000 | Q |

## 2017 Land Information

Seawall: No  Frontage: None  View:

| Land Use | Land Size | Unit Value | Units | Total Adjustments | Adjusted Value | Method |
|---|---|---|---|---|---|---|
| Single Family (01) | 71x96 | 2140.00 | 71.0000 | 0.9506 | $144,434 | FF |

### [click here to hide] 2018 Building 1 Structural Elements  Back to Top
Site Address: 353 COLONIAL CT

**Building Type:** Single Family
**Quality:** Average
**Foundation:** Continuous Footing
**Floor System:** Wood
**Exterior Wall:** Frame Siding
**Roof Frame:** Gable Or Hip
**Roof Cover:** Shingle Composition
**Stories:** 2
**Living units:** 1
**Floor Finish:** Carpet/Hardtile/Hardwood
**Interior Finish:** Drywall/Plaster
**Fixtures:** 14
**Year Built:** 1926
**Effective Age:** 30
**Heating:** Central Duct
**Cooling:** Cooling (Central)



Compact Property Record Card

### Building 1 Sub Area Information

| Description | Living Area SF | Gross Area SF |
|---|---|---|
| Utility | 0 | 147 |
| Upper Story | 976 | 976 |
| Open Porch Unfinished | 0 | 96 |
| Open Porch | 0 | 501 |
| Enclosed Porch | 0 | 112 |
| Detached Utility Unfinished | 0 | 80 |
| Base Semi-finished | 776 | 776 |
| Base | 2,156 | 2,156 |
| | Total Living SF: **3,908** | Total Gross SF: **4,844** |

### [click here to hide] 2018 Extra Features

| Description | Value/Unit | Units | Total Value as New | Depreciated Value | Year |
|---|---|---|---|---|---|
| FIREPLACE | $3,000.00 | 1.00 | $3,000.00 | $2,580.00 | 2008 |
| FIRESPRINK | $2.30 | 4,146.00 | $9,535.80 | $7,819.00 | 2006 |

### [click here to hide] Permit Data

Permit information is received from the County and Cities. This data may be incomplete and may exclude permits that do not result in field reviews (for example for water heater replacement permits). We are required to list all improvements, which may include unpermitted construction. Any questions regarding permits, or the status of non-permitted improvements, should be directed to the permitting jurisdiction in which the structure is located.

| Permit Number | Description | Issue Date | Estimated Value |
|---|---|---|---|
| 14-00003580 | FIRESPRINK | 31 Dec 2014 | $4,000 |
| 14-00003752 | FIRESPRINK | 23 Dec 2014 | $4,900 |
| 06-00001714 | COMMERCIAL ADD | 21 Aug 2006 | $70,000 |
| 97-00001243 | SPECIAL USE | 05 Jun 1997 | $2,000 |
| 97-00001151 | PORCH | 05 Jun 1997 | $500 |



Interactive Map of this parcel     Map Legend     Sales Query     Back to Query Results     New Search     Tax Collector Home Page     Contact Us

I#: 2015325434 BK: 18981 PG: 2693, 11/... 2:50 PM, RECORDING 1 PAGES
$10.00  D DOC STAMP COLLECTION $1960.00  KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKDU10

Prepared By and Return To:
Total Title Solutions
2911 State Road 590, Suite 22
Clearwater, FL 33759

Order No.: PCL151311

Property Appraiser's Parcel I.D. (folio) Number:
34/28/15/17478/000/0160

## WARRANTY DEED

THIS WARRANTY DEED dated November 3, 2015, by Investco, LLC Trustee Colonial 353 Land Trust dated 7/23/12, existing under the laws of Florida, and having its principal place of business at 413 Cleveland Street, Clearwater, Florida 33755 (the "Grantor"), to Anna Dunedin Realty LLC, whose post office address is 5210 Webb Road, Tampa, Florida, 33615 (the "Grantee").

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of Ten And No/100 Dollars ($10.00) and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in County of PINELLAS, State of Florida, viz:

**Lots 16 and 17, COLONIAL VILLAGE subdivision, according to the plat thereof as recorded in Plat Book 54, Page 47, of the Public Records of Pinellas County, Florida.**

Subject to easements, restrictions, reservations and limitations of recorded, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2015.

IN WITNESS WHEREOF, the said grantor has signed and sealed in our presence the day and year first above written.

Signed, sealed and delivered in presence of:

_____
Witness Signature
Sherrie L. Towell
Printed Name of First Witness

_____
Witness Signature
Kristen Benefield
Printed Name of Second Witness

Investco, LLC Trustee Colonial 353 Land Trust
dated 7/23/12

BY: _____
David Kerr, Trustee

Grantor Address:
413 Cleveland Street
Clearwater, FL 33755

STATE OF Florida
County OF Pinellas