# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L15000176077
FILED 8:00 AM
October 15, 2015
Sec. Of State
tburch

## Article I

The name of the Limited Liability Company is:

ANNA DUNEDIN REALTY LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

5210 WEBB ROAD
TAMPA, FL.   33615

The mailing address of the Limited Liability Company is:

5210 WEBB ROAD
TAMPA, FL.   33615

## Article III

The name and Florida street address of the registered agent is:

PANOS  VASILOUDES
5210 WEBB ROAD
TAMPA, FL.   33615

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   PANOS VASILOUDES

## Article IV

The name and address of person(s) authorized to manage LLC:

   Title:  AMBR
CYGRAM HERITAGE LLLP
5210 WEBB ROAD
TAMPA, FL.  33615

   Title:  AMBR
TALANGA FAMILY TRUST
1925 DOLPHIN DRIVE
BELLEAIR BLUFFS, FL.  33770

L15000176077
FILED 8:00 AM
October 15, 2015
Sec. Of State
tburch

Signature of member or an authorized representative

Electronic Signature: ADAM S. LEVINE

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.