# MEMBERS' RESOLUTION
## for
# ANNA DUNEDIN REALTY, LLC.,
## A FLORIDA MEMBER-MANAGED LIMITED LIABILITY COMPANY

### FEBRUARY 3, 2017

On this date an emergency meeting was called by E-mail and/or telephone by Panos Vasiloudes on behalf of Cygram Heritage. The following resolution was forwarded by E-mail to the Members. A quorum was present by E-mail response to this Members' resolution. Responses are due to the corporate attorney by E-mail to aslevine@msn.com by 1:00 pm EST February 3, 2017. No response will be counted as an abstention Each Member was provided with this resolution:

### AMENDED STATEMENT OF FINANCIAL AUTHORITY, LISTING OF PROPERTY FOR SALE, AND CASH CALL RELATED TO WATERED OR DILUTED MEMBERSHIP INTEREST

**Whereas** Cygram Heritage became concerned about various financial irregularities and attempted in good faith, unsuccessfully, to resolve the issues among the Members; and

**Whereas** there is significant conflict between the Members;

**NOW THEREFORE BE IT RESOLVED** that effective immediately Anna Dunedin Realty, LLC., vests all authority financial and otherwise including day-to-day management in Cygram Heritage and its designee Panos Vasiloudes including the authority to sell any and all assets including the real property. No other member, employee, agent, person or entity may bind in any way or conduct financial transactions for the company; and

**IT IS FURTHER RESOLVED THAT** the corporate attorney take all action necessary to only permit financial and/or operating authority to Cygram Heritage and its designee; and

**IT IS FURTHER RESOLVED THAT** the property be listed for sale with realtor Peter Nascarella who shall be asked to list the property for sale. This Resolution shall provide Peter Nascarella with Authority to enter, inspect, and complete renovation; and

**IT IS FINALLY RESOLVED THAT** there shall be an accounting and cash call among members to equilibrate the Members' ownership interest where the Member in arrears shall have 7 calendar days to correct the contribution imbalance or the company shall water such member's stock proportionally to the shortfall. When the property is sold, any profits and losses will be divided by ownership share. Further dilution of ownership percentages shall occur based on the funds required to complete renovations as necessary.

*An affirmative vote requires a simple majority more than 50% A Shareholder's failure to respond to this Resolution will be counted as an abstention.*

**Members:**

__X__Yes ___No _____     February 3, 2017
50.1% Ownership
Panos Vasiloudes for Cygram Heritage

___Yes ___No _____     February 3, 2017
49.9% Ownership
Darina Talanga for Elite Holdings

1

# MEMBERS' RESOLUTION
## for
# ANNA DUNEDIN REALTY, LLC.,
## A FLORIDA MEMBER-MANAGED LIMITED LIABILITY COMPANY

### NOVEMBER 30, 2017

On this date an emergency meeting was called by E-mail and/or telephone by Panos Vasiloudes on behalf of Cygram Heritage. The following resolution was forwarded by E-mail to the Members. A quorum was present by E-mail response to this Members' resolution. Responses are due to the corporate attorney by E-mail to aslevine@msn.com by 1:00 pm EST February 3, 2017. No response will be counted as an abstention Each Member was provided with this resolution:

### RESOLUTION TO SELL ANNA DUNEDIN REALTY

**Whereas** Cygram Heritage became concerned about various financial irregularities and attempted in good faith, unsuccessfully, to resolve the issues among the Members; and

**Whereas** there is significant conflict between the Members;

**Whereas** Member Elite Holdings LLC has failed to pay any rent, taxes, or insurance payments for almost one year;

**NOW THEREFORE BE IT RESOLVED** that effective immediately Anna Dunedin Realty, LLC., vests all authority financial and otherwise including day-to-day management in Cygram Heritage and its designee Panos Vasiloudes including the authority to sell any and all assets including the real property. No other member, employee, agent, person or entity may bind in any way or conduct financial transactions for the company; and

**IT IS FURTHER RESOLVED THAT** the corporate attorney take all action necessary to only permit financial and/or operating authority to Cygram Heritage and its designee; and

**IT IS FURTHER RESOLVED THAT** the property be listed for sale and sold with realtor Peter Nascarella who shall be asked to list the property for sale. This Resolution shall provide Peter Nascarella with Authority to enter, inspect, and complete renovation.

*An affirmative vote requires a simple majority more than 50% A Shareholder's failure to respond to this Resolution will be counted as an abstention.*

**Members:**

_X_Yes ___No  _____          November 30, 2017
                50.1% Ownership
                Panos Vasiloudes for Cygram Heritage

___Yes ___No  _____          November 30, 2017
                49.9% Ownership
                Darina Talanga for Elite Holdings

1

<div style="border:1px solid black">

# MEMBERS' RESOLUTION
### for
# ANNA DUNEDIN REALTY, LLC.,
## A FLORIDA MEMBER-MANAGED LIMITED LIABILITY COMPANY

### JANUARY 15, 2018

</div>

On this date an emergency meeting was called by E-mail and/or telephone by Panos Vasiloudes on behalf of Cygram Heritage. The following resolution was forwarded by E-mail to the Members. A quorum was present by E-mail response to this Members' resolution. Responses are due to the corporate attorney by E-mail to aslevine@msn.com by 1:00 pm EST February 3, 2017. No response will be counted as an abstention Each Member was provided with this resolution:

### CASH CALL

**Whereas** there is significant conflict between the Members;

**Whereas** Member Elite Holdings LLC has failed to pay any rent, taxes, or insurance payments for almost one year;

**NOW THEREFORE BE IT RESOLVED that effective immediately Anna Dunedin Realty, LLC., vests all authority financial and otherwise including day-to-day management in Cygram Heritage and its designee Panos Vasiloudes including the authority to sell any and all assets including the real property. No other member, employee, agent, person or entity may bind in any way or conduct financial transactions for the company;** and

**IT IS FURTHER RESOLVED THAT the corporate attorney take all action necessary to only permit financial and/or operating authority to Cygram Heritage and its designee;** and

**IT IS FURTHER RESOLVED THAT until the property is sold, a cash call be issued by the corporate bookkeeper in the amount of $62,000.00 to pay the unpaid taxes for 2016, 2017, mortgage, and insurance fees unpaid by tenant.**

**IT IS FURTHER RESOLVED THAT Anna Dunedin will EVICT its tenant, Villa Anna Assisted Living Facility, terminate its lease, and accelerate any necessary terms..**

*An affirmative vote requires a simple majority more than 50% A Shareholder's failure to respond to this Resolution will be counted as an abstention.*

**Members:**

_X_Yes ___No  _____          January 15, 2018
                50.1% Ownership
                Panos Vasiloudes for Cygram Heritage

___Yes ___No  _____          January 15, 2018
                49.9% Ownership
                Darina Talanga for Elite Holdings

1