Case 8:17-bk-09357-MGW    Doc 112-10    Filed 08/14/18    Page 1 of 2

2017 roll details - Real Estate Account at 353 COLONIAL CT DUNEDIN - PinSys - Pinellas County Tax Collector                                        1/16/18, 9:11 PM



## 2017 Roll Details — Real Estate Account At 353 COLONIAL CT, DUNEDIN

Print this page

Real Estate Account #R371509          Parcel details    Latest bill    Full bill history

**Pay All: $10,935.67**

| 2017 | 2016 | 2015 | 2014 | ... | 1999 |
|------|------|------|------|-----|------|
| $5036.68 due | $5898.99 due | **PAID** | **PAID** | | **PAID** |

**Apply for the 2018 Installment Payment Plan**

Get Bills by Email          Pay this bill: $5,036.68

| | |
|---|---|
| **Owner:** | ANNA DUNEDIN REALTY LLC |
| | 5210 WEBB RD |
| | TAMPA, FL 33615-4518 |
| **Situs:** | 353 COLONIAL CT |
| | DUNEDIN |
| **Account number:** | R371509 |
| **Parcel Number:** | 34/28/15/17478/000/0160 |
| **Millage code:** | DN - DUNEDIN TR |
| **Millage rate:** | 19.3945 |
| **Assessed value:** | 264,996 |
| **School assessed value:** | 264,996 |

**Property Appraiser**

**2017 Annual bill**          View          Legal description

| | |
|---|---|
| **Ad valorem:** | $5,139.47 |
| **Non-ad valorem:** | $0.00 |
| **Total Discountable:** | 5139.47 |
| **No Discount NAVA:** | 0.00 |
| **Total tax:** | |

COLONIAL VILLAGE LOTS 16 AND 17

**Location**

| | |
|---|---|
| **Property class:** | |
| **Range:** | 15 |
| **Township:** | 28 |
| **Section:** | 34 |
| **Neighborhood:** | COLONIAL VILLAGE |
| **Block:** | 000 |
| **Lot:** | 0160 |
| **Use code:** | 0110 |
| **Total acres:** | 0.000 |

Exhibit F Unpaid Taxes

    

© 1997–2018, **Grant Street Group**. All rights reserved.

**Help** - **Contact us** - **Terms of service** - **Tax Collector home**



Exhibit F Unpaid Taxes