

Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Limited Liability Company
VILLA ANNA ASSISTED LIVING FACILITY LLC.

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000020494 |
| **FEI/EIN Number** | 99-0373322 |
| **Date Filed** | 02/13/2012 |
| **Effective Date** | 02/11/2012 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 12/15/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

353 COLONIAL COURT
DUNEDIN, FL 34698

Changed: 02/05/2015

**Mailing Address**

1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Changed: 12/15/2017

**Registered Agent Name & Address**

Talanga, Darina
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Name Changed: 01/31/2018

Address Changed: 01/31/2018

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

Talanga, Darina
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2016 | 01/27/2016 |
| 2017 | 01/25/2017 |
| 2018 | 01/31/2018 |

**Document Images**

| | |
| --- | --- |
| 01/31/2018 -- ANNUAL REPORT | View image in PDF format |
| 12/15/2017 -- LC Amendment | View image in PDF format |
| 01/27/2017 -- CORLCAUTH | View image in PDF format |
| 01/25/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2012 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000020494

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**FILED**
**Feb 05, 2015**
**Secretary of State**
**CC3167162384**

**Current Principal Place of Business:**

353 COLONIAL COURT
DUNEDIN , FL 34698

**Current Mailing Address:**

1925 DOLPHIN DR
BELLEAIR BLUFFS, FL 33770 US

**FEI Number:** 99-0373322

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TALANGA, DARINA PR
1925 DOLPHIN DR
BELLEAIR BLUFFS, FL 33770 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | VP |
| Name | TALANGA, DARINA | Name | TALANGA, ANNA |
| Address | 405 7TH AVE.SW | Address | 405 7 TH AVE. SW |
| City-State-Zip: | LARGO FL 33770 | City-State-Zip: | LARGO FL 33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DARINA TALANGA                    PRESIDENT                    02/05/2015

Electronic Signature of Signing Authorized Person(s) Detail                                        Date

Exhibit I Villa Anna          003

**2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000020494

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**FILED**
**Jan 27, 2016**
**Secretary of State**
**CC4963936886**

**Current Principal Place of Business:**

353 COLONIAL COURT
DUNEDIN , FL 34698

**Current Mailing Address:**

1925 DOLPHIN DR
BELLEAIR BLUFFS, FL 33770 US

**FEI Number:** 99-0373322

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TALANGA, DARINA PR
1925 DOLPHIN DR
BELLEAIR BLUFFS, FL 33770 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                     Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT | | Title | VP |
| Name | TALANGA, DARINA | | Name | TALANGA, ANNA |
| Address | 353 COLONIAL COURT | | Address | 353 COLONIAL COURT |
| City-State-Zip: | DUNEDIN FL 34698 | | City-State-Zip: | DUNEDIN FL 34698 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DARINA TALANGA                                              PRESIDENT                              01/27/2016

Electronic Signature of Signing Authorized Person(s) Detail                                                                Date

Exhibit I Villa Anna                                                                                              004

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**
DOCUMENT# L12000020494

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**FILED**
**Jan 25, 2017**
**Secretary of State**
**CC0184215256**

**Current Principal Place of Business:**
353 COLONIAL COURT
DUNEDIN , FL 34698

**Current Mailing Address:**
5210 WEBB RD
TAMPA, FL 33615 US

**FEI Number:** 99-0373322

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LEVINE, ADAM S M.D., J.D.
1180 GULF BOULEVARD
 303
CLEARWATER, FL 33767 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:    ADAM S LEVINE                                                                                          01/25/2017
                    Electronic Signature of Registered Agent                                                          Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MBR | Title | MBMR |
| Name | ELITE HOLDINGS LLC | Name | CYGRAM HERITAGE LLLP |
| Address | 1925 DOLPHIN DR | Address | 5210 WEBB RD |
| City-State-Zip: | BELLEAIR BLUFFS FL 33770 | City-State-Zip: | TAMPA FL 33615 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PANOS VASILOUDES                                   MBMR                                        01/25/2017
              Electronic Signature of Signing Authorized Person(s) Detail                                  Date

Exhibit I Villa Anna                                                                                     005

L1200002049

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

**400293870044**

01/27/17--01024--024   **25.00

FILED
17 JAN 27 AM 11:10

O SIMMONS
JAN 3 1 2017

Exhibit I Villa Anna                                    006



## The Florida Legal Advocacy Group of Tampa Bay, P.A.

**ADAM S. LEVINE, M.D., J.D.**
1180 GULF BOULEVARD, SUITE 303
CLEARWATER, FLORIDA 33767
(727) 512 - 1969 [TELEPHONE]
(866) 242 - 4946 [FACSIMILE]
ASLEVINE@MSN.COM

Via Overnight U.S. Mail

January 26, 2017

Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

To:    Registration Section
Division of Corporations

Subject:    Name:    **Villa Anna Assisted Living Facility, LLC**
Document #:    **L12000020494**

Dear Sir or Madam:

The enclosed Statement of Authority and Fee(s) are submitted for filing. Please return all correspondence concerning this matter to the following:

> Adam S. Levine, M.D., J.D.
> Florida Legal Advocacy Group of Tampa Bay
> 1180 Gulf Boulevard, Suite 303
> Clearwater, Florida 33767
> (727) 512 - 1969 [Telephone]
> (866) 242 - 4946 [Facsimile]
> aslevine@msn.com

For further information concerning this matter, please call:

Adam S. Levine at (727) 512 - 1969

Best wishes,

_____
Adam S. Levine, M.D., J.D.

Exhibit I Villa Anna    007

## STATEMENT OF AUTHORITY

Pursuant to section 605.0302(1), Florida Statutes, this limited liability company submits the following statement of authority:

