# L15000176077

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



**200293870062**

01/27/17--01024--022  **25.00

FILED
17 JAN 27 AM 11:15

O SIMMONS
JAN 3 1 2017



# The Florida Legal Advocacy Group of Tampa Bay, P.A.

**ADAM S. LEVINE, M.D., J.D.**
1180 GULF BOULEVARD, SUITE 303
CLEARWATER, FLORIDA 33767
(727) 512 - 1969 [TELEPHONE]
(866) 242 - 4946 [FACSIMILE]
ASLEVINE@MSN.COM

Via Overnight U.S. Mail

January 26, 2017

Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

To:      Registration Section
          Division of Corporations

Subject:   Name:         **Anna Dunedin Realty, LLC**
          Document #:   **L15000176077**

Dear Sir or Madam:

The enclosed Statement of Authority and Fee(s) are submitted for filing. Please return all correspondence concerning this matter to the following:

          Adam S. Levine, M.D., J.D.
          Florida Legal Advocacy Group of Tampa Bay
          1180 Gulf Boulevard, Suite 303
          Clearwater, Florida 33767
          (727) 512 - 1969 [Telephone]
          (866) 242 - 4946 [Facsimile]
          aslevine@msn.com

For further information concerning this matter, please call:

Adam S. Levine at (727) 512 - 1969

Best wishes,

_____
Adam S. Levine, M.D., J.D.

## STATEMENT OF AUTHORITY

Pursuant to section 605.0302(1), Florida Statutes, this limited liability company submits the following statement of authority:

**First:** The name of the limited liability company is:     **Anna Dunedin Realty, LLC**

**Second:** The Florida Dcoument Number of the limited liability company is: **L15000176077**

**Third:** The street address of the limited liability company's principal office is:

**5210 Webb Road, Tampa, Florida 33615**

The mailing address of the limited liability company's principal office is:

**5210 Webb Road, Tampa, Florida 33615**

**Fourth:** This statement of authority grants or sets limitations of authority on all persons having the status or position of a person in a company, whether as a member, transferee, manager, officer, or otherwise or to a specific person on the following:

1. May execute an instrument transferring real property held in the name of the company.
    a. Granted to:
        i. Panos Vasiloudes on behalf of Cygram Heritage
    b. No authority granted to:
        i. Zdravko Talanga
        ii. Darina Talanga
        iii. Ivan Talanga
        iv. Anna Talanga
        v. Elite Holdings, LLC.

2. May enter into other transactions on behalf of, or otherwise act for or bind, the company.
    a. Granted to:
        i. Panos Vasiloudes on behalf of Cygram Heritage
    b. No authority granted to:
        i. Zdravko Talanga
        ii. Darina Talanga
        iii. Ivan Talanga
        iv. Anna Talanga
        v. Elite Holdings, LLC.

_____
Adam S. Levine, M.D., J.D., Authorized
Representative and Legal Counsel

Filing Fee: $25.00
Certified Copy:     $30.00

[FILED 17 JAN 27 AM 11:15]

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**  
DOCUMENT# L15000176077

**FILED**  
**Jan 30, 2017**  
**Secretary of State**  
**CC7035899515**

**Entity Name:** ANNA DUNEDIN REALTY LLC

**Current Principal Place of Business:**

5210 WEBB ROAD  
TAMPA, FL 33615

**Current Mailing Address:**

5210 WEBB ROAD  
TAMPA, FL 33615

**FEI Number:** 47-5325537

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LEVINE, ADAM S MD., JD  
1180 GULF BOULEVARD  
 SUITE 303  
CLEARWATER, FL 33767 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ADAM S LEVINE                                                                                                01/30/2017  
                     Electronic Signature of Registered Agent                                                                             Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MMBR | Title | AMBR |
| Name | CYGRAM HERITAGE LLLP | Name | ELITE HOLDINGS , LLC |
| Address | 5210 WEBB ROAD | Address | 1925 DOLPHIN DRIVE |
| City-State-Zip: | TAMPA FL 33615 | City-State-Zip: | BELLEAIR BLUFFS FL 33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PANOS VASILOUDES                                          MMBR                                            01/30/2017  
             Electronic Signature of Signing Authorized Person(s) Detail                                                                  Date

# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000176077

**FILED**
**Apr 30, 2018**
**Secretary of State**
**CC2873615378**

**Entity Name:** ANNA DUNEDIN REALTY LLC

**Current Principal Place of Business:**

5210 WEBB ROAD
TAMPA, FL 33615

**Current Mailing Address:**

5210 WEBB ROAD
TAMPA, FL 33615

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LEVINE, ADAM S MD., JD
1180 GULF BOULEVARD
 SUITE 303
CLEARWATER, FL 33767 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ADAM S LEVINE                                                                                                04/30/2018
　　　　　　　Electronic Signature of Registered Agent                                                                 Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MMBR | Title | AMBR |
| Name | CYGRAM HERITAGE LLLP | Name | ELITE HOLDINGS , LLC |
| Address | 5210 WEBB ROAD | Address | 1925 DOLPHIN DRIVE |
| City-State-Zip: | TAMPA FL 33615 | City-State-Zip: | BELLEAIR BLUFFS FL 33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PANOS VASILOUDES                                        MMBR                                  04/30/2018
　　　　　　Electronic Signature of Signing Authorized Person(s) Detail                                           Date



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Limited Liability Company
ANNA DUNEDIN REALTY LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L15000176077 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 10/15/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC STMNT OF AUTHORITY 21 |
| **Event Date Filed** | 01/27/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

5210 WEBB ROAD
TAMPA, FL 33615

**Mailing Address**

5210 WEBB ROAD
TAMPA, FL 33615

**Registered Agent Name & Address**

Levine, Adam S, MD., JD
1180 Gulf Boulevard
Suite 303
Clearwater, FL 33767

Name Changed: 01/30/2017

Address Changed: 01/30/2017

**Authorized Person(s) Detail**

**Name & Address**

Title MMBR

CYGRAM HERITAGE LLLP
5210 WEBB ROAD
TAMPA, FL 33615

Title AMBR

Elite Holdings , LLC
1925 DOLPHIN DRIVE
BELLEAIR BLUFFS, FL 33770

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 03/30/2016 |
| 2017 | 01/30/2017 |
| 2018 | 04/30/2018 |

**Document Images**

| | |
|---|---|
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2017 -- CORLCAUTH | View image in PDF format |
| 03/30/2016 -- ANNUAL REPORT | View image in PDF format |
| 10/15/2015 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations