I#: 2018127059 BK: 20023 PG: 2669, 04/24/2018 at 12:22 PM, RECORDING 1  KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKPR14

IN THE COUNTY COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CASE NO.: 17-009783-CO -42

WASTE MANAGEMENT INC. OF FLORIDA,
    Plaintiff,
v.

VILLA ANNA ASSISTED LIVING FACILITY, LLC,
    Defendant.    /



## FINAL JUDGMENT

This cause having come before this Court on Plaintiff's Motion for Entry of Judgment after Default and/or Motion for Summary Judgment, and the Court, having reviewed the same and being otherwise fully advised in the premises, makes the following findings:

1. A default was entered against Defendant on January 8, 2018.
2. Plaintiff filed the appropriate Affidavits establishing the amount and entitlement to the principal amount owed, pre-judgment interest, court costs, and attorney's fees.
3. Plaintiff is entitled to Final Judgment on the Complaint against Defendant.

Therefore, it is hereby ORDERED AND ADJUDGED that Final Judgment is entered on the Complaint in favor of Plaintiff, WASTE MANAGEMENT INC. OF FLORIDA, whose address is P.O. Box 42930, Phoenix, AZ 85080, and Plaintiff shall recover from Defendant, VILLA ANNA ASSISTED LIVING FACILITY, LLC, whose address is 353 Colonial Court, Dunedin, FL 34698, the principal sum of $6,778.34 plus pre-judgment interest in the amount of $382.89, costs in the amount of $363.00, and attorney's fees in the amount of $3,000.00 for a total sum of $10,524.23 for which let execution issue, that shall bear interest at the rate set pursuant to Florida Statutes Section 55.03, which is currently set at the rate of 5.72% per annum.

IT IS FURTHER ORDERED AND ADJUDGED as follows:

1. Defendant, VILLA ANNA ASSISTED LIVING FACILITY, LLC, shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) including all required attachments, and serve it on the judgment creditor's attorney, within forty-five (45) days from the date of this Order, unless the final judgment is satisfied or post-judgment discovery is stayed.
2. Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments.

ORDERED in Pinellas County, Florida on this 23 day of April, 2018.

_____
COUNTY COURT JUDGE

Conformed copies to:
Andrea M. Fair, Esq.
2519 McMullen Booth Road
#510-228
Clearwater, FL 33761

Villa Anna Assisted Living Facility, LLC
353 Colonial Court
Dunedin, FL 34698