I#: 2018233710 BK: 20138 PG: 1225, 07/24/2018 at 09:56 AM, RECORDING 1    KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLK103102

IN THE COUNTY COURT FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS DIVISION

AMSCOT CORPORATION,

    Plaintiff,

v.                                                                Case No.: 18-01999-SC

VILLA ANNA ASSISTED LIVING FACILITY LLC,

    Defendant.
_____/

### FINAL JUDGMENT ON DEFAULT OF STIPULATION

    It is adjudged that Plaintiff, Amscot Corporation, whose address is 600 N. Westshore Blvd., Suite 1200, Tampa, Florida 33609, shall recover from Defendant, Villa Anna Assisted Living Facility LLC, the sum of $4,767.45, which shall bear interest at the rate of 5.72% pursuant to section 55.03, *Florida Statutes*, for which let execution issue forthwith.

    It is further ordered and adjudged that Defendant shall complete Florida Small Claims Rules Form 7.343 (Fact Information Sheet) and return it to the Plaintiff's attorney (name and address below) within forty-five (45) days from the date of this final judgment, unless the final judgment is satisfied or a motion for new trial or notice of appeal is filed.

    Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant to complete form 7.343 and return it to the Plaintiff's attorney.

    **Failure to complete and return form 7.343 may be considered contempt of court.**

    ORDERED at _St. Pete_, Pinellas County, Florida on _7-19-18_.

                                                _____
                                                **County Court Judge**

Copies furnished to:

Rubina K. Shaldjian, Corporate Counsel, Amscot Corporation, P.O. Box 25137, Tampa, Florida 33622-5137

Villa Anna Assisted Living Facility LLC, 353 Colonial Court, Dunedin, Florida 34698