**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000020494

**Entity Name:** VILLA ANNA ASSISTED LIVING FACILITY LLC.

**FILED**
**Jan 31, 2018**
Secretary of State
CC4914807238

**Current Principal Place of Business:**

353 COLONIAL COURT
DUNEDIN , FL 34698

**Current Mailing Address:**

1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770 US

**FEI Number:** 99-0373322

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TALANGA, DARINA
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   DARINA TALANGA                                                                                             01/31/2018
                        Electronic Signature of Registered Agent                                                               Date

**Authorized Person(s) Detail :**

Title              AMBR
Name            TALANGA, DARINA
Address         1925 DOLPHIN DR.
City-State-Zip:    BELLEAIR BLUFFS FL 33770

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DARINA TALANGA                                    AMBR                                          01/31/2018
                   Electronic Signature of Signing Authorized Person(s) Detail                                    Date