# VILLA ANNA ASSISTED LIVING FACILITY, LLC

## Street Address
353 COLONIAL CT
DUNEDIN, FL 34698
Phone: (727) 239-0658
County: Pinellas

## Mailing Address
353 COLONIAL CT
DUNEDIN, FL 34698
County: Pinellas

## Emergency Actions:
None

## AHCA Reports:
**Inspection Reports**
**Inspection Details**
**Assisted Living Facility Comparison Tool**

Facility/Provider Type: Assisted Living Facility
Administrator: DARINA TALANGA
Financial Officer: DARINA TALANGA
Owner/Licensee: VILLA ANNA ASSISTED LIVING FACILITY
    LLC
Owner/Licensee Since: 3/9/2015

**Controlling Interest for VILLA ANNA ASSISTED LIVING FACILITY LLC**

| Name | Position | Ownership |
|------|----------|-----------|
| DARINA TALANGA | | 100% |

Profit Status: For-Profit
Licensed Beds: 6
Bed Types:
    Optional State Supplement : 1
    Extended Congregate Care : 0
    Private : 5

AHCA Number (File Number): 11968797
AHCA Field Office: **05**
License Number: 12663

Current License Effective: 4/6/2017
    Expires: 4/5/2019

License Status: LICENSED

## Services/Characteristics:
Medicaid Services : Assisted Living Waiver
Bed Hold Policy : Facility does not hold beds during a temporary absence
Occupancy/Occupancy Rate : 5 / 83.33 %
Continuing Care Retirement Community : No
Adult Day Care Services : Yes
Activities : Exercise Classes, Games/Cards, Gardening, Music Programs, Shopping, Social Events/Outings, Theater and Movies
Languages Spoken : English, Other, Spanish
Nurse Availability : 3rd Party 24hr
Payment Forms Accepted : Medicaid, Other

Community Residential Home

Please be advised that local zoning authorities may have additional restrictions or requirements not under the jurisdiction of the Agency for Health Care Administration. Contact your local zoning authorities for any specific requirements. See also 419.001 F.S.

## Emergency Power Plan Summary:
    Implementation Extended Until : Jan 01, 2019

## Legal Actions

| Date Initiated | Case # | Case Type | Violation | Fine Amount | Date Imposed |
|----------------|--------|-----------|-----------|-------------|--------------|
| 07/11/2017 | **2017008121** | Fine | Survey | $10,000.00 | 05/23/2018 |

Please note the legal actions above may have been issued for a prior owner. The Final Order displays the name of the licensee responsible for the legal action that was taken.

## Consumer Guides:
**Assisted Living in Florida**
**Long-Term Care**
**Patient Safety**
**Health Care Advance Directives**

Exhibit T: AHCA VA
001