DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Limited Liability Company
ELITE HOLDINGS , LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L15000024254 |
| **FEI/EIN Number** | 32-0458748 |
| **Date Filed** | 02/09/2015 |
| **Effective Date** | 03/01/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC STMNT OF AUTHORITY 21 |
| **Event Date Filed** | 08/18/2016 |
| **Event Effective Date** | NONE |

**Principal Address**

1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

**Mailing Address**

1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

**Registered Agent Name & Address**

TALANGA, DARINA
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Name Changed: 01/18/2017

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

Talanga, Darina
1925 DOLPHIN DR.

BELLEAIR BLUFFS, FL 33770

Title MGRM

TALANGA, ZDRAVKO
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Title MGRM

TALANGA, ANNA
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

Title MGRM

TALANGA, IVAN
1925 DOLPHIN DR.
BELLEAIR BLUFFS, FL 33770

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 03/21/2016 |
| 2016 | 08/15/2016 |
| 2017 | 01/18/2017 |

**Document Images**

| | |
|---|---|
| 01/18/2017 -- ANNUAL REPORT | View image in PDF format |
| 08/18/2016 -- CORLCAUTH | View image in PDF format |
| 08/15/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/21/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/09/2015 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations