

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/15/2018 11:00 AM

COURTROOM   8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:17-bk-09357-MGW** | 7 | **11/02/2017** |

**Chapter 7**

**DEBTOR:**     Zdravko Talanga

                Darina Talanga

**DEBTOR ATTY:**  **Herbert Donica**

**TRUSTEE:**    **Carolyn Chaney**

**HEARING:**

*Preliminary Hearing on Emergency Amended Motion for Relief from Stay (Verify Payment of Filing Fee on Previous Motion). Re: 353 Colonial Drive. Filed by Adam S Levine on behalf of Anna Dunedin Realty, LLC, Cygram Heritage, LLLP (related document(s)[111]). (Attachments: # [1] Exhibit Certification of Necessity # [2] Exhibit # [3] Exhibit # [4] Exhibit # [5] Exhibit # [6] Exhibit # [7] Exhibit # [8] Exhibit # [9] Exhibit # [10] Exhibit # [11] Exhibit # [12] Exhibit # [13] Exhibit # [14] Exhibit # [15] Exhibit # [16] Affidavit # [17] Exhibit # [18] Exhibit # [19] Exhibit # [20] Exhibit # [21]
Exhibit # [22] Exhibit # [23] Exhibit # [24] Exhibit) (Levine, Adam) Doc #112
[NOTE: FILING FEE OF $181 FOR M/R/S NOT PAID]

**APPEARANCES:**:   Adam Levine for Anna Dunedin Realty, Herb Donica for Debtors, Allan Watkins for Trustee

**RULING:**
*Preliminary Hearing on Emergency Amended Motion for Relief from Stay (Verify Payment of Filing Fee on Previous Motion). Re: 353 Colonial Drive. Filed by Adam S Levine on behalf of Anna Dunedin Realty, LLC, Cygram Heritage, LLLP (related document(s)[111]). (Attachments: # [1] Exhibit Certification of Necessity # [2] Exhibit # [3] Exhibit # [4] Exhibit # [5] Exhibit # [6] Exhibit # [7] Exhibit # [8] Exhibit # [9] Exhibit # [10] Exhibit # [11] Exhibit # [12] Exhibit # [13] Exhibit # [14] Exhibit # [15] Exhibit # [16] Affidavit # [17] Exhibit # [18] Exhibit # [19] Exhibit # [20] Exhibit # [21]
Exhibit # [22] Exhibit # [23] Exhibit # [24] Exhibit) (Levine, Adam) Doc #112
[NOTE: FILING FEE OF $181 FOR M/R/S NOT PAID]:    Granted; Order by Levine
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.