**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In Re:**
**ZDRAVKO TALANGA and**          Case No.: 8:17-bk-09357-MGW
**DARINA TALANGA**               Chapter 7
    **Debtors,**
_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief From the Stay, (Doc. 113) was furnished by U.S. Mail and/or electronic filing to the following:

Carolyn R. Chaney, Trustee, P.O.Box 530248, St. Petersburg, Florida 33747
Debtors: Zdravko and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, Florida 33770
Herbert. R. Donica, Esq., 307 South Blvd, Suite D, Tampa, Florida 33606

All Creditors on Mailing Matrix

**Respectfully Submitted on this 17th day of August 2018**

    **The Florida Legal Advocacy Group of Tampa Bay**
     /s/  *Adam S. Levine*
    Adam S. Levine, M.D., J.D.
    Florida Bar #78288
    1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
    (727)512 – 1969 [Telephone]
    (866)242 – 4946 [Facsimile]
    aslevine@msn.com [Primary E-mail]
    alevine@law.stetson.edu [Secondary E-mail]
    Attorney for Creditors Anna Dunedin Realty, LLC., and Cygram Heritage LLLP.