# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:

**ZDRAVKO TALANGA and**          Case No.: 8:17-bk-09357-MGW

**DARINA TALANGA**                Chapter 7

                    **Debtors,**

_____/

## AMENDED EMERGENCY MOTION FOR RELIEF OF AUTOMATIC STAY OR, ALTERNATIVELY, TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT <u>APPLY TO THE REAL PROPERTY LOCATED 353 COLONIAL COURT</u>

### <u>AMENDED CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 14, 2018, I electronically filed a true and correct copy* of the AMENDED EMERGENCY MOTION FOR RELIEF OF AUTOMATIC STAY OR, ALTERNATIVELY, TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT <u>APPLY TO THE REAL PROPERTY LOCATED 353 COLONIAL COURT</u> with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and the motion was furnished via the Court's CM/ECF system to all parties who receive notices of electronic filing in connection with this case.

I HEREBY FURTHER CERTIFY that on August 17, 2018, I served a true and correct copy of the motion via first class Unites States mail, postage prepaid, to the following parties:

Debtor*1925 Dolphin Drive, Belleair Bluffs, Florida 33770; having already served Debtor's Attorney via CM/ECF.

Also served*were all parties on the attached mailing matrix who did not receive service via the Court's CM/ECF system

**\*Exhibits were served only via CM/ECF. Because the Exhibits were voluminous, Exhibits were not served with the motion but will be provided elelctronicaly on demand to E-mail requests directed to undersigned aslevine@msn.com**

**Respectfully Submitted on this 14ᵗʰ day of August 2018**

> **The Florida Legal Advocacy Group of Tampa Bay**
>  /s/  Adam S. Levine
> Adam S. Levine, M.D., J.D.
> Florida Bar #78288
> 1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
> (727)512 – 1969 [Telephone]
> (866)242 – 4946 [Facsimile]
> aslevine@msn.com [Primary E-mail]
> alevine@law.stetson.edu [Secondary E-mail]
> Attorney for Creditors Anna Dunedin Realty, LLC., and
> Cygram Heritage LLLP.