ORDERED.

Dated: August 21, 2018

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 8:17-bk-09357-MGW
                                                          Chapter 7
Zdravko Talanga
And Darina Talanga,

    Debtors.
_____/

**ORDER GRANTING EMERGENCY MOTION FOR STAY RELIEF**

THIS CASE came on for hearing on August 15, 2018, at 11:00 a.m., on Anna Dunedin Realty, LLC and Cygram Heritage, LLLP's emergency motion for stay relief.[1] Anna Dunedin claims it owns real property located at 353 Colonial Court, Dunedin, Florida,[2] which is being leased by Villa Anna Assisted Living Facility, LLC.

---

[1] Doc. No. 112.

[2] The Property Appraiser Folio Number for the property is 34-28-15-17478-000-0160. The property comprises Lots 16 and 17 of Colonial Village subdivision according to the plat recorded in Plat Book 54, page 47 of the public records of Pinellas County, Florida.

Anna Dunedin apparently has a contract to sell 353 Colonial Court. But Anna Dunedin says that contract is contingent on the buyer being able to inspect the property. Recently, the Pinellas County Sheriff's Office barred Anna Dunedin and others from entering the 353 Colonial Court property to conduct a walk-through. Anna Dunedin contends the Sheriff's Office stated that the 353 Colonial Court property was subject to a pending bankruptcy and that Anna Dunedin would therefore not be permitted to access the property absent a court order.

In their motion, Anna Dunedin and Cygram Heritage ask the Court to confirm that the automatic stay does not preclude them from selling the property, entering the property to conduct a walk-through, or from initiating eviction proceedings against Villa Anna Assisted Living Facility. For the reasons stated orally and recorded in open court, the automatic stay does not apply to the 353 Colonial Court property.

Accordingly, it is

**ORDERED**:

1. Anna Dunedin and Cygram Heritage's emergency motion for stay relief is GRANTED.

2. The automatic stay does not apply to the property located at 353 Colonial Court, Dunedin, Florida. So the automatic stay does not preclude Anna Dunedin from selling the property, entering the property to conduct a walk-through in connection with any sale, or initiating eviction proceedings against Villa Anna Assisted Living Facility.

3. Anna Dunedin and Cygram Heritage may seek the assistance of the Pinellas County Sheriff's Office to access the property.

4. Because the automatic stay does not apply, the 14-day stay period in Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Attorney S. Adam Levine is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.