**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                       Case: 8:17-bk-09357-MG
                                                                                                  Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,
        Debtors,
_____/

## PROOF OF SERVICE

I certify that a true and correct copy of the **Order Granting Emergency Motion For Stay Relief (Doc. 117)** was delivered by routine U.S. Mail or the Court's CM/ECF System on this 21[th] day of August 2018 to: Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Blvd, Suite D, Tampa, Florida 33606; Allan C. Watkins, Esq., Watkins Law Firm, P.A., 707 N. Franklin Street, #750, Tampa, Florida 33602, Carolyn R. Chaney, Chapter 7 Trustee, PO Box 530248, St. Petersburg, Florida 33747; and the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602., and to All Creditors on the CM/ECF Matrix on August 21, 2018.

**Respectfully Submitted this 21[th] day of August 2018**

                                **The Florida Legal Advocacy Group of Tampa Bay, P.A.**
                                 /s/  Adam S. Levine
                                Adam S. Levine, M.D., J.D.
                                Florida Bar #78288
                                1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
                                (727) 512 – 1969 [Telephone]
                                (866) 242 – 4946 [Facsimile]
                                aslevine@msn.com [Primary E-mail]
                                alevine@law.stetson.edu [Secondary E-mail]
                                Attorney for the Plaintiffs-Creditors