**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| Zdravko Talanga and | Case Number: 8:17-bk-09357-MGW |
| Darina Talanga | Chapter 7 |
|     Debtors, | |
| _____/ | |

**NOTICE OF TAKING RULE 2004 EXAMINATION**
**DUCES TECUM OF ZDRAVKO TALANGA AND DARINA TALANGA**

    **PLEASE TAKE NOTICE** that the undersigned will take the Rule 2004 Examination Duces Tecum of Zdravko Talanga and Darina Talanga (the "Debtors"). The Trustee needs to obtain records the Debtors by examination pursuant to Rule 2004 of the Rules of Bankruptcy Procedure. Specifically, the Trustee requests that the Debtors produce for copying at the offices of the undersigned books and records as more fully set forth on Exhibit "A" attached hereto. The Trustee is only requesting a document production. The Trustee requests that the documents be produced either copies or electronically at the offices of the undersigned on or before October 5, 2018.

    This examination is being taken for purposes of discovery, for use at trial, or any other purpose for which it may be used under applicable Bankruptcy Law.

**PLEASE GOVERN YOURSELVES ACCORDINGLY**

    Respectfully submitted,

**WATKINS LAW FIRM, P.A.**

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by either CM/ECF electronic notice or U.S. Mail to: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Zdravko Talanga, 1925 Dolphin Dr., Bellaire Bluff, FL 33770; Darina Talanga, 1925 Dolphin Dr., Bellaire Bluff, FL 33770; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606 and to all parties in interest via electronic notice on the CM/ECF matrix on September 5, 2018.

    /s/ Allan C. Watkins
    **ALLAN C. WATKINS, ESQUIRE**

# Exhibit "A"

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. Name, address and bills from all persons who performed repairs, renovations, remodeling on the property locate at 1925 Dolphin Dr., Bellaire Beach, FL (the "Property").

2. All records of payments made (by any person) to any person named in number1.

3. Records of all permits from the city or county relating to repairs, renovations, remodeling on the Property.

4. All Notices of Meetings of Members of the following Florida LLC's:
    a. Elite Holdings, LLC
    b. Elite Financial Edge, LLC
    c. Elite Car Sales, LLC
    d. Elite Car Sales of Clearwater, LLC
    e. Villa Anna Assisted Living Facility, LLC
    f. Sophia Highlands Realty, LLC
    g. Anna Dunedin Realty, LLC

5. Membership Certificates for all LLC's listed in paragraph 4 above.

## Definitions

1. The terms "all" and "any" shall mean "any and all."

2. The conjunctions "and" and "or" will mean "and/or" and will not be interpreted to exclude any information otherwise within the scope of any request.

3. Words and terms in the singular shall include the plural thereof, and all words of the masculine gender shall include the feminine gender thereof. The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of this request any documents which might otherwise be construed to be outside its scope; the word "including" means "including without limitation."

4. (a). The terms "Document," "Documents" and "Documentation" when used herein, the terms" writings" and "documents" shall include the original or copy of correspondence, ESI, records, charts, contracts, agreements, calendars, diaries, memoranda, notes, letters, telegrams, studies, instructions, pamphlets, brochures, enter- and intra-office communications, transcripts, tapes, recordings of any kind, checks, checkbooks, requisitions, vouchers, bills, purchase orders, invoices, journals, ledgers, bank books, bank statements, time sheets, or any other writing of any kind or

description whatsoever, including original documents and copies where applicable (and any non-identical copy, whether different from the original because of handwritten notes or underlining on the copy or otherwise), and information stored on computer, relating to the subject matter of this bankruptcy case, in Your possession or control or that of Your officers, directors, employees, attorneys, agents, and all other persons acting or purporting to act in Your behalf.

     (b). The terms "Document," "Documents" and "Documentation" further includes physical embodiment of information or ideas of any type, including written, typed, recorded, or graphic matter, however produced, of any type or description, whether sent or received by electronic or physical means, including, without limitation, papers, books, letters, correspondence, telegrams, bulletins, notices, announcements, instructions, charts, manuals, brochures, schedules, cables, telex messages, memoranda, notes, notations, accountants' working papers, transcripts, minutes, agendas, reports, and recordings of telephone or other conversations, of interviews, of conferences, or of other meetings, affidavits, statements, summaries, opinions, reports, analyses, evaluations, contracts, agreements, journals, statistical records, desk calendars, appointment books, diaries, lists, tabulations, sound recordings, computer printouts, data processing input and output, microfilms, other records kept by electronic, photographic or mechanical means, things similar to any of the above, and any other documents within the meaning and scope of Rule 7034 of the Federal Rules of Bankruptcy Procedure.

     (c). The term "ESI" as used herein shall mean any electronically stored information -- including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium from which information can be obtained.

5.    The phrase "relating or referring to" means constituting, comprising, containing, consisting of, setting forth, proposing, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.