**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
Zdravko Talanga and                                Case Number:  8:17-bk-09357-MGW
Darina Talanga                                     Chapter 7

       Debtors,
_____/

**TRUSTEE'S OBJECTION TO
CYGRAM HERITAGE'S MOTION TO CONFIRM THAT THE
AUTOMATIC STAY DOES NOT APPLY TO DEBTOR'S CHILDREN,
ANNA AND IVAN TALANGA, OR TO ELITE HOLDINGS, LLC.,
OR ALTERNATIVELY, FOR RELIEF FROM AUTOMATIC
STAY FOR ANNA AND IVAN TALANGA AND ELITE HOLDINGS, LLC**

Carolyn R. Chaney, Chapter 7 Trustee, by and through her undersigned counsel, files this Objection to Cygram Heritage's Motion to Confirm that the Automatic Stay Does Not Apply to Debtor's Children, Anna And Ivan Talanga, or to Elite Holdings, LLC., or Alternatively, for Relief from Automatic Stay for Anna and Ivan Talanga and Elite Holdings, LLC, (Doc. No. 118) saying:

    1.    The Debtors own a majority interest in Elite Holdings, LLC. This majority interest is an asset of the Bankruptcy Estate.

    2.    The Trustee is investigating the potential that Elite Holdings, LLC has assets which would be available to satisfy creditor claims.

    3.    The alleged settlement agreement between the various parties, including Cygram Holdings and the Debtors, was executed June 29, 2017.

    4.    Pursuant to that settlement agreement three (3) mortgages were recorded in the Public Records of Pinellas County, Florida on September 22, 2017. (Instrument No. 2017290985, 2017290986 and 2017290987)

    5.    The Petition was filed November 2, 2017.

6. The mortgage was recorded within ninety (90) days of the filing of the Petition herein.

7. The Trustee is preparing to file an adversary proceeding to set aside mortgages as preference.

8. In addition, the Trustee adopts the objection filed by the Debtors in this case (Doc. No. 121).

**WHEREFORE**, Carolyn R. Chaney, Chapter 7 Trustee, request that this Court enter an order denying Cygram Heritage's Motion to Confirm that the Automatic Stay Does Not Apply to Debtor's Children, Anna And Ivan Talanga, or to Elite Holdings, LLC., or Alternatively, for Relief from Automatic Stay for Anna and Ivan Talanga and Elite Holdings, LLC and for such other and further relief as is just.

Respectfully Submitted,

**WATKINS LAW FIRM, P.A.**
/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the has been furnished by either CM/ECF electronic notice or by United States Mail to United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; Florida Advocacy Group of Tampa Bay, Adam Levine, Esq., 1180 Gulf Boulevard, Ste. 303, Clearwater, FL 33767 and to all parties in interest via electronic notice on the CM/ECF matrix on September 11, 2018.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**