UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                              Case No.: 8:17-bk-09357-MGW
                                                                    Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

Debtors.
_____/

## 2016(b) DISCLOSURE

Debtors' counsel, Herbert R. Donica, Esq., and the law firm of DONICA LAW FIRM, P.A., hereby files this 2016(b) Disclosure and says that the DONICA LAW FIRM, P.A. received a payment of $1,500.00 from the Debtors on September 10, 2018. The law firm will charge its services and costs against the retainer and any additional amounts will be accrued by the law firm at its regular hourly rates subject to court approval upon application, if necessary. The total amount due shall be determined by this Court on the basis of $400.00 per hour for Herbert R. Donica and applicable hourly rates of other employees of the law firm.

**DONICA LAW FIRM, P.A.**
Counsel for Debtors
307 South Boulevard, Suite D
Tampa, FL 33606
Telephone: (813) 878-9790
Facsimile:  (813) 878-9746
E-mail:  herb@donicalaw.com

/s/ Herbert R. Donica
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by regular U.S. Mail or the Court's CM/ECF system on the 20th day of September 2018 to **Zdravko**

**Talanga and Darina Talanga,** 1925 Dolphin Dr., Belleair Bluffs, FL 33770; and the **Office of the U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, FL 33602.

                                            /s/ *Herbert R. Donica*
                                            Herbert R. Donica, Esq.