# Exhibit 3

<<Bates BLF_Number#6#1#McElrath -p->>

BLF- McElrath p -000091

11/14/18    → Michael Bury    1- 727 446 1803

August 7, 2014    Denver

Received from Parc Investment Services
Corp the sum of Forty three thousand
and 0/100 ($43,000) in the following form
a) Chase Mk - $14,503 (Credit Card
b) Discover Card $10,000 ( "    " )
c) Wells Fargo Bank $18,497 (credit card)

Interest and principal (LM) (2T) on above borrowing to be paid by
Borrower monthly, calculated at Lender
Credit Card Annual Rate plus five (5) %
payable monthly. The monthly interest payment
shall approximate One thousand Two hundred
fifty ($1,250) per month, payable on the
first day of each month commencing
01 September 2014. the Principal Sum of
$43,000 shall be repaid in total on or
before 01 November 2014 unless agreed in
writing beforehand

Elite Car Sales of Clearwater Inc

x _____
   3 Lacho Talanga
x _____
   S.T. Tala

Parc Investment Serv Corp
Mark Webb

# Exhibit 4

*IA*  *ORIGINAL*

INTERIM AGREEMENT

*EXHIBIT A*

10 AUGUST 2014

MR AND MRS Z. TALANGA AND ELITE CAR SALES OF CLEARWATER INC (BORROWER) HAVE BORROWED THE COLLECTIVE OUTSTANDING SUM OF $273,000 FROM DENNIS A.MCELRATH AND PARC INVESTMENTS SERVICES CORP (LENDER)

SAID SUM OF $273,000 BORROWING IS REPRESENTED BY SEVERAL INDEPENDENT AND CROSS REFERENCED PROMISSORY NOTES AND PERSONAL GUARANTEES FROM THE BORROWER.

BORROWER CURRENTLY HAS SEVERE FINANCIAL RESTRAINTS DUE TO FALSE AND INAPPROPRIATE REPRESENTATIONS BY THE SELLER IN THE COURSE OF BORROWERS' ACQUISITION AND IMPROVEMENT OF THE PROPERTY KNOWN AS THE ASSISTED LIVING PROJECT IN LARGO, FLORIDA (ASL).

SAID FALSE MISREPRESENTATIONS OF ASL HAS CAUSED BORROWER TO FILE A CIVIL LAWSUIT AGAINST THE SELLER SEEKING SPECIFIED DAMAGES IN VARIOUS FORMS, INCLUDING COSTS OF IMPROVEMENTS, LOSS OF POTENTIAL INCOME, GENERAL DAMAGES, ETC.

THE BORROWER IS REPRESENTED IN THE LAWSUIT BY THE FIRM OF *Charles S. Dayhoff II PLLC* —————— 0 —————. PER THE ATTACHED EXHIBIT, ON AUGUST 5th 2015, THE CIVIL LAWSUIT FOR DAMAGES WAS FILED WITH *Pinellas County Clerks office.*

BASED ON THE ABOVE, THE BORROWER AND LENDER HAVE AGREED THE VARIOUS LOAN AGREEMENTS REPRESENTING SAID $273,000 LOANS, ARE TO BE CONSOLIDATED INTO ONE LOAN AGREEMENT KNOWN HEREIN AS THE CONSOLIDATED AGREEMENT. SAID CONSOLIDATED AGREEMENT SHALL INCORPORATE THE EXISTING BUSINESS TERMS AMD CONDITIONS OF EACH OF THE EXISTING AGREEMENTS, OTHER THAN AS MODIFIED BY THIS INTERIM AGREEMENT.

THE CONSOLIDATED AGREEMENT SHALL INCLUDE THE ESTABLISHMENT OF ONE MONTHLY PAYMENT OF PRINCIPAL AND/OR PRINCIPAL AND INTEREST AND/OR INTEREST ONLY.

