# Exhibit 1

*June 14, 2012*
*Page #1*

This Letter of Understanding is between Mr. and Mrs. Z. Talanga of Bellaire Bluffs, Florida (Borrowers) and Dennis A. McElrath of Safety Harbor Florida (Lender).

Borrowers wish to obtain a loan of Seventy five thousand ($75,000) dollars for use in their wholly owned business known as Elite Car Sales of Clearwater, Inc. (Elite), whose address is 18400 US-19 N, Clearwater, Florida.

The core operations of Elite is the purchase of relatively near-new damaged vehicles for repair by Elite; and the subsequent re-sale by Elite, at a profit, on each repaired vehicle.

Mr. Talanga is responsible for acquiring each damaged vehicle, ordering and receiving of all necessary parts and undertaking the responsibility for all repairs to each damaged vehicle acquired by Elite. All repairs are carried out on the premises owned by Elite under the direction and responsibility of Mr. Talanga. Mr. Talanga is a recognized qualified factory trained Mercedes-Benz master mechanic, with over 10 year's continuous experience repairing passenger vehicles and trucks.

The retail sale of each repaired vehicle which has been repaired by Elite is undertaken on the car lot of Elite. However, any Elite repaired vehicle which has not been sold after it has been on the Elite lot for up to three weeks is then sold at recognized public auctions.

Elite wishes to borrow seventy five thousand ($75,000) dollars (Loan funds) on the following terms and conditions:

(1) All loan funds shall only be used by Elite for the purpose of carrying out the purchase, repair and re-sale of a larger volume of additional vehicles.
(2) The loan funds shall be for a period of twelve (12) Months commencing from the date of the loan agreement and shall be repaid to the lender, in full, accordingly.
(3) The loan funds will be available to the borrower, as at the date of the executed loan agreement, less all charges incurred in the preparation of all necessary agreements, guarantees, etc. as well as all fees related to the registering and recording of the same.
(4) The borrower shall be responsible for the payment to the lender of interest and/or loan charges in the amount of eleven thousand two hundred fifty ($11,250) dollars (charges). Said charges shall be payable to the lender in twelve (12) equal monthly installments. The first installment shall be payable thirty (30) days following the date of the loan agreement.
(5) Any monthly charge which is not received by the lender on or before ten (10) days following the date due shall attract a penalty of 10%.
(6) If any monthly charge payment is not received by the lender on or before thirty (30) days following the due date, the total of the loan funds plus all unpaid loan charges shall be immediately due and payable in full.
(7) The borrower shall be entitled to prepay the loan funds in full, including all accrued charges without any prepayment penalty.

Elite Car Sales proposed Loan (Continued)
Page 2.
June ~~11, 2012~~
June 14, 2012

(8) Repayment of the loan funds and all charges related thereto shall be personally guaranteed by each of Mr. and Mrs. Talanga.

(9) All costs incurred in the preparation of the related loan documents, guarantor agreements, recording and/or registration of the same, etc. shall be payable by the borrower.

(10) The availability of the funds by the lender to the borrower per this Letter of Understanding is subject to the receipt and subsequent approval by the lender of the following documents and instruments:

(a) Financial statement of Mr. and Mrs. Z. Talanga
(b) Financial statement of Elite Car Sales
(c) 2009 and 2010 Tax returns of Elite Car Sales
(d) 2009 and 2010 Tax returns of Mr. and Mrs. Z. Talanga.
(e) A statement by the borrower and each guarantor that neither the borrow or guarantor have any outstanding obligations other than as set out in the relevant financial statements;   (
(f)) Borrower and Guarantor shall each warrant all necessary licenses, permits, operating agreements and the like as are required by Pinellas County and/or the State of Florida for the operation of Elite Car Sales at the above address have been correctly obtained, are currently valid and in full force and effect.
(g) Such other documents and/or instruments required by the attorney preparing the Agreements for this proposed borrowing, including a standard arbitration clause.

