# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:

Zdravko Talanga and  Case Number: 8:17-bk-09357-MGW
Darina Talanga  Chapter 7

        Debtors,
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a Hearing in this case will be held on October 23, 2018 at 9:30 A.M., before the Honorable Michael G. Williamson, at the United States Bankruptcy Court, 801 North Florida Avenue, Courtroom 8A, Tampa, Florida 33602, to consider and act upon the following and transact such other business that may come before the Court:

MOTION FOR AN ORDER CONFIRMING NO AUTOMATIC
STAY IS IN EFFECT TO DEBTORS' CHILDREN ANNA AND
IVAN TALANGA, OR TO ELITE HOLDINGS, LLC.
CONTAINS NEGATIVE NOTICE
(Doc. No. 118)

And

OBJECTION TO CYGRAM HERITAGES MOTION
FOR RELIEF FROM STAY.
(Doc 121)

And

OBJECTION TO MOTION FOR AN ORDER CONFIRMING
NO AUTOMATIC STAY IS IN EFFECT.
(Doc. 122)

1. The hearing may be continued upon announcement made in open Court without further notice.

2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by either CM/ECF electronic notice or by United States Mail to the following: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; Allan C. Watkins, Esq., Watkins Law Firm, PA, 707 North Franklin Street, Suite 750 Tampa, Florida 33602, and to all interested parties listed on the attached CM/ECF matrix on October 8, 2018

**Respectfully Submitted this 8th day of October 2018**

**The Florida Legal Advocacy Group of Tampa Bay**
  /s/ *Adam S. Levine*
Adam S. Levine, M.D., J.D.
Florida Bar #78288
1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
(727) 512 – 1969 [Telephone]
(866) 242 – 4946 [Facsimile]
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]
Attorney for Cygram Heritage, Cygram Holdings, Panayiotis and Helen Vasiloudes, Pat Margas, Elite Financial Edge, Elite Car Sales, Elite Car Sales of Clearwater, Anna Dunedin Realty, Sophia Highland Realty, and Academic Alliance in Dermatology