| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Mon Oct  8 22:29:38 EDT 2018 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 | Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Hancock Bank<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 |
| Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 |
| Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Eva Tagaras<br>2270 Lancaster Drive<br>Clearwater, FL 33764-6530 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 |
| The Law Office of Robert Eckard & Associates<br>3110 Palm Harbor Boulevard<br>Palm Harbor, FL 34683-1931 | Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 | Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 |

| | | |
|---|---|---|
| Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 |
| Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 | CCS<br>PO Box 607<br>Norwood, MA 02062-0607 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 |
| City of Clearwater Customer Service<br>P.O. Box 30020<br>Tampa, FL 33630-3020 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 |
| Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Duke Energy<br>299 1st Ave., N<br>Saint Petersburg, FL 33701-3308 | Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 | Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 |
| Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 |
| First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 |
| Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 | Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 |

| | | |
|---|---|---|
| Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, Florida 33767-2755 | Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 |
| Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 | GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 | Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 |
| George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 | Global Credit & Collection Corp.<br>Attn:  Collections Department<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 | Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 |
| Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 | Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 |
| Interstate Credit Collections<br>711 Coliseum Plaza Court<br>Winston Salem, NC 27106-5350 | Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 | Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 | Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 |
| Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 | Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 |
| MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 | Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 |
| Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 | Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | Nicholas Hoban<br>2940 West Bay Dr.<br>Apt. 502<br>Belleair Bluffs, FL 33770-2672 |

```
(p)NORTHERN LEASING SYSTEMS INC          One Main                                  Parc Investment Services Cor
525 WASHINGTON BLVD 15 FLOOR             9600 66th Street N., Suite B              c/o Dennis McElrath
JERSEY CITY NJ 07310-1606                Pinellas Park, FL 33782-4540              PO Box 523
                                                                                   Safety Harbor, FL 34695-0523


Pinellas County                          Pinellas County                           Pinellas County Utilities
Office of Human Rights                   Office of Human Rights                    Chance Walton
400 S. Fort Harrison Ave.                Attn Lisa Postell                         14 S. Ft. Harrison Avenue
5th Floor Attn: Lisa Postell             400 S. Harrison Ave., St 500              Clearwater, FL 33756-5105
Clearwater, FL 33756-5113                Clearwater, FL 33756


Roy Melita                               Sheffield Financial Co                    (p)SPRINGLEAF FINANCIAL SERVICES
8786 Baywood Park Dr.                    2554 Lewisville Clemmons                  P O BOX 3251
Seminole, FL 33777-4624                  Clemmons, NC 27012-8110                   EVANSVILLE IN 47731-3251


State of Florida - Department of Revenue Stephen G. Watts, Esq.                    Sunshine Auto Group, LLC
Post Office Box 6668                     300 Turner St                             c/o Ivan Talanga
Tallahassee, FL 32314-6668               Clearwater, FL 33756-5327                 1925 Dolphin Dr.
                                                                                   Belleair Bluffs, FL 33770-2069


Syncb/floor & Decor                      Syncb/home Design Nahf                    Syncb/polaris Consumer
PO Box 965036                            950 Forrer Blvd                           Po Box 6153
Orlando, FL 32896-5036                   Kettering, OH 45420-1469                  Rapid City, SD 57709-6153


Syncb/sync Bank Luxury                   Synchrony Bank                            Synchrony Bank
950 Forrer Blvd                          Attn: Bankruptcy Department               c/o PRA Receivables Management, LLC
Kettering, OH 45420-1469                 PO Box 530912                             PO Box 41021
                                         Atlanta GA 30353-0912                    Norfolk VA 23541-1021


Synchrony Bank/Polaris                   Thd/cbna                                  The Law Office of Robert D. Eckard & Associa
PO Box 965073                            Po Box 6497                               3110 US Alternate 19 North
Orlando, FL 32896-5073                   Sioux Falls, SD 57117-6497                Palm Harbor, FL 34683


The Talanga Family Irre Trst             The Talanga Family Trust                  Villa Anna Assisted Living
1925 Dolphin Dr.                         1925 Dolphin Dr.                          1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069           Belleair Bluffs, FL 33770-2069            Belleair Bluffs, FL 33770-2069


Carolyn R. Chaney +                      Benjamin E. Lambers +                     Jay D. Passer +
PO Box 530248                            Timberlake Annex                          Jay D Passer, PA
St. Petersburg, FL 33747-0248            501 E. Polk Street, Suite 1200            4100 W. Kennedy Boulevard, Suite 322
                                         Tampa, FL 33602-3945                     Tampa, FL 33609-2290


Herbert R Donica +                       Paul D Watson +                           United States Trustee - TPA7/13 +
Donica Law Firm PA                       Sivyer, Barlow & Watson, P.A.             Timberlake Annex, Suite 1200
307 South Boulevard, Suite D             401 East Jackson Street                   501 E Polk Street
Tampa, FL 33606-2177                     Suite 2225                                Tampa, FL 33602-3949
                                         Tampa, FL 33602-5213
```

| | | |
|---|---|---|
| Chad D Heckman + <br> Heckman Law Group <br> P.O. Box 12492 <br> Tallahassee, FL 32317-2492 | Bradley Halberstadt + <br> Stewart Zlimen & Jungers, Ltd, <br> 2860 Patton Road <br> Roseville, MN 55113-1100 | Allan C Watkins + <br> Watkins Law Firm, PA <br> 707 N Franklin Street, Suite 750 <br> Tampa, FL 33602-4423 |
| Allan C Watkins, Attorney for Trustee + <br> Watkins Law Firm, PA <br> 707 N Franklin Street, Suite 750 <br> Tampa, FL 33602-4423 | Samantha L Dammer + <br> Tampa Law Advocates,P.A. <br> A Private Law Firm <br> 620 East Twiggs Suite 110 <br> Tampa, FL 33602-3938 | Michael A Ziegler + <br> Law Office of Michael A. Ziegler PL <br> 13575 58th Street North <br> Suite 129 <br> Clearwater, FL 33760-3799 |
| Fauzia A Makar + <br> Law Office of Robert Eckard & Associates <br> 3110 Alternate US 19 North <br> Palm Harbor, FL 34683 | Adam S Levine + <br> Florida Legal Advocacy Grp of Tampa Bay <br> 1180 Gulf Boulevard, #303 <br> Clearwater, FL 33767-2755 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation <br> 13085 Hamilton Crossing Blvd. <br> Ste. 300 <br> Carmel, IN 46032 | Caine & Weiner <br> P.O. Box 5010 <br> Woodland Hills, CA 91365 | Capital One <br> 15000 Capital One Dr <br> Richmond, VA 23238 |
| Internal Revenue Service <br> Centralized Insolvency Ops <br> P. O. Box 21126 <br> Philadelphia, PA 19114-0326 | Northern Leasing Syste <br> 132 W 31st St Fl 14 <br> New York, NY 10001 | Springleaf Financial S <br> 9600 66th St N Ste B <br> Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ioannis Tagaras | (d)Cygram Heritage, LLLP <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | (d)EC Finance, Inc. <br> 2944 Saber Dr. <br> Clearwater, FL 33759-1222 |
| (d)Panos Vasiloudes <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | (d)Pat Margas <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | End of Label Matrix <br> Mailable recipients   127 <br> Bypassed recipients     5 <br> Total                 132 |