

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/23/2018 09:30 AM

COURTROOM 8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:17-bk-09357-MGW | 7 | 11/02/2017 |

**Chapter 7**

**DEBTOR:**      Zdravko Talanga

             Darina Talanga

**DEBTOR ATTY:**  **Herbert Donica**

**TRUSTEE:**     **Carolyn Chaney**

**HEARING:**

Motion for an Order Confirming No Automatic Stay is in Effect to Debtors' children Anna and Ivan Talanga, or to Elite Holdings, LLC. Contains negative notice. Filed by Adam S Levine on behalf of Creditor Cygram Heritage, LLLP (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit # [4] Exhibit # [5] Exhibit) (Levine, Adam) Modified on 9/13/2018 (Thomas, Christiane). Doc #118
-Objection to CYGRAM HERITAGES MOTION FOR RELIEF FROM STAY Filed by Herbert R Donica on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (related document(s)[118]). (Donica, Herbert) Doc #121
-Objection to Motion for an Order Confirming No Automatic Stay is in Effect Filed by Allan C Watkins on behalf of Trustee Carolyn R. Chaney (related document(s)[118]). (Watkins, Allan) Doc #122

**APPEARANCES:**:
Herb Donica for Dbtr, Adam LeVine for Cygram, et al.
**RULING:**
Motion for an Order Confirming No Automatic Stay is in Effect to Debtors' children Anna and Ivan Talanga, or to Elite Holdings, LLC. Contains negative notice. Filed by Adam S Levine on behalf of Creditor Cygram Heritage, LLLP (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit # [4] Exhibit # [5] Exhibit) (Levine, Adam) Modified on 9/13/2018 (Thomas, Christiane). Doc #118 - Granted, order by LeVine

-Objection to CYGRAM HERITAGES MOTION FOR RELIEF FROM STAY Filed by Herbert R Donica on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (related document(s)[118]). (Donica, Herbert) Doc #121

-Objection to Motion for an Order Confirming No Automatic Stay is in Effect Filed by Allan C Watkins on behalf of Trustee Carolyn R. Chaney (related document(s)[118]). (Watkins, Allan) Doc #122
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.