# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 8:17-bk-09357-MGW
**Case Name:** TALANGA, ZDRAVKO
TALANGA, DARINA
**For Period Ending:** 09/30/2018

**Trustee Name:** (290680) CAROLYN R. CHANEY
**Date Filed (f) or Converted (c):** 11/02/2017 (f)
**§ 341(a) Meeting Date:** 12/07/2017
**Claims Bar Date:** 03/07/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home: 1925 Dolphin Dr., Belleair Bluffs, FL 33770 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | Property: 18400 US Hwy 19 North, Clearwater, FL 33764 | 500,000.00 | 60,000.00 | | 0.00 | FA |
| 3 | 2013 Jeep Wrangler | 15,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2015 Polaris Can-am | 15,000.00 | 179.00 | | 0.00 | 6,543.35 |
| 5 | Household furnishings | 3,000.00 | 2,735.00 | | 0.00 | 4,170.00 |
| 6 | Jet Ski | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 50.00 | 50.00 | | 0.00 | 50.00 |
| 8 | Clothes | 100.00 | 100.00 | | 0.00 | 100.00 |
| 9 | Costume jewelry | 300.00 | 300.00 | | 0.00 | 300.00 |
| 10 | 1 Doberman | 1.00 | 1.00 | | 0.00 | FA |
| 11 | Cash | 35.00 | 0.00 | | 0.00 | FA |
| 12 | Adriatic Cafe, LLC, 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 13 | Ivan's Auto Repair, Inc.; closed in June 2017 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Elite Holdings, LLC owns partial interests in: Elite Financial Edge, LLC 33.3% Elite Car Sales, LLC 33.3% Elite Car Sales of Clearwater, Inc. 33.3% Villa Anna Assisted Living Facility, LLC 49.9% Sophia Highlands Realty, LLC 49.9% Anna Dunedin Realty, LLC 49.9% | Unknown | 0.00 | | 0.00 | 10,000.00 |
| 15 | Utility: City of Clearwater | 800.00 | 0.00 | | 0.00 | FA |
| 16 | Electric: Duke Energy | 900.00 | 0.00 | | 0.00 | FA |
| 17 | The Talanga Family Irrevocable Trust dated July 31, 2015 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Possible professional liability and/or breach of duty claims against Debtors' former attorney, Adam Levine. | Unknown | 0.00 | | 0.00 | 100.00 |
| 18 | **Assets Totals (Excluding unknown values)** | **$990,686.00** | **$63,365.00** | | **$0.00** | **$21,263.35** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 8:17-bk-09357-MGW  
**Case Name:** TALANGA, ZDRAVKO  
TALANGA, DARINA  
**For Period Ending:** 09/30/2018

**Trustee Name:** (290680) CAROLYN R. CHANEY  
**Date Filed (f) or Converted (c):** 11/02/2017 (f)  
**§ 341(a) Meeting Date:** 12/07/2017  
**Claims Bar Date:** 03/07/2018

**Major Activities Affecting Case Closing:**

09/10/18 - debtors offered payment plan.  09/18/18 - response to debtors' offer.
09/05/18 - notice of 2004 exam filed by Tee.
08/23/18 - buyback offer to debtors.
06/05/18 - complaint objecting to discharge filed by PARC Investment Services (8:18-ap-00248)
05/11/18 - recvd documents to review.
05/07/18 - objection to exemptions.  05/09/18 - filed report of appraiser; application to pay appraiser.
Contd 341 mtg on 04/26/18.  Concluded.  04/06/18 - Trustee req for extension to object to discharge.
02/21/18 - motion to sell interest in real property. Objection filed 03/01/18. Hrg held 03/07/18.
02/05/18 - complaint objecting to discharge filed by Elite Financial Edge, LLC (8:18-ap-00049).
01/09/18 - filed application to employ appraiser.  Approved.
12/21/17 - Amended application to employ Watkins. Approved 01/09/18.
341 mtg held 12/7/17; contd to 03/15/18.
11/08/17 - application to employ Allan Watkins.  Approved 11/9/17.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018      **Current Projected Date Of Final Report (TFR):** 12/31/2018