ORDERED.

Dated: **November 14, 2018**

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga,
and Darina Talanga,

    Debtors.
_____/

Case: 8:17-bk-09357-MGW
Chapter 7

### ORDER CONFIRMING NO AUTOMATIC STAY IS IN EFFECT FOR DEBTORS' CHILDREN OR FOR ELITE HOLDINGS, LLC.

THIS CASE came on for hearing on October 23, 2018 at 9:30 a.m., on Creditor Cygram Heritage, LLLP's Motion for an Order Confirming No Automatic Stay is in Effect for Debtors' Children, Anna and Ivan Talanga, or Elite Holdings, LLC.[1] Creditor Cygram Heritage wishes to enforce the terms of a now-defaulted settlement agreement that was personally guaranteed by Anna Talanga, Ivan Talanga, and Elite Holdings, LLC in state court.

---

[1] Doc. No. 118.

In its motion, Cygram Heritage asks the Court to confirm that the automatic stay does not preclude them from filing suit against Anna Talanga, Ivan Talanga, or Elite Holdings, LLC. The motion was opposed by the Debtors and by the Trustee's Counsel.[2] For the reasons stated orally and recorded in open court, the automatic stay does not apply to Anna Talanga, Ivan Talanga, or Elite Holdings, LLC, and Creditor Cygram Heritage may sue them in state court.

Accordingly, it is

**ORDERED:**

1. Cygram Heritage, LLLP's Motion is GRANTED.

2. The automatic stay does not apply to Anna Talanga, Ivan Talanga, or Elite Holdings, LLC.

3. Because the automatic stay does not apply, the 14-day stay period in Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Attorney Adam S. Levine is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.

---

[2] Doc. Nos. 121 & 122.