**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                    Case No.:  8:17-bk-09357-MGW
                                                                                                  Chapter 7

**ZDRAVKO TALANGA and**
**DARINA TALANGA,**

       **Debtors.**
_____/

**PARC INVESTMENT SERVICES CORP.**
a Florida corporation                                                       Adversary Proceeding:
                                                                                           Case No.: 8:18-ap-00278-MGW

       **Plaintiff,**
v.

**ZDRAVKO TALANGA, an individual person,**
**and DARINA TALANGA, an individual person,**

       **Defendants.**
_____/

**NOTICE OF SERVICE OF PLAINTIFF'S**
**FIRST REQUEST FOR PRODUCTION DIRECTED TO**
**ZDRAVKO TALANGA and DARINA TALANGA**

Plaintiff, by and through its undersigned counsel, gives notice of service of Plaintiff's First Request for Production directed to Zdravko Talanga And Darina Talanga ("Talanga").

RESPECTFULLY SUBMITTED this 15th day of November 2018.

       By:   */S/ Samantha L. Dammer*_____
              Samantha L. Dammer, Esq.
              Florida Bar No.: 0036953

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2018, a true and correct copy of the foregoing was furnished by CM/ECF electronic delivery or by regular mail to all parties in interest listed below.

Carolyn R. Chaney
carolyn.chaney@earthlink.net,
FL46@ecfcbis.com

Benjamin E. Lambers on behalf of
U.S. Trustee United States Trustee - TPA7/13
Ben.E.Lambers@usdoj.gov

Herbert R Donica on behalf of Defendants
ecf-hrd@donicalaw.com, ecf-cd@donicalaw.com;
hrdecf@gmail.com;r63937@notify.bestcase.com

/s/ *Samantha L. Dammer*
SAMANTHA L. DAMMER, ESQUIRE
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Attorney for Plaintiff
sdammer@attysam.com