UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In Re:**
**ZDRAVKO TALANGA and**　　　　Case No.: 8:17-bk-09357-MGW
**DARINA TALANGA**　　　　　　　Chapter 7
　　　**Debtors,**
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Confirming No Automatic Stay is in Effect for Debtor's Children or for Elite Holdings, LLC., (Doc. 129) was furnished by U.S. Mail and/or electronic filing to the following:

Carolyn R. Chaney, Trustee, P.O.Box 530248, St. Petersburg, Florida 33747
Debtors: Zdravko and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, Florida 33770
Herbert. R. Donica, Esq., 307 South Blvd, Suite D, Tampa, Florida 33606
Allan Watkins, Esq., Watkins Law Firm, 707 N. Franklin Street, #750, Tampa, Florida 33602

All Creditors on the Court's Mailing Matrix for this Case


**Respectfully Submitted on this 16th day of November 2018**

　　　　　　　　　　　　　　　　**The Florida Legal Advocacy Group of Tampa Bay**
　　　　　　　　　　　　　　　　  /s/  Adam S. Levine
　　　　　　　　　　　　　　　　Adam S. Levine, M.D., J.D.
　　　　　　　　　　　　　　　　Florida Bar #78288
　　　　　　　　　　　　　　　　1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
　　　　　　　　　　　　　　　　(727)512 – 1969 [Telephone]
　　　　　　　　　　　　　　　　(866)242 – 4946 [Facsimile]
　　　　　　　　　　　　　　　　aslevine@msn.com [Primary E-mail]
　　　　　　　　　　　　　　　　alevine@law.stetson.edu [Secondary E-mail]
　　　　　　　　　　　　　　　　Attorney for Creditors Anna Dunedin Realty, LLC., and
　　　　　　　　　　　　　　　　Cygram Heritage LLLP.