UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Case No.: 8:17-bk-09357-MGW
                                                                                         Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**MOTION TO WITHDRAW AS COUNSEL FOR**
**ZDRAVKO TALANGA AND DARINA TALANGA**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the movant's attorney, Herbert R. Donica, Esq., 307 South Boulevard, Suite D, Tampa, Florida 33606, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

    COMES NOW the undersigned counsel, Herbert R. Donica, and hereby files this Motion to Withdraw as Counsel for Zdravko Talanga and Darina Talanga (the **"Debtors"**), and in support, states as follows:

    1.    The Debtors and undersigned counsel have irreconcilable differences which prevent the undersigned counsel from continuing to effectively represent the Debtors.

    2.    The undersigned counsel has provided notice to the Debtors that he intends to

withdraw as counsel.

WHEREFORE, the undersigned counsel, Herbert R. Donica respectfully requests entry of an order granting this motion for leave to withdraw as counsel of record in this case and relieving me of any further responsibility to the Debtors, and for such other and further relief as this Court may deem just and proper.

**DONICA LAW FIRM, P.A.**
307 South Boulevard, Suite D
Tampa, FL  33606
Telephone:  (813) 878-9790
Facsimile:  (813) 878-9746
E-mail:  herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by regular U.S. Mail or the Court's CM/ECF system on the 16th day of January, 2019 to: **Zdravko Talanga** and **Darina Talanga,** 1925 Dolphin Dr., Belleair Bluffs, FL 33770; **Allan C. Watkins, Esq.**, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602; **Carolyn R. Chaney**, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747; and the **Office of the U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, FL 33602.

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.