# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

ZDRAVKO TALANGA, and            Case No: 8:17-bk-09357-MGW
DARINA TALANGA,                   Chapter 7
       Debtors,
_____/

**CREDITORS': ELITE FINANICAL EDGE, LLC'S; ELITE CAR SALES, LLC; ELITE CAR SALES OF CLARWATER, INC'S; ANNA DUNEDIN REALTY, LLC'S; SOPHIA HIGHLAND REALTY LLC'S; PAT MARGAS; HELEN VASILOUDES, PANOS VASILOUDES; CYGRAM HERITAGE, LLLP'S; ACADEMIC ALLIANCE IN DERMATOLOGY INC'S; AND CYRGRAM HOLDINGS, LLC'S MOTION OPPOSED TO THE WITHRAWAL OF COUNSEL FOR ZDRAVKO TALANGA AND DARINA TALANGA IN CHAPTER 7 PROCEEDING**

1. On 16 January 2019, Herbert Donica, Esq., moved to withdraw as counsel for Debtors Zdravko Talanga and Darina Talanga providing negative notice allowing 14 days to object. See Doc. 136.

2. Herbert Donica, Esq., cited "irreconcilable differences" in his motion to withdraw.

3. But Mr. Donica should be prevented from withdrawing as counsel until such time as Debtors identify new counsel and such counsel files a Notice of Appearance to prevent undue delay because this matter has been set for trial to begin on April 17, 2019 in Adversary Proceeding 8:18-ap-00049-MGW. And to date, Mr. Donica has failed to confer with undersigned counsel regarding pending discovery in that case.

4. Mr. Donica appears to desire to delay all proceedings.

5. And Mr. Donica is defending against undersigned's pending Motions, set for hearing on February 19, 2019, to Strike the Talangas' Affirmative Defenses, Dismiss their Counterclaim, and Deny a Motion for Sanctions in Adversary Proceeding 8:18-ap-00049-MGW.

6. Plaintiffs feel Mr. Donica has engaged in a pattern of vexatious litigation by:

    a. Attempting to disqualify undersigned despite two signed agreements by the Talangas permitting undersigned to represent Plaintiffs. Donica's Motion was denied in this case; and

    b. Requiring that undersigned file Motions to allow Plaintiffs to sell real property that was not directly involved in the Bankruptcy Estate in this case; and

    c. Requiring that undersigned file Motions to allow Plaintiffs to sue the adult children of the Debtors in State Court when they were not involved with the Petition in this case.

7. To date, despite several E-mail correspondence to the contrary, Mr. Donica has failed to help streamline discovery in this case.

8. On February 2, 2018, almost 12 months ago, Mr. Donica was provided with 1.86 gigabytes of data requested pursuant to a 2004 examination constituting all data in undersigned possession regarding any of the Talanga related business entities.

9. Allowing Mr. Donica to withdraw at this late date will prejudice the Plaintiffs by delaying the trial and/or outcome of the bankruptcy proceeding.

10. Allowing Mr. Donica to withdraw at this late date will prejudice the Plaintiffs by not permitting them to seek fees and costs from Mr. Donica pursuant to the improper Motion for Sanctions filed by Mr. Donica, without notice, in Adversary Proceeding 8:18-ap-00049-MGW.

11. Allowing Mr. Donica to withdraw at this late date will prejudice Plaintiffs by having to delay the February hearing that has already been set for 8:18-ap-00049-MGW.

**Wherefore,** on behalf of the Plaintiffs, undersigned respectfully requests that this Court DENY Mr. Donica's Motion to Withdraw and requests that the Court enter an that, at a

minimum, requires substitution of counsel before any withdrawal, and the agreement by substitute counsel to move forward on the dates already scheduled.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was served through the CM/ECF system and by U.S Mail on this date to all counsel of record including to Herbert Donica, Allan Watkins, Carolyn Chaney, and the Office of the U.S. Trustee. I certify that a copy of this Motion was served by U.S. Mail to the Debtors.

**Respectfully submitted this 30th Day of January 2019**

        **The Florida Legal Advocacy Group of Tampa Bay**
        */s/  Adam S. Levine*
        **Adam S. Levine, M.D., J.D.**
        Florida Bar #78288
        1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
        (727) 512 – 1969 [Telephone]
        (866) 242 – 4946 [Facsimile]
        aslevine@msn.com [primary E-mail]
        alevine@law.stetson.edu [secondary E-mail]
        Attorney for the Plaintiffs.