| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Wed Feb  6 14:31:59 EST 2019 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 | Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Hancock Bank<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 |
| Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 |
| Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Eva Tagaras<br>2270 Lancaster Drive<br>Clearwater, FL 33764-6530 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 |
| Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 | Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 | Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |

| | | |
|---|---|---|
| Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 |
| CCS<br>PO Box 607<br>Norwood, MA 02062-0607 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | City of Clearwater Customer Service<br>P.O. Box 30020<br>Tampa, FL 33630-3020 |
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Duke Energy<br>299 1st Ave., N<br>Saint Petersburg, FL 33701-3308 |
| Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 | Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 | First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 | Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 |
| Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 | Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 | Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, Florida 33767-2755 |

| | | |
|---|---|---|
| Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 |
| GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 | Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 |
| Global Credit & Collection Corp.<br>Attn: Collections Department<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 | Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 |
| Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 | Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Interstate Credit Collections<br>711 Coliseum Plaza Court<br>Winston Salem, NC 27106-5350 |
| Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 | Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 |
| Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 | Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 | Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 |
| Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 | MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 |
| Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 |
| Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | Nicholas Hoban<br>2940 West Bay Dr.<br>Apt. 502<br>Belleair Bluffs, FL 33770-2672 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 |

```
One Main                              Parc Investment Services Cor          Pinellas County
9600 66th Street N., Suite B          c/o Dennis McElrath                   Office of Human Rights
Pinellas Park, FL 33782-4540          PO Box 523                            400 S. Fort Harrison Ave.
                                      Safety Harbor, FL 34695-0523          5th Floor Attn: Lisa Postell
                                                                            Clearwater, FL 33756-5113


Pinellas County                       Pinellas County Utilities             Roy Melita
Office of Human Rights                Chance Walton                         8786 Baywood Park Dr.
Attn Lisa Postell                     14 S. Ft. Harrison Avenue             Seminole, FL 33777-4624
400 S. Harrison Ave., St 500          Clearwater, FL 33756-5105
Clearwater, FL 33756


Sheffield Financial Co                (p)SPRINGLEAF FINANCIAL SERVICES      State of Florida - Department of Revenue
2554 Lewisville Clemmons              P O BOX 3251                          Post Office Box 6668
Clemmons, NC 27012-8110               EVANSVILLE IN 47731-3251              Tallahassee, FL 32314-6668


Stephen G. Watts, Esq.                Sunshine Auto Group, LLC              Syncb/floor & Decor
300 Turner St                         c/o Ivan Talanga                      PO Box 965036
Clearwater, FL 33756-5327             1925 Dolphin Dr.                      Orlando, FL 32896-5036
                                      Belleair Bluffs, FL 33770-2069


Syncb/home Design Nahf                Syncb/polaris Consumer                Syncb/sync Bank Luxury
950 Forrer Blvd                       Po Box 6153                           950 Forrer Blvd
Kettering, OH 45420-1469              Rapid City, SD 57709-6153             Kettering, OH 45420-1469


Synchrony Bank                        Synchrony Bank                        Synchrony Bank/Polaris
Attn: Bankruptcy Department           c/o PRA Receivables Management, LLC   PO Box 965073
PO Box 530912                         PO Box 41021                          Orlando, FL 32896-5073
Atlanta GA 30353-0912                 Norfolk VA 23541-1021


Thd/cbna                              The Law Office of Robert D. Eckard & Associa   The Talanga Family Irre Trst
Po Box 6497                           3110 US Alternate 19 North            1925 Dolphin Dr.
Sioux Falls, SD 57117-6497            Palm Harbor, FL 34683                 Belleair Bluffs, FL 33770-2069


The Talanga Family Trust              Villa Anna Assisted Living            Carolyn R. Chaney +
1925 Dolphin Dr.                      1925 Dolphin Dr.                      PO Box 530248
Belleair Bluffs, FL 33770-2069        Belleair Bluffs, FL 33770-2069        St. Petersburg, FL 33747-0248


Benjamin E. Lambers +                 Jay D. Passer +                       Herbert R Donica +
Timberlake Annex                      Jay D Passer, PA                      Donica Law Firm PA
501 E. Polk Street, Suite 1200        4100 W. Kennedy Boulevard, Suite 322  307 South Boulevard, Suite D
Tampa, FL 33602-3945                  Tampa, FL 33609-2290                  Tampa, FL 33606-2177


Paul D Watson +                       United States Trustee - TPA7/13 +     Chad D Heckman +
Sivyer, Barlow & Watson, P.A.         Timberlake Annex, Suite 1200          Heckman Law Group
401 East Jackson Street               501 E Polk Street                     P.O. Box 12492
Suite 2225                            Tampa, FL 33602-3949                  Tallahassee, FL 32317-2492
Tampa, FL 33602-5213
```

| | | |
|---|---|---|
| Bradley Halberstadt + <br> Stewart Zlimen & Jungers, Ltd, <br> 2860 Patton Road <br> Roseville, MN 55113-1100 | Allan C Watkins, Attorney for Trustee + <br> Watkins Law Firm, PA <br> 707 N Franklin Street, Suite 750 <br> Tampa, FL 33602-4423 | Samantha L Dammer + <br> Tampa Law Advocates,P.A. <br> A Private Law Firm <br> 620 East Twiggs Suite 110 <br> Tampa, FL 33602-3938 |
| Robert D. Eckard + <br> Law Office of Robert Eckard & Assoc, PA <br> 3110 Alternate US 19 North <br> Palm Harbor, FL 34683 | Michael A. Ziegler + <br> Law Office of Michael A. Ziegler P.L. <br> 2561 Nursery Road, Suite A <br> Clearwater, FL 33764-1783 | Adam S Levine + <br> Florida Legal Advocacy Grp of Tampa Bay <br> 1180 Gulf Boulevard, #303 <br> Clearwater, FL 33767-2755 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation <br> 13085 Hamilton Crossing Blvd. <br> Ste. 300 <br> Carmel, IN 46032 | Caine & Weiner <br> P.O. Box 5010 <br> Woodland Hills, CA 91365 | Capital One <br> 15000 Capital One Dr <br> Richmond, VA 23238 |
| Internal Revenue Service <br> Centralized Insolvency Ops <br> P. O. Box 21126 <br> Philadelphia, PA 19114-0326 | Northern Leasing Syste <br> 132 W 31st St Fl 14 <br> New York, NY 10001 | Springleaf Financial S <br> 9600 66th St N Ste B <br> Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ioannis Tagaras | (u)The Law Office of Robert Eckard & Associat <br> , FL | (u)Michael G. Williamson <br> Tampa |
| (d)Cygram Heritage, LLLP <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | (d)EC Finance, Inc. <br> 2944 Saber Dr. <br> Clearwater, FL 33759-1222 | (d)Panos Vasiloudes <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 |
| (d)Pat Margas <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | End of Label Matrix <br> Mailable recipients   126 <br> Bypassed recipients     7 <br> Total                 133 | |