UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                   Case No.:  8:17-bk-09357-MGW
                                                                         Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

     Debtors.
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a Preliminary Hearing will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on **February 28, 2019 at 11:00 A.M.** before the Honorable Michael G. Williamson, United States Bankruptcy Judge, to consider and act upon the following matter:

**MOTION TO WITHDRAW AS COUNSEL FOR
ZDRAVKO TALANGA AND DARINA TALANGA
(Doc. No. 136)**

Appropriate Attire.  You are reminded that L.B.R. 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Shorts, sandals, shirts, without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints.  You are reminded that L.B.R. 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on February 12, 2019.

**DONICA LAW FIRM, P.A.**
307 South Boulevard, Suite D
Tampa, FL 33606
Telephone:  (813) 878-9790
Facsimile:  (813) 878-9746
Attorney for Debtor
e-mail:  herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing has been furnished by regular U.S. Mail or the Court's CM/ECF system on the 12th day of February, 2019 to: **Zdravko Talanga** and **Darina Talanga,** 1925 Dolphin Dr., Belleair Bluffs, FL 33770; **Adam S. Levine, Esq.,** The Florida Legal Advocacy Group of Tampa Bay, 1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767; **Allan C. Watkins, Esq.**, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602; **Carolyn R. Chaney**, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747; and the **Office of the U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, FL 33602.

                                                       */s/ Herbert R. Donica*
                                                       Herbert R. Donica, Esq.