**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:17−bk−09357−MGW
Chapter 7

Zdravko Talanga

Darina Talanga

_____Debtor*_____/

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN THAT the hearing regarding Motion for Leave to Withdraw as Counsel , (Document No. 136) filed by Herbert Donica, originally scheduled for February 28, 2019 at 11:00 a.m., has been rescheduled .

The hearing has been rescheduled and will be held on February 25, 2019 at 03:00 PM in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602.

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: February 20, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.