```
                            United States Bankruptcy Court
                              Middle District of Florida

In re:                                                        Case No. 17-09357-MGW
Zdravko Talanga                                               Chapter 7
Darina Talanga
         Debtors                      CERTIFICATE OF NOTICE
District/off: 113A-8          User: 10crt              Page 1 of 2         Date Rcvd: Feb 20, 2019
                              Form ID: Dntccnrh        Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db/jdb        +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
cr            +Academic Alliance in Dermatology, Inc.,    5210 Webb Road,    Tampa, FL  33615,
               UNITED STATES OF AMERICA 33615-4518
cr            +Adam Scott Levine,    1180 Gulf Boulevard, Suite 303,    Clearwater, FL  33767,
               UNITED STATES OF AMERICA 33767-2755
cr            +Anna Dunedin Realty, LLC,    5210 Webb Road,    Tampa, FL  33615,
               UNITED STATES OF AMERICA 33615-4518
cr            +Cygram Heritage, LLLP,    5210 Webb Road,    Tampa, FL  33615,
               UNITED STATES OF AMERICA 33615-4518
cr            +Cygram Holdings, LP,    5210 Webb Road,    Tampa, FL  33615,
               UNITED STATES OF AMERICA 33615-4518
cr            +Dennis McElrath,    c/o Tampa Law Advocates, P.A.,    620 E. Twiggs St.,    Suite 110,
               Tampa, FL  33602,    UNITED STATES 33602-3938
cr            +EC Finance Inc,    2944 Saber Drive,    Clearwater, FL 33759-1222
cr            +Elite Car Sales,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr            +Elite Car Sales of Clearwater, Inc.,    5210 Webb Road,    Tampa, FL  33615,
               UNITED STATES OF AMERICA 33615-4518
cr            +Elite Financial Edge, LLC,    5210 Webb Road,    Tampa, FL  33615,
               UNITED STATES OF AMERICA 33615-4518
cr            +Eva Tagaras,    2270 Lancaster Drive,    Clearwater, FL 33764-6530
cr            +Hancock Bank,    c/o Chad D. Heckman,    P.O. Box 12492,    Tallahassee, FL 32317-2492
cr            +Hancock Bank,    Sivyer Barlow & Watson, P.A.,    401 E. Jackson Street Suite 2225,
               Tampa, FL 33602-5213
cr             Helen Vasiloudes,    12108 Marblehead Drive,    Tampa, FL 33626-2504
app           +Joy Kelley Augustine,    Read & Kelley Estate Services,    P.O. Box 3111,
               N. Fort Myers, FL 33918-3111
cr            +Nicholas Hoban,    c/o Jay D. Passer, Esq.,    4100 W. Kennedy Blvd.,    Suite 322,
               Tampa, FL 33609-2290
cr            +PARC Investment Services Corp,    c/o Tampa Law Advocates, P.A.,    620 East Twiggs St.,
               Suite 110,    Tampa, FL 33602-3938
cr            +Panos Vasiloudes,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr            +Pat Margas,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr            +Santander Consumer USA Inc., dba Chrysler Capital,    c/o Stewart, Zlimen & Jungers, Ltd.,
               2860 Patton Road,    Roseville, MN 55113-1100
cr            +Sophia Highland Realty, LLC,    5210 Webb Road,    Tampa, FL  33615,
               UNITED STATES OF AMERICA 33615-4518
cr            +The Florida Legal Advocacy Group of Tampa Bay, P.A,    1180 Gulf Boulevard Suite 303,
               Clearwater, FL  33767,    UNITED STATES OF AMERICA 33767-2755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bankruptcy@bbandt.com Feb 21 2019 00:33:59      Sheffield Financial/BB&T,
               Bankrutpcy Section/100-50-01-51,    PO Box 1847,    Wilson, NC  27894-1847
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ioannis Tagaras
cr              The Law Office of Robert Eckard & Associates, P.A.
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 113A-8              User: 10crt                  Page 2 of 2                  Date Rcvd: Feb 20, 2019
                                  Form ID: Dntccnrh            Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:

```
              Adam S Levine    on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Car Sales aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Helen  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Elite Car Sales of Clearwater, Inc.
               aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Panos  Vasiloudes aslevine@msn.com
              Allan C Watkins    on behalf of Attorney for Trustee Allan C Watkins court@watkinslawfl.com
              Allan C Watkins, Attorney for Trustee    on behalf of Trustee Carolyn R. Chaney
               court@watkinslawfl.com
              Benjamin E. Lambers    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley Halberstadt    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Chad D Heckman    on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              Herbert R Donica    on behalf of Defendant Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Defendant Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Debtor Zdravko  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Herbert R Donica    on behalf of Joint Debtor Darina  Talanga ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
              Jay D. Passer    on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A. Ziegler    on behalf of Creditor    EC Finance Inc mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Paul D Watson    on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, ddevlin@sbwlegal.com
              Robert D. Eckard    on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               robert@roberteckardlaw.com, support@roberteckardlaw.com;jessica@roberteckardlaw.com
              Samantha L Dammer    on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Plaintiff    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Counter-Defendant    PARC Investment Services Corp
               sdammer@attysam.com, bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 53
```

**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  
Zdravko Talanga  

Darina Talanga  

_____Debtor*_____/

Case No. 8:17−bk−09357−MGW
Chapter 7

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN THAT the hearing regarding Motion for Leave to Withdraw as Counsel , (Document No. 136) filed by Herbert Donica, originally scheduled for February 28, 2019 at 11:00 a.m., has been rescheduled .

The hearing has been rescheduled and will be held on February 25, 2019 at 03:00 PM in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602.

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: February 20, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.