**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Zdravko Talanga and                                         Case Number:  8:17-bk-09357-MGW
Darina Talanga                                                  Chapter 7

        Debtors,
_____/

**TRUSTEE'S MOTION TO COMPEL TURNOVER NON-EXEMPT ASSESTS**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

        Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party of interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

        If you object to the relief requested in this paper, you must file a response with the Clerk of Court at United States Bankruptcy Court, Middle District of Florida, Tampa Division, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on the movant's attorney, Allan C. Watkins, Esquire, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and may grant or deny the relief requested without a hearing.

        If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

        Carolyn R. Chaney, Trustee, by and through her undersigned attorney, files this Motion to Compel Turnover of Non-Exempt Personal Property saying:

        1.        On November 2, 2017, Zdravko Talanga and Darina Talanga ("Debtors") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

        2.        Carolyn R. Chaney was appointed interim Chapter 7 Trustee and is now duly qualified and acting as Trustee.

        3.        The Trustee had an appraisal done, a copy is attached hereto as "Exhibit A."

4. Despite repeated demands by the Trustee, the Debtors have failed and refused to enter into a good faith buy-back plan.

5. The Trustee calculates that the buy-back of the non-exempt assets is $21,163.35.

**WHEREFORE**, Carolyn R. Chaney, Trustee, requests this Court enter an Order granting this motion and requiring the Debtors to surrender all non-exempt property and for such other and further relief as this Court may deem just.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by either CM/ECF electronic notice or U.S. Mail to United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Zdravko Talanga and Darina Talanga, 1925 Dolphin Dr., Bellair Bluffs, FL 33770 and to all interested parties via electronic service on the CM/ECF matrix on February 25, 2019.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**