

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/25/2019 03:00 PM

COURTROOM   8A

**HONORABLE MICHAEL WILLIAMSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:17-bk-09357-MGW** | 7 | **11/02/2017** |

**Chapter 7**

| | |
|---|---|
| **DEBTOR:** | Zdravko Talanga |
| | Darina Talanga |
| **DEBTOR ATTY:** | **Herbert Donica** |
| **TRUSTEE:** | **Carolyn Chaney** |

**HEARING:**

Motion for Leave to Withdraw as Counsel Contains negative notice. Filed by Herbert R Donica on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (Donica, Herbert) Doc #136

-Opposition to Withdrawal of Counsel Filed by Adam S Levine on behalf of Academic Alliance in Dermatology, Inc., Anna Dunedin Realty, LLC, Cygram Heritage, LLLP, Cygram Holdings, LP, Elite Car Sales, Elite Car Sales of Clearwater, Inc., Elite Financial Edge, LLC, Pat Margas, Sophia Highland Realty, LLC, Helen Vasiloudes, Panos Vasiloudes (related document(s)[136]). (Levine, Adam) Doc #137

**APPEARANCES::**
Herb Donica for Dbtr, Adam LeVine for Cygram Heritage, et al., Samantha Dammer for PARC
**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion for Leave to Withdraw as Counsel Contains negative notice. Filed by Herbert R Donica on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (Donica, Herbert) Doc #136

-Opposition to Withdrawal of Counsel Filed by Adam S Levine on behalf of Academic Alliance in Dermatology, Inc., Anna Dunedin Realty, LLC, Cygram Heritage, LLLP, Cygram Holdings, LP, Elite Car Sales, Elite Car Sales of Clearwater, Inc., Elite Financial Edge, LLC, Pat Margas, Sophia Highland Realty, LLC, Helen Vasiloudes, Panos Vasiloudes (related document(s)[136]). (Levine, Adam) Doc #137 - Granted, order by Donica
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.