UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Zdravko Talanga and Darina Talanga      Case No.: 8:17-bk-09357-MGW
                                                           Chapter 7

       Debtors.
_____/

**NOTICE OF APPEARANCE AND REQUEST TO BE
PLACED ON PARTIES IN INTEREST LIST**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for Debtors, ZDRAVKO TALANGA and DARINA TALANGA, in the above-styled Case.

Pursuant to the provisions of Local Rule 2002-1(e), request is hereby made that the undersigned counsel be place on the PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was filed via CM/ECF which will send an electronic copy to: Allan C. Watkins, Esq., Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602 court@watkinslawfl.com, as attorney for Trustee, Carolyn R. Chaney; Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, ben.e.lambers@usdoj.gov, as attorney for U.S. Trustee; this 27th day of February, 2019.

                                                          ENGLANDER FISCHER

                                                          */s/ David S. Delrahim*
                                                          David S. Delrahim, Esq.
                                                          Florida Bar No. 0066368
                                                          Primary: ddelrahim@eflegal.com
                                                          Secondary: creeder@eflegal.com
                                                          **ENGLANDER and FISCHER LLP**

2

721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax: (727) 898-7218
*Attorneys for Debtors*

00617791-1

2