ORDERED.

**Dated: February 28, 2019**

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No.: 8:17-bk-09357-MGW
                                                                                        Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL FOR
ZDRAVKO TALANGA AND DARINA TALANGA**

THIS CASE came on for hearing on February 25, 2019 at 3:00 PM to consider the Motion to Withdraw as Counsel for Zdravko Talanga and Darina Talanga (the **"Motion"**) (Doc. No. 136) and the Creditors' Elite Financial Edge, LLC, et al. Opposition to the Motion (the "**Opposition**") (Doc. No. 137). For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, it is

    **ORDERED:**

    1.    The Motion is hereby GRANTED, and the Opposition is OVERRULED. The

Donica Law Firm, P.A. and Herbert R. Donica, Esq., are authorized to withdraw as counsel for Zdravko Talanga and Darina Talanga and shall have no further responsibility for representation of Zdravko Talanga and Darina Talanga in this case.

2. All further motions, pleadings, objections, applications and other papers shall be served on Zdravko Talanga and Darina Talanga at 1925 Dolphin Drive, Belleair Bluffs, Florida 33770.

*Herbert R. Donica, Esq., is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order:*

**Zdravko Talanga** and **Darina Talanga,** 1925 Dolphin Dr., Belleair Bluffs, FL 33770
**Allan C. Watkins, Esq.**, Watkins Law Firm, P.A., 707 N. Franklin St., #750, Tampa, FL 33602
**Carolyn R. Chaney**, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747
**Office of the U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, FL 33602.