# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:  

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

Case No.: 8:17-bk-09357-MGW
Chapter 7

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Order Granting Motion to Withdraw as Counsel for Zdravko Talanga and Darina Talanga (Doc. No. 145)** was delivered by regular U.S. Mail or the Court's CM/ECF system this 28th day of February 2019, to: **Zdravko Talanga** and **Darina Talanga,** 1925 Dolphin Dr., Belleair Bluffs, FL 33770; **Allan C. Watkins, Esq.,** Watkins Law Firm, P.A., 707 N. Franklin St, #750, Tampa, FL 33602; **Carolyn R. Chaney, Chapter 7 Trustee**, PO Box 530248, St. Petersburg, FL 33747; and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

**DONICA LAW FIRM, P.A.**
307 South Boulevard, Suite D
Tampa, FL 33606
Telephone: (813) 878-9790
Facsimile: (813) 878-9746
E-mail: herb@donicalaw.com

*/s/ Herbert R. Donica*
Herbert R. Donica, Esq.
Florida Bar No. 841870