United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 17-09357-MGW
Zdravko Talanga                                                 Chapter 7
Darina Talanga
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-8          User: pbrenton          Page 1 of 2              Date Rcvd: Feb 28, 2019
                             Form ID: pdfdoc3         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
            Herbert R. Donica Esq.,,   37 South Blvd., Suite D,   Tampa, FL  33606-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
            Adam S Levine   on behalf of Plaintiff   Anna Dunedin Realty, LLC aslevine@msn.com
            Adam S Levine   on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Elite Car Sales aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff   Cygram Heritage, LLLP aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Cygram Holdings, LP aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant   Elite Car Sales, LLC aslevine@msn.com
            Adam S Levine   on behalf of Creditor   The Florida Legal Advocacy Group of Tampa Bay, P.A.
             aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant   Elite Financial Edge, LLC aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant   Sophia Highland Realty, LLC aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Anna Dunedin Realty, LLC aslevine@msn.com
            Adam S Levine   on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff Pat  Margas aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff   Elite Car Sales, LLC aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Sophia Highland Realty, LLC aslevine@msn.com
            Adam S Levine   on behalf of Creditor Pat  Margas aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Elite Financial Edge, LLC aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Elite Car Sales of Clearwater, Inc. aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Cygram Heritage, LLLP aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff   Elite Car Sales of Clearwater, Inc. aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff   Elite Financial Edge, LLC aslevine@msn.com
            Adam S Levine   on behalf of Plaintiff   Cygram Holdings, LP aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant Helen  Vasiloudes aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant Pat  Margas aslevine@msn.com
            Adam S Levine   on behalf of Creditor Adam Scott Levine aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant   Elite Car Sales of Clearwater, Inc.
             aslevine@msn.com
            Adam S Levine   on behalf of Creditor   Academic Alliance in Dermatology, Inc. aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant   Cygram Heritage, LLLP aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant Panos  Vasiloudes aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant   Cygram Holdings, LP aslevine@msn.com
            Adam S Levine   on behalf of Counter-Defendant   Anna Dunedin Realty, LLC aslevine@msn.com
            Allan C Watkins   on behalf of Trustee Carolyn R. Chaney court@watkinslawfl.com
            Allan C Watkins   on behalf of Attorney for Trustee Allan C Watkins court@watkinslawfl.com
            Allan C Watkins, Attorney for Trustee   on behalf of Trustee Carolyn R. Chaney
             court@watkinslawfl.com
            Benjamin E. Lambers   on behalf of U.S. Trustee   United States Trustee - TPA7/13
             Ben.E.Lambers@usdoj.gov
            Bradley  Halberstadt   on behalf of Creditor   Santander Consumer USA Inc., dba Chrysler Capital
             bk@szjlaw.com
            Carolyn R. Chaney   carolyn.chaney@earthlink.net,  FL46@ecfcbis.com
            Chad D Heckman   on behalf of Creditor   Hancock Bank eservice@heckmanlawgroup.com

District/off: 113A-8          User: pbrenton          Page 2 of 2          Date Rcvd: Feb 28, 2019
                             Form ID: pdfdoc3          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                David  Delrahim    on behalf of Defendant Darina  Talanga ddelrahim@eflegal.com,
                 creeder@eflegal.com
                David  Delrahim    on behalf of Debtor Zdravko  Talanga ddelrahim@eflegal.com,  creeder@eflegal.com
                David  Delrahim    on behalf of Joint Debtor Darina  Talanga ddelrahim@eflegal.com,
                 creeder@eflegal.com
                David  Delrahim    on behalf of Counter-Claimant Zdravko  Talanga ddelrahim@eflegal.com,
                 creeder@eflegal.com
                David  Delrahim    on behalf of Counter-Claimant Darina  Talanga ddelrahim@eflegal.com,
                 creeder@eflegal.com
                David  Delrahim    on behalf of Defendant Zdravko  Talanga ddelrahim@eflegal.com,
                 creeder@eflegal.com
                Herbert R Donica    on behalf of Debtor Zdravko  Talanga ecf-hrd@donicalaw.com,
                 ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
                Herbert R Donica    on behalf of Joint Debtor Darina  Talanga ecf-hrd@donicalaw.com,
                 ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com
                Jay D. Passer    on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net,  kathykorson@hotmail.com
                Michael A. Ziegler    on behalf of Creditor   EC Finance Inc mike@zieglerlawoffice.com,
                 zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
                Michael A. Ziegler    on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
                 zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
                Michael A. Ziegler    on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
                 zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
                Paul D Watson    on behalf of Creditor   Hancock Bank pwatson@sbwlegal.com,  ddevlin@sbwlegal.com
                Robert D. Eckard    on behalf of Creditor   The Law Office of Robert Eckard & Associates, P.A.
                 robert@roberteckardlaw.com,  support@roberteckardlaw.com;jessica@roberteckardlaw.com
                Samantha L Dammer    on behalf of Creditor   PARC Investment Services Corp sdammer@attysam.com,
                 bjones@attysam.com
                Samantha L Dammer    on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
                 bjones@attysam.com
                Samantha L Dammer    on behalf of Plaintiff   PARC Investment Services Corp sdammer@attysam.com,
                 bjones@attysam.com
                Samantha L Dammer    on behalf of Counter-Defendant   PARC Investment Services Corp
                 sdammer@attysam.com,  bjones@attysam.com
                United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                              TOTAL: 58

ORDERED.

**Dated:  February 28, 2019**

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ZDRAVKO TALANGA and
DARINA TALANGA,

     Debtors.
_____/

Case No.:  8:17-bk-09357-MGW
Chapter 7

**ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL FOR
ZDRAVKO TALANGA AND DARINA TALANGA**

THIS CASE came on for hearing on February 25, 2019 at 3:00 PM to consider the Motion

to Withdraw as Counsel for Zdravko Talanga and Darina Talanga (the **"Motion"**) (Doc. No. 136)

and the Creditors' Elite Financial Edge, LLC, et al. Opposition to the Motion (the "**Opposition**")

(Doc. No. 137).  For the reasons stated orally and recorded in open court that shall constitute the

decision of the Court, it is

**ORDERED:**

1.    The Motion is hereby GRANTED, and the Opposition is OVERRULED.  The

Donica Law Firm, P.A. and Herbert R. Donica, Esq., are authorized to withdraw as counsel for Zdravko Talanga and Darina Talanga and shall have no further responsibility for representation of Zdravko Talanga and Darina Talanga in this case.

2.    All further motions, pleadings, objections, applications and other papers shall be served on Zdravko Talanga and Darina Talanga at 1925 Dolphin Drive, Belleair Bluffs, Florida 33770.

*Herbert R. Donica, Esq., is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order:*

**Zdravko Talanga** and **Darina Talanga,** 1925 Dolphin Dr., Belleair Bluffs, FL 33770
**Allan C. Watkins, Esq.**, Watkins Law Firm, P.A., 707 N. Franklin St., #750, Tampa, FL 33602
**Carolyn R. Chaney**, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747
**Office of the U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, FL 33602.