# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

Zdravko Talanga and  Case Number: 8:17-bk-09357-MGW
Darina Talanga  Chapter 7

    Debtor.
_____/

## NOTICE OF WITHDRAWAL OF TRUSTEE'S REPORT
## AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE

Carolyn R. Chaney, Trustee, by and through her undersigned counsel, files this Notice of Withdrawal of Trustee's Motion to Compel (Doc. No. 142).

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**
/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by either CM/ECF electronic notice or U.S. Mail to United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Zdravko Talanga and Darina Talanga, 1925 Dolphin Dr., Bellair Bluffs, FL 33770 and to all interested parties via electronic service on the CM/ECF matrix on April 1, 2019.

/s/ Allan C. Watkins