UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____ /

PARC INVESTMENT SERVICES CORP.
A Florida corporation,

    Plaintiff,

V.

ZDRAVKO TALANGA and
DARINA TALANGA,

    Defendants.

Case No. 8:17-bk-09357-MGW

Chapter 7

Adversary Proceeding:
Case No. 8:18-ap-00278-MGW

## PLAINTIFF'S AMENDED WITNESS LIST

PARC INVESTMENT SERVICES CORP. by and through its counsel respectfully files its Amended Witness List, and states as follows:

1. Dennis McElrath, P.O. Box 523, Safety Harbor, FL 34695
2. Bradley McElrath, P.O. Box 523, Safety Harbor, FL 34695
3. Zdravko Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770
4. Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770
5. Ivan Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770
6. Anna Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770
7. Jeffrey Dowd, Esq., 156 W. Robertson Street, Brandon, FL 33511
8. Craig E. Rothburd, Esq., 320 W. Kennedy Blvd., Suite 700, Tampa FL 33606
9. All witnesses listed by Debtors.
10. All necessary rebuttal witnesses
11. Debtor reserves its right to supplement this List through discovery.

Respectfully submitted,

/s/ Samantha L. Dammer
**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fx: (813) 466-7495
Attorney for Creditor
sdammer@attysam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of May, 2019, a true and correct copy of the foregoing was sent by CM/ECF Electronic mail to the Office of the United States Trustee, and to those parties registered to receive notices via CM/ECF electronic service.

Respectfully submitted,

/s/ Samantha L. Dammer
**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fx: (813) 466-7495
Attorney for Creditor
sdammer@attysam.com