[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: May 15, 2019

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga

Darina Talanga

_____Debtor*_____/

Case No.
8:17–bk–09357–MGW
Chapter 7

### ORDER ABATING MOTION TO APPROVE COMPROMISE

THIS CASE came on for consideration, without hearing, of the Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 8:18–ap–00049 by Debtors , Doc. # 149 . After review, the Court determines that the motion , is deficient as follows:

> Service is not indicated upon creditors that hold claims for which proofs of claim have been filed, creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Fed.R.Bankr.P. 3002(c)(1) or (c)(2), and parties who have filed a request for notice pursuant to section (d) of Local Rule 2002–1, Fed.R.Bankr.P. 2002(h) and Local Rule 2002–1(c).

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.