**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: May 16, 2019**

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  

Zdravko Talanga

Darina Talanga

_____Debtor*_____/

Case No.
8:17–bk–09357–MGW
Chapter 7

### ORDER ABATING AMENDED MOTION TO APPROVE COMPROMISE

THIS CASE came on for consideration, without hearing, of the Amended Motion to Approve Compromise of Controversy or Settlement Agreement by Debtor , Doc. # 152 . After review, the Court determines that the motion , is deficient as follows:

> Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix obtained from the Clerk of Court was not attached. Fed. R. Bankr. P. 2002(a), Fed. R. Bankr. P. 3015(g) and Local Rule 9013–1(e).

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.