UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ZDRAVKO TALANGA and
DARINA TALANGA,

     Debtors.
_____/

PARC INVESTMENT SERVICES CORP.,

     Plaintiff,

v.

DARINA TALANGA and
ZDRAVKO TALANGA,

     Defendants.
_____/

CASE NO. 8:17-bk-09357-MGW
CHAPTER 7

ADV. NO.: 8:18-ap-278-MGW

## **MEDIATOR'S REPORT**

On April 26, 2019, a face to face mediation session was conducted by the appointed mediator Roy S. Kobert, Esquire ("Mediator"), followed by a series of attorney only telephonic mediation sessions ending on May 14, 2019.

    1.    Parties and counsel appearing at the face to face mediation:

For Plaintiff:
    Samantha L. Dammer, Esq. of Tampa Law Advocates, P.A. and her client representatives

For Debtors/Defendants:
    David Delrahim, Esq. of Englander Fischer and his clients, Darina and Zdravko Talanga

# 13569476 v1

2. Mediation result:

The Mediator was forced to declare an IMPASSE.

>ROY S. KOBERT, ESQ.
>Florida Supreme Court Certified Mediator
>#36341 R
>GrayRobinson, P.A.
>301 E. Pine Street, Suite 1400
>P.O. Box 3068
>Orlando, Florida 32802-3068
>(407) 843-8880 Telephone
>(407) 244-5690 Facsimile
>roy.kobert@gray-robinson.com

3. This document is being filed by Plaintiff's counsel, Samantha Dammer, at the request of the Mediator so the Mediator is not added to the CM/ECF Service List.

>  /s/ Samantha L. Dammer
>SAMANTHA L. DAMMER, ESQUIRE
>Florida Bar No.:  0036953
>Tampa Law Advocates, P.A.
>620 East Twiggs Street, Suite 110
>Tampa, FL 33602
>Ph: (813) 288-0303
>Attorney for Plaintiffs
>sdammer@attnysam.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 16th day of May, 2019  via electronic transmission to Roy S. Kobert, Mediator, 301 E. Pine St., Ste. 1400, Orlando, FL 32801 (roy.kobert@gray-robinson.com), and via CM/ECF electronic service to  David Delrahim, Esq. (ddelrahim@eflegal.com), and all parties receiving CM/ECF service.

>  /s/ Samantha L. Dammer
>SAMANTHA L. DAMMER, ESQUIRE

# 13569476 v1

Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Attorney for Plaintiffs
sdammer@attnysam.com

# 13569476 v1