UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              CASE NO. 8:17-bk-09357-MGW
                                                    CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

                 Debtors.

_____/

---

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 801 North Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, David S. Delrahim, Esq., Englander Fischer, 721 First Avenue North, St. Petersburg, Florida 33701, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**DEFENDANTS/DEBTORS' SECOND AMENDED[1] MOTION FOR
ORDER APPROVING COMPROMISE OF CONTROVERSY**

Debtors, ZDRAVKO TALANGA and DARINA TALANGA (collectively "*Debtors*"), by

and through her undersigned counsel, pursuant to Rules 2002(a)(3) and 9019 of the Federal Rules

of Bankruptcy Procedure and Local Rule of Bankruptcy Procedure 2002-4 hereby move this Court

---

[1] Amended as to Certificate of Service and attached Mailing Matrix only.

for the entry of an order approving their compromise with Elite Financial Edge, LLC, Elite Car

Sales, LLC, Elite Car Sales of Clearwater, Inc., Anna Dunedin Realty, LLC, Sophia Highland

Realty, LLC, Pat Margas, Helen Vasiloudes, Panayiotis Vasiloudes, Cygram Heritage, LLP and

Cygram Holdings, LP (collectively "Creditors") as it relates to Creditors' Corrected Amended

Complaint filed in Adversary Proceeding (Case No. 8:18-ap-00049-MGW; Adv. Pro. Doc. 43)

and in support thereof state as follows:

1.      The Debtors are debtors under Chapter 7 of the United States Bankruptcy Code

("the Code").

2.      Creditors filed an action against Debtors for denial of discharge under Section 523

of the United States Bankruptcy Code.

3.      In order to avoid the cost and uncertainty of litigation, the parties have agreed to a

settlement agreement attached hereto as **Exhibit A** to be approved by this Court.

4.      The Settlement Agreement in pertinent part assists the parties to separate ties and

provide releases of claims against one another in the broadest sense possible.

WHEREFORE, the Debtors, hereby respectfully request that this Court enter an order: (i)

granting this Motion and approving the Settlement between the Parties as set forth in the Settlement

attached hereto as Exhibit "A"; and (ii) direct the parties to comply with the terms of the Settlement

Agreement; and (iii) reserve jurisdiction to enforce the terms of the Settlement Agreement.

Dated: May 15, 2019.

/s/ David Delrahim
DAVID S. DELRAHIM
Florida Bar No. 66368
Englander Fischer
721 First Avenue North
St. Petersburg, FL 33701
Telephone: (727) 898-7210
Facsimile:  (727) 898-7218
E-Mail:  ddelrahim@eflegal.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of May, 2019, a copy of the foregoing was

served, by U.S. Mail and/or electronically through the Court's CM/ECF system, upon:

All interested parties on the attached mailing matrix and upon creditors that hold claims for which

proofs of claim have been filed, creditors, if any, that are still permitted to file claims by reason of

an extension granted pursuant to Fed.R.Bankr.P. 3002(c)(1) or (c)(2), and parties who have filed

a request for notice pursuant to section (d) of Local Rule 2002−1, Fed.R.Bankr.P. 2002(h) and

Local Rule 2002−1(c).

/s/ David S. Delrahim

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                           CASE NO. 8:17-bk-09357-MGW
                                                                 CHAPTER 7

ZDRAVKO TALANGA and
DARINA TALANGA,

          Debtors.
_____/

ELITE FINANCIAL EDGE, LLC, et. at.,
                                                                 ADV. NO.: 8:18-ap-00049-MGW
          Plaintiffs,

v.

DARINA TALANGA and
ZDRAVKO TALANGA,

          Defendants.
_____/

## MEDIATED SETTLEMENT TERM SHEET

On May 2, 2019, Roy S. Kobert served as the mediator ("Mediator") selected by the agreement of the Parties. In attendance were the Parties identified in the signature blocks at the end of this document. As a result of the face to face mediation session, Zdravko Talanga and Darina Talanga, Anna Talanga, Ivan Talanga, Elite Holdings, LLC, and the Talanga Family Irrevocable Trust (collectively "Debtors/Defendants"), along with Elite Financial Edge, LLC, Elite Car Sales, LLC, Elite Car Sales of Clearwater, Inc., Anna Dunedin Realty, LLC, Sophia Highland Realty, LLC, Pat Margas, Helen Vasiloudes, Panayiotis Vasiloudes, Cygram Heritage, LLLP and Cygram Holdings, LP (collectively "Plaintiffs"), (Plaintiffs and Defendants being "the Parties"), reached the following mediated result:

