United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 17-09357-MGW
Zdravko Talanga                                                 Chapter 7
Darina Talanga
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-8           User: migues            Page 1 of 2            Date Rcvd: May 15, 2019
                               Form ID: Dodefmao       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db/jdb        +Zdravko Talanga,   Darina Talanga,   1925 Dolphin Dr.,   Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Adam S Levine    on behalf of Plaintiff    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Helen   Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Car Sales aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Panos   Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Pat   Margas aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Pat   Margas aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Creditor Panos   Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff Helen   Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Helen   Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Elite Car Sales of Clearwater, Inc.
               aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Panos   Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Pat   Margas aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Anna Dunedin Realty, LLC aslevine@msn.com
              Allan C Watkins    on behalf of Trustee Carolyn R. Chaney allan@watkinslawfl.com
              Allan C Watkins    on behalf of Attorney for Trustee Carolyn R. Chaney allan@watkinslawfl.com
              Benjamin E. Lambers    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley Halberstadt    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com

```
District/off: 113A-8           User: migues                Page 2 of 2                   Date Rcvd: May 15, 2019
                               Form ID: Dodefmao           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Chad D Heckman    on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              David   Delrahim   on behalf of Defendant Darina   Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David   Delrahim   on behalf of Debtor Zdravko   Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David   Delrahim   on behalf of Joint Debtor Darina   Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David   Delrahim   on behalf of Counter-Claimant Zdravko   Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David   Delrahim   on behalf of Counter-Claimant Darina   Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David   Delrahim   on behalf of Defendant Zdravko   Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              Jay D. Passer    on behalf of Creditor Nicholas   Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A. Ziegler    on behalf of Creditor    EC Finance Inc mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Eva   Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Ioannis   Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Paul D Watson    on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, ddevlin@sbwlegal.com
              Robert D. Eckard    on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               robert@roberteckardlaw.com, support@roberteckardlaw.com;jessica@roberteckardlaw.com
              Samantha L Dammer    on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Creditor Dennis   McElrath sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Plaintiff    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Counter-Defendant    PARC Investment Services Corp
               sdammer@attysam.com, bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 55
```

[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: **May 15, 2019**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Zdravko Talanga

Darina Talanga

_____Debtor*_____/

Case No.
8:17−bk−09357−MGW
Chapter 7

### ORDER ABATING MOTION TO APPROVE COMPROMISE

THIS CASE came on for consideration, without hearing, of the Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 8:18−ap−00049 by Debtors , Doc. # 149 . After review, the Court determines that the motion , is deficient as follows:

Service is not indicated upon creditors that hold claims for which proofs of claim have been filed, creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Fed.R.Bankr.P. 3002(c)(1) or (c)(2), and parties who have filed a request for notice pursuant to section (d) of Local Rule 2002−1, Fed.R.Bankr.P. 2002(h) and Local Rule 2002−1(c).

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.