```
                         United States Bankruptcy Court
                            Middle District of Florida
In re:                                                         Case No. 17-09357-MGW
Zdravko Talanga                                                Chapter 7
Darina Talanga
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: balamn              Page 1 of 2             Date Rcvd: May 16, 2019
                              Form ID: Dodefmao         Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db/jdb         +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
cr             +Cygram Heritage, LLLP,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Holdings, LP,   5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
27239015       +Anna Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239029       +Edita Pavlovic,    1114 85th Terrace North,    APT C,   Saint Petersburg, FL 33702-3311
27239030       +Elite Car Sales of Clrwtr,   1925 Dolphoine Dr,,    Belleair Bluffs, FL 33770-2069
27239031       +Elite Financial Edge LLC,   1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239032       +Elite Holdings, LLC,   1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239046       +Helen Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239053       +Ivan Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239067       +Panos Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239083       +The Talanga Family Irre Trst,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239084       +The Talanga Family Trust,   1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
          Adam S Levine    on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
          Adam S Levine    on behalf of Counter-Defendant Pat  Margas aslevine@msn.com
          Adam S Levine    on behalf of Counter-Defendant    Cygram Holdings, LP aslevine@msn.com
          Adam S Levine    on behalf of Counter-Defendant    Anna Dunedin Realty, LLC aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff    Anna Dunedin Realty, LLC aslevine@msn.com
          Adam S Levine    on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
          Adam S Levine    on behalf of Creditor    Elite Car Sales aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff    Cygram Heritage, LLLP aslevine@msn.com
          Adam S Levine    on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
          Adam S Levine    on behalf of Counter-Defendant    Elite Car Sales, LLC aslevine@msn.com
          Adam S Levine    on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
           aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
          Adam S Levine    on behalf of Counter-Defendant    Elite Financial Edge, LLC aslevine@msn.com
          Adam S Levine    on behalf of Counter-Defendant    Sophia Highland Realty, LLC aslevine@msn.com
          Adam S Levine    on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff Pat  Margas aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
          Adam S Levine    on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
          Adam S Levine    on behalf of Creditor Pat  Margas aslevine@msn.com
          Adam S Levine    on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
          Adam S Levine    on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
          Adam S Levine    on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
          Adam S Levine    on behalf of Plaintiff    Cygram Holdings, LP aslevine@msn.com
```

```
District/off: 113A-8           User: balamn              Page 2 of 2                   Date Rcvd: May 16, 2019
                               Form ID: Dodefmao         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Adam S Levine    on behalf of Counter-Defendant Helen  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Elite Car Sales of Clearwater, Inc.
               aslevine@msn.com
              Adam S Levine    on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Panos  Vasiloudes aslevine@msn.com
              Allan C Watkins    on behalf of Trustee Carolyn R. Chaney allan@watkinslawfl.com
              Allan C Watkins    on behalf of Attorney for Trustee Carolyn R. Chaney allan@watkinslawfl.com
              Benjamin E. Lambers    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley  Halberstadt    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Chad D Heckman    on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              David  Delrahim    on behalf of Defendant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Defendant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Debtor Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Joint Debtor Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Counter-Claimant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Counter-Claimant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              Jay D. Passer    on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A. Ziegler    on behalf of Creditor    EC Finance Inc mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Paul D Watson    on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, ddevlin@sbwlegal.com
              Robert D. Eckard    on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               robert@roberteckardlaw.com, support@roberteckardlaw.com;jessica@roberteckardlaw.com
              Samantha L Dammer    on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Plaintiff    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Counter-Defendant    PARC Investment Services Corp
               sdammer@attysam.com, bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 55
```

[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: **May 16, 2019**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:	Case No.
	8:17−bk−09357−MGW
	Chapter 7

Zdravko Talanga

Darina Talanga

_____Debtor*_____/

### ORDER ABATING AMENDED MOTION TO APPROVE COMPROMISE

THIS CASE came on for consideration, without hearing, of the Amended Motion to Approve Compromise of Controversy or Settlement Agreement by Debtor , Doc. # 152 . After review, the Court determines that the motion , is deficient as follows:

> Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix obtained from the Clerk of Court was not attached. Fed. R. Bankr. P. 2002(a), Fed. R. Bankr. P. 3015(g) and Local Rule 9013−1(e).

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.