UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                              CASE NO. 8:17-bk-09357-MGW
                                                                                    CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

       Debtors.
_____/

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Defendants/Debtors' Second Amended Motion For Order Approving Compromise Of Controversy* (Doc. No. 155) was previously furnished on May 17, 2019, by the Court's CM/ECF electronic mail system to the Office of the U.S. Trustee and to all other parties receiving electronic service and by U.S. Mail to the creditors and parties in interest set forth on the attached mailing matrix.

                                              ENGLANDER FISCHER

                                              */s/ David S. Delrahim*
                                              David S. Delrahim, Esq.
                                              Florida Bar No.  0066368
                                              Primary:  ddelrahim@eflegal.com
                                              Secondary:  afrederick@eflegal.com
                                              **ENGLANDER and FISCHER LLP** 721
                                              First Avenue North
                                              St. Petersburg, Florida 33701
                                              Tel: (727) 898-7210 /Fax:  (727) 898-7218
                                              *Attorney for Debtors*

```
Label Matrix for local noticing          Academic Alliance in Dermatology, Inc.   Anna Dunedin Realty, LLC
113A-8                                   5210 Webb Road                           5210 Webb Road
Case 8:17-bk-09357-MGW                   Tampa, FL 33615-4518                     Tampa, FL 33615-4518
Middle District of Florida
Tampa
Thu May 16 08:43:13 EDT 2019

Joy Kelley Augustine                     Cygram Heritage, LLLP                    Cygram Holdings, LP
Read & Kelley Estate Services            5210 Webb Road                           5210 Webb Road
P.O. Box 3111                            Tampa, FL 33615-4518                     Tampa, FL 33615-4518
N. Fort Myers, FL 33918-3111


EC Finance Inc                           Elite Car Sales                          Elite Car Sales of Clearwater, Inc.
2944 Saber Drive                         5210 Webb Road                           5210 Webb Road
Clearwater, FL 33759-1222                Tampa, FL 33615-4518                     Tampa, FL 33615-4518


Elite Financial Edge, LLC                Hancock Bank                             Hancock Bank
5210 Webb Road                           c/o Chad D. Heckman                      Sivyer Barlow & Watson, P.A.
Tampa, FL 33615-4518                     P.O. Box 12492                           401 E. Jackson Street Suite 2225
                                         Tallahassee, FL 32317-2492               Tampa, FL 33602-5213


Nicholas Hoban                           Adam Scott Levine                        Pat Margas
c/o Jay D. Passer, Esq.                  1180 Gulf Boulevard, Suite 303           5210 Webb Road
4100 W. Kennedy Blvd.                    Clearwater, FL 33767-2755                Tampa, FL 33615-4518
Suite 322
Tampa, FL 33609-2290


Dennis McElrath                          PARC Investment Services Corp            Santander Consumer USA Inc., dba Chrysler Ca
c/o Tampa Law Advocates, P.A.            c/o Tampa Law Advocates, P.A.            c/o Stewart, Zlimen & Jungers, Ltd.
620 E. Twiggs St.                        620 East Twiggs St.                      2860 Patton Road
Suite 110                                Suite 110                                Roseville, MN 55113-1100
Tampa, FL 33602-3938                     Tampa, FL 33602-3938


Sheffield Financial/BB&T                 Sophia Highland Realty, LLC              Eva Tagaras
Bankrutpcy Section/100-50-01-51          5210 Webb Road                           2270 Lancaster Drive
PO Box 1847                              Tampa, FL 33615-4518                     Clearwater, FL 33764-6530
Wilson, NC 27894-1847


Darina Talanga                           Zdravko Talanga                          The Florida Legal Advocacy Group of Tampa Ba
1925 Dolphin Dr.                         1925 Dolphin Dr.                         1180 Gulf Boulevard Suite 303
Belleair Bluffs, FL 33770-2069           Belleair Bluffs, FL 33770-2069           Clearwater, FL 33767-2755


Helen Vasiloudes                         Panos Vasiloudes                         Acceptance Now
12108 Marblehead Drive                   5210 Webb Road                           5501 Headquarters Dr
Tampa, FL 33626-2504                     Tampa, FL 33615-4518                     Plano, TX 75024-5837


Achieva Cu                               Adam Levine, Esq.                        Anna Talanga
10125 Ulmerton Rd                        1180 Gulf Boulevard                      1925 Dolphin Dr.
Largo, FL 33771-3532                     Suite 303                                Belleair Bluffs, FL 33770-2069
                                         Clearwater, FL 33767-2755
```

