# EXHIBIT 1

| Debtor 1 | Zdravko Talanga | | | |
|---|---|---|---|---|
| Debtor 2 | Darina Talanga | | Case number (if known) | |

| | | | |
|---|---|---|---|
| | Adriatic Cafe, LLC | 50%; 25% each debtor. % | Unknown |
| | Ivan's Auto Repair, Inc.; closed in June 20174. | 100%; 50% for each debtor. % | $0.00 |
| | Elite Holdings, LLC.<br>Elite Holdings, LLC owns partial interests in:<br>Elite Financial Edge, LLC 33.3%<br>Elite Car Sales, LLC 33.3%<br>Elite Car Sales of Cleawater, Inc. 33.3%<br>Villa Anna Assisted Living Facility, LLC 49.9%<br>Sophia Highlands Realty, LLC 49.9%<br>Anna Dunedin Realty, LLC 49.9% | 35% each debtor for a total of 70% % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
              Type of account:         Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................     Institution name or individual:

| | | |
|---|---|---|
| Utility | City of Clearwater | $800.00 |
| Electric | Duke Energy | $900.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes. Give specific information about them...

| | |
|---|---|
| The Talanga Family Irrevocable Trust dated July 31, 2015. Debtors are uncertain as to whether anything has been transferred to this trust. | Unknown |