# EXHIBIT 1

| Debtor 1 | **Zdravko Talanga** | | | |
|---|---|---|---|---|
| Debtor 2 | **Darina Talanga** | | Case number *(if known)* | |

| | | | | |
|---|---|---|---|---|
| | **Adriatic Cafe, LLC** | 50%; 25% each debtor. % | | **Unknown** |
| | **Ivan's Auto Repair, Inc.; closed in June 20174.** | 100%; 50% for each debtor. % | | **$0.00** |
| | **Elite Holdings, LLC.** **Elite Holdings, LLC owns partial interests in:** **Elite Financial Edge, LLC 33.3%** **Elite Car Sales, LLC 33.3%** **Elite Car Sales of Cleawater, Inc. 33.3%** **Villa Anna Assisted Living Facility, LLC 49.9%** **Sophia Highlands Realty, LLC 49.9%** **Anna Dunedin Realty, LLC 49.9%** | 35% each debtor for a total of 70% % | | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
          Type of account:      Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ...................      Institution name or individual:

| | | |
|---|---|---|
| **Utility** | **City of Clearwater** | **$800.00** |
| **Electric** | **Duke Energy** | **$900.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes. Give specific information about them...

| | |
|---|---|
| **The Talanga Family Irrevocable Trust dated July 31, 2015. Debtors are uncertain as to whether anything has been transferred to this trust.** | **Unknown** |