UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                              CASE NO. 8:17-bk-09357-MGW
                                                                                    CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

              Debtors.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that a Preliminary Hearing will be held in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on **July 25, 2019 at 10:00 A.M.** before the Honorable Michael G. Williamson, United States Bankruptcy Judge, to consider and act upon the following matter:

**DEFENDANT/DEBTORS' SECOND AMENDED MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY [Doc. No. 155]**

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire: You are reminded that Local Rule 5072-1(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints: You are reminded that Local Rule 5072-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

                                                        ENGLANDER FISCHER

                                                        */s/  David S. Delrahim*
                                                        David S. Delrahim, Esq.
                                                        Florida Bar No. 66368
                                                        Primary:  ddelrahim@eflegal.com
                                                        Secondary: afrederick@eflegal.com
                                                        **ENGLANDER and FISCHER LLP**
                                                        721 First Avenue North
                                                        St. Petersburg, Florida 33701
                                                        Tel: (727) 898-7210 /Fax:  (727) 898-7218
                                                        *Attorneys for Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Preliminary Hearing was forwarded by CM/ECF electronic notice or by United States mail to the following: United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; Adam S. Levine, Esq., 1180 Gulf Blvd., Suite 303, Clearwater, FL 33767; Samantha L. Dammer, Esq., Tampa Law Advocates, P.A., 620 East Twiggs Street, Suite 110, Tampa, FL 33602; Allan C. Watkins, Esq., Watkins Law Firm, P.A., P.O. Box 320702, Tampa, FL 33679; Carolyn R. Chaney, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747. and all parties of interest listed on the CM/ECF matrix via electronic notice on June 24, 2019.

*/s/ David Delrahim* _____
**DAVID S. DELRAHIM, ESQUIRE**