UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  CASE NO. 8:17-bk-09357-MGW
CHAPTER 7

ZDRAVKO TALANGA and
DARINA TALANGA,

      Debtors.
_____/

## MOTION TO CONTINUE

Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through undersigned counsel, file this Motion to Continue the Preliminary Hearing on Debtors' Second Amended Motion for Order Approving Compromise of Controversy [DOC 155], currently scheduled for July 25, 2019 at 10:00 a.m. and in support thereof states:

1. Debtors are currently in discussions with the trustee to reach a resolution regarding the objection as to Debtors' Second Amended Motion for Order Approving Compromise of Controversy [DOC 155].

2. Debtors request a thirty-day (30) continuance of the preliminary hearing to complete negotiations.

WHEREFORE, Debtors respectfully request this Honorable Court grant Debtors' Motion to Continue and grant such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was filed via CM/ECF which will send an electronic copy to: Allan C. Watkins, Esq., Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602 court@watkinslawfl.com, as attorney

for Trustee, Carolyn R. Chaney; Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, ben.e.lambers@usdoj.gov, as attorney for U.S. Trustee.

DATED this 18th day of July, 2019.

ENGLANDER FISCHER

*/s/ David S. Delrahim*
David S. Delrahim, Esq.
Florida Bar No.  0066368
Primary:  ddelrahim@eflegal.com
Secondary:  creeder@eflegal.com
**ENGLANDER and FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax:  (727) 898-7218
*Attorneys for Debtors*
