ORDERED.

Dated: July 23, 2019

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

Case No.: 8:17-bk-09357-MGW
Chapter 7

**ORDER GRANTING THE DEBTORS' MOTION TO CONTINUE [DOC. 163]**

THIS CAUSE came before the Court without a hearing on the Debtors' Motion to Continue ("***Motion***") [Doc. 163] the preliminary hearing on Debtors' Second Amended Motion for Order Approving Compromise of Controversy [Doc. 155] scheduled for July 25, 2019 at 10:00 a.m. The Court finding good cause to reschedule the hearing, accordingly, it is

**ORDERED:**

1.     The Motion is hereby GRANTED.

2.     The Preliminary Hearing is continued to September 4, 2019 at 11 A.M.

This Order shall serve as notice and no further notice shall be served.

00666295-1

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*