```
                          United States Bankruptcy Court
                            Middle District of Florida
In re:                                                               Case No. 17-09357-MGW
Zdravko Talanga                                                      Chapter 7
Darina Talanga
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-8           User: dvalencia              Page 1 of 4                   Date Rcvd: Jul 24, 2019
                               Form ID: pdfdoc              Total Noticed: 110
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.

```
db/jdb         +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
cr             +Academic Alliance in Dermatology, Inc.,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Adam Scott Levine,    1180 Gulf Boulevard, Suite 303,    Clearwater, FL 33767,
                 UNITED STATES OF AMERICA 33767-2755
cr             +Anna Dunedin Realty, LLC,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Heritage, LLLP,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Holdings, LP,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Dennis McElrath,    c/o Tampa Law Advocates, P.A.,     620 E. Twiggs St.,    Suite 110,
                 Tampa, FL 33602,    UNITED STATES 33602-3938
cr             +Elite Car Sales,    5210 Webb Road,    Tampa, FL 33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Elite Car Sales of Clearwater, Inc.,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Elite Financial Edge, LLC,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Eva Tagaras,    2270 Lancaster Drive,    Clearwater, FL 33764-6530
cr             +Hancock Bank,    c/o Chad D. Heckman,     P.O. Box 12492,    Tallahassee, FL 32317-2492
cr             +Hancock Bank,    Sivyer Barlow & Watson, P.A.,     401 E. Jackson Street Suite 2225,
                 Tampa, FL 33602-5213
cr              Helen Vasiloudes,    12108 Marblehead Drive,    Tampa, FL 33626-2504
app            +Joy Kelley Augustine,    Read & Kelley Estate Services,     P.O. Box 3111,
                 N. Fort Myers, FL 33918-3111
cr             +Nicholas Hoban,    c/o Jay D. Passer, Esq.,     4100 W. Kennedy Blvd.,    Suite 322,
                 Tampa, FL 33609-2290
cr             +PARC Investment Services Corp,     c/o Tampa Law Advocates, P.A.,     620 East Twiggs St.,
                 Suite 110,    Tampa, FL 33602-3938
cr             +Panos Vasiloudes,    5210 Webb Road,    Tampa, FL 33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Pat Margas,    5210 Webb Road,    Tampa, FL 33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Santander Consumer USA Inc., dba Chrysler Capital,     c/o Stewart, Zlimen & Jungers, Ltd.,
                 2860 Patton Road,    Roseville, MN 55113-1100
cr             +Sophia Highland Realty, LLC,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +The Florida Legal Advocacy Group of Tampa Bay, P.A,     1180 Gulf Boulevard Suite 303,
                 Clearwater, FL 33767,    UNITED STATES OF AMERICA 33767-2755
27239014       +Adam Levine, Esq.,    1180 Gulf Boulevard,    Suite 303,    Clearwater, FL 33767-2755
27239015       +Anna Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27434882      ++CAINE & WEINER COMPANY,     12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,      P.O. Box 5010,    Woodland Hills, CA 91365)
27239020       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
27239021        Chrysler Capital,    P. O. Box 660335,    Dallas, TX 75266-0335
27239022       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
27336925        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
27434883        City of Clearwater Customer Service,     P.O. Box 30020,    Tampa, FL 33630-3020
27239023       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
27239024        Credit Collection Services,    725 Carlton Sr,    Norwood, MA 02062
27239025       +Cygram Heritage, LLLP,    5210 Webb Rd.,    Tampa, FL 33615-4518
27283052        Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
27239026       +Dennis McElrath,    PO Box 523,    Safety Harbor, FL 34695-0523
27434884       +Duke Energy,    299 1st Ave., N,    Saint Petersburg, FL 33701-3308
27239028       +EC Finance, Inc.,    2944 Saber Dr.,    Clearwater, FL 33759-1222
27239029       +Edita Pavlovic,    1114 85th Terrace North,    APT C,    Saint Petersburg, FL 33702-3311
27239030       +Elite Car Sales of Clrwtr,     1925 Dolphoine Dr,,    Belleair Bluffs, FL 33770-2069
27239031       +Elite Financial Edge LLC,     1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239032       +Elite Holdings, LLC,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27434885        FMA Alliance, Ltd.,    P.O. Box 2409,    Houston, TX 77252-2409
27239033       +First Data,    3975 NW 120th Avenue,    Coral Springs, FL 33065-7632
27239034       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
27239035        First Premier Bank,    P. O. Box 5529,    Sioux Falls, SD 57117-5529
27239036       +Flomac Enterprises, LLC,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27425807       +Florida Legal Advocacy Group of Tampa Bay,     1180 Gulf Boulevard, Suite 303,
                 Clearwater, Florida 33767-2755
27239039       +Floyd and Ruby McKenzie,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27239040       +Ford Motor Credit CO,    PO Boz 6508,    Mesa, AZ 85216-6508
27239041       +Ford Motor Credit Co LLC,     c/o CT Corporation,    1200 South Pine Island Rd,
                 Plantation, FL 33324-4413
27239043       +GEICO INDEMNITY Company,    c/o Chief Financial Officer,     200 East Gaines St,
                 Tallahassee, FL 32399-6502
27239042       +Geico Indemnity CO,    5260 Western Blvd,    Chevy Chase, MD 20815-3799
27239044       +George W. Greer,    PO Box 1963,    Clearwater, FL 33757-1963
27239045      #+Hancock Bank,    15500 Roosevelt Blvd.,    Suite 102,    Clearwater, FL 33760-3490
```

