UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No.  8:17-bk-09357-MGW
                                                          Chapter 7
Zdravko Talanga
Darina Talanga

        Debtors.

_____/

## REPORT AND NOTICE OF INTENTION TO SELL PROPERTY
## OF THE ESTATE "AS IS, IN ITS PRESENT CONDITION"

**TO:**     Creditors, Debtor(s) and Parties in Interest

CAROLYN R. CHANEY, the Trustee duly appointed and acting for the above-captioned estate, reports the availability for purchase of the estate's interest in the property listed in this notice and that she intends to sell on or after the twenty first (21st) day from the date set forth on the proof of service attached to this paper, the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

        Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

        If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on Carolyn R. Chaney, Chapter 7 Trustee, Post Office Box 530248, St. Petersburg, FL 33747, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

        If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. **Description of Property**:    Non-exempt business interests of the Debtors in the following:
     Sale of 49.9% membership interest in Anna Dunedin Realty, LLC ($500.00)
     Sale of 33% membership interest in Elite Financial Edge, LLC ($500.00)
     Sale of double-wide storage shed ($2,000.00)

2. **Terms of Sale:**                Cash

3. **Manner of Sale:**            Private Sale

4. **Buyer:**                     Debtors:  Zdravko and Darina Talanga
                                  1925 Dolphin Drive, Belleair Bluffs, FL  33770

5. **Sale Price:**                $3,000.00

6. **Additional Terms:**

    a.    The property is being sold "As Is, Where Is" with no warranties of any kind.  The Trustee makes no representation or warranty of no liens.  Any lienors the Trustee believes to be existing are listed below:  None.

    b.    The Trustee proposes to sell all right, title, and interest of the bankruptcy estate, if any.  **This sale is subject to all liens and encumbrances, if any.**

    c.    In the case of private sales, the Trustee will entertain any higher bids for the purchase of the assets described in Paragraph #1 above.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.  Any higher bid must be received by the Trustee at the address listed below no later than close of business within twenty one (21) days from the date set forth on the proof of service attached to this paper.  The Trustee will only accept higher bids in increments of $500.00.  If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange the auction, after said twenty one (21) days.

    d.    THE DEBTOR(S) AGREES TO REPURCHASE THE PROPERTY LISTED IN PARAGRAPH #1 FROM THE BANKRUPTCY ESTATE.  UNTIL ALL FUNDS ARE RECEIVED FOR THE PURCHASE, THE PROPERTY WILL REMAIN PROPERTY OF THE ESTATE AND IS SUBJECT TO ADMINISTRATION BY THE TRUSTEE.  DEBTOR(S) AGREES IN THE EVENT OF DEFAULT, THE TRUSTEE WILL PROVIDE NOTICE OF DEFAULT AND CAN RECOVER THE PROPERTY WITHOUT FURTHER ORDER OF THE COURT.

    **NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this Report and Notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

DATED:  July 31, 2019.                      /s/Carolyn R. Chaney, Trustee
                                            Post Office Box 530248
                                            St. Petersburg, FL  33747-0248
                                            Telephone:    (727) 864-9851
                                            Email:  carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice has been provided by electronic or U.S. Mail delivery to the attached Creditor Matrix on July 31, 2019.

                                            /s/Carolyn R. Chaney, Trustee

Label Matrix for local noticing
113A-8
Case 8:17-bk-09357-MGW
Middle District of Florida
Tampa
Wed Jul 31 17:49:37 EDT 2019

Academic Alliance in Dermatology, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Anna Dunedin Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

Joy Kelley Augustine
Read & Kelley Estate Services
P.O. Box 3111
N. Fort Myers, FL 33918-3111

Cygram Heritage, LLLP
5210 Webb Road
Tampa, FL 33615-4518

Cygram Holdings, LP
5210 Webb Road
Tampa, FL 33615-4518

EC Finance Inc
2944 Saber Drive
Clearwater, FL 33759-1222

Elite Car Sales
5210 Webb Road
Tampa, FL 33615-4518

Elite Car Sales of Clearwater, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Elite Financial Edge, LLC
5210 Webb Road
Tampa, FL 33615-4518

Hancock Bank
c/o Chad D. Heckman
P.O. Box 12492
Tallahassee, FL 32317-2492

Hancock Bank
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street Suite 2225
Tampa, FL 33602-5213

Nicholas Hoban
c/o Jay D. Passer, Esq.
4100 W. Kennedy Blvd.
Suite 322
Tampa, FL 33609-2290

