FRI-30609 113A-8 pdfdoc 17-09357
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

*In regard to:*

*Case # 8:17-bk-09357-MGW*
*Chapter 7*

023891 23891 1 AB 0.409 33770 7 7 8859-1-24123

Nicholas Hoban
2940 West Bay Dr.
Apt. 502
Belleair Bluffs, FL 33770-2672

*old address*

*Sent copy of this to notify the court that Nicholas Hoban (W. Nicholas Hoban) has moved to 80 Winterbrook Dr. Cranberry Twp. PA 16066*
*August 2, 2019*

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL<br>1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| | |

**HOBAN**
80 WINTERBROOK DR.
CRANBERRY TWP., PA 16066

PITTSBURGH PA 150
03 AUG 2019 PM 3 L

United States Bankruptcy Court
Middle District of Florida
Tampa Division
301 North Florida Ave-
Tampa, FL 33602

33502-569999

