# United States Bankruptcy Court
# Middle District of Florida
# Tampa Division

In re:

ZDRAVKO TALANGA and  
DARINA TALANGA,  
       Debtors,  
_____/

Case Number: 8:17-bk-09357-MGW  
Chapter 7

### CREDITORS' OBJECTION TO TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE TO DEBTORS"

      Through undersigned, Academic Alliance in Dermatology, Inc., Adam S. Levine. M.D., J.D; Anna Dunedin Realty, LLC., Cygram Heritage, LLLP; Cygram Holdings, L.P.; Elite Car Sales, LLC; Elite Car Sales of Clearwater, Inc; The Florida Legal Advocacy Group of Tampa Bay, PA; Pat Margas; Sophia Highland Realty, LLC; Helen Vasiloudes; and Panos Vasiloudes (Creditors) object to Trustee's Notice of Intention to Sell Property related to Anna Dunedin Realty, LLC., and Elite Financial Edge, LLC., because Debtors will not be purchasing all things necessary to fulfill their obligations under a Mediated Term Sheet, Doc. 155, that was jointly negotiated and drafted during this Court's Ordered Mediation. Because the terms of this Mediated Term Sheet were and remain interdependent upon each other, and because the Creditors object to the modification or revision of any of these terms, Creditors offer to purchase from Trustee the Debtor's and/or Estate's interest(s) in Anna Dunedin Realty, LLC., and Elite Financial Edge, LLC., for the price advertised by the Trustee, and request that this Court set the Adversary Proceeding for trial. Creditors state:

1. Debtors filed their Petition for Bankruptcy protection on November 2, 2017. Doc 1.
2. Trustee filed a Notice on July 13, 2019 intending to sell, for cash, to Debtors as a private sale including: (1) 49.9% of Debtor's interest in Anna Dunedin Realty, LLC for $500.00; (2) 33% of Debtor's interest in Elite Financial Edge, LLC for $500.00.
3. Trustee's notice for sale does not include all items that the Debtor must possess in order to comply with the Mediated Term Sheet, negotiated on May 2, 2019, Doc. 155., which also frees the Debtors' children from all state civil liability. Excluded from sale are the Mutual Release terms wherein all Parties released each other including any claims or causes against both undersigned and Cygram Heritage, LLLP.

4. Specifically, those opting to purchase Estate assets in Anna Dunedin Realty, LLC., and Elite Financial Edge Realty, LLC. from the Trustee "as is" are not being informed that the operating agreements for both entities specifically indicate that: (1) any prior existing debts or liabilities of the Debtors remain with the Debtors; (2) that the purchaser will be purchasing the debts and liabilities of the Debtors and that to date, the Estate failed to pay any cash calls, funds owed, fees, or otherwise participate in any way in the governance, management, or maintenance of either business entity; and finally that (3) all proceeds from the sale or profit of the two companies was already pledged to pay a $2,000,000.00 secured promissory note for Elite Financial Edge, LLC.

**Wherefore**, Creditors object to Trustee's sale to Debtors of only a portion of the Estate necessary for Debtors to own to fulfil their terms of the Mediated Term Sheet. While Creditors' believe both Debtors' and/or the Estates' interest in Elite Financial Edge, LLC., and Anna Dunedin Realty, LLC., are worthless, Creditors are willing to purchase these alleged assets for the advertised price provided the Mediated Term Sheet is then set aside and the Adversary Complaint and any Counterclaims set for Trial.

## Certificate of Service

I certify that a true and correct copy of the foregoing was provided to the Clerk of Court and all counsel of record through the CMECF system and by U.S. Mail delivery to the attached Creditor Matrix dated 08/17/2019.

**Respectfully submitted this 17th day of August 2019**

**The Florida Legal Advocacy Group of Tampa Bay**
 /s/  Adam S. Levine
Adam S. Levine, M.D., J.D.
Florida Bar Number 78288
1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
(727) 512 – 1969 [Telephone]
(866) 242 – 4946 [Facsimile]
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]
Attorney for Creditors: Academic Alliance in Dermatology, Inc; Anna Dunedin Realty, LLC; Cygram Heritage, LLLP; Cygram Holdings, LP; Elite Financial Edge, LLC; Elite Car Sales, LLC; Elite Car Sales of Clearwater, Inc; Pat Margas, Helen Vasiloudes, Panos Vasiloudes; Sophia Highland Realty, LLC; Adam S. Levine, M.D., J.D.; The Florida Legal Advocacy Group of Tampa Bay;

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Sat Aug 17 19:32:39 EDT 2019 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 | Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Hancock Bank<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 |
| Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 |
| Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Eva Tagaras<br>2270 Lancaster Drive<br>Clearwater, FL 33764-6530 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 |
| Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 | Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 | Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |

| | | |
|---|---|---|
| Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 |
| CCS<br>PO Box 607<br>Norwood, MA 02062-0607 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | City of Clearwater Customer Service<br>P.O. Box 30020<br>Tampa, FL 33630-3020 |
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Duke Energy<br>299 1st Ave., N<br>Saint Petersburg, FL 33701-3308 |
| Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 | Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 | First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 | Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 |
| Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 | Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 | Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, Florida 33767-2755 |

