UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.

Case No. 8:17-bk-09357-MGW

Chapter 7

**OBJECTION TO TRUSTEE'S NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE 'AS IS, IN ITS PRESENT CONDITION"**

COMES NOW, the PARC INVESTMENT SERVICES CORP herein, and by and through its undersigned counsel objects to the Trustee's Notice of Intention to Sell Property of The Estate (Doc. No. 167) and in support states as follows:

**General Background**

1. This is a voluntary individual Chapter 7 case filed by the Debtors on November 2, 2017.

2. Two adversary actions are pending in this case, namely:

    a. Elite Financial Edge, LLC, et. al v. Darina & Zdravko Talanga (18-ap-00049-MGW); and

    b. Parc Investment Services Corp. v. Darina & Zdravko Talanga (18-ap-00278-MGW)

3. After the conclusion of a court-ordered mediation session in the first adversary case, Debtors filed a Motion to approve a Mediated Settlement Term Sheet ("the Settlement") which was attached as Exhibit A to the Debtors' Motion.

1

4. The Mediated Settlement is not in the best interest of the Debtors' estate or its creditors and should therefore be rejected, pursuant to a pending Objection filed herein by this Creditor.

5. The gist of this separate Objection is that the Trustee's proposed sale is based upon deception by the Debtors, and possibly collusion, and should be enjoined.

**6.** The Debtors' business interests in Elite Financial Edge LLC (33%) and Anna Dunedin Realty LLC (49.9%) are part of the bankruptcy estate.

7. The Trustee intends to sell these business interests back to the Debtors for $500 per business interest.

**8.** Once again in this case, the Debtors have not been truthful in that they represented their business interests to be worthless, yet Anna Dunedin Realty LLC owns real estate located at 353 Colonial Court, Dunedin Florida which is listed on the MLS for $399,900 with "contract pending" status since May 9, 2019.  See attached Exhibit 1.

9. Counsel for the Trustee was unaware of this pending real estate transaction when he filed the Notice of Intent to Sell.

**10.** Given the history of this case and the ongoing secrecy of the financial dealings between Debtors and the active group of creditors represented by Adam S. Levine, Esq., it is unlikely that the Debtors' interest in these assets are "worthless" as opined in Mr. Levine's Objection to the Sale (Doc. No. 169).

**11.** In fact, upon review of Mr. Levine's limited Objection, the strategy appears to be one of collusion by the Debtors and certain creditors.  The goal seems to be to obtain circumvention of a hearing on the Motion to Approve Compromise, and to get the terms of the Mediated Term Sheet results without due process.

12. It cannot be a coincidence that the real estate in question went under contract merely three days after the Mediated Term Sheet was executed between Mr. Levine's clients and the Debtors.

13. Whatever might be going on, the Trustee's sale should be enjoined based upon the fact that Debtors' 49% of Anna Dunedin Realty, LLC is obviously worth more than $500 because it is in the process of selling a $400,000 parcel of real estate.

14. The price of $500 per business interest is insufficient and not in the best interest of the creditors.

15. This Court should enjoin the title company from closing the real estate located at 353 Colonial Court;

16. This Court should order the Debtors to provide operating agreements for each entity so that it can be determined whether the real estate listing contract with Mandalay Realty, Inc. and sales contract are valid, as well as to determine the Trustee's rights with regard to these two executory contracts.

17. Because of their deception, the Debtors should be disqualified from bidding on any buy-back of estate property.

18. Creditor reserves its right to bid for each business interest should this Objection be overruled.

WHEREFORE, PARC INVESTMENT SERVICES CORP. respectfully requests that the Court enter an order as follows:

a. abating the Trustee's Notice of Intention to Sell Property of the Estate;

b.  Enjoining the title company from closing the real estate transaction located at 353 Colonial Court E, Dunedin, Florida;

c.  Compelling Debtors to provide the Trustee and interested creditors with operating agreements for Anna Dunedin Realty, LLC and Elite Financial Edge, LLC within seven (7) days;

d.  Disqualifying Debtors directly or through any third party or affiliate from the bidding process for any estate buy-back;

e.  and grant any other and further relief as this Court deems just.

Dated this 19th day of August, 2019.
By: /s/ Samantha L. Dammer, Esq.

**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Tampa Law Advocates, P.A.
620 E. Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Fx: (813) 466-7495
sdammer@attysam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of August, 2019, a true and correct copy of the foregoing was sent by CM/ECF Electronic mail to all parties of interest on the Court's CM/ECF System and to the Creditor Matrix.

              *\_\_/s/ Samantha L. Dammer_____*
              **SAMANTHA L. DAMMER, ESQUIRE**
              Florida Bar No.: 0036953
              Tampa Law Advocates, P.A.
              620 East Twiggs Street, Suite 110
              Tampa, FL 33602
              Ph: (813) 288-0303
              sdammer@attysam.com