| | Criteria | Map | Results |
|---|---|---|---|

Previous · Next · 1 of 1        Checked 0        All · None · Page        Cross Property Single Line...        Display Broker Synopsis     ∨ at 1    ∨ per page



**U8024054        353 COLONIAL CT E, DUNEDIN, FL 34698**



| County: Pinellas | Status: Pending |
|---|---|
| | Backups Requested: Yes |
| | List Date: 11/09/2018 |
| Subdiv: COLONIAL VILLAGE | List Price: $399,900 |
| Beds: 7 | Year Built: 1926 |
| Baths: 6/1 | Special Sale: None |
| Pool: None | ADOM: 181 |
| Property Style: Single Family Residence | CDOM: 181 |
| Total Acreage: Up to 10,889 Sq. Ft. | Pets: |
| Garage: No  Attch:  Spcs: | Carport: Yes  Spcs: 4 |
| Garage/Parking Features: | |
| LP/SqFt: $102.33 | Heated Area: 3,908 SqFt / 363 SqM |
| | Total Area: 4,844 SqFt / 450 SqM |
| Home Warranty Y/N: No | |
| New Construction: No | |
| Flood Zone Code: X | |

**1 / 20**

This Single Family Home consist of 7 Beds / 6 Baths and a guest bathroom off the living room. The Seller is selling "AS IS" for $425,000. or best offer. Home is located minutes away from downtown Dunedin. Restaurants, shopping, nightlife, Spring Training Baseball and Beaches, all within minutes from this property. 7 bedroom, 7 bath home includes first floor bedroom, recently updated interior, new kitchen and bathrooms. This is a great opportunity for a large extended family. Home is 100% Fire Sprinkled. Home is 4,844 Gross Sq. Ft., and 3,908 Heated Sq. Ft. The home also has a Special permitted use as an ALF. Seller will not except a contract contingent on ALF approval from ACHA. 1. Covered Front Porch is 10 Feet Wide x 36 Feet Long streching along front of the house entrance 2. The Kichen measures 9.25 Ft. x 13 Ft. 3. The walk in food Pantry is 5 Ft. x 7.50 Ft. 4. Living Room is 20.66 Ft. Wide x 35 Ft. Long with a guest Bathroom off the Living Area 5. Private office behind the kitchen is 11 Ft. x 13.5 6. Sitting Parlor off the Kitchen area measuring 15 Ft. x 16 Ft. 7. A Childrens Playroom behind the Parlor measuring 11 Ft. x 11 Ft. 8. Full size bedroom, full bath & Walk in Closet behind the office is 12.66 Ft. x 18.66 Ft. 9. Three Bedrooms Upstairs. A private Master Suite 17 Ft. x 22 Ft., Master Bedroom, walk in Closet, double sink Master Bath 8 Ft. x 12 Ft., pluse (upstairs), two bedrooms to share a full bath, one is 13.66 Ft. x 17 Ft., the other is 11.58 Ft. x 12 ft.

**Land, Site, and Tax Information**

| | | |
|---|---|---|
| Legal Desc: COLONIAL VILLAGE LOTS 16 AND 17 | | |
| SE/TP/RG: 34-28-15 | Zoning: | |
| Subdivision #: | Future Land Use: | Block/Parcel: 000 |
| Tax ID: 34-28-15-17478-000-0160 | Zoning Comp: | Front Exposure: |
| Taxes: $5,860 | Tax Year: 2018 | Lot #: 16 |
| Homestead: Yes | | Other Exemptions: |
| | CDD: No Annual CDD Fee: | |
| Ownership: Fee Simple | Complex/Comm Name: | |
| Flood Zone: X | Flood Zone Date: 09/03/2003 | Flood Zone Panel: 12103C0068G |
| Floors in Unit/Home: | Floor #: | Planned Unit Dev: |
| Book/Page: 54-47 | Census Block: | Census Tract: 270.00 |
| Total # of Floors: 2 | Bldg Name/#: | |
| Land Lease Fee: | Total Units: | |
| Lot Dimensions: | Lot Size Acres: 0.24 | Lot Size: 10,293 SqFt / 956 SqM |

**Interior Information**

A/C: Central Air, Wall/Window Unit(s)
Heat/Fuel: Central, Wall Units / Window Unit
Utilities: Cable Connected, Electricity Connected, Phone Available, Sewer Connected, Underground Utilities, Water Available
Sewer: Public Sewer
Water: Public
Fireplace: No
Heated Area Source: Appraisal

