```
3A-8
se 8:17-bk-09357-MGW
ddle District of Florida
mpa
t Aug 17 19:32:39 EDT 2019

y Kelley Augustine                  Cygram Heritage, LLLP              Cygram Holdings, LP
ad & Kelley Estate Services         5210 Webb Road                     5210 Webb Road
D. Box 3111                         Tampa, FL 33615-4518               Tampa, FL 33615-4518
  Fort Myers, FL 33918-3111


   Finance Inc                      Elite Car Sales                    Elite Car Sales of Clearwater, Inc.
44 Saber Drive                      5210 Webb Road                     5210 Webb Road
earwater, FL 33759-1222             Tampa, FL 33615-4518               Tampa, FL 33615-4518


ite Financial Edge, LLC             Hancock Bank                       Hancock Bank
10 Webb Road                        c/o Chad D. Heckman                Sivyer Barlow & Watson, P.A.
mpa, FL 33615-4518                  P.O. Box 12492                     401 E. Jackson Street Suite 2225
                                    Tallahassee, FL 32317-2492         Tampa, FL 33602-5213


cholas Hoban                        Adam Scott Levine                  Pat Margas
o Jay D. Passer, Esq.               1180 Gulf Boulevard, Suite 303     5210 Webb Road
00 W. Kennedy Blvd.                 Clearwater, FL 33767-2755          Tampa, FL 33615-4518
ite 322
mpa, FL 33609-2290


nnis McElrath                       PARC Investment Services Corp      Santander Consumer USA Inc., dba Chrysler
o Tampa Law Advocates, P.A.         c/o Tampa Law Advocates, P.A.      c/o Stewart, Zlimen & Jungers, Ltd.
0 E. Twiggs St.                     620 East Twiggs St.                2860 Patton Road
ite 110                             Suite 110                          Roseville, MN 55113-1100
mpa, FL 33602-3938                  Tampa, FL 33602-3938


effield Financial/BB&T              Sophia Highland Realty, LLC        Eva Tagaras
nkrutpcy Section/100-50-01-51       5210 Webb Road                     2270 Lancaster Drive
 Box 1847                           Tampa, FL 33615-4518               Clearwater, FL 33764-6530
lson, NC 27894-1847


rina Talanga                        Zdravko Talanga                    The Florida Legal Advocacy Group of Tampa
25 Dolphin Dr.                      1925 Dolphin Dr.                   1180 Gulf Boulevard Suite 303
lleair Bluffs, FL 33770-2069        Belleair Bluffs, FL 33770-2069     Clearwater, FL 33767-2755


len Vasiloudes                      Panos Vasiloudes                   Acceptance Now
108 Marblehead Drive                5210 Webb Road                     5501 Headquarters Dr
mpa, FL 33626-2504                  Tampa, FL 33615-4518               Plano, TX 75024-5837


hieva Cu                            Adam Levine, Esq.                  Anna Talanga
125 Ulmerton Rd                     1180 Gulf Boulevard                1925 Dolphin Dr.
rgo, FL 33771-3532                  Suite 303                          Belleair Bluffs, FL 33770-2069
                                    Clearwater, FL 33767-2755
```

| | | |
|---|---|---|
| Box 17125<br>lmington, DE 19850-7125 | 13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | 900 Missouri Ave., North<br>Largo, FL 33770-1812 |
| S<br>Box 607<br>rwood, MA 02062-0607 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| pital One Bank (USA), N.A.<br>Box 71083<br>arlotte, NC 28272-1083 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 |
| rysler Capital<br>Box 961275<br>rt Worth, TX 76161-0275 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | City of Clearwater Customer Service<br>P.O. Box 30020<br>Tampa, FL 33630-3020 |
| edit Acceptance<br>Box 513<br>uthfield, MI 48037-0513 | Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| nnis McElrath<br>Box 523<br>fety Harbor, FL 34695-0523 | Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Duke Energy<br>299 1st Ave., N<br>Saint Petersburg, FL 33701-3308 |
| ita Pavlovic<br>14 85th Terrace North<br>T C<br>int Petersburg, FL 33702-3311 | Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| ite Holdings, LLC<br>25 Dolphin Dr.<br>lleair Bluffs, FL 33770-2069 | FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 | First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 |
| rst Premier Bank<br>20 N Louise Ave<br>oux Falls, SD 57107-0145 | First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 | Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 |
| oor & Decor<br>960061<br>lando, FL 32896-0061 | Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 | Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, Florida 33767-2755 |

