UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

                                        Case No.  8:17-bk-09357-MGW

Zdravko Talanga                                   Chapter 7
Darina Talanga

      Debtors.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HERBY GIVEN THAT:

     A Preliminary Hearing in this case will be held on **SEPTEMBER 4, 2019** at **11:00 a.m.**, in Courtroom 8A, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Tampa, FL  33602, to consider and act upon the following:

     Trustee's Report and Notice of Intention to Sell Property of the Estate [sale back to the debtors] Doc. No. 167 and Objections to Sale filed by Adam S. Levine, Esquire (Doc. No. 169) and Samantha L. Dammer, Esquire (Doc. No. 170).

     1.  The hearing may be continued upon announcement made in open Court without further notice.

     2.  Appropriate Attire.  You are reminded that Local Rule 5072-1(b)(17) requires that all persons appearing in court should dress in business attire consistent with their financial abilities.  Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

     3.  Avoid delays at Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic or U.S. mail delivery on August 26, 2019, to:

Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV
Debtors: Zdravko and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL  33770
Attorney for Debtors:  David Delrahim, Esquire, 721 1st Avenue South, St. Petersburg, FL
     33701; Email: ddelrahim@eflegal.com
Interested Parties on attached Notice List.

                                                           /s/ Carolyn R. Chaney, Trustee
                                                           Post Office Box 530248
                                                           St. Petersburg, FL 33747-0248
                                                           Telephone:  (727) 864-9851
                                                           Email:  carolyn.chaney@earthlink.net

# Mailing Information for Case 8:17-bk-09357-MGW

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Carolyn R. Chaney**  carolyn.chaney@earthlink.net, FL46@ecfcbis.com
- **Samantha L Dammer**  sdammer@attysam.com, bjones@attysam.com
- **David Delrahim**  ddelrahim@eflegal.com, creeder@eflegal.com;afrederick@eflegal.com
- **Robert D. Eckard**  robert@roberteckardlaw.com, support@roberteckardlaw.com;jessica@roberteckardlaw.com
- **Bradley Halberstadt**  bk@szjlaw.com
- **Chad D Heckman**  eservice@heckmanlawgroup.com
- **Benjamin E. Lambers**  Ben.E.Lambers@usdoj.gov
- **Adam S Levine**  aslevine@msn.com
- **Jay D. Passer**  tbcc2@verizon.net, kathykorson@hotmail.com
- **United States Trustee - TPA7/13**  USTPRegion21.TP.ECF@USDOJ.GOV
- **Allan C Watkins**  court@watkinslawfl.com
- **Paul D Watson**  pwatson@sbwlegal.com, ddevlin@sbwlegal.com
- **Michael A. Ziegler**  mike@zieglerlawoffice.com, zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Joy Kelley Augustine**
Read & Kelley Estate Services
P.O. Box 3111
N. Fort Myers, FL 33918

**Sheffield Financial/BB&T**
Bankrutpcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.