

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/04/2019 11:00 AM

COURTROOM   8A

**HONORABLE MICHAEL WILLIAMSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:17-bk-09357-MGW** | 7 | **11/02/2017** |

**Chapter 7**

**DEBTOR:**     Zdravko Talanga

                Darina Talanga

**DEBTOR ATTY:** **David Delrahim**

**TRUSTEE:**    **Carolyn Chaney**

**HEARING:**

Amended Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 8:18-ap-00049. Elite Financial Edge, LLC, Elite Car Sales, LLC, Elite Car Sales of Clearwater, Inc., Anna Dunedin Realty, LLC, Sophia Highland Realty, LLC, Pat Margas, Helen Vasiloudes, Panayiotis Vasiloudes, Cygram Heritage, LLP and Cygram Holdings, LP and ZDRAVKO TALANGA and DARINA TALANGA Contains negative notice. Filed by David Delrahim on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (Delrahim, David) Doc #155
-Corrective Objection to Amended Motion to Approve Compromise of Controversy or Settlement Agreement Filed by Samantha L Dammer on behalf of Creditor PARC Investment Services Corp (related document(s)[155]). (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit) (Dammer, Samantha) Doc #160
-Objection to Motion to Compromise Filed by Allan C Watkins on behalf of Trustee Carolyn R. Chaney (related document(s)[155]). (Watkins, Allan) Modified on 6/5/2019 (Merritt, Anel). Doc #161
*$Preliminary Hearing on Report and Notice of Intention to Sell Property of the Estate. Property description: (non-exempt business interests in Anna Dunedin Realty, LLC; Elite Financial Edge, LLC; double wide storage shed). Contains negative notice. [sale back to the debtors] Filed by Trustee Carolyn R. Chaney. (Chaney, Carolyn) Doc #167
-Objection to Trustee's Notice of Intention to Sell Property of The Estate Filed by Samantha L Dammer on behalf of Creditor PARC Investment Services Corp. (Attachments: # [1] Exhibit # [2] Mailing Matrix) (Dammer, Samantha) Doc #170

**APPEARANCES::**
David Delrahim for Dbtrs, Allan Watkins (telephonic) for Trustee, Samantha Dammer for Parc Investments Services, Adam LeVine for Elite Fin., et al.
**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Amended Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 8:18-ap-00049. Elite Financial Edge, LLC, Elite Car Sales, LLC, Elite Car Sales of Clearwater, Inc., Anna Dunedin Realty, LLC, Sophia Highland Realty, LLC, Pat Margas, Helen Vasiloudes, Panayiotis Vasiloudes, Cygram Heritage, LLP and Cygram Holdings, LP and

ZDRAVKO TALANGA and DARINA TALANGA Contains negative notice. Filed by David Delrahim on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (Delrahim, David) Doc #155 -   Granted, Comp. Approved, order by Delrahim

-Corrective Objection to Amended Motion to Approve Compromise of Controversy or Settlement Agreement Filed by Samantha L Dammer on behalf of Creditor PARC Investment Services Corp (related document(s)[155]). (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit) (Dammer, Samantha) Doc #160

-Objection to Motion to Compromise Filed by Allan C Watkins on behalf of Trustee Carolyn R. Chaney (related document(s)[155]). (Watkins, Allan) Modified on 6/5/2019 (Merritt, Anel). Doc #161

*(2) Report and Notice of Intention to Sell Property of the Estate. Property description: (non-exempt business interests in Anna Dunedin Realty, LLC; Elite Financial Edge, LLC; double wide storage shed). Contains negative notice. [sale back to the debtors] Filed by Trustee Carolyn R. Chaney. (Chaney, Carolyn) Doc #167

-Objection to Trustee's Notice of Intention to Sell Property of The Estate Filed by Samantha L Dammer on behalf of Creditor PARC Investment Services Corp. (Attachments: # [1] Exhibit # [2] Mailing Matrix) (Dammer, Samantha) Doc #170 -   Obj. Overruled, order by Watkins
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.