**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Zdravko Talanga and          Case Number:  8:17-bk-09357-MGW
Darina Talanga                              Chapter 7

      Debtors.
_____/

**NOTICE OF INTENT TO ISSUE RULE 2004 SUBPOENA**
**TO THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY, P.A.**

To:   All parties and their attorneys of record:

Please take notice that Plaintiff, Carolyn R. Chaney, Trustee, for the Estate of Zdravko Yalanga and Darina Talanga, Debtors, pursuant to Federal Rule of Bankruptcy Procedure 2004 and 9016, which incorporates Federal Rule of Civil Procedure 45(a)(4), hereby gives notice to the Court and all parties of record of her intention to serve subpoenas for production of documents on The Florida Legal Advocacy Group fo Tampa Bay, P.A.

A copy of the subpoena is attached hereto as Exhibit "A".

The inspection and copying of any documents produced pursuant to the attached subpoenas will be held on October 15, 2019 in the offices of Watkins Law Firm, P.A., 707 N. Franklin St., Ste. 750, Tampa, FL 33602, or at such other location, time, and place occurring after such date as may be mutually agreed upon. To the extent any non-party provides documents directly to the undersigned, copies will be made available to any other party in this case upon payment of appropriate copying or other production costs in accordance with Federal Rule of Civil Procedure 45.

**NOTE:** *Compliance can be accomplished by mailing or emailing the requested documents.  Personal attendance is not necessary.*

Dated this 11th day of September, 2019.

        Respectfully submitted,

        **WATKINS LAW FIRM, P.A.**

        /s/ Allan C. Watkins
        **ALLAN C. WATKINS, ESQUIRE**
        Florida Bar Number: 185104
        707 North Franklin Street, Suite 750
        Tampa, Florida 33602
        Tel: (813) 226-2215
        Fax: (813) 226-2038
        Email: allan@watkinslawfl.com
        Attorney for Carolyn R. Chaney, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Intent to Issue Subpoena to Adam S. Levine, Esq. forwarded by CM/ECF electronic notice or by United States mail postage prepaid to the following: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Adam S. Levine, Esq., President, The Florida Legal Advocacy Group of Tampa Bay, P.A., 1180 Gulf Blvd., Ste 303, Clearwater Beach, FL 33761  and to all parties in interest via electronic notice on the CM/ECF matrix on September 11, 2019.

        /s/ Allan C. Watkins
        **ALLAN C. WATKINS, ESQUIRE**