UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 8:17-bk-09357-MGW
                                                                    Chapter 7
Zdravko Talanga
Darina Talanga

      Debtors.
_____/

## TRUSTEE'S BILL OF SALE

For, and in consideration of the sum of $11,163.35 (Eleven Thousand One Hundred Sixty Three Dollars and 35/100) in hand paid, the receipt and sufficiency of which is hereby acknowledged, CAROLYN R. CHANEY, Trustee in the bankruptcy estate of the above debtor, hereby conveys and transfers all right, title and interest, if any, she may as Trustee have in the following described property to:

        Zdravko & Darina Talanga
        1925 Dolphin Dr.
        Belleair Bluffs, FL  33770

The property sold herein is:

Non-exempt equity in the following items of personal property: 2015 Polaris Can-am VIN #57XAAPFA3G5108966; Household goods and furnishings; Clothes; Costume jewelry.

Carolyn R. Chaney, as Trustee, disclaims any warranty of any kind as to the merchantability or fitness for particular purpose, express or implied in the above item.  This sale is "as is, where is."   Dated:  September 11, 2019.

        /s/Carolyn R. Chaney, Trustee
        Post Office Box 530248
        St. Petersburg, FL 33747-0248
        Telephone: (727) 864-9851
        Email: carolyn.chaney@earthlink.net