UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:18-bk-09357-MGW
                                                                Chapter 7
Zdravko Talanga
Darina Talanga

        Debtors.
_____/

## REPORT OF SALE

COMES NOW, Carolyn R. Chaney, Trustee, and hereby gives notice of property sold pursuant to F.R.B.P. 6004(f), and says:

1. The Trustee filed a Report and Notice of Intention to Sell Property of the Estate for the non-exempt equity in the following items of personal property consisting of: 2015 Polris Can-am VIN #57XAAPFA3G5108966, Household goods and furnishings, Clothes, Costume jewelry, at Doc. No. 132.

2. The Debtors paid the price of $11,163.35 into the estate.


DATED:  September 11, 2019.          /s/Carolyn R. Chaney, Trustee
                                     Post Office Box 530248
                                     St. Petersburg, FL  33747-0248
                                     Telephone:  (727) 864-9851
                                     Email: carolyn.chaney@earthlink.net


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Report of Sale has been provided by electronic or U.S. Mail delivery on September 11, 2019, to:

Office of U.S. Trustee at USTPRegion21.TP@USDOJ.GOV
Debtors:  Zdravko & Darina Talanga, 1925 Dolphin Dr., Belleair Bluffs, FL  33770
Attorney for Debtors:  David Delrahim, Esquire, 721 1st Ave. South, St. Petersburg,
        FL  33701; Email: ddelrahim@eflegal.com.


                                     /s/Carolyn R. Chaney, Trustee