ORDERED.

**Dated:  September 18, 2019**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No.:  8:17-bk-09357-MGW
                                                                Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

         Debtors.
_____/

## ORDER APPROVING TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE "AS IS, IN ITS PRESENT CONDITION" [DOC. 167]

THIS CAUSE came before the Court after a hearing held on September 4, 2019 at 11:00

a.m. ET on the Trustee's Report and Notice of Intention to Sell Property of the Estate "As Is, in

its Present Condition" [Doc. 167] (**"*Notice of Intent*"**) filed by the Chapter 7 Trustee, Carolyn

Chaney. The Notice of Intent was objected to by Academic Alliance in Dermatology, Inc., Anna

Dunedin Realty, LLC, Cygram Heritage, LLLP, Cygram Holdings, LP, Elite Car Sales, Elite Car

Sales of Clearwater, Inc., Elite Financial Edge, LLC, Adam Scott Levine, Pat Margas, Sophia

Highland Realty, LLC, The Florida Legal Advocacy Group of Tampa Bay, P.A., Helen

Vasiloudes, Panos Vasiloudes (collectively "***Elite***") [Doc. 169] and PARC Investments Services

00672673-1

Corp. ("*Parc*") [Doc. 170]. The Court hearing argument from Elite and Parc through their attorneys, and argument by counsel for Debtors and Carolyn Chaney as the Chapter 7 Trustee ("***Chapter 7 Trustee***"), and being otherwise duly advised in the premises, accordingly, it is

**ORDERED:**

1.      The sale is APPROVED.

2.      The non-exempt equity in 49.9% membership interest in Anna Dunedin Realty, LLC (for $500.00), 33% membership interest in Elite Financial Edge, LLC (for $500.00) and a double-wide storage shed (for $2,000.00) is sold to the Debtors for a cash sale price of $3,000.00 AS-IS, WHERE-IS with no warranties of any kind or representations of liens.

3.      Until the Chapter 7 Trustee receives all funds from the Debtors for the purchase price described in this Order, the Chapter 7 Trustee shall retain a lien on the Assets.

4.      Upon final payment by the Debtors, the Chapter 7 Trustee shall issue a Trustee's Bill of Sale for the Assets.

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*