ORDERED.

Dated: **September 18, 2019**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 8:17-bk-09357-MGW
          Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**ORDER APPROVING TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE "AS IS, IN ITS PRESENT CONDITION" [DOC. 132]**

THIS CAUSE came before the Court without a hearing on Chapter 7 Trustee's Report and Notice of Intention to Sell Property of the Estate "As Is, in its Present Condition" [Doc. 132] ("*Notice of Intent*") filed by Carolyn Chaney as the Chapter 7 Trustee ("*Chapter 7 Trustee*") under negative notice and providing an opportunity to object. The Court finding no objections have been filed during the negative notice period, accordingly, it is

**ORDERED:**

1.    The sale is APPROVED.

2.    The non-exempt equity in the 2015 Polaris Can-am VIN # 57XAAPFA3G5108966

00672672-1

(for $6,543.35), household goods and furnishings (for $4,170.00), clothes (for $150.00), and costume jewelry (for $300.00) (collectively "*Assets*") is sold to the Debtors for a cash sale price of $11,163.35 AS-IS, WHERE-IS with no warranties of any kind or representations of liens.

3. Until the Chapter 7 Trustee receives all funds from the Debtors for the purchase price described in this Order, the Chapter 7 Trustee shall retain a lien on the Assets.

4. Upon final payment by the Debtors, the Chapter 7 Trustee shall issue a Trustee's Bill of Sale for the Assets.

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*