UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                      CASE NO. 8:17-bk-09357-MGW
                                            CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

          Debtors.
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Granting Debtors' Motion to Approve Compromise [DOC. 179] was served on all interested parties by U.S. Mail and/or electronically through the Court's CM/ECF system,  upon: Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, ben.e.lambers@usdoj.gov, as attorney for U.S. Trustee; Allan C. Watkins, Esq., Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, court@watkinslawfl.com, as attorney for Trustee, Carolyn R. Chaney; Carolyn R. Chaney, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747; Adam S. Levine, Esq., 1180 Gulf Blvd., Suite 303, Clearwater, FL 33767.

DATED this 19th day of September, 2019.

ENGLANDER FISCHER

*/s/ David S. Delrahim*
David S. Delrahim, Esq.
Florida Bar No.  0066368
Primary:  ddelrahim@eflegal.com
Secondary:  creeder@eflegal.com
Secondary: afrederick@eflegal.com
**ENGLANDER and FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax:  (727) 898-7218
*Attorneys for Debtors*

ORDERED.

Dated:  September 18, 2019

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                  Case No. 8:17-bk-09357-MGW
                                                        Chapter 7
Zdravko Talanga and
Darina Talanga,

        Debtors.
_____/

## ORDER GRANTING DEBTORS'
## MOTION TO APPROVE COMPROMISE

THIS CASE came on for hearing on September 4, 2019, at 11:00 a.m., on the

Debtors' motion to approve a compromise with various creditors.[1] The creditors who

are party to the compromise—Elite Financial Edge, LLC; Elite Car Sales, LLC; Elite

Car Sales of Clearwater, Inc.; Anna Dunedin Realty, LLC; Sophia Highland Realty,

LLC; Pat Margas; Helen Vasiloudes; Panayiotis Vasiloudes; Cygram Heritage, LLP;

and Cygram Holdings, LP (collectively, the "Creditors")—sued to object to the

---

[1] Doc. No. 155.

dischargeability of a debt the Debtors allegedly owed them.[2] To resolve the dischargeability proceeding, the Debtors and creditors entered into a settlement.[3]

Under the settlement, the Debtors agreed to transfer their ownership interest in Elite Financial Edge, LLC and Anna Dunedin Realty, LLC to Cygram Heritage, LLP.[4] The Debtors also agreed that the Creditors would have a $3 million claim in this case, although the $3 million claim would be dischargeable.[5] The settlement also included a broad mutual release that released all claims the parties had against each other and their representatives, including attorney Adam Levine.[6]

Both the Chapter 7 Trustee and creditor Parc Investment Services objected to the settlement because (among other reasons) the mutual release appears to release Levine from a prepetition professional negligence claim that belongs to the estate.[7] The Trustee and Parc Investment Services believe the potential negligence claim, which was listed on Schedule B, has value. Because the potential professional negligence claim is property of the estate, the Debtors cannot release it (or any other prepetition claim) as part of any settlement. Accordingly, it is

---

[2] *Elite Financial Edge, LLC, et al. v. Zdravko Talanga, et al.*, Adv. No. 8:18-ap-00049-MGW, Adv. Doc. No. 43.

[3] Doc. No. 155.

[4] *Id.* at Ex. A, ¶ 2(b), (c).

[5] *Id.* at Ex. A, ¶ 2(d).

[6] *Id.* at Ex. A, ¶ 6.

[7] Doc. Nos. 160 & 161.

**ORDERED**:

1.      The Debtors' motion to compromise is GRANTED.

2.      The parties' settlement is approved. The settlement does not release any of the Debtors' potential prepetition claims against any third party, including any potential professional negligence claim against Adam Levine. All the Debtors' prepetition claims remain property of the estate.

3.      The parties to the approved settlement are directed to comply with the settlement's terms.

4.      The Court retains jurisdiction to enforce the terms of the settlement.

---

Attorney David Delrahim is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of this order.

