UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                                                  CASE NO. 8:17-bk-09357-MGW
                                                                                                        CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

      Debtors.
_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Approving Trustee's Report and Notice of Intention to Sell Property of the Estate "As Is, In Its Present Condition" [DOC. 180] was served on all interested parties by U.S. Mail and/or electronically through the Court's CM/ECF system, upon: Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, ben.e.lambers@usdoj.gov, as attorney for U.S. Trustee; Allan C. Watkins, Esq., Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, court@watkinslawfl.com, as attorney for Trustee, Carolyn R. Chaney; Carolyn R. Chaney, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747; Adam S. Levine, Esq., 1180 Gulf Blvd., Suite 303, Clearwater, FL 33767.

DATED this 19th day of September, 2019.

                                                      ENGLANDER FISCHER

                                                      */s/ David S. Delrahim*
                                                      David S. Delrahim, Esq.
                                                      Florida Bar No.  0066368
                                                      Primary:  ddelrahim@eflegal.com
                                                      Secondary:  creeder@eflegal.com
                                                      Secondary:  afrederick@eflegal.com
                                                      **ENGLANDER and FISCHER LLP**
                                                      721 First Avenue North
                                                      St. Petersburg, Florida 33701
                                                      Tel: (727) 898-7210 /Fax:  (727) 898-7218
                                                      *Attorneys for Debtors*

ORDERED.

Dated: September 18, 2019

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                     Case No.: 8:17-bk-09357-MGW
                                                           Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

    Debtors.
_____/

**ORDER APPROVING TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE "AS IS, IN ITS PRESENT CONDITION" [DOC. 132]**

THIS CAUSE came before the Court without a hearing on Chapter 7 Trustee's Report and Notice of Intention to Sell Property of the Estate "As Is, in its Present Condition" [Doc. 132] ("***Notice of Intent***") filed by Carolyn Chaney as the Chapter 7 Trustee ("***Chapter 7 Trustee***") under negative notice and providing an opportunity to object. The Court finding no objections have been filed during the negative notice period, accordingly, it is

**ORDERED:**

    1.    The sale is APPROVED.

    2.    The non-exempt equity in the 2015 Polaris Can-am VIN # 57XAAPFA3G5108966

00672672-1

(for $6,543.35), household goods and furnishings (for $4,170.00), clothes (for $150.00), and costume jewelry (for $300.00) (collectively "*Assets*") is sold to the Debtors for a cash sale price of $11,163.35 AS-IS, WHERE-IS with no warranties of any kind or representations of liens.

3. Until the Chapter 7 Trustee receives all funds from the Debtors for the purchase price described in this Order, the Chapter 7 Trustee shall retain a lien on the Assets.

4. Upon final payment by the Debtors, the Chapter 7 Trustee shall issue a Trustee's Bill of Sale for the Assets.

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Thu Sep 19 09:20:25 EDT 2019 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 |
| Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Hancock Bank<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 |
| Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 | Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 |
| (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 | CCS<br>PO Box 607<br>Norwood, MA 02062-0607 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |

