# United States Bankruptcy Court
## Middle District of Florida
### Tampa Division

In re:  

ZDRAVKO TALANGA and  
DARINA TALANGA,  
        Debtors,  
_____/

Case: 8:17-bk-09357-MG  
Chapter 7

## NOTICE OF UNAVAILABILITY OF COUNSEL

    Please be advised that Adam S. Levine, M.D., J.D., and the Florida Legal Advocacy Group of Tampa by will be unavailable between September 30, 2019 and November 11, 2019 because of medical care and travel outside Tampa Bay. Accordingly, you are respectfully requested to abate pending matters during this period of time and not to schedule hearings, depositions, motions, or discovery requests during this time. The filing and electronic service of this Notice shall constitute undersigned's application and request for continuance, extension of time, and or any necessary protective order during this time as may be appropriate. Undersigned thanks all for their patience and consideration.

**Certificate of Service**

    I certify that a true and correct copy of this Notice of Unavailability was filed and served via CM-ECF on all interested parties on this Date.

**Respectfully Submitted this 30th day of September 2019**

                                        **The Florida Legal Advocacy Group of Tampa Bay, P.A.**
                                        */s/ Adam S. Levine*
Adam S. Levine, M.D., J.D.
Florida Bar #78288
1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
(727) 512 – 1969 [Telephone]
(866) 242 – 4946 [Facsimile]
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu [Secondary E-mail]
Attorney for Creditors: Academic Alliance in Dermatology, Elite Financial Edge, Elite Car Sales, Elite Car Sales of Clearwater, Anna Dunedin Realty, Sophia Highland Realty, Pat Margas Panayiotis Vasiloudes, Helen Vasiloudes, Cygram Heritage, Cygram Holdings, Adam Levine, and the Florida Legal Advocacy Group