**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Zdravko Talanga and　　　　　　　　　　Case: 8:17-bk-09357-MGW
Darina Talanga,　　　　　　　　　　　　Chapter 7
　　　　Debtors,

_____/

**NOTICE OF HEARING**

　　　　Notice is given that a hearing in this case will be held on October 22, 2019 A.M. before the Honorable Michael G. Williamson at the United States Bankruptcy Court, 801 North Florida Avenue, Courtroom 8A, Tampa, Florida 33602, to consider and at upon the following and transact such other business that may come before the Court including, but not limited to, the following Motion along with any other pending Motions at the Court's discretion:

**Creditors' Joint Motions for: 1) Reconsideration and Rehearing of Order Approving but Limiting the Mediated Settlement Agreement; 2) Approving the Sale of Pending Pre-Petition Assets to Debtors; and 3) For Stay of the Mediated Settlement Agreement and Incorporated Memorandum of Law.**

Please also note:

1. The hearing may be continued upon announcement made in open Court without further notice.

2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3. Avoid delays at Courthouse security checkpoints, You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

## Certificate of Service

I certify that a copy of the foregoing was served on the Clerk and all Parties of record through CM/ECF electronic notice and/or by United States Mail to all interested parties on the attached CM/ECF matrix on this date.

**Respectfully submitted on this 7th Day of October 2019**

> **The Florida Legal Advocacy Group of Tampa Bay**
>   /s/  *Adam S. Levine*
> Adam S. Levine, M.D., J.D.
> Florida Bar # 78288
> 1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
> (727) 512 – 1969 [Telephone]
> (866) 242 – 4946 [Facsimile]
> aslevine@msn.com [Primary E-mail]
> alevine@law.stetson.edu [Secondary E-mail]
> Attorney for Creditors: Academic Alliance in Dermatology, Elite Financial Edge, Elite Car Sales of Clearwater, Elite Elite Car Sales, Anna Dunedin Realty, Sophia Highland Realty, Pat Margas, Panayiotis Vasiloudes, Helen Vasiloudes, Cygram Heritage, Cygram Holdings, Adam Levine and the Florida Legal Advocacy Group of Tampa Bay

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Mon Oct  7 10:44:21 EDT 2019 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 | Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 | Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Hancock Bank<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 |
| Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 | Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 |
| Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Eva Tagaras<br>2270 Lancaster Drive<br>Clearwater, FL 33764-6530 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 |
| Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 | Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 | Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |

```
Applied Bank                        (p)AUTOMOTIVE FINANCE CORPORATION   Badcock Furn
Po Box 17125                        13085 HAMILTON CROSSING BLVD        900 Missouri Ave., North
Wilmington, DE 19850-7125           SUITE 300                           Largo, FL 33770-1812
                                    CARMEL IN 46032-1445


CCS                                 (p)CAINE & WEINER COMPANY           (p)CAPITAL ONE
PO Box 607                          12005 FORD ROAD 300                 PO BOX 30285
Norwood, MA 02062-0607              DALLAS TX 75234-7262                SALT LAKE CITY UT 84130-0285


Capital One Bank (USA), N.A.        Chase Card                          Chrysler Capital
PO Box 71083                        Po Box 15298                        P. O. Box 660335
Charlotte, NC 28272-1083            Wilmington, DE 19850-5298           Dallas, TX 75266-0335


Chrysler Capital                    Citibank, N.A.                      City of Clearwater Customer Service
PO Box 961275                       c/o Quantum3 Group LLC              P.O. Box 30020
Fort Worth, TX 76161-0275           PO Box 280                          Tampa, FL 33630-3020
                                    Kirkland, WA 98083-0280


Credit Acceptance                   Credit Collection Services          Daimler Trust
Po Box 513                          725 Carlton Sr                      c/o BK Servicing, LLC
Southfield, MI 48037-0513           Norwood, MA 02062                   PO Box 131265
                                                                        Roseville, MN 55113-0011


Dennis McElrath                     Department of the Treasury          Duke Energy
PO Box 523                          IRS                                 299 1st Ave., N
Safety Harbor, FL 34695-0523        PO Box 7346                         Saint Petersburg, FL 33701-3308
                                    Philadelphia, PA 19101-7346


Edita Pavlovic                      Elite Car Sales of Clrwtr           Elite Financial Edge LLC
1114 85th Terrace North             1925 Dolphoine Dr,                  1925 Dolphin Dr.
APT C                               Belleair Bluffs, FL 33770-2069      Belleair Bluffs, FL 33770-2069
Saint Petersburg, FL 33702-3311


Elite Holdings, LLC                 FMA Alliance, Ltd.                  First Data
1925 Dolphin Dr.                    P.O. Box 2409                       3975 NW 120th Avenue
Belleair Bluffs, FL 33770-2069      Houston, TX 77252-2409              Coral Springs, FL 33065-7632


First Premier Bank                  First Premier Bank                  Flomac Enterprises, LLC
3820 N Louise Ave                   P. O. Box 5529                      1725 Robin Hood Ln
Sioux Falls, SD 57107-0145          Sioux Falls, SD 57117-5529          Clearwater, FL 33764-6449


Floor & Decor                       Florida Dept. of Revenue            Florida Legal Advocacy Group of Tampa Bay
PO 960061                           6302 E. Martin Luther King Blvd     1180 Gulf Boulevard, Suite 303
Orlando, FL 32896-0061              Suite 100                           Clearwater, Florida 33767-2755
                                    Tampa FL 33619-1166
```

