MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Zdravko Talanga and                    Case Number:  8:17-bk-09357-MGW
Darina Talanga                         Chapter 7

    Debtors,
_____/

**SECOND REPORT AND NOTICE OF INTENT TO SELL ESTATE ASSETS**
(Various Causes of Action)

TO:    Creditors, Debtor(s) and Parties in Interest:

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party of interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of Court at United States Bankruptcy Court, Middle District of Florida, Tampa Division, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on the movant's attorney, Allan C. Watkins, Esquire, Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and may grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Carolyn R. Chaney, Chapter 7 Trustee, by and through her undersigned counsel, files this Second Report and Notice of Intent to Sell Assets Subject to all Liens, Encumbrances and Interests, saying:

1.    The Debtors filed a Voluntary Petition for Relief Under Chapter 7 of the Bankruptcy Code on November 2, 2017.

2.      Carolyn R. Chaney was appointed interim Trustee and is now duly qualified and acting as Trustee.

## PROPOSED SALE TERMS

3.      The Trustee intends to sell twenty-one (21) days from the date this motion is entered on the docket, the following property of the Estate of the Debtors under the following terms and conditions:

<u>Description of Property</u>: All Causes of Action the Bankruptcy Estate holds against Adam Levine, Esq., Cygram Heritage, LLLP, and others as may be determined

<u>Manner of Sale</u>: Private

    a.      Terms of Sale: The Bankruptcy Estate is to be paid cash on or before December 10, 2019.

    b.      Purchaser: Zdravko Talanga and Darina Talanga;

    c.      Sale Price: The Bankruptcy Estate is to be paid $10,000 cash on or before December 10, 2019.

    d.      Ownership Interest to be Transferred: All right, title, and interest of bankruptcy estate to the causes of action, if any, against Elite Financial Edge, LLC, Elite Car Sales, LLC, Elite Car Sales of Clearwater, Inc., Anna Dunedin Realty, LLC, Sophia Highland Realty, LLC, Pat Margas, Helen Vasiloudes, Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, LP, Adam Levine, Esq., and Florida Legal Advocacy Group of Tampa Bay, P.A.

    e.      Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind.

## SOLICITATION OF GREATER OFFERS

4. The Trustee will entertain any higher bids, in increments of $500.00, for the purchase of the Property that the Trustee proposes to sell. Such bids must be in writing and must be received by the Trustee's Attorney electronically at allan@watkinslawfl.com , or by US Mail at the address listed below, no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days to determine the ultimate purchaser.

5. Upon determination of the ultimate purchaser, and pursuant to B.R.C.P. Rule 6004(c), the Trustee shall serve and file a report of sale itemizing the property sold, the name of the ultimate purchaser, and the price received for the property.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**
/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served by either CM/ECF electronic notice or by United States Mail to the following: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; David Delrahim, Esq.,721 First Avenue N., St. Petersburg, FL

33701; Zdravko Talanga amd Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770; and to all interested parties listed on the CM/ECF matrix on October 8, 2019.

                                                /s/ Allan C. Watkins
                                                **ALLAN C. WATKINS, ESQUIRE**