**[Dntccnlh]** [District Notice Canceling Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:17−bk−09357−MGW
Chapter 7

Zdravko Talanga

Darina Talanga

_____Debtor*_____/

NOTICE CANCELING HEARING

A Notice of Preliminary Hearing dated October 7, 2019 was issued by Academic Alliance in Dermatology, Inc., Anna Dunedin Realty, LLC, Cygram Heritage, LLLP, Cygram Holdings, LP, Elite Car Sales, Elite Car Sales of Clearwater, Inc., Elite Financial Edge, LLC, Adam Scott Levine, Pat Margas, Sophia Highland Realty, LLC, The Florida Legal Advocacy Group of Tampa Bay, P.A., Helen Vasiloudes, Panos Vasiloudes and entered on the Court's Docket Report as document # 186 . The hearing date and/or time provided in the notice does not match the date reflected on the Court's Docket Report. Therefore the hearing on Motion for Reconsideration of Order Approving Settlement is being removed from the 10/22/2019 at 10:00 AM hearing calendar until such time as a new notice of hearing is issued and entered on the Court docket.

Dated: October 8, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.