UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:  ZDRAVKO TALANGA<br>DARINE TALANGA | CASE NO: 8:17-bk-09357-MGW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 187 |

On 10/8/2019, I did cause a copy of the following documents, described below,

Notice of Withdrawal of Pleading ECF Docket Reference No. 187

 188

Second Report and Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/8/2019

/s/ Allan C. Watkins
Allan C. Watkins  185104
Suite 750
707 North Franklin Street
Tampa, FL  33602
813 226 2215

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:  ZDRAVKO TALANGA
        DARINE TALANGA

CASE NO: 8:17-bk-09357-MGW

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 187

On 10/8/2019, a copy of the following documents, described below,

Notice of Withdrawal of Pleading ECF Docket Reference No. 187

 188

Second Report and Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/8/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Allan C. Watkins
Suite 750
707 North Franklin Street
Tampa, FL  33602

PARTIES DESIGNATED AS "EXCLUDE FROM LABEL MATRIX" ARE NOT IN USPS FORMAT CLASSIFIED
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                           ACADEMIC ALLIANCE IN DERMATOLOGY INC    ANNA DUNEDIN REALTY LLC
  LABEL MATRIX FOR LOCAL NOTICING   5210 WEBB ROAD                          5210 WEBB ROAD
113A8                               TAMPA FL 33615-4518                     TAMPA FL 33615-4518
CASE 8-17-BK-09357-MGW
MIDDLE DISTRICT OF FLORIDA
TAMPA
TUE OCT 8 10-39-36 EDT 2019


JOY KELLEY AUGUSTINE                CYGRAM HERITAGE LLLP                    CYGRAM HOLDINGS LP
READ  KELLEY ESTATE SERVICES        5210 WEBB ROAD                          5210 WEBB ROAD
PO BOX 3111                         TAMPA FL 33615-4518                     TAMPA FL 33615-4518
N FORT MYERS FL 33918-3111


EC FINANCE INC                      ELITE CAR SALES                         ELITE CAR SALES OF CLEARWATER INC
2944 SABER DRIVE                    5210 WEBB ROAD                          5210 WEBB ROAD
CLEARWATER FL 33759-1222            TAMPA FL 33615-4518                     TAMPA FL 33615-4518


ELITE FINANCIAL EDGE LLC            HANCOCK BANK                            HANCOCK BANK
5210 WEBB ROAD                      CO CHAD D HECKMAN                       SIVYER BARLOW  WATSON PA
TAMPA FL 33615-4518                 PO BOX 12492                            401 E JACKSON STREET SUITE 2225
                                    TALLAHASSEE FL 32317-2492               TAMPA FL 33602-5213


NICHOLAS HOBAN                      ADAM SCOTT LEVINE                       PAT MARGAS
CO JAY D PASSER ESQ                 1180 GULF BOULEVARD SUITE 303           5210 WEBB ROAD
4100 W KENNEDY BLVD                 CLEARWATER FL 33767-2755                TAMPA FL 33615-4518
SUITE 322
TAMPA FL 33609-2290


DENNIS MCELRATH                     PARC INVESTMENT SERVICES CORP           SANTANDER CONSUMER USA INC DBA
CO TAMPA LAW ADVOCATES PA           CO TAMPA LAW ADVOCATES PA               CHRYSLER CA
620 E TWIGGS ST                     620 EAST TWIGGS ST                      CO STEWART ZLIMEN  JUNGERS LTD
SUITE 110                           SUITE 110                               2860 PATTON ROAD
TAMPA FL 33602-3938                 TAMPA FL 33602-3938                     ROSEVILLE MN 55113-1100


SHEFFIELD FINANCIALBBT              SOPHIA HIGHLAND REALTY LLC              EVA TAGARAS
BANKRUTPCY SECTION100500151         5210 WEBB ROAD                          2270 LANCASTER DRIVE
PO BOX 1847                         TAMPA FL 33615-4518                     CLEARWATER FL 33764-6530
WILSON NC 27894-1847


                                    DEBTOR
DARINA TALANGA                                                              THE FLORIDA LEGAL ADVOCACY GROUP OF
1925 DOLPHIN DR                     ZDRAVKO TALANGA                         TAMPA BA
BELLEAIR BLUFFS FL 33770-2069       1925 DOLPHIN DR                         1180 GULF BOULEVARD SUITE 303
                                    BELLEAIR BLUFFS FL 33770-2069           CLEARWATER FL 33767-2755


