United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 17-09357-MGW
Zdravko Talanga                                                     Chapter 7
Darina Talanga
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-8          User: rscanlon          Page 1 of 3          Date Rcvd: Oct 08, 2019
                              Form ID: Dntccnlh       Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db/jdb         +Zdravko Talanga,    Darina Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
cr             +Academic Alliance in Dermatology, Inc.,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Adam Scott Levine,    1180 Gulf Boulevard, Suite 303,    Clearwater, FL  33767,
                 UNITED STATES OF AMERICA 33767-2755
cr             +Anna Dunedin Realty, LLC,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Heritage, LLLP,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Holdings, LP,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Dennis McElrath,    c/o Tampa Law Advocates, P.A.,    620 E. Twiggs St.,    Suite 110,
                 Tampa, FL  33602,    UNITED STATES 33602-3938
cr             +EC Finance Inc,    2944 Saber Drive,    Clearwater, FL 33759-1222
cr             +Elite Car Sales,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Elite Car Sales of Clearwater, Inc.,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Elite Financial Edge, LLC,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Eva Tagaras,    2270 Lancaster Drive,    Clearwater, FL 33764-6530
cr             +Hancock Bank,    c/o Chad D. Heckman,    P.O. Box 12492,    Tallahassee, FL 32317-2492
cr             +Hancock Bank,    Sivyer Barlow & Watson, P.A.,    401 E. Jackson Street Suite 2225,
                 Tampa, FL 33602-5213
cr              Helen Vasiloudes,    12108 Marblehead Drive,    Tampa, FL 33626-2504
app            +Joy Kelley Augustine,    Read & Kelley Estate Services,    P.O. Box 3111,
                 N. Fort Myers, FL 33918-3111
cr             +Nicholas Hoban,    c/o Jay D. Passer, Esq.,    4100 W. Kennedy Blvd.,    Suite 322,
                 Tampa, FL 33609-2290
cr             +PARC Investment Services Corp,    c/o Tampa Law Advocates, P.A.,    620 East Twiggs St.,
                 Suite 110,    Tampa, FL 33602-3938
cr             +Panos Vasiloudes,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Pat Margas,    5210 Webb Road,    Tampa, FL  33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Santander Consumer USA Inc., dba Chrysler Capital,    c/o Stewart, Zlimen & Jungers, Ltd.,
                 2860 Patton Road,    Roseville, MN 55113-1100
cr             +Sophia Highland Realty, LLC,    5210 Webb Road,    Tampa, FL  33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +The Florida Legal Advocacy Group of Tampa Bay, P.A,    1180 Gulf Boulevard Suite 303,
                 Clearwater, FL  33767,    UNITED STATES OF AMERICA 33767-2755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Oct 08 2019 23:28:54      Sheffield Financial/BB&T,
                 Bankrutpcy Section/100-50-01-51,    PO Box 1847,    Wilson, NC  27894-1847
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ioannis Tagaras
cr              The Law Office of Robert Eckard & Associates, P.A.
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 113A-8                  User: rscanlon                 Page 2 of 3                  Date Rcvd: Oct 08, 2019
                                      Form ID: Dntccnlh              Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:

```
              Adam S Levine     on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Car Sales aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Car Sales of Clearwater, Inc.
               aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Panos  Vasiloudes aslevine@msn.com
              Allan C Watkins     on behalf of Interested Party Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins     on behalf of Trustee Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins     on behalf of Attorney for Trustee Carolyn R. Chaney court@watkinslawfl.com
              Benjamin E. Lambers     on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley Halberstadt     on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Chad D Heckman     on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              David  Delrahim     on behalf of Defendant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Defendant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Debtor Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Joint Debtor Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Counter-Claimant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Counter-Claimant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              Jay D. Passer     on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A. Ziegler     on behalf of Creditor    EC Finance Inc mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler     on behalf of Creditor Eva  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Michael A. Ziegler     on behalf of Creditor Ioannis  Tagaras mike@zieglerlawoffice.com,
               zieglerlawbknotices@gmail.com;zieglermr73799@notify.bestcase.com;jamie@zieglerlawoffice.com
              Paul D Watson     on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, ddevlin@sbwlegal.com
              Robert D. Eckard     on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               robert@roberteckardlaw.com, Service@roberteckardlaw.com;jessica@roberteckardlaw.com
              Samantha L Dammer     on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer     on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer     on behalf of Plaintiff    PARC Investment Services Corp sdammer@attysam.com,
               bjones@attysam.com
              Samantha L Dammer     on behalf of Counter-Defendant    PARC Investment Services Corp
               sdammer@attysam.com, bjones@attysam.com
```

```
District/off: 113A-8              User: rscanlon              Page 3 of 3              Date Rcvd: Oct 08, 2019
                                  Form ID: Dntccnlh           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV

                                                                                                             TOTAL: 56

**[Dntccnlh]** [District Notice Canceling Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No. 8:17−bk−09357−MGW
  Chapter 7
Zdravko Talanga

Darina Talanga

_____Debtor*_____ /

NOTICE CANCELING HEARING

A Notice of Preliminary Hearing dated October 7, 2019 was issued by Academic Alliance in Dermatology, Inc., Anna Dunedin Realty, LLC, Cygram Heritage, LLLP, Cygram Holdings, LP, Elite Car Sales, Elite Car Sales of Clearwater, Inc., Elite Financial Edge, LLC, Adam Scott Levine, Pat Margas, Sophia Highland Realty, LLC, The Florida Legal Advocacy Group of Tampa Bay, P.A., Helen Vasiloudes, Panos Vasiloudes and entered on the Court's Docket Report as document # 186 . The hearing date and/or time provided in the notice does not match the date reflected on the Court's Docket Report. Therefore the hearing on Motion for Reconsideration of Order Approving Settlement is being removed from the 10/22/2019 at 10:00 AM hearing calendar until such time as a new notice of hearing is issued and entered on the Court docket.

Dated: October 8, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.