UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                            CASE NO. 8:17-bk-09357-MGW
                                                  CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

       Debtors.
_____/

## MOTION TO CONTINUE

Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through undersigned counsel, file this Motion to Continue the Preliminary Hearing on Motion for Reconsideration of Order Approving Settlement Agreement [Doc. 185] filed by Elite Car Sales, et al, currently scheduled for October 22, 2019 at 10:00 a.m. and in support thereof states:

1. Undersigned lead counsel for the Debtors is scheduled for a mediation at the same date and time as the hearing.

2. The issues addressed by the movants may be moot as the result of further negotiation and additional time is sought to complete such negotiation.

3. The movants and Chapter 7 Trustee have stated no objection to this request and no other parties have made any response to the movants' motion.

4. Debtors seek the hearing be rescheduled to a date on or after October 30, 2019.

WHEREFORE, Debtors respectfully request this Honorable Court grant Debtors' Motion to Continue and grant such other and further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was filed via CM/ECF electronic notice and/or by U.S. Mail to all interested parties on the attached mailing matrix.

DATED this 14th day of October, 2019.

        ENGLANDER FISCHER

        */s/ David S. Delrahim*
        David S. Delrahim, Esq.
        Florida Bar No. 0066368
        Primary: ddelrahim@eflegal.com
        Secondary: creeder@eflegal.com
        **ENGLANDER and FISCHER LLP**
        721 First Avenue North
        St. Petersburg, Florida 33701
        Tel: (727) 898-7210 /Fax: (727) 898-7218
        *Attorneys for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Thu Sep 19 09:20:25 EDT 2019 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 |
| Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Hancock Bank<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 |
| Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 | Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 |
| (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 | CCS<br>PO Box 607<br>Norwood, MA 02062-0607 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

City of Clearwater Customer Service
P.O. Box 30020
Tampa, FL 33630-3020

Credit Acceptance
Po Box 513
Southfield, MI 48037-0513

Credit Collection Services
725 Carlton Sr
Norwood, MA 02062

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Dennis McElrath
PO Box 523
Safety Harbor, FL 34695-0523

Department of the Treasury
IRS
PO Box 7346
Philadelphia, PA 19101-7346

Duke Energy
299 1st Ave., N
Saint Petersburg, FL 33701-3308

Edita Pavlovic
1114 85th Terrace North
APT C
Saint Petersburg, FL 33702-3311

Elite Car Sales of Clrwtr
1925 Dolphoine Dr,
Belleair Bluffs, FL 33770-2069

Elite Financial Edge LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Elite Holdings, LLC
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 77252-2409

First Data
3975 NW 120th Avenue
Coral Springs, FL 33065-7632

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
P. O. Box 5529
Sioux Falls, SD 57117-5529

Flomac Enterprises, LLC
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Floor & Decor
PO 960061
Orlando, FL 32896-0061

Florida Dept. of Revenue
6302 E. Martin Luther King Blvd
Suite 100
Tampa FL 33619-1166

Florida Legal Advocacy Group of Tampa Bay
1180 Gulf Boulevard, Suite 303
Clearwater, Florida 33767-2755

Floyd and Ruby McKenzie
1725 Robin Hood Ln
Clearwater, FL 33764-6449

Ford Motor Credit CO
PO Boz 6508
Mesa, AZ 85216-6508

Ford Motor Credit Co LLC
c/o CT Corporation
1200 South Pine Island Rd
Plantation, FL 33324-4413

GEICO INDEMNITY Company
c/o Chief Financial Officer
200 East Gaines St
Tallahassee, FL 32399-6502

Geico Indemnity CO
5260 Western Blvd
Chevy Chase, MD 20815-3799

George W. Greer
PO Box 1963
Clearwater, FL 33757-1963

Global Credit & Collection Corp.
Attn:  Collections Department
5440 N. Cumberland Avenue, Suite 300
Chicago, IL 60656-1486

Hancock Bank
15500 Roosevelt Blvd.
Suite 102
Clearwater, FL 33760-3490

Helen Vasiloudes
5210 Webb Rd.
Tampa, FL 33615-4518

Home Depot
PO 790328
Saint Louis, MO 63179-0328

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 |
| Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Interstate Credit Collections<br>711 Coliseum Plaza Court<br>Winston Salem, NC 27106-5350 | Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 |
| Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 |
| Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 | Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 | Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 |
| LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 | MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 | Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 | Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 |
| Nicholas Hoban<br>80 Winterbrook Dr.<br>Cranberry TWP, PA 16066-7904 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | One Main<br>9600 66th Street N., Suite B<br>Pinellas Park, FL 33782-4540 |
| Panos Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Parc Investment Services Cor<br>c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Pat Margas<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 |
| Pinellas County<br>Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 | Pinellas County<br>Office of Human Rights<br>Attn Lisa Postell<br>400 S. Harrison Ave., St 500<br>Clearwater, FL 33756 | Pinellas County Utilities<br>Chance Walton<br>14 S. Ft. Harrison Avenue<br>Clearwater, FL 33756-5105 |
| Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 | Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |

| | | |
|---|---|---|
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Stephen G. Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/home Design Nahf<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 |
| Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 530912<br>Atlanta GA 30353-0912 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Law Office of Robert D. Eckard & Associa<br>3110 US Alternate 19 North<br>Palm Harbor, FL 34683 |
| The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Talanga Family Trust<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Carolyn R. Chaney<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | David Delrahim<br>Englander and Fischer, LLP<br>721 1st Ave South<br>St. Petersburg, FL 33701 | Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Eva Tagaras<br>2270 Lancaster Drive<br>Clearwater, FL 33764-6530 | Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 |
| Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>13085 Hamilton Crossing Blvd.<br>Ste. 300<br>Carmel, IN 46032 | Caine & Weiner<br>P.O. Box 5010<br>Woodland Hills, CA 91365 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | Northern Leasing Syste<br>132 W 31st St Fl 14<br>New York, NY 10001 | Springleaf Financial S<br>9600 66th St N Ste B<br>Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Law Office of Robert Eckard & Associat<br>, FL | (d)Cygram Heritage, LLLP<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | (d)EC Finance, Inc.<br>2944 Saber Dr.<br>Clearwater, FL 33759-1222 |
| (u)Ioannis Tagaras | (d)Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | (d)Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 |

End of Label Matrix
Mailable recipients   115
Bypassed recipients     6
Total                 121