ORDERED.

**Dated:  October 16, 2019**

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ZDRAVKO TALANGA and
DARINA TALANGA,

      Debtors.

_____/

Case No.:  8:17-bk-09357-MGW
Chapter 7

## ORDER GRANTING THE DEBTORS' MOTION TO CONTINUE [DOC. 193]

THIS CAUSE came before the Court without a hearing on the Debtors' Motion to Continue (**"*Motion*"**) [Doc. 193] the preliminary hearing on Elite Car Sales, et al's Motion for Reconsideration of Order Approving Settlement Agreement [Doc. 185] scheduled for October 22, 2019 at 10:00 a.m. The Court finding good cause to reschedule the hearing, accordingly, it is

**ORDERED:**

1.    The Motion is hereby GRANTED.

2.    The Preliminary Hearing on the Motion is continued to November 6, 2019 at 10:30 A.M.

This Order shall serve as notice and no further notice shall be served.

00677727-1

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*