UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: ZDRAVKO TALANGA and	Case No. 8:17-bk-09357-MGW
DARINA TALANGA,

Chapter 7

    Debtors.

### OBJECTION TO TRUSTEE'S SECOND REPORT AND NOTICE OF INTENTION TO SELL ESTATE ASSETS

COMES NOW, the PARC INVESTMENT SERVICES CORP herein, and by and through its undersigned counsel objects to the Trustee's Second Report and Notice of Intention to Sell Estate Assets (Doc. No. 188) and in support states as follows:

**General Background**

1. This is a voluntary individual Chapter 7 case filed by the Debtors on November 2, 2017.

2. During the course of the proceedings, the Trustee identified certain pre-petition causes of action held by the Debtors against Adam Levine, Esq., as well as several of his clients including Panayiotis Vasiloudes and several of his affiliated entities.

3. The Trustee intends to sell these business interests back to the Debtors for $10,000.

4. The price of $10,000 is insufficient and not in the best interest of the creditors.

5. The Notice of Intent to Sell is vague in that it describes the property to be sold as "All Causes of Action the Bankruptcy Estate holds against Adam Levine, Esq., Cygram Heritage, LLLP, and others as may be determined" which is not sufficient as it is unclear what claims are being sold.

1

WHEREFORE, PARC INVESTMENT SERVICES CORP. respectfully requests that the Court enter an order abating the Trustee's Notice of Intention to Sell Property of the Estate and granting any other and further relief as this Court deems just.

Dated this 22nd day of October, 2019.
By: /s/ Samantha L. Dammer, Esq.

                                          **SAMANTHA L. DAMMER, ESQUIRE**
                                          Florida Bar No.: 0036953
                                          Tampa Law Advocates, P.A.
                                          620 E. Twiggs Street, Suite 110
                                          Tampa, FL 33602
                                          Ph: (813) 288-0303
                                          Fx: (813) 466-7495
                                          sdammer@attysam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of October, 2019, a true and correct copy of the foregoing was sent by CM/ECF Electronic mail to all parties of interest on the Court's CM/ECF System and to the Creditor Matrix.

                                          __/s/ Samantha L. Dammer_____
                                          **SAMANTHA L. DAMMER, ESQUIRE**
                                          Florida Bar No.: 0036953
                                          Tampa Law Advocates, P.A.
                                          620 East Twiggs Street, Suite 110
                                          Tampa, FL 33602
                                          Ph: (813) 288-0303
                                          sdammer@attysam.com