# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 8:17-bk-09357-MGW
**Case Name:** TALANGA, ZDRAVKO
TALANGA, DARINA

**For Period Ending:** 09/30/2019

**Trustee Name:** (290680) CAROLYN R. CHANEY
**Date Filed (f) or Converted (c):** 11/02/2017 (f)
**§ 341(a) Meeting Date:** 12/07/2017
**Claims Bar Date:** 03/07/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Home: 1925 Dolphin Dr., Belleair Bluffs, FL 33770 | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Property: 18400 US Hwy 19 North, Clearwater, FL 33764 | 500,000.00 | 60,000.00 | OA | 0.00 | FA |
| 3 | 2013 Jeep Wrangler | 15,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2015 Polaris Can-am | 15,000.00 | 179.00 | | 6,543.35 | FA |
| 5 | Household furnishings | 3,000.00 | 2,735.00 | | 4,170.00 | FA |
| 6 | 2015 Jet Ski | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | Clothes | 50.00 | 50.00 | | 50.00 | FA |
| 8 | Clothes | 100.00 | 100.00 | | 100.00 | FA |
| 9 | Costume jewelry | 300.00 | 300.00 | | 300.00 | FA |
| 10 | 1 Doberman | 1.00 | 1.00 | OA | 0.00 | FA |
| 11 | Cash | 35.00 | 0.00 | | 0.00 | FA |
| 12 | Adriatic Cafe, LLC, 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 13 | Ivan's Auto Repair, Inc.; closed in June 2017 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Elite Holdings, LLC owns partial interests in: Elite Financial Edge, LLC 33.3% Elite Car Sales, LLC 33.3% Elite Car Sales of Clearwater, Inc. 33.3% Villa Anna Assisted Living Facility, LLC 49.9% Sophia Highlands Realty, LLC 49.9% Anna Dunedin Realty, LLC 49.9% | Unknown | 0.00 | | 0.00 | 1,000.00 |
| 15 | Utility: City of Clearwater | 800.00 | 0.00 | | 0.00 | FA |
| 16 | Electric: Duke Energy | 900.00 | 0.00 | | 0.00 | FA |
| 17 | The Talanga Family Irrevocable Trust dated July 31, 2015 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Possible professional liability and/or breach of duty claims against Debtors' former attorney, Adam Levine. | Unknown | 0.00 | | 0.00 | 100.00 |
| 19 | Storage shed (u) | 0.00 | 0.00 | | 0.00 | 2,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 8:17-bk-09357-MGW  
**Case Name:** TALANGA, ZDRAVKO  
TALANGA, DARINA  

**For Period Ending:** 09/30/2019

**Trustee Name:** (290680) CAROLYN R. CHANEY  
**Date Filed (f) or Converted (c):** 11/02/2017 (f)  
**§ 341(a) Meeting Date:** 12/07/2017  
**Claims Bar Date:** 03/07/2018

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 19  Assets  Totals  (Excluding unknown values) | $990,686.00 | $63,365.00 | | $11,163.35 | $3,100.00 |

**Major Activities Affecting Case Closing:**

10/08/19 - Tee filed 2d report and notice to sell causes of action.  10/22/19 - objection to sale filed by PARC Investment.
08/26/19 - objections to sale filed; set for hrg on 09/04.  09/04/19 - buyback sale approved; compromise with debtors approved.
07/31/19 - filed report of sale back to debtors of non-exempt business interests.
06/04/19 - filed objection to debtors' motion to approve compromise.  Hrg set for 07/25.
05/13/19 - payment reminder to atty.
02/06/19 - filed report and notice of intent to sell assets (various causes of action).
12/11/18 - filed notice of abandonment of burdensome property.
11/20/18 - payment received from debtors.  11/26/18 - payment to appraiser; filed report and notice of intention to sell property back to debtors.
09/10/18 - debtors offered payment plan.  09/18/18 - response to debtors' offer.
09/05/18 - notice of 2004 exam filed by Tee.
08/23/18 - buyback offer to debtors.
06/05/18 - complaint objecting to discharge filed by PARC Investment Services (8:18-ap-00248)
05/11/18 - recvd documents to review.
05/07/18 - objection to exemptions.  05/09/18 - filed report of appraiser; application to pay appraiser.
Contd 341 mtg on 04/26/18.  Concluded.  04/06/18 - Trustee req for extension to object to discharge.
02/21/18 - motion to sell interest in real property. Objection filed 03/01/18. Hrg held 03/07/18.
02/05/18 - complaint objecting to discharge filed by Elite Financial Edge, LLC (8:18-ap-00049).
01/09/18 - filed application to employ appraiser.  Approved.
12/21/17 - Amended application to employ Watkins. Approved 01/09/18.
341 mtg held 12/7/17; contd to 03/15/18.
11/08/17 - application to employ Allan Watkins.  Approved 11/9/17.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018  
**Current Projected Date Of Final Report (TFR):** 03/31/2020

