**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                                  Chapter 7

ZDRAVKO TALANGA and                                  Case No.: 8:17-bk-09357-MGW
DARINA TALANGA,

_____Debtor._____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that BUDDY D. FORD, ESQUIRE, of the Law Firm of Buddy D. Ford, P.A., in accordance with the Fed. R. Bankr. P. 2002 and 9010, hereby gives notice of appearance on behalf of DENNIS A. McELRATH, ("Creditor") in the above-styled action, and respectfully requests copies of all pleadings and other papers hereafter filed in these proceedings and further requests that the Clerk place the name and address of the undersigned in the Court file.

**I HEREBY CERTIFY** that on this  31st  day of October, 2019, a true and correct copy of the foregoing *Notice of Appearance* has been furnished by ■ CM/ECF Electronic Mail to:

Carolyn R. Chaney     carolyn.chaney@earthlink.net, FL46@ecfcbis.com
Samantha L Dammer     sdammer@attysam.com, bjones@attysam.com
David Delrahim     ddelrahim@eflegal.com, creeder@eflegal.com;afrederick@eflegal.com
Robert D. Eckard     robert@roberteckardlaw.com,
        Service@roberteckardlaw.com;jessica@roberteckardlaw.com
Bradley Halberstadt     bk@szjlaw.com
Chad D Heckman     eservice@heckmanlawgroup.com
Benjamin E. Lambers     Ben.E.Lambers@usdoj.gov
Adam S Levine     aslevine@msn.com
Jay D. Passer     tbcc2@verizon.net, kathykorson@hotmail.com
United States Trustee - TPA7/13     USTPRegion21.TP.ECF@USDOJ.GOV
Allan C Watkins     court@watkinslawfl.com
Paul D Watson     pwatson@sbwlegal.com, ddevlin@sbwlegal.com
Michael A. Ziegler     mike@zieglerlawoffice.com,
        zieglermr73799@notify.bestcase.com;bankruptcy@zieglerlawoffice.com

and by ■ Regular U.S. Mail to:

Joy Kelley Augustine, Read & Kelley Estate Services, P.O. Box 3111, N. Fort Myers, FL 33918

Sheffield Financial/BB&T, Bankrutpcy Section/100-50-01-51, PO Box 1847, Wilson, NC
        27894-1847

Zdravko and Darina Talanga, 1925 Dolphin Dr., Belleair Bluffs, FL 33770

          Respectfully submitted,

          BUDDY D. FORD, P.A.,

            /s/ Buddy D. Ford
          Buddy D. Ford, Esquire (FBN: 0654711)
          Email: *Buddy@tampaesq.com*
          Jonathan A. Semach, Esquire (FBN: 0060071)
          Email: *Jonathan@tampaesq.com*
          Heather M. Reel, Esquire (FBN: 0100357)
          Email: *Heather@tampaesq.com*
          9301 West Hillsborough Avenue
          Tampa, Florida  33615-3008
          Telephone: (813) 877-4669
          Facsimile: (813) 877-5543
          Office Email: *All@tampaesq.com*
          Attorney for Creditor, Dennis A. McElrath