**From:** Adam Levine aslevine@msn.com
**Subject:** Re: Talanga 2004 Subpoena
**Date:** October 1, 2019 at 11:53 AM
**To:** Allan Watkins Allan@watkinslawfl.com
**Bcc:** Adam Levine aslevine@msn.com



Allan,

Thank you. I understand what you are looking for and thought I scanned them but don't seem to have done that. I believe the paper copies are in my desk at home. I will forward them to you as soon as I return and get my hands on them. In the interim I am trying to get copies of them.

Thanks,

Adam

Adam S. Levine, M.D., J.D.
Managing Partner & Founder, The Florida Legal Advocacy Group of Tampa Bay
Adjunct Professor of Law, Stetson University College of Law
Adjunct Professor of Law, Texas Tech University School of Law
Adjunct Professor of Law, Western Michigan University Cooley School of Law
Visiting Professor of Law, University of Victoria College of Law and Justice, Australia.

1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
(727) 512 - 1969 [Telephone]
(866) 242 - 4946 [Facsimile]

General Notice & Confidentiality: The information contained in this electronic mail transmission is intended for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. This information is protected by the Electronic Communications Privacy Act, 18 U.S.C. §2510-25212.  It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It should not be copied or forwarded to any persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the address record can be corrected. Any dissemination, distribution, or duplication of this communication is prohibited.

Legal Notice: THE DATA CONTAINED IN THIS ELECTRONIC TRANSMISSION ARE FOR THE PURPOSE OF SETTLEMENT NEGOTIATIONS ONLY AND ARE CONFIDENTIAL, PRIVILEGED AND INCLUDE LEGAL WORK PRODUCT AND ATTORNEY'S IMPRESSIONS. ALL DATA ARE INADMISSIBLE EVIDENCE AND PROTECTED FROM DISCOVERY.

HIPAA Compliance Disclosure Notice: The data in this electronic mail transmission may include Protected Health Information that is protected from release without consent. The information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled.

Uniform Electronic Transactions Act:  Pursuant to §668.50 of the Florida Statutes, if the data included in this transmission concerns any contract or agreement, the Uniform Electronic Transactions Act does not apply.  In all cases, contract formation shall only occur with a manually affixed original signature on an original document.

> On Oct 1, 2019, at 10:56 AM, Allan Watkins <Allan@watkinslawfl.com> wrote:
>
> Not a problem. But all I need is copies of your liability policies.
>
> **From:** Adam S. Levine <aslevine@msn.com>
> **Sent:** Monday, September 30, 2019 2:11 PM
> **To:** Allan Watkins <Allan@watkinslawfl.com>
> **Subject:** Talanga 2004 Subpoena

> Allan,
>
> Good afternoon, I have to be out of town for personal and family reasons and will not be returning until between November 5th and 11th. I thought I had the documents that you requested electronically on my computer but cannot seem to find them. Would you please extend the time for my response until November 11th. I will email them to you as soon as I get home and scan them. If I can make it back to Clearwater in the interim I will scan and E-mail them to you.
>
> I apologize for the delay. I had to leave suddenly. If I locate the documents or can get copies of them before the 11th I will forward them to you.
>
> Adam
>
>
> Adam S. Levine, M.D., J.D.
> Managing Partner & Founder, The Florida Legal Advocacy Group of Tampa Bay
> Adjunct Professor of Law, Stetson University College of Law
> Adjunct Professor of Law, Texas Tech University School of Law
> Adjunct Professor of Law, Western Michigan University Cooley School of Law
> Visiting Professor of Law, University of Victoria College of Law and Justice, Australia.
>
> 1180 Gulf Boulevard, Suite 303, Clearwater, Florida 33767
> (727) 512 - 1969 [Telephone]
> (866) 242 - 4946 [Facsimile]
>
> General Notice & Confidentiality: The information contained in this electronic mail transmission is intended for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. This information is protected by the Electronic Communications Privacy Act, 18 U.S.C. §2510-25212.  It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It should not be copied or forwarded to any persons.  If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the address record can be corrected. Any dissemination, distribution, or duplication of this communication is prohibited.
>
> Legal Notice: THE DATA CONTAINED IN THIS ELECTRONIC TRANSMISSION ARE FOR THE PURPOSE OF SETTLEMENT NEGOTIATIONS ONLY AND ARE CONFIDENTIAL, PRIVILEGED AND INCLUDE LEGAL WORK PRODUCT AND ATTORNEY'S IMPRESSIONS. ALL DATA ARE INADMISSIBLE EVIDENCE AND PROTECTED FROM DISCOVERY.
>
> HIPAA Compliance Disclosure Notice: The data in this electronic mail transmission may include Protected Health Information that is protected from release without consent. The information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled.
>
> Uniform Electronic Transactions Act:  Pursuant to §668.50 of the Florida Statutes, if the data included in this transmission concerns any contract or agreement, the Uniform Electronic Transactions Act does not apply.  In all cases, contract formation shall only occur with a manually affixed original signature on an original document.