**From:** **Allan Watkins** Allan@watkinslawfl.com 📎
**Subject:** Talanga - Subpoena
**Date:** November 1, 2019 at 1:19 PM
**To:** Adam S. Levine aslevine@msn.com
**Cc:** Carolyn Chaney carolyn.chaney@earthlink.net

Adam:

You were served with a subpoena for documents on September 25, 2019. The documents requested were due to be produced on October 15, 2019.
I have not received the documents. It is a simple matter to email the production to me.

If I do not receive the production by November 4, 2019, I will be forced to file a motion to compel.

# Allan

Allan C. Watkins
Watkins Law Firm, P.A.
P.O. Box 320702
Tampa, FL 33679
Tel: 813-226-2215
Email: allan@watkinslawfl.com



CONFIDENTIALITY NOTE: This electronic mail transmission may contain legally privileged and/or confidential information. This communication originates from the law firm of Watkins Law Firm, P.A., and is protected under the Electronic Communication Privacy Act, 18 U.S.C. §2510-2521. Do not read this if you are not the person(s) named. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you received this transmission in error, please notify the sender by telephone (813-226-2215), or send an electronic mail message to the sender allan@watkinslawfl.com and destroy the original transmission and its attachments without reading or saving in any manner. Do not deliver, distribute or copy his message and/or any attachment and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.
CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.