UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  CASE NO. 8:17-bk-09357-MGW
CHAPTER 7

ZDRAVKO TALANGA and
DARINA TALANGA,

      Debtors.
_____/

**MOTION TO SCHEDULE HEARING ON
TRUSTEE'S NOTICE OF INTENT TO SELL ESTATE ASSETS [DOC 188]**

Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through undersigned counsel, file this Motion to Schedule Hearing on Trustee's Notice of Intent to Sell Estate Assets [DOC 188], and in support thereof states:

1. Attorney for Trustee, Carolyn R. Chaney, filed her Second Report and Notice of Intent to Sell Estate Assets [DOC 188] on October 8, 2019.

2. The attorney for Parc Investment Services Corp., served its Objection to Trustee's Second Report and Notice of Intention to Sell Estate Assets [DOC 196] on October 22, 2019.

3. Because of an impending foreclosure case in state court against the Debtors, it is imperative to have this matter heard at the previously scheduled hearing on Wednesday, November 6, 2019 at 10:30 a.m.

WHEREFORE, Debtors respectfully request this Honorable Court grant Debtors' Motion to Schedule Hearing on Trustee's Notice of Intent to Sell Estate Assets and grant such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was filed via CM/ECF which will send an electronic copy to: Allan C. Watkins, Esq., Watkins Law Firm,

P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602 court@watkinslawfl.com, as attorney for Trustee, Carolyn R. Chaney; Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, ben.e.lambers@usdoj.gov, as attorney for U.S. Trustee.

DATED this 5th day of November, 2019.

ENGLANDER FISCHER

/s/ David S. Delrahim
David S. Delrahim, Esq.
Florida Bar No. 0066368
Primary: ddelrahim@eflegal.com
Secondary: creeder@eflegal.com
**ENGLANDER and FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax: (727) 898-7218
*Attorneys for Debtors*