

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/06/2019 10:30 AM

COURTROOM   8A

**HONORABLE MICHAEL WILLIAMSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:17-bk-09357-MGW | 7 | 11/02/2017 |

**Chapter 7**

**DEBTOR:**   Zdravko Talanga

Darina Talanga

**DEBTOR ATTY:**   David Delrahim

**TRUSTEE:**   Carolyn Chaney

**HEARING:**

(1) Motion for Reconsideration of Order Approving Settlement Filed by Adam S Levine on behalf of Academic Alliance in Dermatology, Inc., Anna Dunedin Realty, LLC, Cygram Heritage, LLLP, Cygram Holdings, LP, Elite Car Sales, Elite Car Sales of Clearwater, Inc., Elite Financial Edge, LLC, Adam Scott Levine, Pat Margas, Sophia Highland Realty, LLC, The Florida Legal Advocacy Group of Tampa Bay, P.A., Helen Vasiloudes, Panos Vasiloudes (related document(s)[179]). (Levine, Adam) Modified on 10/2/2019 (Balames, Nita). Doc #185

(2) Motion to Expedite Hearing on Trustee's Notice of Intent to Sell Estate Assets Filed by David Delrahim on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (related document(s) 188) Doc #200 [Not Noticed]

-Motion for Protective Order Filed by Adam S Levine on behalf of Creditor The Florida Legal Advocacy Group of Tampa Bay, P.A. (related document(s)[173]). (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit) (Levine, Adam) Doc #199

**APPEARANCES:**:
David Delrahim for Dbtrs, Allan Watkins (telephonic) for Trustee, Samantha Dammer for Parc Investment, Buddy Ford for Dennis McElrath

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Motion for Reconsideration of Order Approving Settlement Filed by Adam S Levine on behalf of Academic Alliance in Dermatology, Inc., Anna Dunedin Realty, LLC, Cygram Heritage, LLLP, Cygram Holdings, LP, Elite Car Sales, Elite Car Sales of Clearwater, Inc., Elite Financial Edge, LLC, Adam Scott Levine, Pat Margas, Sophia Highland Realty, LLC, The Florida Legal Advocacy Group of Tampa Bay, P.A., Helen Vasiloudes, Panos Vasiloudes (related document(s)[179]). (Levine, Adam) Modified on 10/2/2019 (Balames, Nita). Doc #185 -   Denied as Moot

(2) Motion to Expedite Hearing on Trustee's Notice of Intent to Sell Estate Assets Filed by David Delrahim on behalf of Joint Debtor Darina Talanga, Debtor Zdravko Talanga (related document(s) 188) Doc #200 [Not Noticed] -   Granted, Trustee's Notice to Sell is Approved as Announced, order by Delrahim

-(3) Motion for Protective Order Filed by Adam S Levine on behalf of Creditor The Florida Legal Advocacy Group of Tampa Bay,

P.A. (related document(s)[173]). (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit) (Levine, Adam) Doc #199 -   Denied as Moot

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.