ORDERED.

Dated: **November 12, 2019**

*Michael G. Williamson*
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 8:17-bk-09357-MGW
Chapter 7

ZDRAVKO TALANGA and
DARINA TALANGA,

Debtors.
_____/

## ORDER ON TRUSTEE'S SECOND REPORT
## NOTICE OF INTENTION TO SELL ESTATE ASSETS

THIS CAUSE came before the Court on November 6, 2019 at 10:30 a.m. after a hearing on the Chapter 7 Trustee's Second Report and Notice of Intention to Sell Estate Assets [Doc. 188] ("***Notice of Intent to Sell***") and Creditor PARC Investment Services Corp's Objection to the Notice of Intent to Sell [Doc. 196] ("***PARC's Objection***"). After hearing argument of counsel and being otherwise fully advised in the premises, accordingly, it is

**ORDERED:**

1. The sale of assets as identified in the Notice of Intent to Sell [Doc. 188] is **APPROVED**.

00681112-1

2. The Objection [Doc. 196] is **OVERRULED**.

3. As a result of this Order, Creditors' Joint Motions for: 1) Reconsideration and Rehearing of Order Approving but Limiting the Mediated Settlement Agreement; 2) Approving the Sale of Pending Pre-Petition Assets to Debtors; and 3) For Stay of the Mediated Settlement Agreement [Doc. 185] is **DENIED AS MOOT**.

4. As a result of this Order, the 2004 Examination Subpoena served upon Florida Legal Advocacy Group of Tampa Bay, P.A. ("Florida Legal") is withdrawn by counsel for the Chapter 7 Trustee causing the Motion for Protective Order by Florida Legal [Doc. 199] **DENIED AS MOOT**.

5. As a result of this Order, the Debtors' Motion to Schedule Hearing on Trustee's Notice of Intent to Sell Estate Assets [Doc. 200] is **DENIED AS MOOT**.

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*