UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                                  CASE NO. 8:17-bk-09357-MGW
                                                                                        CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

       Debtors.
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order on Trustee's Second Report and Notice of Intention to Sell Estate Assets [DOC. 202] was served on all interested parties by U.S. Mail and/or electronically through the Court's CM/ECF system, upon: Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, ben.e.lambers@usdoj.gov, as attorney for U.S. Trustee; Allan C. Watkins, Esq., Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, court@watkinslawfl.com, as attorney for Trustee, Carolyn R. Chaney; Carolyn R. Chaney, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747; Adam S. Levine, Esq., 1180 Gulf Blvd., Suite 303, Clearwater, FL 33767, and to all interested parties on the attached mailing matrix.

DATED this 15th day of November, 2019.

                                         ENGLANDER FISCHER

                                         */s/ David S. Delrahim*
                                         David S. Delrahim, Esq.
                                         Florida Bar No. 0066368
                                         Primary: ddelrahim@eflegal.com
                                         Secondary: creeder@eflegal.com
                                         Secondary: afrederick@eflegal.com
                                         **ENGLANDER and FISCHER LLP**
                                         721 First Avenue North
                                         St. Petersburg, Florida 33701
                                         Tel: (727) 898-7210 /Fax: (727) 898-7218
                                         *Attorneys for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09357-MGW<br>Middle District of Florida<br>Tampa<br>Thu Sep 19 09:20:25 EDT 2019 | Academic Alliance in Dermatology, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Anna Dunedin Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Cygram Heritage, LLLP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Cygram Holdings, LP<br>5210 Webb Road<br>Tampa, FL 33615-4518 | EC Finance Inc<br>2944 Saber Drive<br>Clearwater, FL 33759-1222 |
| Elite Car Sales<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Car Sales of Clearwater, Inc.<br>5210 Webb Road<br>Tampa, FL 33615-4518 | Elite Financial Edge, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| Hancock Bank<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Hancock Bank<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street Suite 2225<br>Tampa, FL 33602-5213 | PARC Investment Services Corp<br>c/o Tampa Law Advocates, P.A.<br>620 East Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Santander Consumer USA Inc., dba Chrysler Ca<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Sheffield Financial/BB&T<br>Bankrutpcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sophia Highland Realty, LLC<br>5210 Webb Road<br>Tampa, FL 33615-4518 |
| The Florida Legal Advocacy Group of Tampa Ba<br>1180 Gulf Boulevard Suite 303<br>Clearwater, FL 33767-2755 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Achieva Cu<br>10125 Ulmerton Rd<br>Largo, FL 33771-3532 |
| Adam Levine, Esq.<br>1180 Gulf Boulevard<br>Suite 303<br>Clearwater, FL 33767-2755 | Anna Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850-7125 |
| (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Badcock Furn<br>900 Missouri Ave., North<br>Largo, FL 33770-1812 | CCS<br>PO Box 607<br>Norwood, MA 02062-0607 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Capital<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |

