UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  ZDRAVKO TALANGA and                    Case No.: 8:17-bk-09357-MGW
         DARINA TALANGA,                         Chapter 7

Debtors.
_____/

## 2016(b) DISCLOSURE

Debtors' counsel, David Delrahim, Esq., and the law firm of ENGLANDER FISCHER, hereby files this 2016(b) Disclosure and says that the ENGLANDER FISCHER received payments of:

| | |
|---|---|
| 2/26/19 | $5,000 |
| 4/10/19 | $1,530 |
| 7/16/19 | $1,500 |
| 8/5/19  | $1,500 |
| 8/26/19 | $1,500 |
| 9/11/19 | $1,500 |

The law firm will charge its services and costs against the retainer and any additional amounts will be accrued by the law firm at its regular hourly rates, subject to court approval upon application, if necessary. The total amount due shall be determined by this Court on the basis of $350.00 per hour for David Delrahim and applicable hourly rates of other employees of the law firm.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all interested parties by U.S. Mail and/or electronically through the Court's CM/ECF system, upon: Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, ben.e.lambers@usdoj.gov, as attorney for U.S. Trustee; Allan C. Watkins, Esq., Watkins Law Firm, P.A., 707 N. Franklin Street, Suite 750, Tampa, FL 33602, court@watkinslawfl.com, as attorney for Trustee, Carolyn R. Chaney; Carolyn R. Chaney, Chapter 7 Trustee, P.O. Box 530248, St. Petersburg, FL 33747; Adam S. Levine, Esq., 1180 Gulf Blvd., Suite 303, Clearwater, FL 33767, and to all interested parties on the attached mailing matrix.

DATED this 11th day of December, 2019.

ENGLANDER FISCHER

*/s/ David S. Delrahim*
David S. Delrahim, Esq.
Florida Bar No. 0066368

Primary: ddelrahim@eflegal.com
Secondary: creeder@eflegal.com
Secondary: afrederick@eflegal.com
**ENGLANDER and FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax: (727) 898-7218
*Attorneys for Debtors*

2