UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Zdravko Talanga and
Darina Talanga

    Debtor.
_____/

Case Number: 8:19-bk-00461-CPM
Chapter 7

## NOTICE OF FILING TRUSTEE'S DEED

Carolyn R. Chaney, Trustee, Chapter 7 Trustee, by and through her undersigned attorney, files this Notice of Filing Trustee's Bill of Sale and Assignment.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**
/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@waktinslawfl.com
Attorney for Carolyn R. Chaney, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served by either CM/ECF electronic notice or by United States Mail to the following: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Carolyn R. Chaney, Esq., PO Box 530248, St. Petersburg, FL 33747; Herbert R. Donica, Esq., Donica Law Firm, P.A., 307 South Boulevard, Suite D, Tampa, FL 33606; David Delrahim, Esq., 721 First Avenue N., St. Petersburg, FL 33701; Zdravko Talanga and Darina Talanga, 1925 Dolphin Drive, Belleair Bluffs, FL 33770; and to all interested parties listed on the CM/ECF matrix on December 16, 2019.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**