**BILL OF SALE**
**AND ASSIGNMENT OF INTEREST**

KNOW ALL MEN BY THESE PRESENTS, that Carolyn R. Chaney, Chapter 7 Trustee for the Bankruptcy Estate of Zdravko Talanga and Darina Talanga, Case Number 8:17-bk-09357-MGW in the United States Bankruptcy Court, Middle District of Florida, Tampa Division, (the "Seller"), in consideration of the sum of Ten Thousand Dollars ($10,000.00) and other good and valuable consideration the receipt and adequacy of which is hereby acknowledged, does herewith grant, bargain, sell, transfer and deliver unto Zdravko Talanga and Darina Talanga (the "buyers"), all of the Bankruptcy Estate's Interest in the following:

Description of Property:

All right, title, and interest of bankruptcy estate to the causes of action, if any, against Elite Financial Edge, LLC, Elite Car Sales, LLC, Elite Car Sales of Clearwater, Inc., Anna Dunedin Realty, LLC, Sophia Highland Realty, LLC, Pat Margas, Helen Vasiloudes, Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, LP, Adam Levine, Esq., and Florida Legal Advocacy Group of Tampa Bay, P.A.

This is sold "AS IS" "WHERE IS," in its present condition without any representation or warranty of any type whatsoever.

IN WITNESS WHEREOF, the parties hereto have executed this Bill of Sale and Assignment of Interest on December _13_, 2019.

Witnesses:

_____
_Lucy O. Williams_

_____
By: Carolyn R. Chaney, Chapter 7 Trustee for the Bankruptcy Estate of Zdravko Talanga and Darina Talanga