UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No. 8:17-bk-09357-MGW
                                                                         Chapter 7

Zdravko Talanga
Darina Talanga

     Debtors.
_____/

## TRUSTEE'S BILL OF SALE

For, and in consideration of the sum of $3,000.00 (Three Thousand Dollars and 00/100) in hand paid, the receipt and sufficiency of which is hereby acknowledged, CAROLYN R. CHANEY, Trustee in the bankruptcy estate of the above debtor, hereby conveys and transfers all right, title and interest, if any, she may as Trustee have in the following described property to:

> Zdravko and Darina Talanga
> 1925 Dolphin Drive
> Belleair Bluffs, FL  33770

The property sold herein is:

> Non-exempt business interests of the Debtors in the following: Sale of 49.9% membership interest in Anna Dunedin Realty, LLC ($500.00); Sale of 33% membership interest in Elite Financial Edge, LLC ($500.00); Sale of double-wide storage shed ($2,000.00).

Carolyn R. Chaney, as Trustee, disclaims any warranty of any kind as to the merchantability or fitness for particular purpose, express or implied in the above item.  This sale is "as is, where is."   Dated:  February 05, 2020.

> /s/Carolyn R. Chaney, Trustee
> Post Office Box 530248
> St. Petersburg, FL 33747-0248
> Telephone: (727) 864-9851
> Email: carolyn.chaney@earthlink.net