UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:17-bk-09357-MGW
Chapter 7

Zdravko Talanga
Darina Talanga

    Debtors.
_____/

## REPORT OF SALE

COMES NOW, Carolyn R. Chaney, Trustee, and hereby gives notice of property sold pursuant to F.R.B.P. 6004(f), and says:

1. The Trustee filed a Report and Notice of Intention to Sell Property of the Estate for the non-exempt business interests of the Debtors in the following: Sale of 49.9% membership interest in Anna Dunedin Realty, LLC, Sale of 33% membership interest in Elite Edge, LLC, Sale double-wide storage shed, at Doc. No. 167.

2. The Debtors paid the price of $3,000.00 into the estate.

DATED: February 05, 2020.

/s/Carolyn R. Chaney, Trustee
Post Office Box 530248
St. Petersburg, FL 33747-0248
Telephone: (727) 864-9851
Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Report of Sale has been provided by electronic or U.S. Mail delivery on February 05, 2020 to:

Office of U.S. Trustee at USTPRegion21.TP@USDOJ.GOV

Debtors: Zdravko & Darina Talanga, 1925 Dolphin Dr., Belleair Bluffs, FL 33770
Attorney for Debtors: David Delrahim, Esquire, 721 1st Ave. South, St. Petersburg,
    FL 33701; Email: ddelrahim@eflegal.com.

/s/Carolyn R. Chaney, Trustee