**First:** The name of the limited liability company is:      **Villa Anna Assisted Living Facility, LLC**

**Second:** The Florida Dcoument Number of the limited liability company is:   **L12000020494**

**Third:** The street address of the limited liability company's principal office is:

**353 Colonial Court, Dunedin, Florida 34698**

The mailing address of the limited liability company's principal office is:

**5210 Webb Road, Tampa, Florida 33615**

**Fourth:** This statement of authority grants or sets limitations of authority on all persons having the status or position of a person in a company, whether as a member, transferee, manager, officer, or otherwise or to a specific person on the following:

1. May execute an instrument transferring real property held in the name of the company.
    a. Granted to:
        i. Panos Vasiloudes on behalf of Cygram Heritage
    b. No authority granted to:
        i. Zdravko Talanga
        ii. Darina Talanga
        iii. Ivan Talanga
        iv. Anna Talanga
        v. Elite Holdings, LLC.
2. May enter into other transactions on behalf of, or otherwise act for or bind, the company.
    a. Granted to:
        i. Panos Vasiloudes on behalf of Cygram Heritage
    b. No authority granted to:
        i. Zdravko Talanga
        ii. Darina Talanga
        iii. Ivan Talanga
        iv. Anna Talanga
        v. Elite Holdings, LLC.

_____
Adam S. Levine, M.D., J.D., Authorized
Representative and Legal Counsel

Filing Fee: $25.00
Certified Copy:      $30.00

Exhibit I Villa Anna                                                                                                                  008

# L17000204924

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700306439057

12/15/17--01006--002   **25.00

FILED
2017 DEC 15 PM 1:28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

K. SALY
DEC 18 2017

Exhibit I Villa Anna   009

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: _Villa Anna Assisted Living Facility, LLC_
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Adam Levine_
Name of Person

_Florida Legal Advisory Group of Tampa Bay_
Firm/Company

_1180 Gulf Blvd #303_
Address

_Clearwater, FL 33767_
City/State and Zip Code

_ASLevine@msn.com_
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_Adam Levine_ at ( _727_ ) _512-1469_
Name of Person            Area Code   Daytime Telephone Number

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee    ☐ $30.00 Filing Fee &     ☐ $55.00 Filing Fee &        ☐ $60.00 Filing Fee.
                          Certificate of Status       Certified Copy                 Certificate of Status &
                                                      (additional copy is enclosed)  Certified Copy
                                                                                     (additional copy is enclosed)

MAILING ADDRESS:                    STREET/COURIER ADDRESS:
Registration Section                Registration Section
Division of Corporations            Division of Corporations
P.O. Box 6327                       Clifton Building
Tallahassee, FL 32314               2661 Executive Center Circle
                                    Tallahassee, FL 32301

Exhibit I Villa Anna    010

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

VILLA ANNA ASSISTED LIVING FACILITY, LLC.
---
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

FILED 2017 DEC 15 PM 1:28 SECRETARY OF STATE TALLAHASSEE, FLORIDA

The Articles of Organization for this Limited Liability Company were filed on 02/13/2012 _____ and assigned Florida document number L12000020494 _____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____
The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

_____
_____
_____

**Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

1925 Dolphin Drive
Belleair Bluffs, Florida 33770
_____

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent: _____

New Registered Office Address: _____
                              *Enter Florida street address*

_____, Florida _____
        City                                  Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, <u>Signature of New Registered Agent</u>

Page 1 of 3

Exhibit I Villa Anna                                                      011

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person being added or removed from our records</u>:

MGR = Manager
AMBR = Authorized Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| AMBR | Cygram Heritage LLLP | 5210 Webb Road | ☐ Add |
|  |  | Tampa, Florida 33615 | ■ Remove |
|  |  |  | ☐ Change |
| AMBR | Elite Holdings, LLC | 1925 Dolphin Drive | ☐ Add |
|  |  | Belleair Bluffs, Florida 33770 | ☐ Remove |
|  |  |  | ■ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |

FILED DEC 15 PM 1:28 SECRETARY OF STATE TALLAHASSEE, FLORIDA

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Cygram Heritage, LLLP also revokes the Statement of Authority filed on January 27, 2017 with this filing.

_____

[FILED stamp: 2017 DEC 15 PM 1:28 SECRETARY OF STATE TALLAHASSEE, FLORIDA]

**E. Effective date, if other than the date of filing:** _____ (optional)

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b) The 90th day after the record is filed.

Dated December 13, 2017

_____
Signature of a member or authorized representative of a member

Adam [signature]
Typed or printed name of signee

Page 3 of 3

**Filing Fee: $25.00**

Exhibit I Villa Anna    013

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000020494

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**FILED**
**Jan 31, 2018**
**Secretary of State**
**CC4914807238**

**Current Principal Place of Business:**

353 COLONIAL COURT
DUNEDIN, FL 34698

**Current Mailing Address:**

1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770 US

**FEI Number:** 99-0373322

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TALANGA, DARINA
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DARINA TALANGA                                            01/31/2018
            Electronic Signature of Registered Agent                       Date

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title | AMBR |
| Name | TALANGA, DARINA |
| Address | 1925 DOLPHIN DR. |
| City-State-Zip: | BELLEAIR BLUFFS FL 33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DARINA TALANGA                   AMBR                    01/31/2018
           Electronic Signature of Signing Authorized Person(s) Detail     Date

Exhibit I Villa Anna                                                    014