THE CONSOLIDATED AGREEMENT FOR $273,000 SHALL INCLUDE THE CONTENTS OF THE FOLLOWING EXISTING AGREEMENTS BETWEEN THE BORROWER AND THE LENDER:
1. $75,000 BALLOON PROMISSORY NOTE DATED 20 JULY 2012;
2. $105,000 BALLOON PROMISSORY NOTE DATED JUNE 4, 2013
3. $32,000 BALLOON PROMISSORY NOTE DATED  JANUARY 20, 2014
4. $50,000 BALLOON PROMNISSORY NOTE DATED 01 JUNE 2014  **(SEE NOTE BELOW)**
5. AGREEMENT AND RECEIPT FOR $43,000 DATED AUGUST 07, 2014

NOTE: **THE** CURRENT UNPAID BALANCE ON THIS NOTE DATED JUNE 01, 2014 IS $18,000

**(1) LOAN ALLOCATION**
THE TOTAL SUM BORROWED AND TO BE COVERED BY OF THE CONSOLIDATED AGREEMENT IS $273,000. THIS SUM SHALL BE ALLOCATED IN TWO CATEGORIES AS FOLLOWS:-
1. ELITE CAR SALES OF CLEARWATER, INC
    (A)  A TERM LOAN OF $75,000 AND
    (B)  A WORKING CAPITAL LOAN OF $61,000
2. ASSISTED LIVING PROJECT (ASL)
    A TERM HOLDING LOAN OF $137,000

AR CALES:

TERM LOAN:

$75,000 PRINCIPAL; 18% INTEREST PAYABLE MONTHLY FOR A TERM OF TWO YEARS;
THE PRINCIPAL SHALL BE DUE AND PAYABLE AT THE END OF TWO YEARS.

WORKING CAPITAL

$61,000; THE INTEREST RATE AND MONTHLY PAYMENT COMPONENT OF THE CONSOLIDATED PAYMENT
HAS BEEN CALCULATED IN ACCORDANCE WITH THE HANDWRITTEN MEMO DATED 07 AUGUST 2014.
ALL OUTSTANDING WORKING CAPITAL SHALL BE DUE AND PAYABLE IN FULL IN 90 DAYS, UNLESS
EXTENDED BY AGREEMENT BETWEEN BORROWER AND LENDER IN ADVANCE IN WIRITNG.

LIVING PROJECT

TERM LOAN:

$137,000, 20% INTEREST ONLY PAYABLE MONTHLY FOR THE TERM OF THE OAN.
THE PRINCIPAL SHALL BE DUE AND PAYABLE IN FULL AT THE END OF TWO YEARS OR UPON
SETTLEMENT OF THE LAWSUIT REFERENCED ABOVE, WHICHEVER IS SOONER.

**ONTHLY CONSLIDATED PAYMENT**

PER THE CALCUATIONS DATED 08 AUGUST 2014, THE MONTHLY CONSOLIDATED PAYMENT BY BORROWER
SHALL BE THE SUM OF **$5,120** PER MONTH, UNLESS OTHERWISE MODIFIED I N WRITING BETWEEN THE
PARTIES.

THE FIRST MONTHLY PAYMENT SHALL BE DUE AND PAYABLE ON **AUGUST** 1 , **2014.** PAYMENTS OF PRINCIPAL
AND/OR INTERST SHALL BE IN THE FORM OF A BANK CASHIERS CHECK MADE PAYABLE TO THE LENDER.

SUBSTANTIAL PENALTIES SHALL BE IMPOSED ON BORROWER IF ANY CONSOILIDATED MONTHLY PAYMENT
SHALL BE DELIQUENT BY MORE THAN 3 DAYS FROM THE DATE  PAYMENT IS DUE, UNLESS THE PAYMENT DATE
IS OTHERWISE EXTENDED WITH THE WRITTEN APPROVAL OF THE LENDER.

ONTENTS OF THIS INTERIM AGREEMENT SHALL BE SUBMITTED TO PERENICH LAW FIRM OF CLEARWATER,
DA FOR THE SPECIFIC PURPOSE OF THE FIRM PREPARING A NEW CONSOLIDATED AGREEMENT BETWEEN THE
ANT PARTIES IN ACCOREDANCE WITH THIS INTERIM AGREEMENT...