(11) Following the execution of this Letter of Understanding by the proposed borrower(s) and lender, the proposed lender shall place the same with Perenich the Law Firm for preparation of such documents and instruments as are required to formalize the contents of this Letter of Understanding.

(12) Interest on this note shall not exceed the maximum rate permitted by law. If any amount is paid per this Letter of Understanding, in excess of such maximum rate, then the amount so paid will not constitute interest but will constitute a prepayment on account of the principal amount of the obligation. If at any time the interest rate in regard this obligation, would, but for the provision of the preceding sentence, exceed the maximum rate permitted by law, the then outstanding principal balance of the obligation shall, on demand by the lender, become due and payable.

(13) Time is of the essence.

Dated this ___14th___ of June, 2012

Borrower                              Guarantor                            Lender
Elite Car Sales of Clearwater, Inc.   Mr. & Mr. Z. Talanga                 Dennis A. McElrath
18400 US 19 North                     1925 Dolphin Drive                   Post Office Box 523
Clearwater, Fl 33720                  Bellaire Bluffs, Fl                  Safety Harbor, Fl 34695
Tel: (727) 530 5158                   Tel: (727) 365 1326                  Tel: (727) 215 5550

6/11/12

To whose concern,

I, Darina Talanga, president of Elite Car Sales of Clearwater am asking for a line of credit of $75000. Money will be primarily used for purchasing the vehicles and finish repairing those which need fixing. I am willing to pay 12% interest on a loan. If any addition security needed, I am willing to supply you with the title of vehicle which was purchased. 12 months after I will return the whole amount, 12 months after the date of receiving. Interest can be paid a monthly bases or quarterly whichever you prefer. If there are any additional things you would like to add, I am more than happy to talk about it.

Thank you so much

*[signature]*
DARINA TALANGA

$75,000   12%   1 yr.
Sec - Title to vehicle.
Security.

15%?
mo/qtrly

Postpone fees → you chages to borrower
✓ Quality loan —
— Personal guarantee
— Tax Return 2011
— Fl Statement - current.

ELITE_CARSALES @ hotmail.com

# Exhibit 2

IGUAC

e 6/3/18

# AGREEMENT TO BORROW MONEY

ZDRAVKO TALANGA AND DARINA TALANGA (TALANGA) OF BELLEAIRE BLUFFS, FLORIDA ARE THE LESSEE OF THE PREMISES KNOWN AS THE JOHN S. TAYLOR SR HOUSE (1913), 407 7TH AVENUE S/W, LARGO, FLORIDA 3770 (THE PREMISES).

THE LESSOR OF THE PREMISES IS FLOMAC ENTERPRISES LLC (LESSOR) LARGO, FLORIDA.

TALANGA INTENDS TO JOIN WITH THE LESSOR TO RE-WRITE THE EXISTING LEASE PRIOR TO OCCUPATION OF THE PREMISES IN ORDER TO CLARIFY CERTAIN TECHNICAL ISSUES.

TALANGA LEASED THE PREMISES FOR A TERM OF FIVE (5) YEARS COMMENCING 01 JUNE 2012.

THE MONTHLY LEASE PAYMENTS ARE $5,646. FORTY PER CENT (40%) OF ALL LEASE PAYMENTS ARE TO BE HELD IN A DEPOSIT AND CREDITED TO LESSEE AGAINST THE PURCHASE PRICE OF THE PREMISES.

SAID LEASE PAYMENTS DO NOT COMMENCE UNTIL THE PREMISES HAVE BEEN PLACED IN OPERATION AS AN ASSISTED LIVING HOME.

LESSEE HAS AN OPTION TO PURCHASE THE PREMISES FOR $925,000 AT ANY TIME DURING THE TERM OF THE LEASE.

IN THE EVENT LESSEE EXERCISES THE OPTION TO PURCHASE THE PREMISES, THE LESSOR IS PREPARED TO PROVIDE A FIRST MORTGAGE TO THE LESSEE ON TERMS AND CONDTIONS TO BE MUTUALLY AGREED UPON BETWEEN THE PARTIES.