1.      This Mediated Settlement Term Sheet Agreement ("Agreement") is being entered into for the specific purpose of reaching a tentative resolution, pending only court approval, of the issues between the Parties in this above-styled adversary proceeding ("Lawsuit") without

_PV_   _DT_

1

\29602\66 - RKOBERT - # 13535858 v1
5/2/19 6:27 PM

**Exhibit "A"**

having to undertake the expense, time and attendant risks inherent in litigation to adjudicate the respective claims, counterclaims and defenses raised or that could have been raised by the Parties.

2.    **Consideration**. In addition to the consideration provided to each respective Party set forth herein, the Parties shall exchange the following consideration in connection with this Agreement:

a.    Plaintiffs transfer to Darina Talanga their entire ownership interest in Villa Anna Assisted Living Facility, LLC which shall cause Darina Talanga to be the 100% sole owner of Villa Anna Assisted Living Facility, LLC.

b.    Defendants transfer to Cygram Heritage LLLP their 1/3% ownership interest in Elite Financial Edge LLC which would cause Cygram Heritage LLLP to be the 2/3% owner of Elite Financial Edge LLC.

c.    Defendants transfer to Cygram Heritage LLLP their entire ownership interest in Anna Dunedin Realty, LLC which would cause Cygram Heritage LLLP to be the 100% sole owner of Elite Financial Edge LLC.

d.    Plaintiffs claim to be owed $3,000,000 in economic damages by Darina Talanga and Zdravko Talanga. Defendants will not object to Plaintiffs' $3,000,000 claim. The Parties agree that this and all other debt claimed by Plaintiffs against Defendants is hereby discharged as a result of this bankruptcy and Court's Discharge in Case No. 8:17-bk-09357-MGW.

e.    Within 15 days of the Bankruptcy Court approving this Agreement, Plaintiff shall dismiss the adversary proceeding, all state court proceedings by Plaintiffs against Defendants and all counter claims by Defendants against Plaintiffs.

f.    The Parties shall bear all their own fees and costs.

3.    **Tax Treatment.** The Parties do not warrant any tax treatment. Each Party is responsible for declaring each respective Parties' own tax treatment. All Parties are obligated to accurately report all economic treatment relating to the other Parties consistent with this Agreement.



PV    DT

2

4. **Covenant Not to Sue or File Other Actions**. With the exception of the Lawsuit, the Parties hereby represent, warrant and covenant that the Parties have not filed or initiated and will not, directly or indirectly through champerty and maintenance, file or initiate any other lawsuits, complaints, petitions, adversary actions or other actions or proceedings (legal, administrative, or otherwise) against the other Party and that the Parties have no other pending lawsuits, complaints, actions or proceedings against any other Parties relative to the matters at issue or that could have been at issue in the Lawsuit.

5. **Confidentiality.** The Parties agree to keep this Agreement confidential, provided, however, that the Parties may make such disclosure to their respective professional representatives (e.g., attorneys, accountants, auditors, tax preparers), if any, all of whom will be informed of and agree to be bound by this confidentiality clause, or may make such disclosure as required by law, such as in response to a governmental and/or regulatory inquiry, or in response to a subpoena, or as evidence of any required proof of release. The Parties agree that the Debtors will file this Agreement on or before May 13, 2019, failing that the Plaintff(s) shall file this Agreement.

6. **Non-disparagement.** The Parties agree that they will not make derogatory or disparaging statements about the other Parties including any facts, acts, or omissions from which the Lawsuit arose, in writing or verbally, to third parties about each other or each other's affiliate companies, and/or each other's employees, officers, directors, clients or attorneys. Nothing in this provision is intended to prohibit any Party from providing truthful testimony as may be required by subpoena or law.