| | | |
|---|---|---|
| Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 |
| CCS<br>PO Box 607<br>Norwood, MA 02062-0607 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | City of Clearwater Customer Service<br>P.O. Box 30020<br>Tampa, FL 33630-3020 |
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Duke Energy<br>299 1st Ave., N<br>Saint Petersburg, FL 33701-3308 |
| Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 | Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 | First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 | Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 |
| Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 | Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 | Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, Florida 33767-2755 |

```
Floyd and Ruby McKenzie            Ford Motor Credit CO              Ford Motor Credit Co LLC
1725 Robin Hood Ln                 PO Boz 6508                       c/o CT Corporation
Clearwater, FL 33764-6449          Mesa, AZ 85216-6508               1200 South Pine Island Rd
                                                                     Plantation, FL 33324-4413


GEICO INDEMNITY Company            Geico Indemnity CO                George W. Greer
c/o Chief Financial Officer        5260 Western Blvd                 PO Box 1963
200 East Gaines St                 Chevy Chase, MD 20815-3799        Clearwater, FL 33757-1963
Tallahassee, FL 32399-6502


Global Credit & Collection Corp.   Hancock Bank                      Helen Vasiloudes
Attn:  Collections Department      15500 Roosevelt Blvd.             5210 Webb Rd.
5440 N. Cumberland Avenue, Suite 300  Suite 102                      Tampa, FL 33615-4518
Chicago, IL 60656-1486             Clearwater, FL 33760-3490


Home Depot                         Internal Revenue Service          (p)INTERNAL REVENUE SERVICE
PO 790328                          Centralized Insolvency Opera      CENTRALIZED INSOLVENCY OPERATIONS
Saint Louis, MO 63179-0328         PO Box 7346                       PO BOX 7346
                                   Philadelphia, PA 19101-7346       PHILADELPHIA PA 19101-7346


Internal Revenue Service           Interstate Credit Coll            Interstate Credit Collections
PO Box 80110                       711 Coliseum Plaza Ct             711 Coliseum Plaza Court
Cincinnati, OH 45280-0110          Winston Salem, NC 27106-5350      Winston Salem, NC 27106-5350


Ioannis and Eva Tagaras            Ivan Talanga                      Ivans Auto Repair, Inc.
2270 Lancaster Dr.                 1925 Dolphin Dr.                  1925 Dolphoine Dr,
Clearwater, FL 33764-6530          Belleair Bluffs, FL 33770-2069    Belleair Bluffs, FL 33770-2069


Jeffrey Dowd, Esq.                 Jessica F. Watts, Esq.            Joelle Schultz, Esq.
156 W. Robertson St                George G. Pappas, P.A.            13555 Automobile BLvd
Brandon, FL 33511-5112             1822 North Belsher Rd             Suite 300
                                   Suite 200                         Clearwater, FL 33762-3837
                                   Clearwater, FL 33765-1400


Kass Law Firm                      LAW OFFICE OF ROBERT ECKARD       MB Fin Svcs
Attn: Edward Prichard              3110 Alt US Hwy 19 North          PO Box 961
PO Box 800                         Palm Harbor, FL 34683             Roanoke, TX 76262-0961
Tampa, FL 33601-0800


Mabt - Genesis Retail              Marinr Finc                       Mercedes Benz Credit
Po Box 4499                        8211 Town Center Dr               P. O. Box 685
Beaverton, OR 97076-4499           Nottingham, MD 21236-5904         Roanoke, TX 76262-0685


Mercerdes Benz Financial Ser       Nicholas Hoban                    (p)NORTHERN LEASING SYSTEMS INC
PO Box 5209                        2940 West Bay Dr.                 525 WASHINGTON BLVD 15 FLOOR
Carol Stream, IL 60197-5209        Apt. 502                          JERSEY CITY NJ 07310-1606
                                   Belleair Bluffs, FL 33770-2672
```