```
District/off: 113A-8           User: dvalencia              Page 2 of 4                   Date Rcvd: Jul 24, 2019
                               Form ID: pdfdoc              Total Noticed: 110

27239046       +Helen Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239047       +Home Depot,    PO 790328,    Saint Louis, MO 63179-0328
27239052       +Ioannis and Eva Tagaras,    2270 Lancaster Dr.,    Clearwater, FL 33764-6530
27239053       +Ivan Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239054       +Ivans Auto Repair, Inc.,    1925 Dolphoine Dr,    Belleair Bluffs, FL 33770-2069
27239055       +Jeffrey Dowd, Esq.,    156 W. Robertson St,    Brandon, FL 33511-5112
27239056       +Jessica F. Watts, Esq.,    George G. Pappas, P.A.,    1822 North Belsher Rd,    Suite 200,
                 Clearwater, FL 33765-1400
27239057       +Joelle Schultz, Esq.,    13555 Automobile BLvd,    Suite 300,    Clearwater, FL 33762-3837
27239058       +Kass Law Firm,    Attn: Edward Prichard,    PO Box 800,    Tampa, FL 33601-0800
27239059        LAW OFFICE OF ROBERT ECKARD,    3110 Alt US Hwy 19 North,    Palm Harbor, FL 34683
27239061       +Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
27239064       +Mercerdes Benz Financial Ser,    PO Box 5209,    Carol Stream, IL 60197-5209
27239066      ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,    JERSEY CITY NJ 07310-2603
                 (address filed with court:    Northern Leasing Syste,     132 W 31st St Fl 14,    New York, NY 10001)
27239065      #+Nicholas Hoban,    2940 West Bay Dr.,    Apt. 502,    Belleair Bluffs, FL 33770-2672
27239067       +Panos Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239068       +Parc Investment Services Cor,    c/o Dennis McElrath,    PO Box 523,
                 Safety Harbor, FL 34695-0523
27239069       +Pat Margas,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239071       +Pinellas County,    Office of Human Rights,    400 S. Fort Harrison Ave.,
                 5th Floor Attn: Lisa Postell,    Clearwater, FL 33756-5113
27239070        Pinellas County,    Office of Human Rights,    Attn Lisa Postell,    400 S. Harrison Ave., St 500,
                 Clearwater, FL 33756
27380994       +Pinellas County Utilities,    Chance Walton,    14 S. Ft. Harrison Avenue,
                 Clearwater, FL 33756-5105
27239075       +Stephen G. Watts, Esq.,    300 Turner St,    Clearwater, FL 33756-5327
27239076       +Sunshine Auto Group, LLC,    c/o Ivan Talanga,    1925 Dolphin Dr.,
                 Belleair Bluffs, FL 33770-2069
27239082       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
27425825        The Law Office of Robert D. Eckard & Associates, P,    3110 US Alternate 19 North,
                 Palm Harbor, FL 34683
27239083       +The Talanga Family Irre Trst,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239084       +The Talanga Family Trust,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239085        Villa Anna Assisted Living,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Jul 25 2019 00:38:58      Sheffield Financial/BB&T,
                 Bankrutpcy Section/100-50-01-51,    PO Box 1847,    Wilson, NC  27894-1847