Adam Scott Levine
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767-2755

Pat Margas
5210 Webb Road
Tampa, FL 33615-4518

Dennis McElrath
c/o Tampa Law Advocates, P.A.
620 E. Twiggs St.
Suite 110
Tampa, FL 33602-3938

PARC Investment Services Corp
c/o Tampa Law Advocates, P.A.
620 East Twiggs St.
Suite 110
Tampa, FL 33602-3938

Santander Consumer USA Inc., dba Chrysler Ca
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Sheffield Financial/BB&T
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

Sophia Highland Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

Eva Tagaras
2270 Lancaster Drive
Clearwater, FL 33764-6530

Darina Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Zdravko Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The Florida Legal Advocacy Group of Tampa Ba
1180 Gulf Boulevard Suite 303
Clearwater, FL 33767-2755

Helen Vasiloudes
12108 Marblehead Drive
Tampa, FL 33626-2504

Panos Vasiloudes
5210 Webb Road
Tampa, FL 33615-4518

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024-5837

Achieva Cu
10125 Ulmerton Rd
Largo, FL 33771-3532

Adam Levine, Esq.
1180 Gulf Boulevard
Suite 303
Clearwater, FL 33767-2755

Anna Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Applied Bank
Po Box 17125
Wilmington, DE 19850-7125

(p)AUTOMOTIVE FINANCE CORPORATION
13085 HAMILTON CROSSING BLVD
SUITE 300
CARMEL IN 46032-1445

Badcock Furn
900 Missouri Ave., North
Largo, FL 33770-1812

CCS
PO Box 607
Norwood, MA 02062-0607

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

City of Clearwater Customer Service
P.O. Box 30020
Tampa, FL 33630-3020

Credit Acceptance
Po Box 513
Southfield, MI 48037-0513

Credit Collection Services
725 Carlton Sr
Norwood, MA 02062

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Department of the Treasury
IRS
PO Box 7346
Philadelphia, PA 19101-7346

Duke Energy
299 1st Ave., N
Saint Petersburg, FL 33701-3308

Edita Pavlovic
1114 85th Terrace North
APT C
Saint Petersburg, FL 33702-3311

Elite Car Sales of Clrwtr
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Elite Financial Edge LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Elite Holdings, LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 77252-2409

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065-7632

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
P. O. Box 5529
Sioux Falls, SD 57117-5529

Flomac Enterprises, LLC
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Floor & Decor
PO 960061
Orlando, FL 32896-0061

Florida Dept. of Revenue
6302 E. Martin Luther King Blvd
Suite 100
Tampa FL 33619-1166

Florida Legal Advocacy Group of Tampa Bay
1180 Gulf Boulevard, Suite 303
Clearwater, Florida 33767-2755

Floyd and Ruby McKenzie
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Ford Motor Credit CO
PO Boz 6508
Mesa, AZ 85216-6508

Ford Motor Credit Co LLC
c/o CT Corporation
1200 South Pine Island Rd
Plantation, FL 33324-4413

GEICO INDEMNITY Company
c/o Chief Financial Officer
200 East Gaines St
Tallahassee, FL 32399-6502

Geico Indemnity CO
5260 Western Blvd
Chevy Chase, MD 20815-3799

George W. Greer
PO Box 1963
Clearwater, FL 33757-1963

Global Credit & Collection Corp.
Attn:  Collections Department
5440 N. Cumberland Avenue, Suite 300
Chicago, IL 60656-1486

Hancock Bank
15500 Roosevelt Blvd.
Suite 102
Clearwater, FL 33760-3490

Helen Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Home Depot
PO 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110

Interstate Credit Coll
711 Coliseum Plaza Ct
Winston Salem, NC 27106-5350

Interstate Credit Collections
711 Coliseum Plaza Court
Winston Salem, NC 27106-5350

Ioannis and Eva Tagaras
2270 Lancaster Dr.
Clearwater, FL 33764-6530

Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Ivans Auto Repair, Inc.
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Jeffrey Dowd, Esq.
156 W. Robertson St
Brandon, FL 33511-5112

Jessica F. Watts, Esq.
George G. Pappas, P.A.
1822 North Belsher Rd
Suite 200
Clearwater, FL 33765-1400