| | | |
|---|---|---|
| Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 |
| GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 | Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 |
| Global Credit & Collection Corp.<br>Attn: Collections Department<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 | Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 |
| Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 | Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Interstate Credit Collections<br>711 Coliseum Plaza Court<br>Winston Salem, NC 27106-5350 |
| Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 | Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 |
| Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 | Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 | Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 |
| Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 | MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 |
| Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 |
| Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | Nicholas Hoban<br>80 Winterbrook Dr.<br>Cranberry TWP, PA 16066-7904 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 |

```
One Main                            Parc Investment Services Cor       Pinellas County
9600 66th Street N., Suite B        c/o Dennis McElrath                 Office of Human Rights
Pinellas Park, FL 33782-4540        PO Box 523                          400 S. Fort Harrison Ave.
                                    Safety Harbor, FL 34695-0523        5th Floor Attn: Lisa Postell
                                                                        Clearwater, FL 33756-5113


Pinellas County                     Pinellas County Utilities           Roy Melita
Office of Human Rights              Chance Walton                       8786 Baywood Park Dr.
Attn Lisa Postell                   14 S. Ft. Harrison Avenue           Seminole, FL 33777-4624
400 S. Harrison Ave., St 500        Clearwater, FL 33756-5105
Clearwater, FL 33756


Sheffield Financial Co              (p)SPRINGLEAF FINANCIAL SERVICES    State of Florida - Department of Revenue
2554 Lewisville Clemmons            P O BOX 3251                        Post Office Box 6668
Clemmons, NC 27012-8110             EVANSVILLE IN 47731-3251            Tallahassee, FL 32314-6668


Stephen G. Watts, Esq.              Sunshine Auto Group, LLC            Syncb/floor & Decor
300 Turner St                       c/o Ivan Talanga                    PO Box 965036
Clearwater, FL 33756-5327           1925 Dolphin Dr.                    Orlando, FL 32896-5036
                                    Belleair Bluffs, FL 33770-2069


Syncb/home Design Nahf              Syncb/polaris Consumer              Syncb/sync Bank Luxury
950 Forrer Blvd                     Po Box 6153                         950 Forrer Blvd
Kettering, OH 45420-1469            Rapid City, SD 57709-6153           Kettering, OH 45420-1469


Synchrony Bank                      Synchrony Bank                      Synchrony Bank/Polaris
Attn: Bankruptcy Department         c/o PRA Receivables Management, LLC PO Box 965073
PO Box 530912                       PO Box 41021                        Orlando, FL 32896-5073
Atlanta GA 30353-0912               Norfolk VA 23541-1021


Thd/cbna                            The Law Office of Robert D. Eckard & Associa   The Talanga Family Irre Trst
Po Box 6497                         3110 US Alternate 19 North          1925 Dolphin Dr.
Sioux Falls, SD 57117-6497          Palm Harbor, FL 34683               Belleair Bluffs, FL 33770-2069


The Talanga Family Trust            Villa Anna Assisted Living          Carolyn R. Chaney +
1925 Dolphin Dr.                    1925 Dolphin Dr.                    PO Box 530248
Belleair Bluffs, FL 33770-2069      Belleair Bluffs, FL 33770-2069      St. Petersburg, FL 33747-0248


Benjamin E. Lambers +               Jay D. Passer +                     Paul D Watson +
Timberlake Annex                    Jay D Passer, PA                    Sivyer, Barlow & Watson, P.A.
501 E. Polk Street, Suite 1200      4100 W. Kennedy Boulevard, Suite 322 401 East Jackson Street
Tampa, FL 33602-3945                Tampa, FL 33609-2290                Suite 2225
                                                                        Tampa, FL 33602-5213


United States Trustee - TPA7/13 +   Chad D Heckman +                    Bradley Halberstadt +
Timberlake Annex, Suite 1200        Heckman Law Group                   Stewart Zlimen & Jungers, Ltd,
501 E Polk Street                   P.O. Box 12492                      2860 Patton Road
Tampa, FL 33602-3949                Tallahassee, FL 32317-2492          Roseville, MN 55113-1100
```

| | | |
|---|---|---|
| Allan C Watkins + <br> Watkins Law Firm, P.A. <br> 707 North Frankin Street, Suite 750 <br> Tampa, FL 33602-4423 | Samantha L Dammer + <br> Tampa Law Advocates,P.A. <br> A Private Law Firm <br> 620 East Twiggs Suite 110 <br> Tampa, FL 33602-3938 | Robert D. Eckard + <br> Law Office of Robert Eckard & Assoc, PA <br> 3110 Alternate US 19 North <br> Palm Harbor, FL 34683 |
| Michael A. Ziegler + <br> Law Office of Michael A. Ziegler P.L. <br> 2561 Nursery Road, Suite A <br> Clearwater, FL 33764-1783 | David Delrahim + <br> Englander and Fischer, LLP <br> 721 1st Ave South <br> St. Petersburg, FL 33701 | Adam S Levine + <br> Florida Legal Advocacy Grp of Tampa Bay <br> 1180 Gulf Boulevard, #303 <br> Clearwater, FL 33767-2755 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation <br> 13085 Hamilton Crossing Blvd. <br> Ste. 300 <br> Carmel, IN 46032 | Caine & Weiner <br> P.O. Box 5010 <br> Woodland Hills, CA 91365 | Capital One <br> 15000 Capital One Dr <br> Richmond, VA 23238 |
| Internal Revenue Service <br> Centralized Insolvency Ops <br> P. O. Box 21126 <br> Philadelphia, PA 19114-0326 | Northern Leasing Syste <br> 132 W 31st St Fl 14 <br> New York, NY 10001 | Springleaf Financial S <br> 9600 66th St N Ste B <br> Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ioannis Tagaras | (u)The Law Office of Robert Eckard & Associat <br> , FL | (u)Michael G. Williamson <br> Tampa |
| (d)Cygram Heritage, LLLP <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | (d)EC Finance, Inc. <br> 2944 Saber Dr. <br> Clearwater, FL 33759-1222 | (d)Panos Vasiloudes <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 |
| (d)Pat Margas <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | End of Label Matrix <br> Mailable recipients   126 <br> Bypassed recipients     7 <br> Total                 133 | |