Appliances Incl: Built-In Oven, Cooktop, Dishwasher, Disposal, Electric Water Heater, Microwave, Refrigerator, Washer
Flooring Covering: Ceramic Tile
Interior Feat: Eating Space In Kitchen, Kitchen/Family Room Combo, Living Room/Dining Room Combo, Open Floorplan, Walk-In Closet(s)

| Room Type | Level | Dimen | Flooring | Features |
|---|---|---|---|---|
| Balcony/Porch/Lanai | First | 10x36 | Ceramic Tile | |
| Kitchen | First | 9.25x13 | Ceramic Tile | |
| Living Room | First | 20.66x35 | Ceramic Tile | |
| Office | First | 11x13.5 | Ceramic Tile | |
| Game Room | First | 15x16 | Ceramic Tile | |
| Master Bedroom | Second | 17x22 | Ceramic Tile | |
| Master Bathroom | Second | 8x12 | Ceramic Tile | |

**Exterior Information**

Ext Construction: Block, Wood Frame
Roof: Shingle                                          Garage Dim:
Property Description:                          Architectural Style:
Ext Features: Fenced
Pool: None                        Pool Dimensions:                                Spa: No
Pool Features:
Patio And Porch Features:
Foundation: Slab
Garage/Parking Features:

**Green Features**

Disaster Mitigation:                        Green Water Features:

**Community Information**

Condo Fee:                    Other Fee:                        Housing for Older Per: No

**Realtor Information**

| | | |
|---|---|---|
| List Agent: Mike Elliott | List Agent ID: 260036034 | List Agent Direct: 727-442-6050 |
| List Agent E-mail: mikeelliott2@juno.com | List Agent Fax: 727-447-4561 | List Agent Cell: |
| List Agent 2: Peter Nascarella | List Agent 2 ID: 260010034 | List Agent 2 Phone: 727-447-2758 |
| List Agent 2 Email: peternascarella@yahoo.com | | |
| Sales Team: | | Call Center #: 727-580-8707 |
| List Office: MANDALAY REALTY INC | | List Office ID: 260014005 |
| Original Price: $425,000 | List Office Fax: 727-447-4561 | List Office Phone: 727-442-6050 |
| List Date: 11/09/2018 | | LP/SqFt: $102.33 |
| Previous Price: $425,000 | Price Change: 03/24/2019 | Expiration Date: |
| Representation: | Listing Service Type: Full Service | |
| Owner: ANNA DUNEDIN REALTY LLC | Owner Phone: | Listing Type: Exclusive Right To Sell |



**Financing Avail:** ✓

**Contract Status:** Financing
**Contract:** 05/09/2019
**Selling Agent:**
**Dual Variable Compensation:** No
**Single Agent:** 3%-$250
**Realtor Info:**
**Confidential Info:**

**Association/Manager Name:**
**Association/Manager Phone:**
**Days to Cont:** 181          **Exp Clsg Date:** 09/26/2019

**Sell Office:**

**Non-Rep:**                    **Trans Broker:** 3%-$250

**Showing Instructions:** Call Listing Agent, Combination Lock Box, Lock Box Coded
**Driving Directions:** East from Edgewater Drive on Beltrees across Douglas and Milwaukee Avenue, then right on Colonial Court, to 353 Colonial Court
**Realtor Remarks:** Selling "AS IS" for $399,900. or best offer. Home is located minutes away from downtown Dunedin. Restaurants, shopping, nightlife, Spring Training Baseball and Beaches, all within minutes from this property. This is a great opportunity for large extended family. Home is 100% Fire Sprinkled. 3.908 Heated Sq. Ft., 4,844 Gross Sq. Ft. Home has a Special permitted use as an ALF. Contract can not be contingent on ALF approval from ACHA. Call Listing Broker, Mike Elliott (727) 580-8707 for Lock Box Code

Click on the arrow to view History Information

If you believe there is a violation on this listing, click here to report the problem.

Status is 'Active'
Status is 'Pending'
Status Contractual Search Date is 08/13/2019 to 02/14/2019
Street Number is 353
Street Name is like 'colonial*'
State is 'Florida'
Ordered by Status, Current Price
Found 1 result in 0.02 seconds.