| | | |
|---|---|---|
| 25 Robin Hood Ln<br>earwater, FL 33764-6449 | PO Boz 6508<br>Mesa, AZ 85216-6508 | Garbage Goods Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 |
| ICO INDEMNITY Company<br>o Chief Financial Officer<br>0 East Gaines St<br>llahassee, FL 32399-6502 | Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 |
| obal Credit & Collection Corp.<br>tn: Collections Department<br>40 N. Cumberland Avenue, Suite 300<br>icago, IL 60656-1486 | Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 |
| ne Depot<br>790328<br>int Louis, MO 63179-0328 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ternal Revenue Service<br>Box 80110<br>ncinnati, OH 45280-0110 | Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Interstate Credit Collections<br>711 Coliseum Plaza Court<br>Winston Salem, NC 27106-5350 |
| annis and Eva Tagaras<br>70 Lancaster Dr.<br>earwater, FL 33764-6530 | Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 |
| ffrey Dowd, Esq.<br>6 W. Robertson St<br>andon, FL 33511-5112 | Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 | Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 |
| ss Law Firm<br>tn: Edward Prichard<br>Box 800<br>mpa, FL 33601-0800 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 | MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 |
| bt - Genesis Retail<br>Box 4499<br>averton, OR 97076-4499 | Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 |
| rcerdes Benz Financial Ser<br>Box 5209<br>rol Stream, IL 60197-5209 | Nicholas Hoban<br>80 Winterbrook Dr.<br>Cranberry TWP, PA 16066-7904 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 |

| | | |
|---|---|---|
| 00 66th Street N., Suite B<br>nellas Park, FL 33782-4540 | c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 |
| nellas County<br>fice of Human Rights<br>tn Lisa Postell<br>0 S. Harrison Ave., St 500<br>earwater, FL 33756 | Pinellas County Utilities<br>Chance Walton<br>14 S. Ft. Harrison Avenue<br>Clearwater, FL 33756-5105 | Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 |
| effield Financial Co<br>54 Lewisville Clemmons<br>emmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| ephen G. Watts, Esq.<br>0 Turner St<br>earwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| ncb/home Design Nahf<br>0 Forrer Blvd<br>ttering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 | Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| nchrony Bank<br>tn: Bankruptcy Department<br>Box 530912<br>lanta GA 30353-0912 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 |
| i/cbna<br>Box 6497<br>oux Falls, SD 57117-6497 | The Law Office of Robert D. Eckard & Associa<br>3110 US Alternate 19 North<br>Palm Harbor, FL 34683 | The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| e Talanga Family Trust<br>25 Dolphin Dr.<br>lleair Bluffs, FL 33770-2069 | Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Carolyn R. Chaney +<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 |
| njamin E. Lambers +<br>mberlake Annex<br>1 E. Polk Street, Suite 1200<br>mpa, FL 33602-3945 | Jay D. Passer +<br>Jay D Passer, PA<br>4100 W. Kennedy Boulevard, Suite 322<br>Tampa, FL 33609-2290 | Paul D Watson +<br>Sivyer, Barlow & Watson, P.A.<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602-5213 |
| ited States Trustee - TPA7/13 +<br>mberlake Annex, Suite 1200<br>1 E Polk Street<br>mpa, FL 33602-3949 | Chad D Heckman +<br>Heckman Law Group<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Bradley Halberstadt +<br>Stewart Zlimen & Jungers, Ltd,<br>2860 Patton Road<br>Roseville, MN 55113-1100 |

| | | |
|---|---|---|
| tkins Law Firm, P.A.<br>7 North Frankin Street, Suite 750<br>mpa, FL 33602-4423 | Tampa Law Advocates,P.A.<br>A Private Law Firm<br>620 East Twiggs Suite 110<br>Tampa, FL 33602-3938 | Law Office of Robert Eckard & Assoc, PA<br>3110 Alternate US 19 North<br>Palm Harbor, FL 34683 |
| chael A. Ziegler +<br>w Office of Michael A. Ziegler P.L.<br>61 Nursery Road, Suite A<br>earwater, FL 33764-1783 | David Delrahim +<br>Englander and Fischer, LLP<br>721 1st Ave South<br>St. Petersburg, FL 33701 | Adam S Levine +<br>Florida Legal Advocacy Grp of Tampa Bay<br>1180 Gulf Boulevard, #303<br>Clearwater, FL 33767-2755 |

te: Entries with a '+' at the end of the
me have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| tomotive Finance Corporation<br>085 Hamilton Crossing Blvd.<br>e. 300<br>rmel, IN 46032 | Caine & Weiner<br>P.O. Box 5010<br>Woodland Hills, CA 91365 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| ternal Revenue Service<br>ntralized Insolvency Ops<br>O. Box 21126<br>iladelphia, PA 19114-0326 | Northern Leasing Syste<br>132 W 31st St Fl 14<br>New York, NY 10001 | Springleaf Financial S<br>9600 66th St N Ste B<br>Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )Ioannis Tagaras | (u)The Law Office of Robert Eckard & Associat<br>, FL | (u)Michael G. Williamson<br>Tampa |
| )Cygram Heritage, LLLP<br>10 Webb Rd.<br>mpa, FL 33615-4518 | (d)EC Finance, Inc.<br>2944 Saber Dr.<br>Clearwater, FL 33759-1222 | (d)Panos Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 |
| )Pat Margas<br>10 Webb Rd.<br>mpa, FL 33615-4518 | End of Label Matrix<br>Mailable recipients   126<br>Bypassed recipients     7<br>Total                  133 | |