---

Label Matrix for local noticing
113A-8
Case 8:17-bk-09357-MGW
Middle District of Florida
Tampa
Thu Sep 19 09:20:25 EDT 2019

Academic Alliance in Dermatology, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Anna Dunedin Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

Cygram Heritage, LLLP
5210 Webb Road
Tampa, FL 33615-4518

Cygram Holdings, LP
5210 Webb Road
Tampa, FL 33615-4518

EC Finance Inc
2944 Saber Drive
Clearwater, FL 33759-1222

Elite Car Sales
5210 Webb Road
Tampa, FL 33615-4518

Elite Car Sales of Clearwater, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Elite Financial Edge, LLC
5210 Webb Road
Tampa, FL 33615-4518

Hancock Bank
c/o Chad D. Heckman
P.O. Box 12492
Tallahassee, FL 32317-2492

Hancock Bank
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street Suite 2225
Tampa, FL 33602-5213

PARC Investment Services Corp
c/o Tampa Law Advocates, P.A.
620 East Twiggs St.
Suite 110
Tampa, FL 33602-3938

Santander Consumer USA Inc., dba Chrysler Ca
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Sheffield Financial/BB&T
Bankrutpcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

Sophia Highland Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

The Florida Legal Advocacy Group of Tampa Ba
1180 Gulf Boulevard Suite 303
Clearwater, FL 33767-2755

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024-5837

Achieva Cu
10125 Ulmerton Rd
Largo, FL 33771-3532

Adam Levine, Esq.
1180 Gulf Boulevard
Suite 303
Clearwater, FL 33767-2755

Anna Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Applied Bank
Po Box 17125
Wilmington, DE 19850-7125

(p)AUTOMOTIVE FINANCE CORPORATION
13085 HAMILTON CROSSING BLVD
SUITE 300
CARMEL IN 46032-1445

Badcock Furn
900 Missouri Ave., North
Largo, FL 33770-1812

CCS
PO Box 607
Norwood, MA 02062-0607

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

City of Clearwater Customer Service
P.O. Box 30020
Tampa, FL 33630-3020

Credit Acceptance
Po Box 513
Southfield, MI 48037-0513


Credit Collection Services
725 Carlton Sr
Norwood, MA 02062

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523


Department of the Treasury
IRS
PO Box 7346
Philadelphia, PA 19101-7346

Duke Energy
299 1st Ave., N
Saint Petersburg, FL 33701-3308

Edita Pavlovic
1114 85th Terrace North
APT C
Saint Petersburg, FL 33702-3311


Elite Car Sales of Clrwtr
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Elite Financial Edge LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Elite Holdings, LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069


FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 77252-2409

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065-7632

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145


First Premier Bank
P. O. Box 5529
Sioux Falls, SD 57117-5529

Flomac Enterprises, LLC
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Floor & Decor
PO 960061
Orlando, FL 32896-0061


Florida Dept. of Revenue
6302 E. Martin Luther King Blvd
Suite 100
Tampa FL 33619-1166

Florida Legal Advocacy Group of Tampa Bay
1180 Gulf Boulevard, Suite 303
Clearwater, Florida 33767-2755

Floyd and Ruby McKenzie
1725 Robin Hood Ln
Clearwater, FL 33764-6449


Ford Motor Credit CO
PO Boz 6508
Mesa, AZ 85216-6508

Ford Motor Credit Co LLC
c/o CT Corporation
1200 South Pine Island Rd
Plantation, FL 33324-4413

GEICO INDEMNITY Company
c/o Chief Financial Officer
200 East Gaines St
Tallahassee, FL 32399-6502


Geico Indemnity CO
5260 Western Blvd
Chevy Chase, MD 20815-3799

George W. Greer
PO Box 1963
Clearwater, FL 33757-1963

Global Credit & Collection Corp.
Attn:  Collections Department
5440 N. Cumberland Avenue, Suite 300
Chicago, IL 60656-1486


Hancock Bank
15500 Roosevelt Blvd.
Suite 102
Clearwater, FL 33760-3490

Helen Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Home Depot
PO 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110

Interstate Credit Coll
711 Coliseum Plaza Ct
Winston Salem, NC 27106-5350

Interstate Credit Collections
711 Coliseum Plaza Court
Winston Salem, NC 27106-5350

Ioannis and Eva Tagaras
2270 Lancaster Dr.
Clearwater, FL 33764-6530

Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Ivans Auto Repair, Inc.
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Jeffrey Dowd, Esq.
156 W. Robertson St
Brandon, FL 33511-5112

Jessica F. Watts, Esq.
George G. Pappas, P.A.
1822 North Belsher Rd
Suite 200
Clearwater, FL 33765-1400