| | | |
|---|---|---|
| Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | City of Clearwater Customer Service<br>P.O. Box 30020<br>Tampa, FL 33630-3020 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |
| Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 |
| Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Duke Energy<br>299 1st Ave., N<br>Saint Petersburg, FL 33701-3308 | Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 |
| Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 | First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 | Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 |
| Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 | Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, Florida 33767-2755 | Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 |
| Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 | GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 |
| Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 | Global Credit & Collection Corp.<br>Attn: Collections Department<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 |
| Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 |

```
Internal Revenue Service              (p)INTERNAL REVENUE SERVICE          Internal Revenue Service
Centralized Insolvency Opera          CENTRALIZED INSOLVENCY OPERATIONS    PO Box 80110
PO Box 7346                           PO BOX 7346                          Cincinnati, OH 45280-0110
Philadelphia, PA 19101-7346           PHILADELPHIA PA 19101-7346


Interstate Credit Coll                Interstate Credit Collections        Ioannis and Eva Tagaras
711 Coliseum Plaza Ct                 711 Coliseum Plaza Court             2270 Lancaster Dr.
Winston Salem, NC 27106-5350          Winston Salem, NC 27106-5350         Clearwater, FL 33764-6530


Ivan Talanga                          Ivans Auto Repair, Inc.              Jeffrey Dowd, Esq.
1925 Dolphin Dr.                      1925 Dolphoine Dr,                   156 W. Robertson St
Belleair Bluffs, FL 33770-2069        Belleair Bluffs, FL 33770-2069       Brandon, FL 33511-5112


Jessica F. Watts, Esq.                Joelle Schultz, Esq.                 Kass Law Firm
George G. Pappas, P.A.                13555 Automobile BLvd                Attn: Edward Prichard
1822 North Belsher Rd                 Suite 300                            PO Box 800
Suite 200                             Clearwater, FL 33762-3837            Tampa, FL 33601-0800
Clearwater, FL 33765-1400


LAW OFFICE OF ROBERT ECKARD           MB Fin Svcs                          Mabt - Genesis Retail
3110 Alt US Hwy 19 North              PO Box 961                           Po Box 4499
Palm Harbor, FL 34683                 Roanoke, TX 76262-0961               Beaverton, OR 97076-4499


Marinr Finc                           Mercedes Benz Credit                 Mercerdes Benz Financial Ser
8211 Town Center Dr                   P. O. Box 685                        PO Box 5209
Nottingham, MD 21236-5904             Roanoke, TX 76262-0685               Carol Stream, IL 60197-5209


Nicholas Hoban                        (p)NORTHERN LEASING SYSTEMS INC      One Main
80 Winterbrook Dr.                    525 WASHINGTON BLVD 15 FLOOR         9600 66th Street N., Suite B
Cranberry TWP, PA 16066-7904          JERSEY CITY NJ 07310-1606            Pinellas Park, FL 33782-4540


Panos Vasiloudes                      Parc Investment Services Cor         Pat Margas
5210 Webb Rd.                         c/o Dennis McElrath                  5210 Webb Rd.
Tampa, FL 33615-4518                  PO Box 523                           Tampa, FL 33615-4518
                                      Safety Harbor, FL 34695-0523


Pinellas County                       Pinellas County                      Pinellas County Utilities
Office of Human Rights                Office of Human Rights               Chance Walton
400 S. Fort Harrison Ave.             Attn Lisa Postell                    14 S. Ft. Harrison Avenue
5th Floor Attn: Lisa Postell          400 S. Harrison Ave., St 500         Clearwater, FL 33756-5105
Clearwater, FL 33756-5113             Clearwater, FL 33756


Roy Melita                            Sheffield Financial Co               (p)SPRINGLEAF FINANCIAL SERVICES
8786 Baywood Park Dr.                 2554 Lewisville Clemmons             P O BOX 3251
Seminole, FL 33777-4624               Clemmons, NC 27012-8110              EVANSVILLE IN 47731-3251
```

| | | |
|---|---|---|
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Stephen G. Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/home Design Nahf<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 |
| Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 530912<br>Atlanta GA 30353-0912 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Law Office of Robert D. Eckard & Associa<br>3110 US Alternate 19 North<br>Palm Harbor, FL 34683 |
| The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Talanga Family Trust<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Carolyn R. Chaney<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | David Delrahim<br>Englander and Fischer, LLP<br>721 1st Ave South<br>St. Petersburg, FL 33701 | Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Eva Tagaras<br>2270 Lancaster Drive<br>Clearwater, FL 33764-6530 | Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 |
| Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>13085 Hamilton Crossing Blvd.<br>Ste. 300<br>Carmel, IN 46032 | Caine & Weiner<br>P.O. Box 5010<br>Woodland Hills, CA 91365 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | Northern Leasing Syste<br>132 W 31st St Fl 14<br>New York, NY 10001 | Springleaf Financial S<br>9600 66th St N Ste B<br>Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Law Office of Robert Eckard & Associat<br>, FL | (d)Cygram Heritage, LLLP<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | (d)EC Finance, Inc.<br>2944 Saber Dr.<br>Clearwater, FL 33759-1222 |
| (u)Ioannis Tagaras | (d)Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | (d)Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 |

End of Label Matrix
Mailable recipients    115
Bypassed recipients      6
Total                  121