| | | |
|---|---|---|
| Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 |
| GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 | Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 |
| Global Credit & Collection Corp.<br>Attn:  Collections Department<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 | Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 |
| Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 | Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Interstate Credit Collections<br>711 Coliseum Plaza Court<br>Winston Salem, NC 27106-5350 |
| Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 | Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 |
| Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 | Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 | Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 |
| Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 | MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 |
| Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 |
| Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | Nicholas Hoban<br>80 Winterbrook Dr.<br>Cranberry TWP, PA 16066-7904 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 |

| | | |
|---|---|---|
| One Main<br>9600 66th Street N., Suite B<br>Pinellas Park, FL 33782-4540 | Parc Investment Services Cor<br>c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Pinellas County<br>Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 |
| Pinellas County<br>Office of Human Rights<br>Attn Lisa Postell<br>400 S. Harrison Ave., St 500<br>Clearwater, FL 33756 | Pinellas County Utilities<br>Chance Walton<br>14 S. Ft. Harrison Avenue<br>Clearwater, FL 33756-5105 | Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 |
| Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Stephen G. Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/home Design Nahf<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 | Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 530912<br>Atlanta GA 30353-0912 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Law Office of Robert D. Eckard & Associa<br>3110 US Alternate 19 North<br>Palm Harbor, FL 34683 | The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| The Talanga Family Trust<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Carolyn R. Chaney +<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 |
| Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Jay D. Passer +<br>Jay D Passer, PA<br>4100 W. Kennedy Boulevard, Suite 322<br>Tampa, FL 33609-2290 | Paul D Watson +<br>Sivyer, Barlow & Watson, P.A.<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602-5213 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Chad D Heckman +<br>Heckman Law Group<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Bradley Halberstadt +<br>Stewart Zlimen & Jungers, Ltd,<br>2860 Patton Road<br>Roseville, MN 55113-1100 |

| | | |
|---|---|---|
| Allan C Watkins + <br> Watkins Law Firm, P.A. <br> 707 North Frankin Street, Suite 750 <br> Tampa, FL 33602-4423 | Samantha L Dammer + <br> Tampa Law Advocates,P.A. <br> A Private Law Firm <br> 620 East Twiggs Suite 110 <br> Tampa, FL 33602-3938 | Robert D. Eckard + <br> Law Office of Robert Eckard & Assoc, PA <br> 3110 Alternate US 19 North <br> Palm Harbor, FL 34683 |
| Michael A. Ziegler + <br> Law Office of Michael A. Ziegler P.L. <br> 2561 Nursery Road, Suite A <br> Clearwater, FL 33764-1783 | David Delrahim + <br> Englander and Fischer, LLP <br> 721 1st Ave South <br> St. Petersburg, FL 33701 | Adam S Levine + <br> Florida Legal Advocacy Grp of Tampa Bay <br> 1180 Gulf Boulevard, #303 <br> Clearwater, FL 33767-2755 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation <br> 13085 Hamilton Crossing Blvd. <br> Ste. 300 <br> Carmel, IN 46032 | Caine & Weiner <br> P.O. Box 5010 <br> Woodland Hills, CA 91365 | Capital One <br> 15000 Capital One Dr <br> Richmond, VA 23238 |
| Internal Revenue Service <br> Centralized Insolvency Ops <br> P. O. Box 21126 <br> Philadelphia, PA 19114-0326 | Northern Leasing Syste <br> 132 W 31st St Fl 14 <br> New York, NY 10001 | Springleaf Financial S <br> 9600 66th St N Ste B <br> Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ioannis Tagaras | (u)The Law Office of Robert Eckard & Associat <br> , FL | (u)Michael G. Williamson <br> Tampa |
| (d)Cygram Heritage, LLLP <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | (d)EC Finance, Inc. <br> 2944 Saber Dr. <br> Clearwater, FL 33759-1222 | (d)Panos Vasiloudes <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 |
| (d)Pat Margas <br> 5210 Webb Rd. <br> Tampa, FL 33615-4518 | End of Label Matrix <br> Mailable recipients   126 <br> Bypassed recipients     7 <br> Total                 133 | |