HELEN VASILOUDES                    PANOS VASILOUDES                        ACCEPTANCE NOW
12108 MARBLEHEAD DRIVE              5210 WEBB ROAD                          5501 HEADQUARTERS DR
TAMPA FL 33626-2504                 TAMPA FL 33615-4518                     PLANO TX 75024-5837
```

PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ACHIEVA CU<br>10125 ULMERTON RD<br>LARGO FL 33771-3532 | ADAM LEVINE ESQ<br>1180 GULF BOULEVARD<br>SUITE 303<br>CLEARWATER FL 33767-2755 | ANNA TALANGA<br>1925 DOLPHIN DR<br>BELLEAIR BLUFFS FL 33770-2069 |
| APPLIED BANK<br>PO BOX 17125<br>WILMINGTON DE 19850-7125 | AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | BADCOCK FURN<br>900 MISSOURI AVE NORTH<br>LARGO FL 33770-1812 |
| CCS<br>PO BOX 607<br>NORWOOD MA 02062-0607 | CAINE WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHRYSLER CAPITAL<br>P O BOX 660335<br>DALLAS TX 75266-0335 |
| CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH TX 76161-0275 | CITIBANK NA<br>CO QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND WA 98083-0280 | CITY OF CLEARWATER CUSTOMER SERVICE<br>PO BOX 30020<br>TAMPA FL 33630-3020 |
| CREDIT ACCEPTANCE<br>PO BOX 513<br>SOUTHFIELD MI 48037-0513 | CREDIT COLLECTION SERVICES<br>725 CARLTON SR<br>NORWOOD MA 02062 | DAIMLER TRUST<br>CO BK SERVICING LLC<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 |
| DENNIS MCELRATH<br>PO BOX 523<br>SAFETY HARBOR FL 34695-0523 | DEPARTMENT OF THE TREASURY<br>IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DUKE ENERGY<br>299 1ST AVE N<br>SAINT PETERSBURG FL 33701-3308 |
| EDITA PAVLOVIC<br>1114 85TH TERRACE NORTH<br>APT C<br>SAINT PETERSBURG FL 33702-3311 | ELITE CAR SALES OF CLRWTR<br>1925 DOLPHOINE DR<br>BELLEAIR BLUFFS FL 33770-2069 | ELITE FINANCIAL EDGE LLC<br>1925 DOLPHIN DR<br>BELLEAIR BLUFFS FL 33770-2069 |
| ELITE HOLDINGS LLC<br>1925 DOLPHIN DR<br>BELLEAIR BLUFFS FL 33770-2069 | FMA ALLIANCE LTD<br>PO BOX 2409<br>HOUSTON TX 77252-2409 | FIRST DATA<br>3975 NW 120TH AVENUE<br>CORAL SPRINGS FL 33065-7632 |

PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FIRST PREMIER BANK                     FIRST PREMIER BANK                     FLOMAC ENTERPRISES LLC
3820 N LOUISE AVE                      P O BOX 5529                           1725 ROBIN HOOD LN
SIOUX FALLS SD 57107-0145              SIOUX FALLS SD 57117-5529              CLEARWATER FL 33764-6449


FLOOR  DECOR                           FLORIDA DEPT OF REVENUE                FLORIDA LEGAL ADVOCACY GROUP OF TAMPA
PO 960061                              6302 E MARTIN LUTHER KING BLVD         BAY
ORLANDO FL 32896-0061                  SUITE 100                              1180 GULF BOULEVARD SUITE 303
                                       TAMPA FL 33619-1166                    CLEARWATER FLORIDA 33767-2755


FLOYD AND RUBY MCKENZIE                FORD MOTOR CREDIT CO                   FORD MOTOR CREDIT CO LLC
1725 ROBIN HOOD LN                     PO BOZ 6508                            CO CT CORPORATION
CLEARWATER FL 33764-6449               MESA AZ 85216-6508                     1200 SOUTH PINE ISLAND RD
                                                                              PLANTATION FL 33324-4413


GEICO INDEMNITY COMPANY                GEICO INDEMNITY CO                     GEORGE W GREER
CO CHIEF FINANCIAL OFFICER             5260 WESTERN BLVD                      PO BOX 1963
200 EAST GAINES ST                     CHEVY CHASE MD 20815-3799              CLEARWATER FL 33757-1963
TALLAHASSEE FL 32399-6502


GLOBAL CREDIT  COLLECTION CORP         HANCOCK BANK                           HELEN VASILOUDES
ATTN COLLECTIONS DEPARTMENT            15500 ROOSEVELT BLVD                   5210 WEBB RD
5440 N CUMBERLAND AVENUE SUITE 300     SUITE 102                              TAMPA FL 33615-4518
CHICAGO IL 60656-1486                  CLEARWATER FL 33760-3490


HOME DEPOT                             INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE
PO 790328                              CENTRALIZED INSOLVENCY OPERA           CENTRALIZED INSOLVENCY OPERATIONS
SAINT LOUIS MO 63179-0328              PO BOX 7346                            PO BOX 7346
                                       PHILADELPHIA PA 19101-7346             PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE               INTERSTATE CREDIT COLL                 INTERSTATE CREDIT COLLECTIONS
PO BOX 80110                           711 COLISEUM PLAZA CT                  711 COLISEUM PLAZA COURT
CINCINNATI OH 45280-0110               WINSTON SALEM NC 27106-5350            WINSTON SALEM NC 27106-5350


IOANNIS AND EVA TAGARAS                IVAN TALANGA                           IVANS AUTO REPAIR INC
2270 LANCASTER DR                      1925 DOLPHIN DR                        1925 DOLPHOINE DR
CLEARWATER FL 33764-6530               BELLEAIR BLUFFS FL 33770-2069          BELLEAIR BLUFFS FL 33770-2069


JEFFREY DOWD ESQ                       JESSICA F WATTS ESQ                    JOELLE SCHULTZ ESQ
156 W ROBERTSON ST                     GEORGE G PAPPAS PA                     13555 AUTOMOBILE BLVD
BRANDON FL 33511-5112                  1822 NORTH BELSHER RD                  SUITE 300
                                       SUITE 200                              CLEARWATER FL 33762-3837
                                       CLEARWATER FL 33765-1400
```