10/28/2019  
Date

/s/CAROLYN R. CHANEY  
CAROLYN R. CHANEY

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 8:17-bk-09357-MGW | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | TALANGA, ZDRAVKO | Bank Name: | Mechanics Bank |
|  | TALANGA, DARINA | Account #: | ******4200 Checking |
| Taxpayer ID #: | **-***4214 | Blanket Bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 09/30/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 |  | 1,000.00 |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 |  | 2,000.00 |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 |  | 3,000.00 |
| 11/26/18 | {4} | Darina Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,500.00 |  | 4,500.00 |
| 11/26/18 | 101 | Joy Kelley Augustine | Order Approving Compensation for Appraiser, Doc. No. 104 | 3711-000 |  | 394.00 | 4,106.00 |
| 11/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 4,101.00 |
| 12/31/18 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 |  | 5,601.00 |
| 12/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 5,596.00 |
| 01/10/19 | {4} | Darina Talanga | 01/11/19 - Check returned for NSF; notified atty for debtors. | 1129-000 | -1,500.00 |  | 4,096.00 |
| 01/31/19 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 4,091.00 |
| 02/08/19 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,000.00 |  | 5,091.00 |
| 02/08/19 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 500.00 |  | 5,591.00 |
| 02/28/19 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 5,586.00 |
| 03/26/19 |  | Darina Talanga | Sale of non-exempt property per notice 11/26/18. |  | 1,500.00 |  | 7,086.00 |
|  | {4} |  | Buyback $543.35 | 1129-000 |  |  |  |
|  | {7} |  | Buyback $50.00 | 1129-000 |  |  |  |
|  | {8} |  | Buyback $100.00 | 1129-000 |  |  |  |
|  | {9} |  | Buyback $300.00 | 1129-000 |  |  |  |
|  | {5} |  | Buyback $506.65 | 1129-000 |  |  |  |
| 03/29/19 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 7,081.00 |
| 06/01/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 |  | 8,581.00 |
| 07/15/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 |  | 10,081.00 |
| 08/30/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 663.35 |  | 10,744.35 |
|  |  |  | **Page Subtotals:** |  | **$11,163.35** | **$419.00** |  |

{ } Asset Reference(s)                                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 8:17-bk-09357-MGW | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | TALANGA, ZDRAVKO | Bank Name: | Mechanics Bank |
| | TALANGA, DARINA | Account #: | ******4200 Checking |
| Taxpayer ID #: | **-***4214 | Blanket Bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 09/30/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 11,163.35 | 419.00 | $10,744.35 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,163.35 | 419.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,163.35** | **$419.00** | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 8:17-bk-09357-MGW |
| **Case Name:** | TALANGA, ZDRAVKO<br>TALANGA, DARINA |
| **Taxpayer ID #:** | **-***4214 |
| **For Period Ending:** | 09/30/2019 |

| | |
|---|---|
| **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4200 Checking |
| **Blanket Bond (per case limit):** | $24,397,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $11,163.35 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $11,163.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4200 Checking | $11,163.35 | $419.00 | $10,744.35 |
| | **$11,163.35** | **$419.00** | **$10,744.35** |