| | | |
|---|---|---|
| Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | City of Clearwater Customer Service<br>P.O. Box 30020<br>Tampa, FL 33630-3020 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |
| Credit Collection Services<br>725 Carlton Sr<br>Norwood, MA 02062 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 |
| Department of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Duke Energy<br>299 1st Ave., N<br>Saint Petersburg, FL 33701-3308 | Edita Pavlovic<br>1114 85th Terrace North<br>APT C<br>Saint Petersburg, FL 33702-3311 |
| Elite Car Sales of Clrwtr<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Elite Financial Edge LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Elite Holdings, LLC<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 | First Data<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065-7632 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>P. O. Box 5529<br>Sioux Falls, SD 57117-5529 | Flomac Enterprises, LLC<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 | Floor & Decor<br>PO 960061<br>Orlando, FL 32896-0061 |
| Florida Dept. of Revenue<br>6302 E. Martin Luther King Blvd<br>Suite 100<br>Tampa FL 33619-1166 | Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, Florida 33767-2755 | Floyd and Ruby McKenzie<br>1725 Robin Hood Ln<br>Clearwater, FL 33764-6449 |
| Ford Motor Credit CO<br>PO Boz 6508<br>Mesa, AZ 85216-6508 | Ford Motor Credit Co LLC<br>c/o CT Corporation<br>1200 South Pine Island Rd<br>Plantation, FL 33324-4413 | GEICO INDEMNITY Company<br>c/o Chief Financial Officer<br>200 East Gaines St<br>Tallahassee, FL 32399-6502 |
| Geico Indemnity CO<br>5260 Western Blvd<br>Chevy Chase, MD 20815-3799 | George W. Greer<br>PO Box 1963<br>Clearwater, FL 33757-1963 | Global Credit & Collection Corp.<br>Attn: Collections Department<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 |
| Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760-3490 | Helen Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Home Depot<br>PO 790328<br>Saint Louis, MO 63179-0328 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 80110<br>Cincinnati, OH 45280-0110 |
| Interstate Credit Coll<br>711 Coliseum Plaza Ct<br>Winston Salem, NC 27106-5350 | Interstate Credit Collections<br>711 Coliseum Plaza Court<br>Winston Salem, NC 27106-5350 | Ioannis and Eva Tagaras<br>2270 Lancaster Dr.<br>Clearwater, FL 33764-6530 |
| Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Ivans Auto Repair, Inc.<br>1925 Dolphoine Dr,<br>Belleair Bluffs, FL 33770-2069 | Jeffrey Dowd, Esq.<br>156 W. Robertson St<br>Brandon, FL 33511-5112 |
| Jessica F. Watts, Esq.<br>George G. Pappas, P.A.<br>1822 North Belsher Rd<br>Suite 200<br>Clearwater, FL 33765-1400 | Joelle Schultz, Esq.<br>13555 Automobile BLvd<br>Suite 300<br>Clearwater, FL 33762-3837 | Kass Law Firm<br>Attn: Edward Prichard<br>PO Box 800<br>Tampa, FL 33601-0800 |
| LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683 | MB Fin Svcs<br>PO Box 961<br>Roanoke, TX 76262-0961 | Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mercedes Benz Credit<br>P. O. Box 685<br>Roanoke, TX 76262-0685 | Mercerdes Benz Financial Ser<br>PO Box 5209<br>Carol Stream, IL 60197-5209 |
| Nicholas Hoban<br>80 Winterbrook Dr.<br>Cranberry TWP, PA 16066-7904 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | One Main<br>9600 66th Street N., Suite B<br>Pinellas Park, FL 33782-4540 |
| Panos Vasiloudes<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | Parc Investment Services Cor<br>c/o Dennis McElrath<br>PO Box 523<br>Safety Harbor, FL 34695-0523 | Pat Margas<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 |
| Pinellas County<br>Office of Human Rights<br>400 S. Fort Harrison Ave.<br>5th Floor Attn: Lisa Postell<br>Clearwater, FL 33756-5113 | Pinellas County<br>Office of Human Rights<br>Attn Lisa Postell<br>400 S. Harrison Ave., St 500<br>Clearwater, FL 33756 | Pinellas County Utilities<br>Chance Walton<br>14 S. Ft. Harrison Avenue<br>Clearwater, FL 33756-5105 |
| Roy Melita<br>8786 Baywood Park Dr.<br>Seminole, FL 33777-4624 | Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8110 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |

| | | |
|---|---|---|
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Stephen G. Watts, Esq.<br>300 Turner St<br>Clearwater, FL 33756-5327 | Sunshine Auto Group, LLC<br>c/o Ivan Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 |
| Syncb/floor & Decor<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/home Design Nahf<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/polaris Consumer<br>Po Box 6153<br>Rapid City, SD 57709-6153 |
| Syncb/sync Bank Luxury<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 530912<br>Atlanta GA 30353-0912 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/Polaris<br>PO Box 965073<br>Orlando, FL 32896-5073 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Law Office of Robert D. Eckard & Associa<br>3110 US Alternate 19 North<br>Palm Harbor, FL 34683 |
| The Talanga Family Irre Trst<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | The Talanga Family Trust<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Villa Anna Assisted Living<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | Adam Scott Levine<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767-2755 | Carolyn R. Chaney<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 |
| Darina Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | David Delrahim<br>Englander and Fischer, LLP<br>721 1st Ave South<br>St. Petersburg, FL 33701 | Dennis McElrath<br>c/o Tampa Law Advocates, P.A.<br>620 E. Twiggs St.<br>Suite 110<br>Tampa, FL 33602-3938 |
| Eva Tagaras<br>2270 Lancaster Drive<br>Clearwater, FL 33764-6530 | Helen Vasiloudes<br>12108 Marblehead Drive<br>Tampa, FL 33626-2504 | Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 |
| Nicholas Hoban<br>c/o Jay D. Passer, Esq.<br>4100 W. Kennedy Blvd.<br>Suite 322<br>Tampa, FL 33609-2290 | Zdravko Talanga<br>1925 Dolphin Dr.<br>Belleair Bluffs, FL 33770-2069 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>13085 Hamilton Crossing Blvd.<br>Ste. 300<br>Carmel, IN 46032 | Caine & Weiner<br>P.O. Box 5010<br>Woodland Hills, CA 91365 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | Northern Leasing Syste<br>132 W 31st St Fl 14<br>New York, NY 10001 | Springleaf Financial S<br>9600 66th St N Ste B<br>Pinellas Park, FL 33782 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Law Office of Robert Eckard & Associat<br>, FL | (d)Cygram Heritage, LLLP<br>5210 Webb Rd.<br>Tampa, FL 33615-4518 | (d)EC Finance, Inc.<br>2944 Saber Dr.<br>Clearwater, FL 33759-1222 |
| (u)Ioannis Tagaras | (d)Panos Vasiloudes<br>5210 Webb Road<br>Tampa, FL 33615-4518 | (d)Pat Margas<br>5210 Webb Road<br>Tampa, FL 33615-4518 |

End of Label Matrix
Mailable recipients    115
Bypassed recipients      6
Total                  121

ORDERED.

Dated:  **November 12, 2019**

_Michael G. Williamson_
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 8:17-bk-09357-MGW
  Chapter 7
ZDRAVKO TALANGA and
DARINA TALANGA,

Debtors.
_____/

**ORDER ON TRUSTEE'S SECOND REPORT**
**NOTICE OF INTENTION TO SELL ESTATE ASSETS**

THIS CAUSE came before the Court on November 6, 2019 at 10:30 a.m. after a hearing on the Chapter 7 Trustee's Second Report and Notice of Intention to Sell Estate Assets [Doc. 188] ("*Notice of Intent to Sell*") and Creditor PARC Investment Services Corp's Objection to the Notice of Intent to Sell [Doc. 196] ("*PARC's Objection*"). After hearing argument of counsel and being otherwise fully advised in the premises, accordingly, it is

**ORDERED:**

1. The sale of assets as identified in the Notice of Intent to Sell [Doc. 188] is **APPROVED**.

00681112-1

2. The Objection [Doc. 196] is **OVERRULED**.

3. As a result of this Order, Creditors' Joint Motions for: 1) Reconsideration and Rehearing of Order Approving but Limiting the Mediated Settlement Agreement; 2) Approving the Sale of Pending Pre-Petition Assets to Debtors; and 3) For Stay of the Mediated Settlement Agreement [Doc. 185] is **DENIED AS MOOT**.

4. As a result of this Order, the 2004 Examination Subpoena served upon Florida Legal Advocacy Group of Tampa Bay, P.A. ("Florida Legal") is withdrawn by counsel for the Chapter 7 Trustee causing the Motion for Protective Order by Florida Legal [Doc. 199] **DENIED AS MOOT**.

5. As a result of this Order, the Debtors' Motion to Schedule Hearing on Trustee's Notice of Intent to Sell Estate Assets [Doc. 200] is **DENIED AS MOOT**.

*Counsel for the Debtors, David Delrahim, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*