NEW CONSOLIDATED AGREEMENT SHALL INCORPORATE THE CONDITIONS, PROMISES AND PROVISIONS OF ALL
ER AGREEMENTS CURRENTLY IN PLACE BETWEEN THE BORROWER AND LENDER, AS WELL AS INCORPORATING
ONTENTS OF THIS INTERIM AGREEMENT THEREIN.

GREEMENT BETWEEN BORROWER AND LENDER, PAYMENT OF ALL THE LEGAL FEES INCURRED IN THE
ARATION OF THE CONSOLIDATED AGREEMENT SHALL BE THE RESPONSIBILILY OF THE LENDER.

:D THIS 10th OF AUGUST, 2014

OWER

NA TALANGA

VKO TALANGA

LENDER

PARC INVESTMENT SERIVICES CORP

BY: DENNIS A. MCELRATH, PRESIDENT

# Exhibit 5

*Settlement*
*Agreement*
*Talanga 3/20/17*
*Executed*
*4-pgs*

# IN THE CIRCUIT COURT, SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS AND PASCO COUNTIES, FLORIDA
### CIVIL DIVISION

PARC INVESTMENT SERVICES CORP.,
a Florida corporation,

       Plaintiff,

                            CASE NO. 16-007956-CI

vs.

                            SECTION 20

ZDRAVKO TALANGA, and
DARINA TALANGA

       Defendant(s).

_____/

## SETTLEMENT AGREEMENT

THIS AGREEMENT is by and between DENNIS McELRATH, the President of Plaintiff, PARC INVESTMENT SERVICES CORP. a Florida corporation, with a mailing address of Post Office Box 523, Safety Harbor, Florida 34695, hereinafter referred to as PLAINTIFF, and ZDRAVKO TALANGA, an individual, with a mailing address of 1925 Dolphin Drive, Bellair Bluffs, Florida 33770 and DARINA TALANGA, an individual, with a mailing address of 1925 Dolphin Drive, Bellair Bluffs, Florida 33770, hereinafter collectively referred to as DEFENDANTS.

### RECITALS

PLAINTIFF lent DEFENDANTS money for use in their business ventures on various occasions and most recently DEFENDANTS executed a promissory note on August 5, 2016 in the amount of $240,000.00, hereinafter the RESTATED NOTE, which incorporated the principal balances owed on other notes made by DEFENDANTS in favor of PLAINTIFF and DENNIS McELRATH, who assigned all interests in such notes to PLAINTIFF; and,

DEFENDANTS failed to pay PLAINTIFF in accordance with the terms of the RESTATED NOTE and PLAINTIFF's efforts to collect on the RESTATE NOTE were unsuccessful. PLAINTIFF called the balance of the RESTATED NOTE due after collection attempts failed. PLAINTIFF filed the above captioned action against DEFENDANTS for breach of payment on the RESTATED NOTE, and to collect the principal balance of the RESTATED NOTE, plus interest, late fees, attorney's fees and court courts; and,

DEFENDANTS disputed the total principal balance amount owed on the RESTATED NOTE and raised an affirmative defense of set-off against the principal balance owed on the RESTATED NOTE. PLAINTIFF disputes that the principal balance of the RESTATED NOTE included any accrued interest the was in excess of the legal limits; and,

PLAINTIFF and DEFENDANTS both wish to settle the above-captioned matter in accordance with the terms and conditions set forth herein.

## TERMS AND CONDITIONS

In consideration of the mutual promises and agreements herein contained, including the recitals set forth above, the parties agree as follows:

1. DEFENDANTS, ZDRAVKO TALANGA and DARINA TALANGA, agree to repay PLAINTIFF the principal sum of $200,000.00 (the "Compromised Principal Amount") with interest over a period of ninety-six (96) consecutive months.

2. Interest shall begin accruing on the Compromised Principal Amount effective February 23, 2017.

3. Interest on the Compromised Principal Amount shall accrue at a rate of nine percent (9%) per annum until February 23, 2018.

4. DEFENDANTS, ZDRAVKO TALANGA and DARINA TALANGA, agree to make twelve (12) consecutive monthly payments of interest only in the amount of $1,500.00 per month.