LESSEE HAS PAID LESSOR $80,000 AS A DEPOSIT TOWARDS THE PURCHASE PRICE. *(THE LEASE APPEARS TO BE SILENT AS TO THE DISPOSITION OF SAID $80,000 IN THE EVENT THE OPTION TO PURCHASE IS NOT EXERCISED BY TALANG)A.*

ALL REPAIRS, RENOVATIONS AND THE LIKE WHICH ARE UNDERTAKEN BY THE LESSEE DURING THE TERM OF THE LEASE SHALL BE CREDITED TOWARDS THE AGREED PURCHASE PRICE.

LESSEE HAS TO DATE EXPENDED A FURTHER SUM OF APPROXIMATELY $75,000 FOR IMPROVEMENTS TP THE PROPERTY, WHICH ARE TO BE CREDITED TOWARDS THE PURCHASE PRICE;

THERE ARE FURTHER WORKS (RENOVATIONS, REPAIRS, ETC) TO BE UNDERTAKEN AND COMPLETED AT A COST OF $105,000 BEFORE THE CITY OF LARGO WILL ISSUE A PERMIT TO OCCUPY THE PREMISES AND ALLOW LESSEE TO COMMENCE OPERATIONS AS AN ASSISTED LIVING HOME.

LESSEE HAS ENTERED INTO A CONTRACT WITH CORAL STONE BUILDERS, A LICENSED GENERAL CONTRACTOR IN THE STATE OF FLORIDA TO UNDERTAKE SAID WORKS AS REQUIRED BY THE CITY OF LARGO. ALL CONTRACTOR WORK SHALL BE DONE PURSUANT TO THE CONSTRUCTION DOCUMENTS AND DRAWINGS PREPARED BY SARAH F. FERFOGLIA, ASID, ASSOCIATE AIA.

PAGE ONE OF TWO.

28

## AGREEMENT TO BORROW MONEY (CONTINUED)

DORINA TALANGA IS AN EXPERENCED NURSE. SHE IS ALSO FAMILIAR WITH THE OPERATONS AND MANAGEMENT OF AN ASSISTED LIVING HOME.

DORINA TALANGA EXPECTS TO MANAGE AND BE THE RESPONSIBLE ADMIISTRATOR FOR THE OPERATIONS OF THE PREMISES AS AN ASSISTED LIVING HOME.

DORINA TALANGA AND ZDRAVKO TALANGA HAVE REVIEWED THE INFORMATION ABOVE AND CERTIFY BY THEIR SIGNATURES AT THE END OF THIS AGREEMENT THAT TO THE BEST OF THEIR KNOWLEDGE, THE INFORMATION CONTAIN HEREIN IS TRUE AND ACCURATE.

BASED ON THE ABOVE, DARINA TALANGA AND ZDRAVKO TALANGA WISH TO BORROW THE SUM OF $105,000 FOR THE EXCLUSIVE USE OF COMPLETING THE WORKS TO THE LEASED PREMISES PER THE DRAWINGS OF SARAH F. FERFOGLIA. ASID, ASSOCIATE AIA.

DENNIS A. MCELRATH OR HIS NOMINEE IS PREPARED TO LOAN THE SUM OF $105,000 TO DARLINA TALANGA AND ZDRAVKO TALANGA FOR A PERIOD OF TWELVE (12) MONTHS, SUBJECT TO (1) THE EXECUTION OF A RELEVANT BALLOON PROMISSORY NOTE AND (2) AN EXTENSION OF THE EXISTING STOCK PLEDGE AGREEMENT DATED JULY 20, 2012 BETWEEN DARINA TALANGA AND DENNIS A. MCELRATH

TIME IS OF THE ESSENCE OF THIS AGREEMENT.

SIGNED THIS __THIRD DAY OF JUNE, 2013

DORINA TALANGA

ZDRAVKO TALANGA

DENNIS A. MCELRATH