6. **Mutual Release**. In consideration of the payments and actions called for herein, each of the Parties, on behalf of themselves and their respective predecessors, successors, assigns, parents, subsidiaries, affiliates, officers, directors, shareholders, agents, employees, servants, attorneys and representatives, as well as the respective heirs, personal representatives, successors and assigns of any or all of them, fully, finally and forever release, acquit and discharge the other Parties and any affiliated company of the respective party and the children of each respective Party, their respective predecessors, successors, assigns, parents, subsidiaries, affiliates, officers, directors, shareholders, agents, employees, servants, attorneys and law firms

3



_PV _DT

(including but not limited to Adam Levine, Florida Legal Advocacy Group of Tampa Bay, David Delrahim and Englander Fischer) and representatives, as well as the respective heirs, personal representatives, successors and assigns of any or all of them, of and from any and all claims, demands, debts, actions, causes of action, suits, contracts, agreements, obligations, accounts, defenses, offsets and liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, in contract or in tort, at law or in equity, from the beginning of time to the date of this Agreement, which the Parties ever had, now have, may have, or claim to have, against each other, including but not limited to claims, demands, debts, actions, causes of action, suits, contracts, agreements, obligations, accounts, defenses, offsets and liabilities of any kind arising out of or related to the Lawsuit and the facts, acts, or omissions that are the subject of the Lawsuit. Except that nothing herein will prohibit or release anyone other than the Defendants from loans owed to Elite Financial Edge, LLC. Any and all liens, judgement liens, mortgages, or encumbrances taken by Plaintiff(s) and against Defendant(s) shall be dissolved, satisfied, or otherwise removed by plaintiff within 15 days of the settlement being approved by the Court.

7.      Nothing herein constitutes an admission by any party. The Parties agree that they are affirmatively bound by the terms of this Agreement and shall act in conformity therewith pending entry of an Order approving this Agreement, unless or until this Agreement is not approved in the proceeding.

8.      This Agreement and all communications between the Parties related to this Agreement shall be subject to the mediation confidentiality provisions.

9.      This Agreement shall be binding upon the Parties and their successors and assigns and sets forth the economic terms of the Agreement. The Mediator shall remain responsible for mediating any disputes over the interpretation of this Agreement prior to any request for adjudication by presiding Judge.

10.     The Parties may execute this Agreement in counterparts. Each executed counterpart will be considered an original, and all of them together will constitute a singular Agreement.

11.     Each of the Parties shall, upon reasonable request, execute, procure, and/or deliver in favor of all of the other party any documents as are necessary to effectuate the intent of


PV   DT

4

the Parties in connection with all terms and conditions of this Agreement. The Parties agree that the Court shall reserve jurisdiction to enforce the terms and conditions of the Agreement.

12. This Agreement contains the entire understanding and agreement of the Parties, and there are no prior or contemporaneous promises, representations, agreements, warranties, or undertakings by either party to the other, either oral or written of any character or nature, except as set forth in this Agreement. This Agreement may be altered, amended, or modified only by an instrument in writing, executed and acknowledged by the Parties to this Agreement, with the same formality as this Agreement, and by no other means. Each Party waives any right to claim that this Agreement was modified, canceled, superseded, or changed by an oral agreement, course of conduct, or estoppel.

13. All matters affecting the execution, interpretation, validity and enforceability of this Agreement shall be subject to, and interpreted under, the laws of the State of Florida.

14. This Agreement was drafted with the joint participation of the Parties and shall be construed neither more strongly against nor in favor of any of them, but rather, in accordance with the fair meaning hereof. The fact that any draft of this Agreement was prepared by the Mediator with mere participation of the Parties shall create no presumptions, and, specifically, shall not cause any ambiguities to be construed against any Party. The Parties acknowledge that each has contributed toward the drafting of this Agreement and that this Agreement is the result of negotiations between the Parties before the Mediator.

15. The failure of either Party at any time to require the performance of the other of any of the terms, provisions, or conditions hereof shall in no way affect the right thereafter to enforce the same, nor shall the waiver by either Party of the breach of any of the terms, provisions, and conditions hereof, be construed or be deemed a waiver of any succeeding breach of any term, provision or condition hereof.

16. The Parties acknowledge that each fully understands all of the terms and obligations of this Agreement, and each believes the same to be fair, just, equitable, reasonable, fully acceptable, and not unconscionable.

17. The Parties enter into this Stipulation freely and voluntarily. Neither Party has been the subject of any duress, undue influence, fraud or coercion in entering this this Agreement.