| | | |
|---|---|---|
| One Main<br>9600 66th Street N., Suite B<br>Pinellas Park, FL 33782-4540 | Parc Investment Services Cor<br>c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Pinellas County<br>Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 |
| Pinellas County<br>Office of Human Rights<br>Attn Lisa Postell<br>400 S. Harrison Ave., St 500<br>Clearwater, FL 33756 | Pinellas County Utilities<br>Chance Walton<br>14 S. Ft. Harrison Avenue<br>Clearwater, FL 33756-5105 | Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 |
| Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Stephen G. Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/home Design Nahf<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 | Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 530912<br>Atlanta GA 30353-0912 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Law Office of Robert D. Eckard & Associa<br>3110 US Alternate 19 North<br>Palm Harbor, FL 34683 | The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| The Talanga Family Trust<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Carolyn R. Chaney +<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 |
| Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Jay D. Passer +<br>Jay D Passer, PA<br>4100 W. Kennedy Boulevard, Suite 322<br>Tampa, FL 33609-2290 | Paul D Watson +<br>Sivyer, Barlow & Watson, P.A.<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602-5213 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Chad D Heckman +<br>Heckman Law Group<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Bradley Halberstadt +<br>Stewart Zlimen & Jungers, Ltd,<br>2860 Patton Road<br>Roseville, MN 55113-1100 |

| | | |
|---|---|---|
| Allan C Watkins + <br> Watkins Law Firm, PA <br> PO Box 320702 <br> Tampa, FL 33679-2702 | Samantha L Dammer + <br> Tampa Law Advocates,P.A. <br> A Private Law Firm <br> 620 East Twiggs Suite 110 <br> Tampa, FL 33602-3938 | Robert D. Eckard + <br> Law Office of Robert Eckard & Assoc, PA <br> 3110 Alternate US 19 North <br> Palm Harbor, FL 34683 |
| Michael A. Ziegler + <br> Law Office of Michael A. Ziegler P.L. <br> 2561 Nursery Road, Suite A <br> Clearwater, FL 33764-1783 | David Delrahim + <br> Englander and Fischer, LLP <br> 721 1st Ave South <br> St. Petersburg, FL 33701 | Adam S Levine + <br> Florida Legal Advocacy Grp of Tampa Bay <br> 1180 Gulf Boulevard, #303 <br> Clearwater, FL 33767-2755 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation <br> 13085 Hamilton Crossing Blvd. <br> Ste. 300 <br> Carmel, IN 46032 | Caine & Weiner <br> P.O. Box 5010 <br> Woodland Hills, CA 91365 | Capital One <br> 15000 Capital One Dr <br> Richmond, VA 23238 |
| Internal Revenue Service <br> Centralized Insolvency Ops <br> P. O. Box 21126 <br> Philadelphia, PA 19114-0326 | Northern Leasing Syste <br> 132 W 31st St Fl 14 <br> New York, NY 10001 | Springleaf Financial S <br> 9600 66th St N Ste B <br> Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ioannis Tagaras | (u)The Law Office of Robert Eckard & Associat <br> , FL | (d)Cygram Heritage, LLLP <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 |
| (d)EC Finance, Inc. <br> 2944 Saber Dr. <br> Clearwater, FL 33759-1222 | (d)Panos Vasiloudes <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | (d)Pat Margas <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 |

End of Label Matrix <br>
Mailable recipients    125 <br>
Bypassed recipients      6 <br>
Total                  131