27373955        E-mail/Text: bankruptcy@autofinance.com Jul 25 2019 00:38:24      Automotive Finance Corporation,
                 13085 Hamilton Crossing Blvd.,    Ste. 300,    Carmel, IN 46032
27239012       +E-mail/Text: bankruptcy@rentacenter.com Jul 25 2019 00:39:56      Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
27239013       +E-mail/Text: bankruptcy@achievacu.com Jul 25 2019 00:38:20      Achieva Cu,    10125 Ulmerton Rd,
                 Largo, FL 33771-3532
27239016       +E-mail/Text: bnc-applied@quantum3group.com Jul 25 2019 00:39:24      Applied Bank,
                 Po Box 17125,    Wilmington, DE 19850-7125
27239017       +E-mail/Text: bali@badcock.com Jul 25 2019 00:36:32      Badcock Furn,    900 Missouri Ave., North,
                 Largo, FL 33770-1812
27239018        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2019 00:40:11      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
27239019        E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 25 2019 00:39:50      CCS,    PO Box 607,
                 Norwood, MA 02062-0607
27302819        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2019 00:40:24
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
27239027        E-mail/Text: cio.bncmail@irs.gov Jul 25 2019 00:38:41      Department of the Treasury,    IRS,
                 PO Box 7346,    Philadelphia, PA 19101-7346
27239037        E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:37      Floor & Decor,    PO 960061,
                 Orlando, FL 32896-0061
27239038        E-mail/Text: OGCBankruptcy@floridarevenue.com Jul 25 2019 00:36:45      Florida Dept. of Revenue,
                 6302 E. Martin Luther King Blvd,    Suite 100,    Tampa FL 33619-1166
27434886       +E-mail/Text: bankruptcy@affglo.com Jul 25 2019 00:39:09      Global Credit & Collection Corp.,
                 Attn: Collections Department,    5440 N. Cumberland Avenue, Suite 300,
                 Chicago, IL 60656-1486
27239051       +E-mail/Text: collections@datamax.com Jul 25 2019 00:38:49      Interstate Credit Coll,
                 711 Coliseum Plaza Ct,    Winston Salem, NC 27106-5350
27434887        E-mail/Text: collections@datamax.com Jul 25 2019 00:38:49      Interstate Credit Collections,
                 711 Coliseum Plaza Court,    Winston Salem, NC 27106-5350
27239062       +E-mail/Text: M74banko@daimler.com Jul 25 2019 00:39:57      MB Fin Svcs,    PO Box 961,
                 Roanoke, TX 76262-0961
27239060       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 25 2019 00:40:01      Mabt - Genesis Retail,
                 Po Box 4499,    Beaverton, OR 97076-4499
27239063        E-mail/Text: M74banko@daimler.com Jul 25 2019 00:39:57      Mercedes Benz Credit,
                 P. O. Box 685,    Roanoke, TX 76262-0685
27434888        E-mail/PDF: cbp@onemainfinancial.com Jul 25 2019 00:40:09      One Main,
                 9600 66th Street N., Suite B,    Pinellas Park, FL 33782-4540
27239074        E-mail/PDF: cbp@onemainfinancial.com Jul 25 2019 00:40:09      Springleaf Financial S,
                 9600 66th St N Ste B,    Pinellas Park, FL 33782
27239073       +E-mail/Text: bankruptcy@bbandt.com Jul 25 2019 00:38:58      Sheffield Financial Co,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
```