Joelle Schultz, Esq.
13555 Automobile Blvd
Suite 300
Clearwater, FL 33762-3837

Kass Law Firm
Attn: Edward Prichard
PO Box 800
Tampa, FL 33601-0800

LAW OFFICE OF ROBERT ECKARD
3110 Alt US Hwy 19 North
Palm Harbor, FL 34683

MB Fin Svcs
PO Box 961
Roanoke, TX 76262-0961

Mabt - Genesis Retail
Po Box 4499
Beaverton, OR 97076-4499

Marinr Finc
8211 Town Center Dr
Nottingham, MD 21236-5904

Mercedes Benz Credit
P. O. Box 685
Roanoke, TX 76262-0685

Mercedes Benz Financial Ser
PO Box 5209
Carol Stream, IL 60197-5209

Nicholas Hoban
2940 West Bay Dr.
Apt. 502
Belleair Bluffs, FL 33770-2672

(p)NORTHERN LEASING SYSTEMS INC
525 WASHINGTON BLVD 15 FLOOR
JERSEY CITY NJ 07310-1606

One Main
9600 66th Street N., Suite B
Pinellas Park, FL 33782-4540

Parc Investment Services Cor
c/o Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Pinellas County
Office of Human Rights
400 S. Fort Harrison Ave.
5th Floor Attn: Lisa Postell
Clearwater, FL 33756-5113

Pinellas County
Office of Human Rights
Attn Lisa Postell
400 S. Harrison Ave., St 500
Clearwater, FL 33756

Pinellas County Utilities
Chance Walton
14 S. Ft. Harrison Avenue
Clearwater, FL 33756-5105

Roy Melita
8786 Baywood Park Dr.
Seminole, FL 33777-4624

Sheffield Financial Co
2554 Lewisville Clemmons
Clemmons, NC 27012-8110

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Stephen G. Watts, Esq.
300 Turner St
Clearwater, FL 33756-5327

Sunshine Auto Group, LLC
c/o Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Syncb/floor & Decor
PO Box 965036
Orlando, FL 32896-5036

Syncb/home Design Nahf
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/polaris Consumer
Po Box 6153
Rapid City, SD 57709-6153

Syncb/sync Bank Luxury
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank
Attn: Bankruptcy Department
PO Box 530912
Atlanta GA 30353-0912

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank/Polaris
PO Box 965073
Orlando, FL 32896-5073

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

The Law Office of Robert D. Eckard & Associa
3110 US Alternate 19 North
Palm Harbor, FL 34683

The Talanga Family Irre Trst
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The Talanga Family Trust
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Villa Anna Assisted Living
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Carolyn R. Chaney +
PO Box 530248
St. Petersburg, FL 33747-0248

Benjamin E. Lambers +
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Jay D. Passer +
Jay D Passer, PA
4100 W. Kennedy Boulevard, Suite 322
Tampa, FL 33609-2290

Paul D Watson +
Sivyer, Barlow & Watson, P.A.
401 East Jackson Street
Suite 2225
Tampa, FL 33602-5213

United States Trustee - TPA7/13 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Chad D Heckman +
Heckman Law Group
P.O. Box 12492
Tallahassee, FL 32317-2492

Bradley Halberstadt +
Stewart Zlimen & Jungers, Ltd,
2860 Patton Road
Roseville, MN 55113-1100

Allan C Watkins +
Watkins Law Firm, PA
PO Box 320702
Tampa, FL 33679-2702

Samantha L Dammer +
Tampa Law Advocates,P.A.
A Private Law Firm
620 East Twiggs Suite 110
Tampa, FL 33602-3938

Robert D. Eckard +
Law Office of Robert Eckard & Assoc, PA
3110 Alternate US 19 North
Palm Harbor, FL 34683

Michael A. Ziegler +
Law Office of Michael A. Ziegler P.L.
2561 Nursery Road, Suite A
Clearwater, FL 33764-1783

David Delrahim +
Englander and Fischer, LLP
721 1st Ave South
St. Petersburg, FL 33701

Adam S Levine +
Florida Legal Advocacy Grp of Tampa Bay
1180 Gulf Boulevard, #303
Clearwater, FL 33767-2755


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Automotive Finance Corporation
13085 Hamilton Crossing Blvd.
Ste. 300
Carmel, IN 46032

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365

Capital One
15000 Capital One Dr
Richmond, VA 23238

Internal Revenue Service
Centralized Insolvency Ops
P. O. Box 21126
Philadelphia, PA 19114-0326

Northern Leasing Syste
132 W 31st St Fl 14
New York, NY 10001

Springleaf Financial S
9600 66th St N Ste B
Pinellas Park, FL 33782


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Ioannis Tagaras

(u)The Law Office of Robert Eckard & Associat
, FL

(d)Cygram Heritage, LLLP
5210 Webb Rd.
Tampa, FL 33615-4518


(d)EC Finance, Inc.
2944 Saber Dr.
Clearwater, FL 33759-1222

(d)Panos Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

(d)Pat Margas
5210 Webb Rd.
Tampa, FL 33615-4518


End of Label Matrix
Mailable recipients    125
Bypassed recipients      6
Total                  131