Joelle Schultz, Esq.
13555 Automobile BLvd
Suite 300
Clearwater, FL 33762-3837

Kass Law Firm
Attn: Edward Prichard
PO Box 800
Tampa, FL 33601-0800

LAW OFFICE OF ROBERT ECKARD
3110 Alt US Hwy 19 North
Palm Harbor, FL 34683

MB Fin Svcs
PO Box 961
Roanoke, TX 76262-0961

Mabt - Genesis Retail
Po Box 4499
Beaverton, OR 97076-4499

Marinr Finc
8211 Town Center Dr
Nottingham, MD 21236-5904

Mercedes Benz Credit
P. O. Box 685
Roanoke, TX 76262-0685

Mercerdes Benz Financial Ser
PO Box 5209
Carol Stream, IL 60197-5209

Nicholas Hoban
80 Winterbrook Dr.
Cranberry TWP, PA 16066-7904

(p)NORTHERN LEASING SYSTEMS INC
525 WASHINGTON BLVD 15 FLOOR
JERSEY CITY NJ 07310-1606

One Main
9600 66th Street N., Suite B
Pinellas Park, FL 33782-4540

Panos Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Parc Investment Services Cor
c/o Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Pat Margas
5210 Webb Rd.
Tampa, FL 33615-4518

Pinellas County
Office of Human Rights
400 S. Fort Harrison Ave.
5th Floor Attn: Lisa Postell
Clearwater, FL 33756-5113

Pinellas County
Office of Human Rights
Attn Lisa Postell
400 S. Harrison Ave., St 500
Clearwater, FL 33756

Pinellas County Utilities
Chance Walton
14 S. Ft. Harrison Avenue
Clearwater, FL 33756-5105

Roy Melita
8786 Baywood Park Dr.
Seminole, FL 33777-4624

Sheffield Financial Co
2554 Lewisville Clemmons
Clemmons, NC 27012-8110

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Stephen G. Watts, Esq.
300 Turner St
Clearwater, FL 33756-5327

Sunshine Auto Group, LLC
c/o Ivan Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069


Syncb/floor & Decor
PO Box 965036
Orlando, FL 32896-5036

Syncb/home Design Nahf
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/polaris Consumer
Po Box 6153
Rapid City, SD 57709-6153


Syncb/sync Bank Luxury
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank
Attn: Bankruptcy Department
PO Box 530912
Atlanta GA 30353-0912

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021


Synchrony Bank/Polaris
PO Box 965073
Orlando, FL 32896-5073

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

The Law Office of Robert D. Eckard & Associa
3110 US Alternate 19 North
Palm Harbor, FL 34683


The Talanga Family Irre Trst
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

The Talanga Family Trust
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949


Villa Anna Assisted Living
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Adam Scott Levine
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767-2755

Carolyn R. Chaney
PO Box 530248
St. Petersburg, FL 33747-0248


Darina Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

David Delrahim
Englander and Fischer, LLP
721 1st Ave South
St. Petersburg, FL 33701

Dennis McElrath
c/o Tampa Law Advocates, P.A.
620 E. Twiggs St.
Suite 110
Tampa, FL 33602-3938


Eva Tagaras
2270 Lancaster Drive
Clearwater, FL 33764-6530

Helen Vasiloudes
12108 Marblehead Drive
Tampa, FL 33626-2504

Joy Kelley Augustine
Read & Kelley Estate Services
P.O. Box 3111
N. Fort Myers, FL 33918-3111


Nicholas Hoban
c/o Jay D. Passer, Esq.
4100 W. Kennedy Blvd.
Suite 322
Tampa, FL 33609-2290

Zdravko Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Automotive Finance Corporation
13085 Hamilton Crossing Blvd.
Ste. 300
Carmel, IN 46032

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365

Capital One
15000 Capital One Dr
Richmond, VA 23238


Internal Revenue Service
Centralized Insolvency Ops
P. O. Box 21126
Philadelphia, PA 19114-0326

Northern Leasing Syste
132 W 31st St Fl 14
New York, NY 10001

Springleaf Financial S
9600 66th St N Ste B
Pinellas Park, FL 33782


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Law Office of Robert Eckard & Associat
, FL

(d)Cygram Heritage, LLLP
5210 Webb Rd.
Tampa, FL 33615-4518

(d)EC Finance, Inc.
2944 Saber Dr.
Clearwater, FL 33759-1222


(u)Ioannis Tagaras

(d)Panos Vasiloudes
5210 Webb Road
Tampa, FL 33615-4518

(d)Pat Margas
5210 Webb Road
Tampa, FL 33615-4518


End of Label Matrix
Mailable recipients    115
Bypassed recipients      6
Total                  121