PARTIES DESIGNATED AS "EXCLUDE FROM MAILING" HAVE BEEN OMITTED FROM THIS SERVICE LIST DUE TO AN UNDELIVERABLE ADDRESS, AN EMPTY ADDRESS OR A DUPLICATE ADDRESS.
PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE" HAVE BEEN OMITTED FROM THIS SERVICE LIST. THE FOLLOWING PARTIES HAVE BEEN SERVED VIA US POSTAL FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KASS LAW FIRM                        LAW OFFICE OF ROBERT ECKARD          MB FIN SVCS
ATTN EDWARD PRICHARD                 3110 ALT US HWY 19 NORTH             PO BOX 961
PO BOX 800                           PALM HARBOR FL 34683                 ROANOKE TX 76262-0961
TAMPA FL 33601-0800


MABT   GENESIS RETAIL                MARINR FINC                          MERCEDES BENZ CREDIT
PO BOX 4499                          8211 TOWN CENTER DR                  P O BOX 685
BEAVERTON OR 97076-4499              NOTTINGHAM MD 21236-5904             ROANOKE TX 76262-0685


MERCERDES BENZ FINANCIAL SER         NICHOLAS HOBAN                       NORTHERN LEASING SYSTEMS INC
PO BOX 5209                          80 WINTERBROOK DR                    525 WASHINGTON BLVD 15 FLOOR
CAROL STREAM IL 60197-5209           CRANBERRY TWP PA 16066-7904          JERSEY CITY NJ 07310-1606


ONE MAIN                             PARC INVESTMENT SERVICES COR         PINELLAS COUNTY
9600 66TH STREET N SUITE B           CO DENNIS MCELRATH                   OFFICE OF HUMAN RIGHTS
PINELLAS PARK FL 33782-4540          PO BOX 523                           400 S FORT HARRISON AVE
                                     SAFETY HARBOR FL 34695-0523          5TH FLOOR ATTN- LISA POSTELL
                                                                          CLEARWATER FL 33756-5113


PINELLAS COUNTY                      PINELLAS COUNTY UTILITIES            ROY MELITA
OFFICE OF HUMAN RIGHTS               CHANCE WALTON                        8786 BAYWOOD PARK DR
ATTN LISA POSTELL                    14 S FT HARRISON AVENUE              SEMINOLE FL 33777-4624
400 S HARRISON AVE ST 500            CLEARWATER FL 33756-5105
CLEARWATER FL 33756


SHEFFIELD FINANCIAL CO               SPRINGLEAF FINANCIAL SERVICES        STATE OF FLORIDA   DEPARTMENT OF
2554 LEWISVILLE CLEMMONS             P O BOX 3251                         REVENUE
CLEMMONS NC 27012-8110               EVANSVILLE IN 47731-3251             POST OFFICE BOX 6668
                                                                          TALLAHASSEE FL 32314-6668