5. The first payment due pursuant to this Settlement Agreement shall be due March 25, 2017, hereinafter referred to as the First Payment, with each subsequent payment being due on or before the 25th of each month.

6. DEFENDANTS, ZDRAVKO TALANGA and DARINA TALANGA, agree to deliver with their First Payment, post-dated checks for the second and third interest payments due April 25, 2017 and May 25, 2017.

7. Beginning February 23, 2018, the Compromised Principal Amount shall be amortized over eighty-four (84) consecutive months at a rate of 6.8% per annum with the first of such payments, in the amount of $2,999.02, being due on or before March 25, 2018 and each subsequent payment being due on or before the 25th of each month thereafter until paid in full.

8. The court shall retain jurisdiction over the above captioned matter until the Compromised Principal Amount is paid in full or an entry of Final Judgment is entered against DEFENDANTS, as set forth below.

9. All payments made by DEFENDANTS under this Settlement Agreement shall be considered delivered upon receipt by PLAINTIFF at PLAINTIFF's mailing address listed above, or at such other address designated by PLAINTIFF.

10. DEFENDANTS, ZDRAVKO TALANGA and DARINA TALANGA, shall be in default of this Settlement Agreement if they fail to deliver any payment within three (3) days of its due date, or immediately after any check, note, money order or other form of payment DEFENDANTS make on any amount owed pursuant to this Settlement Agreement is returned or not honored for any reason.

11. In the event of a default by DEFENDANTS, PLAINTIFF shall notify DEFENDANTS of any default by sending notice to DEFENDANTS via email to *elite_carsales@hotmail.com* or such other email address designated to PLAINTIFF by DEFENDANTS in writing, and a copy of the notice to DEFENDANTS' counsel at *crothburd@e-rlaw.com* and *mropp@e-rlaw.com* or such other email address designated to PLAINTIFF by DEFENDANTS' counsel in writing.

Page 2 of 4

12. DEFENDANTS and DEFENDANTS' counsel shall be deemed to have received delivery of any notice of default immediately upon PLAINTIFF or its authorized representative sending the notice of default email to last listed email addresses designated for notice of default.

13. If DEFENDANTS fail to pay any amounts owed pursuant to this Settlement Agreement, including all fees and costs associated with any payments made by DEFENDANTS that are returned or not honored for any reason, and any of such amounts remain owing for ten (10) days or more after delivery of DEFENDANTS notice of default, as delivery is defined herein, PLAINTIFF shall be entitled to an entry of Final Judgment against DEFENDANTS, ZDRAVKO TALANGA and DARINA TALANGA, for the sum of $250,000, less any payments made toward the Compromised Principal Amount, plus accrued interest, attorney's fees and costs of $6,000, all of which shall accrue interest at a rate of 8% per annum from the date of default through the entry of Final Judgment and continuing thereafter at 8% per annum as the post-judgment interest rate on Final Judgment.

14. PLAINTIFF shall be entitled to the entry of Final Judgment upon the submission of an affidavit to the court, by an officer or authorized representative of PLAINTIFF, that DEFENDANTS, ZDRAVKO TALANGA and DARINA TALANGA, are in default of this Settlement Agreement and have failed to cure such default after providing the required notice set forth in the Settlement Agreement.

IN WITNESS WHEREOF, the parties have executed this agreement on the dates adjacent their names.

**DEFENDANTS**

Zdravko Talanga                                    3-20-17
_____                    _____
Zdravko Talanga                                    Date

_____                    3/20/17
Darina Talanga                                      Date

**Craig E. Rothburd, P.A.**

By:_____              3/20/17
Craig E. Rothburd, Esq                        Date
FBN: 0049182
320 W. Kennedy Blvd., #700
Tampa, Florida 33606
Telephone: (813) 251-8800
Fax: (813) 251-5042
Primary Email: crothburd@e-rlaw.com
Secondary Email: mropp@e-rlaw.com

*Counsel for Defendants*

**PLAINTIFF**

Parc Investment Services Corp.

By: _____        _3/22/17_
Dennis McElrath, President        Date

The Law Office of Jeffrey Dowd, PA

By: _____        _____
Jeffrey A. Dowd, Esq.        Date
FBN: 0084931
156 W. Robertson Street
Brandon, Florida 33511-5112
Telephone: (813) 773-3529
Primary Email: jeff@dowdlaw.com

*Counsel for Plaintiff*

# Exhibit 6

**IN AND FOR THE SIXTH JUDICIAL CIRCUIT**
**IN AND FOR PINELLAS COUNTY, FLORIDA**
**CIVIL DIVISION**

PARC INVESTMENT SERVICES CORP.,
a Florida corporation,

      Plaintiff,

vs.

ZDRAVKO TALANGA, and
DARINA TALANGA

      Defendants.

_____/

CASE NO.:    16-007956-CI

SECTION:    20

## FINAL JUDGMENT

    THIS ACTION having come before this Court upon Plaintiff's Ex Parte Motion for Entry of Final Judgment, and the Court having reviewed the Settlement Agreement and Stipulation for Installment Settlement entered into by the parties, along with Plaintiff's Affidavit of Default and Failure to Cure and the Order agreed upon by the parties and previously entered by the Court, and being otherwise fully advised,

    IT IS ADJUDGED that Plaintiff is entitled to a Final Judgment against the Defendants in the amount of $250,000.00, plus $6,000.00 for interest, attorneys fees and costs previously incurred, less $7,500.00 for payments made toward the Settlement Agreement, for a total of $248,500.00 plus post-judgment interest at the rate of 8% per annum.

    ORDERED in Pinellas County, Florida this ____ day of _____, 2017.



CIRCUIT JUDGE

TRUE COPY
Original Signed

NOV  2 2017

JOHN A. SCHAEFER
CIRCUIT JUDGE

Copies furnished to:
Craig E. Rothburd, Esq.
Jeffrey A. Dowd, Esq.

Defendants Address:
Zdravko Talanga and Darina Talanga, 1925 Dolphin Dr., Belleair Bluffs, FL 33770

Plaintiff's Address:
Parc Investment Services Corp., P.O. Box 523, Safety Harbor, FL 34695

# Exhibit 7



**Employment Development Department**
**State of California**

# FINANCIAL STATEMENT FOR BUSINESSES
Employment Development Department

NOTE: Complete all blocks except "Dept. Use Only" blocks. Write "N/A" (not applicable) in those blocks that do not apply.

| Employer Acct. No.: | Bus. Phone: (727) 530 5158 | Federal I.D.#: 27 |
|---|---|---|

**Name and Address of Business**
Elite Car sales of Clearwater Inc
18400 US 19 N
Clearwater Fl.  33764

☐ Sole Proprietor        ☐ Other _____
☐ Partnership
☒ Corporation – State of Inc.: Fl
    Date of Inc.: _____
    CA Corp. I.D.#: _____

**Name, title and telephone number of person completing Financial Statement**
Darina Talaugz - 727 368 1336

**Type of Business**
Use car dealers

**List Owner, Partners, Officers, Major Shareholder, etc.**

| Name and Title | Effective Date | Home Address | Phone Number | Social Security Number | Driver License # |
|---|---|---|---|---|---|
| Darina Talaugz | 8/15/09 | belleair bluffs Fl. 1925 Dolphin Dr. | 727 368 1336 | | |
| Zdravko Talaugz | 8/15/09 | 1925 Dolphin Dr. belleair bluffs Fl 33770 | 727 678 1115 | | |
| | | | | | |
| | | | | | |

---

## Current Assets

**Cash on Hand** | $

**Bank Accounts:** Include Savings & Loans, Credit Unions, Line of Credit, etc.

| Name of Institution | Address | Type of Account | Account Number | Balance |
|---|---|---|---|---|
| Wells Fargo | | Checking | | $8,500 |
| | | | | |
| | | | | |

**Accounts/Notes Receivable**

| Name | Address | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |

**Securities: Stocks, Bonds, Mutual Funds, Money Market Funds, Government Securities, etc.**

| Kind | Quantity or Denomination | Where Located | Value |
|---|---|---|---|
| in cars | inventory | | $20,000 |
| | | | |

| | Dept. Use Only | Section A | |
|---|---|---|---|

## Current Liabilities

**Accounts/Taxes Payable**

| Name of Tax Agency or Creditor | Address | Balance Due | Mo. Payment |
|---|---|---|---|
| AA Miance | 350/ 4 | $ 35,00 | $ 105,00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | Dept. Use Only | Section B | |
|---|---|---|---|

## Available Credit Sources

**Bank Charge Cards, Credit Unions, Savings and Loans, etc.**

| Type of Account or Card | Name and Address of Financial Institution | Amount Owed | Minimum Monthly Payment | Business or Personal | Available Credit |
|---|---|---|---|---|---|
|  |  | $ | $ |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Life Insurance Policies owned with business as a beneficiary**

| Name Insured | Company | Policy Number | Type | Face Amount | Loan Value |
|---|---|---|---|---|---|
|  | NA |  |  | $ | $ |
|  |  |  |  |  |  |

## Business Assets

**Machinery, Furniture, Fixtures, etc.**

| Description | Market Value | Balance Due | Equity |
|---|---|---|---|
| Doble wide Trider with three offices | $ 35,000 | $ 0 | $ 35,000 |
|  |  |  |  |

**Vehicles and Heavy Equipment**

| Make | Year | License Number | Market Value | Balance Due | Equity |
|---|---|---|---|---|---|
| Porsche 911 | 2005 |  | $ 35,000 | $ 0 | $ 35,000 |
|  |  |  |  |  |  |

## Real Property Assets

| Ownership | Physical Address | County | Market Value | Mortgage Balance | Equity |
|---|---|---|---|---|---|
| 18400 US 19 N Clearwater Fl 33764 100% | 18400 US 19 N Cleawater Fl 33764 | Pinellas | $ 650,000 | $ 445,000 | $ 205,000 |

$ 445,000
270%

| | Dept. Use Only | Section C | |
|---|---|---|---|

## Monthly Income and Expense Information

| Monthly Income | |
|---|---|
| Sales | $ 60,000 |
| Commissions | |
| Interest | |
| Dividends | |
| Rental Income | |
| Other Income | |
| | |
| | |
| Dept. Use Only    Section D | _____ |

| Necessary Monthly Operating Expenses | |
|---|---|
| Rent Mortgage | $ 2702,00 |
| Utilities | 360,00 |
| Workers' Compensation Insurance | NA |
| Salaries | 1600,00 |
| Other Parc Investment | 75,000 |
| mon: 937.50 due on 12/2014 | |
| Dept. Use Only    Section E | _____ |

| Other Monthly Operating Expenses | |
|---|---|
| Suppliers | $ 280,00 |
| Transportation | |
| Health Insurance | |
| IRS Taxes (Employer portion) | 120,00 |
| EDD Taxes (Employer portion) | 40,00 |
| Other | |
| Dept. Use Only    Section F | _____ |

## General Financial Information

**Other information regarding financial condition**. If you check the **YES** box, please give dates and explain below.

| Court proceedings | ☐ Yes ☑ No | Bankruptcies | ☐ Yes ☑ No |
|---|---|---|---|
| Repossessions | ☐ Yes ☑ No | Participation or beneficiary to trust, estate, etc. | ☐ Yes ☑ No |

Explanation:

| Anticipated increase in business income | ☑ Yes ☐ No | If answer is **YES** give following information: | |
|---|---|---|---|
| Source | Date increase is expected and frequency | Amount of increase | |
| | | $ | |
| Recent transfer of business assets of any kind | ☐ Yes ☐ No | If answer is **YES** give following information: | |
| Description | Receiver | Date of Transfer | Fair Market Value | Consideration Received |
| | | | $ | $ |

## Licenses

| Board of Equalization | Business License No. | Contractor License No. | Liquor License No. | Other (Specify) |
|---|---|---|---|---|
| | | | | |

**CERTIFICATION**  Under penalty of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.

Your Signature: | Date: 7/17/14