5

PV    DT

18.     All Parties to this Agreement acknowledge that they have had the benefit and assistance of the representation of their own separate and independent attorneys to advise them of their rights and obligations under this Agreement, and they are also aware of what their rights would be in the absence of this Agreement.

19.     This Agreement shall be binding upon the Parties hereto and shall also be binding upon and enure to the benefit of heirs, assigns, personal representatives, and successors of the respective Parties.

20.     Each Party to this Agreement represents that it is duly authorized to execute this Agreement and that the Parties through whom each Party executes this Agreement are fully and duly empowered and authorized to execute same on the respective Party's behalf.

Dated: _MAY 2, 2019_

_____
Roy S. Kobert
Florida Supreme Court Certified Mediator # 36341-R

Elite Financial Edge, LLC

_____                Dated: _MAY 2, 2018_
By: Panayiotis Vasiloudes as authorized member

Elite Car Sales, LLC

_____                Dated: _MAY 2, 2019_
By: Panayiotis Vasiloudes as authorized member

Elite Car Sales of Clearwater, Inc.

_____                Dated: _MAY 2, 2019_
By: Panayiotis Vasiloudes  as authorized shareholder

6                                                    PV    DT

\29602\66 - RKOBERT - # 13535858 v1
5/2/19 6:27 PM

Anna Dunedin Realty, LLC

_____    Dated: MAY 2, 2019

By: Panayiotis Vasiloudes, as an authorized member


Sophia Highland Realty, LLC

_____    Dated: MAY 2, 2019

By: Panayiotis Vasiloudes, as authorized member


_____    Dated: MAY 2, 2019

Pat Margas

By: Adam Levine, Esq. as Power of Attorney for Pat Margas


_____    Dated: MAY 2, 2019

Helen Vasiloudes

By:_Adam Levine, Esq. as Power of Attorney for Helen Vasiloudes


_____    Dated: MAY 2, 2019

Panayiotis Vasiloudes


_____    Dated:_____

Zdravko Talanga, an individual


_____    Dated: 5-2-2019

Darina Talanga, an individual


PV    DT


7

Dated: 5-2-19

David Delrahim, Esq.
Attorney for Zdravko Talanga and
Darina Talanga

Elite Holdings, LLC

Dated: 5-2-19

By: Darina Talanga as authorized member

Talanga Family Irrevocable Trust

Dated: 5-2-19

By: Darina Talanga as Trustee

Dated:

Anna Talanga

Dated:

Ivan Talanga

PV  DT

8

Dated: 5-2-19

David Delrahim, Esq.
Attorney for Zdravko Talanga and
Darina Talanga

Elite Holdings, LLC

Dated: 5-2-19

By: Darina Talanga as authorized member

Talanga Family Irrevocable Trust

Dated: 5-2-19

By: Darina Talanga as Trustee

Dated: 5-2-19

Anna Talanga

Dated: 05-02-19

Ivan Talanga

Academic Alliance in Dermatology, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Anna Dunedin Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

Joy Kelley Augustine
Read & Kelley Estate Services
P.O. Box 3111
N. Fort Myers, FL 33918-3111

Cygram Heritage, LLLP
5210 Webb Road
Tampa, FL 33615-4518

Cygram Holdings, LP
5210 Webb Road
Tampa, FL 33615-4518

EC Finance Inc
2944 Saber Drive
Clearwater, FL 33759-1222

Elite Car Sales
5210 Webb Road
Tampa, FL 33615-4518

Elite Car Sales of Clearwater, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Elite Financial Edge, LLC 5210 Webb
Road
Tampa, FL 33615-4518

Hancock Bank
c/o Chad D. Heckman
P.O. Box 12492 Tallahassee, FL 32317-
2492

Hancock Bank
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street Suite 2225
Tampa, FL 33602-5213

Nicholas Hoban
c/o Jay D. Passer, Esq.
4100 W. Kennedy Blvd. Suite 322
Tampa, FL 33609-2290

Adam Scott Levine
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767-2755

Pat Margas
5210 Webb Road
Tampa, FL 33615-4518

Dennis McElrath
c/o Tampa Law Advocates, P.A.
620 E. Twiggs St.
Suite 110
Tampa, FL 33602-3938

PARC Investment Services Corp
c/o Tampa Law Advocates, P.A.
620 East Twiggs St.
Suite 110
Tampa, FL 33602-3938

Santander Consumer USA Inc., dba Chrysler
Ca
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Sheffield Financial/BB&T
Bankrutpcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

Sophia Highland Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

Eva Tagaras
2270 Lancaster Drive
Clearwater, FL 33764-6530

Darina Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Zdravko Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The Florida Legal Advocacy Group of
Tampa Ba
1180 Gulf Boulevard Suite 303
Clearwater, FL 33767-2755

Helen Vasiloudes
12108 Marblehead Drive
Tampa, FL 33626-2504

Panos Vasiloudes
5210 Webb Road
Tampa, FL 33615-4518

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024-5837

Achieva Cu
10125 Ulmerton Rd
Largo, FL 33771-3532

Adam Levine, Esq.
1180 Gulf Boulevard
Suite 303
Clearwater, FL 33767-2755

Anna Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Applied Bank
Po Box 17125
Wilmington, DE 19850-7125

(p)AUTOMOTIVE FINANCE CORPORATION
13085 HAMILTON CROSSING BLVD
SUITE 300
CARMEL IN 46032-1445

Badcock Furn
900 Missouri Ave., North
Largo, FL 33770-1812

CCS
PO Box 607
Norwood, MA 02062-0607

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

City of Clearwater Customer Service
P.O. Box 30020
Tampa, FL 33630-3020

Credit Acceptance
Po Box 513
Southfield, MI 48037-0513

Credit Collection Services
725 Carlton Sr
Norwood, MA 02062

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Department of the Treasury
IRS
PO Box 7346
Philadelphia, PA 19101-7346

Duke Energy
299 1st Ave., N
Saint Petersburg, FL 33701-3308

Edita Pavlovic
1114 85th Terrace North
APT C
Saint Petersburg, FL 33702-3311

Elite Car Sales of Clrwtr
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Elite Financial Edge LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Elite Holdings, LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 77252-2409

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065-7632

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
P. O. Box 5529
Sioux Falls, SD 57117-5529

Flomac Enterprises, LLC
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Floor & Decor
PO 960061
Orlando, FL 32896-0061

Florida Dept. of Revenue
6302 E. Martin Luther King Blvd
Suite 100
Tampa FL 33619-1166

Florida Legal Advocacy Group of Tampa Bay
1180 Gulf Boulevard, Suite 303
Clearwater, Florida 33767-2755

Floyd and Ruby McKenzie
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Ford Motor Credit CO
PO Boz 6508
Mesa, AZ 85216-6508

Ford Motor Credit Co LLC
c/o CT Corporation
1200 South Pine Island Rd Plantation, FL
33324-4413

GEICO INDEMNITY Company
c/o Chief Financial Officer
200 East Gaines St Tallahassee, FL 32399-
6502

Geico Indemnity CO
5260 Western Blvd
Chevy Chase, MD 20815-3799

George W. Greer
PO Box 1963
Clearwater, FL 33757-1963

Global Credit & Collection Corp.
Attn: Collections Department
5440 N. Cumberland Avenue, Suite 300
Chicago, IL 60656-1486

Hancock Bank
15500 Roosevelt Blvd.
Suite 102
Clearwater, FL 33760-3490

Helen Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Home Depot
PO 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110

Interstate Credit Coll
711 Coliseum Plaza Ct
Winston Salem, NC 27106-5350

Interstate Credit Collections
711 Coliseum Plaza Court
Winston Salem, NC 27106-5350

Ioannis and Eva Tagaras
2270 Lancaster Dr.
Clearwater, FL 33764-6530

Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Ivans Auto Repair, Inc.
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Jeffrey Dowd, Esq.
156 W. Robertson St
Brandon, FL 33511-5112

Jessica F. Watts, Esq.
George G. Pappas, P.A.
1822 North Belsher Rd Suite 200
Clearwater, FL 33765-1400

Joelle Schultz, Esq.
13555 Automobile BLvd
Suite 300
Clearwater, FL 33762-3837

Kass Law Firm
Attn: Edward Prichard
PO Box 800
Tampa, FL 33601-0800

LAW OFFICE OF ROBERT ECKARD
3110 Alt US Hwy 19 North
Palm Harbor, FL 34683

MB Fin Svcs
PO Box 961
Roanoke, TX 76262-0961

Mabt - Genesis Retail
Po Box 4499
Beaverton, OR 97076-4499

Marinr Finc
8211 Town Center Dr
Nottingham, MD 21236-5904

Mercedes Benz Credit
P. O. Box 685
Roanoke, TX 76262-0685

Mercerdes Benz Financial Ser
PO Box 5209
Carol Stream, IL 60197-5209

Nicholas Hoban
2940 West Bay Dr.
Apt. 502
Belleair Bluffs, FL 33770-2672

(p)NORTHERN LEASING SYSTEMS INC
525 WASHINGTON BLVD 15 FLOOR
JERSEY CITY NJ 07310-1606

One Main
9600 66th Street N., Suite B
Pinellas Park, FL 33782-4540

Parc Investment Services Cor c/o Dennis
McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Pinellas County
Office of Human Rights
400 S. Fort Harrison Ave. 5th Floor Attn:
Lisa Postell Clearwater, FL 33756-5113

Pinellas County
Office of Human Rights
Attn Lisa Postell
400 S. Harrison Ave., St 500 Clearwater, FL
33756

Pinellas County Utilities
Chance Walton
14 S. Ft. Harrison Avenue Clearwater, FL
33756-5105

Roy Melita
8786 Baywood Park Dr.
Seminole, FL 33777-4624

Sheffield Financial Co
2554 Lewisville Clemmons
Clemmons, NC 27012-8110

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Stephen G. Watts, Esq.
300 Turner St
Clearwater, FL 33756-5327

Sunshine Auto Group, LLC
c/o Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Syncb/floor & Decor
PO Box 965036
Orlando, FL 32896-5036

Syncb/home Design Nahf
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/polaris Consumer
Po Box 6153
Rapid City, SD 57709-6153

Syncb/sync Bank Luxury
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank
Attn: Bankruptcy Department
PO Box 530912
Atlanta GA 30353-0912

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank/Polaris
PO Box 965073
Orlando, FL 32896-5073

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

The Law Office of Robert D. Eckard &
Associa
3110 US Alternate 19 North
Palm Harbor, FL 34683

The Talanga Family Irre Trst
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The Talanga Family Trust
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Villa Anna Assisted Living
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Carolyn R. Chaney +
PO Box 530248
St. Petersburg, FL 33747-0248

Benjamin E. Lambers +
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Jay D. Passer +
Jay D Passer, PA
4100 W. Kennedy Boulevard, Suite 322
Tampa, FL 33609-2290

Paul D Watson +
Sivyer, Barlow & Watson, P.A.
401 East Jackson Street
Suite 2225
Tampa, FL 33602-5213

United States Trustee - TPA7/13 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Chad D Heckman +
Heckman Law Group
P.O. Box 12492
Tallahassee, FL 32317-2492

Bradley Halberstadt +
Stewart Zlimen & Jungers, Ltd,
2860 Patton Road
Roseville, MN 55113-1100

Allan C Watkins +
Watkins Law Firm, PA
PO Box 320702
Tampa, FL 33679-2702

Samantha L Dammer +
Tampa Law Advocates,P.A.
A Private Law Firm
620 East Twiggs Suite 110
Tampa, FL 33602-3938

Robert D. Eckard +
Law Office of Robert Eckard & Assoc, PA
3110 Alternate US 19 North
Palm Harbor, FL 34683

Michael A. Ziegler +
Law Office of Michael A. Ziegler P.L.
2561 Nursery Road, Suite A
Clearwater, FL 33764-1783

David Delrahim +
Englander and Fischer, LLP
721 1st Ave South
St. Petersburg, FL 33701

Adam S Levine +
Florida Legal Advocacy Grp of Tampa Bay
1180 Gulf Boulevard, #303
Clearwater, FL 33767-2755

Automotive Finance Corporation
13085 Hamilton Crossing Blvd.
Ste. 300
Carmel, IN 46032

Internal Revenue Service
Centralized Insolvency Ops
P. O. Box 21126
Philadelphia, PA 19114-0326

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365

Capital One
15000 Capital One Dr
Richmond, VA 23238

Northern Leasing Syste
132 W 31st St Fl 14
New York, NY 10001

Springleaf Financial S
9600 66th St N Ste B
Pinellas Park, FL 33782