```
District/off: 113A-8          User: dvalencia              Page 3 of 4                  Date Rcvd: Jul 24, 2019
                              Form ID: pdfdoc              Total Noticed: 110
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
27441012          E-mail/Text: OGCBankruptcy@floridarevenue.com Jul 25 2019 00:36:45
                  State of Florida - Department of Revenue,    Post Office Box 6668,    Tallahassee, FL 32314-6668
27239077         +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:36       Syncb/floor & Decor,
                  PO Box 965036,    Orlando, FL 32896-5036
27239078         +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:36       Syncb/home Design Nahf,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
27239079         +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:10       Syncb/polaris Consumer,
                  Po Box 6153,   Rapid City, SD 57709-6153
27239080         +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:37       Syncb/sync Bank Luxury,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
27408441          E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:36       Synchrony Bank,
                  Attn: Bankruptcy Department,    PO Box 530912,    Atlanta GA 30353-0912
27424541         +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:36       Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
27239081          E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:40:36       Synchrony Bank/Polaris,
                  PO Box 965073,    Orlando, FL 32896-5073
                                                                                                TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ioannis Tagaras
cr               The Law Office of Robert Eckard & Associates, P.A.
cr*             +EC Finance Inc,    2944 Saber Drive,    Clearwater, FL 33759-1222
27239049*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Centralized Insolvency Ops,
                  P. O. Box 21126,    Philadelphia, PA 19114-0326)
27239048*        Internal Revenue Service,    PO Box 80110,    Cincinnati, OH 45280-0110
27239050*        Internal Revenue Service,    Centralized Insolvency Opera,    PO Box 7346,
                  Philadelphia, PA 19101-7346
27425841*        The Law Office of Robert D. Eckard & Associates, P,    3110 US Alternate 19 North,
                  Palm Harbor, FL 34683
27239072        ##+Roy Melita,    8786 Baywood Park Dr.,    Seminole, FL 33777-4624
                                                                                      TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:

```
              Adam S Levine    on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant Pat  Margas aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant   Cygram Holdings, LP aslevine@msn.com
              Adam S Levine    on behalf of Counter-Defendant   Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine    on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
              Adam S Levine    on behalf of Creditor   Elite Car Sales aslevine@msn.com
              Adam S Levine    on behalf of Plaintiff   Cygram Heritage, LLLP aslevine@msn.com
```

```
District/off: 113A-8           User: dvalencia              Page 4 of 4                    Date Rcvd: Jul 24, 2019
                               Form ID: pdfdoc              Total Noticed: 110
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Adam S Levine     on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Car Sales of Clearwater, Inc.
               aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Panos  Vasiloudes aslevine@msn.com
              Allan C Watkins    on behalf of Original Trustee Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins    on behalf of Trustee Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins    on behalf of Attorney for Trustee Carolyn R. Chaney court@watkinslawfl.com
              Benjamin E. Lambers    on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley Halberstadt     on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Chad D Heckman    on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              David  Delrahim    on behalf of Defendant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Defendant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Debtor Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Joint Debtor Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Counter-Claimant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim    on behalf of Counter-Claimant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              Jay D. Passer    on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A. Ziegler    on behalf of Creditor    EC Finance Inc mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler    on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Paul D Watson    on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, ddevlin@sbwlegal.com
              Robert D. Eckard    on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               robert@roberteckardlaw.com, support@roberteckardlaw.com;jessica@roberteckardlaw.com
              Samantha L Dammer    on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Plaintiff    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer    on behalf of Counter-Defendant    PARC Investment Services Corp
               sdammer@attysam.com, bjones@attysam.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 56
```

ORDERED.

Dated:  July 23, 2019

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No.:  8:17-bk-09357-MGW
                                                                                          Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

### ORDER GRANTING THE DEBTORS' MOTION TO CONTINUE [DOC. 163]

THIS CAUSE came before the Court without a hearing on the Debtors' Motion to Continue ("*Motion*") [Doc. 163] the preliminary hearing on Debtors' Second Amended Motion for Order Approving Compromise of Controversy [Doc. 155] scheduled for July 25, 2019 at 10:00 a.m. The Court finding good cause to reschedule the hearing, accordingly, it is

    **ORDERED:**

    1.    The Motion is hereby GRANTED.

    2.    The Preliminary Hearing is continued to September 4, 2019 at 11 A.M.

This Order shall serve as notice and no further notice shall be served.

00666295-1

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*