STEPHEN G WATTS ESQ                  SUNSHINE AUTO GROUP LLC              SYNCBFLOOR  DECOR
300 TURNER ST                        CO IVAN TALANGA                      PO BOX 965036
CLEARWATER FL 33756-5327             1925 DOLPHIN DR                      ORLANDO FL 32896-5036
                                     BELLEAIR BLUFFS FL 33770-2069


SYNCBHOME DESIGN NAHF                SYNCBPOLARIS CONSUMER                SYNCBSYNC BANK LUXURY
950 FORRER BLVD                      PO BOX 6153                          950 FORRER BLVD
KETTERING OH 45420-1469              RAPID CITY SD 57709-6153             KETTERING OH 45420-1469


SYNCHRONY BANK                       SYNCHRONY BANK                       SYNCHRONY BANKPOLARIS
ATTN BANKRUPTCY DEPARTMENT           CO PRA RECEIVABLES MANAGEMENT LLC    PO BOX 965073
PO BOX 530912                        PO BOX 41021                         ORLANDO FL 32896-5073
ATLANTA GA 30353-0912                NORFOLK VA 23541-1021
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | THE LAW OFFICE OF ROBERT D ECKARD ASSOCIA<br>3110 US ALTERNATE 19 NORTH<br>PALM HARBOR FL 34683 | THE TALANGA FAMILY IRRE TRST<br>1925 DOLPHIN DR<br>BELLEAIR BLUFFS FL 33770-2069 |
| THE TALANGA FAMILY TRUST<br>1925 DOLPHIN DR<br>BELLEAIR BLUFFS FL 33770-2069 | VILLA ANNA ASSISTED LIVING<br>1925 DOLPHIN DR<br>BELLEAIR BLUFFS FL 33770-2069 | CM/ECF E-SERVICE<br>CAROLYN R CHANEY +<br>PO BOX 530248<br>ST PETERSBURG FL 33747-0248 |
| CM/ECF E-SERVICE<br>BENJAMIN E LAMBERS +<br>TIMBERLAKE ANNEX<br>501 E POLK STREET SUITE 1200<br>TAMPA FL 33602-3945 | CM/ECF E-SERVICE<br>JAY D PASSER +<br>JAY D PASSER PA<br>4100 W KENNEDY BOULEVARD SUITE 322<br>TAMPA FL 33609-2290 | CM/ECF E-SERVICE<br>PAUL D WATSON +<br>SIVYER BARLOW WATSON PA<br>401 EAST JACKSON STREET<br>SUITE 2225<br>TAMPA FL 33602-5213 |
| CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   TPA713 +<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 | CM/ECF E-SERVICE<br>CHAD D HECKMAN +<br>HECKMAN LAW GROUP<br>PO BOX 12492<br>TALLAHASSEE FL 32317-2492 | CM/ECF E-SERVICE<br>BRADLEY HALBERSTADT +<br>STEWART ZLIMEN JUNGERS LTD<br>2860 PATTON ROAD<br>ROSEVILLE MN 55113-1100 |
| CM/ECF E-SERVICE<br>ALLAN C WATKINS +<br>WATKINS LAW FIRM PA<br>707 NORTH FRANKIN STREET SUITE 750<br>TAMPA FL 33602-4423 | CM/ECF E-SERVICE<br>SAMANTHA L DAMMER +<br>TAMPA LAW ADVOCATESPA<br>A PRIVATE LAW FIRM<br>620 EAST TWIGGS SUITE 110<br>TAMPA FL 33602-3938 | CM/ECF E-SERVICE<br>ROBERT D ECKARD +<br>LAW OFFICE OF ROBERT ECKARD  ASSOC PA<br>3110 ALTERNATE US 19 NORTH<br>PALM HARBOR FL 34683 |
| CM/ECF E-SERVICE<br>MICHAEL A ZIEGLER +<br>LAW OFFICE OF MICHAEL A ZIEGLER PL<br>2561 NURSERY ROAD SUITE A<br>CLEARWATER FL 33764-1783 | CM/ECF E-SERVICE<br>DAVID DELRAHIM +<br>ENGLANDER AND FISCHER LLP<br>721 1ST AVE SOUTH<br>ST PETERSBURG FL 33701 | CM/ECF E-SERVICE<br>ADAM S LEVINE +<br>FLORIDA LEGAL ADVOCACY GRP OF TAMPA BAY<br>1180 GULF BOULEVARD 303<br>CLEARWATER FL 33767-2755 |

CM/ECF E-SERVICE

NOTE  ENTRIES WITH A + AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF