# WATKINS LAW FIRM, P.A.

Attorneys at Law
214 Claymoor Ct.
Flat Rock, NC 28731
Federal ID #59-2984085

813-503-3200

Carolyn R. Chaney, Esq.  March 6, 2020
Post Office Box 530248
St. Petersburg, FL 33743

In reference to:    #3961.044 Talanga, Zdravko & Darina
#8:17-bk-09357-MGW

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/7/2017 - | ACW | Telephone conference to C. Chaney regarding: Talanga case (0.1); draft Application to Employ, Affidavit, and proposed Order (0.5) | 0.60 | 270.00 |
| 12/4/2017 - | ACW | Telephone conference to B. Lambers regarding: case (0.2) | 0.20 | 90.00 |
| 12/5/2017 - | ACW | Telephone conference from B. Lambers regarding: representation (0.2); e-mail to C. Chaney regarding: same (0.1); telephone conference from H. Donica regarding: case (0.2); telephone conference to C. Chaney regarding: representation (0.2) | 0.70 | NO CHARGE |
| - | ACW | Telephone conference from B. Lambers regarding: representation (0.1); telephone conference to C. Chaney regarding: representation and potential conflict (0.2); telephone conference to H. Donica regarding: representation (0.1) | 0.40 | NO CHARGE |
| 12/6/2017 - | ACW | Telephone conference from H. Donica regarding: Meeting of Creditors (0.2); conference call with C. Chaney and H. Donica regarding: background for Meeting of Creditors (0.3) | 0.50 | 225.00 |
| 12/7/2017 - | ACW | Telephone conference to S. Dammer regarding: case (0.3); continue preparing for Meeting of Creditors (0.8); attend Meeting of Creditors (1.5); e-mail to C. Chaney regarding: Meeting of Creditors (0.1) | 2.70 | 1,215.00 |

Carolyn R. Chaney, Esq.   Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/8/2017 - | ACW | Telephone conference to L. Bakkalapulo regarding: US 19 property (0.1); e-mail to H. Donica regarding: lease (0.1) | 0.20 | 90.00 |
| 12/11/2017 - | ACW | Telephone conference to L. Bakkalaplo regarding: leased property (0.1); e-mail to A. Levine regarding: documents (0.1); telephone conference from H. Donica regarding: continued Meeting of Creditors (0.1) | 0.30 | 135.00 |
| 12/20/2017 - | ACW | Telephone conference from H. Donica regarding: Meeting of Creditors (0.2); telephone conference from B. Lambers regarding: same and representation (x 2) (0.4); telephone conference to C. Chaney regarding: Meeting of Creditors and representation (0.1); review material for Meeting of Creditors (0.4); draft Amended Application to Employ (0.2) | 1.30 | 585.00 |
| 12/21/2017 - | ACW | E-mail to C. Chaney regarding: Amended Application to Employ (0.1); e-mail to B. Lambers regarding: same (0.1); telephone conference to A. Levine regarding: documents (0.1); review e-mail from A. Levine and H. Donica (0.3) | 0.60 | NO CHARGE |
| 12/22/2017 - | ACW | Telephone conference to B. Lambers (0.1); telephone conference from H. Donica regarding: documents and continued Meeting of Creditors (0.2); prepare for continued Meeting of Creditors (0.5); attend Meeting of Creditors (3.1) | 3.90 | 1,755.00 |
| 12/27/2017 - | ACW | Pull Accurint report and begin review (0.3) | 0.30 | 135.00 |
| 12/28/2017 - | ACW | Continue review of public records and accurint analysis (0.8); telephone conference to H. Donica regarding: Vasiloudes mortgages (0.3) | 1.10 | 495.00 |
| 12/29/2017 - | ACW | Telephone conference from C. Chaney regarding: US 19 property (0.1) | 0.10 | 45.00 |
| 1/2/2018 - | ACW | Review e-mail from C. Chaney regarding: conference with Mr. Roy (0.1); telephone conference to G. Farner regarding: US 19 property (0.1); telephone conference from H. Donica regarding: documents (0.2) | 0.40 | 180.00 |

Carolyn R. Chaney, Esq.            Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/2018 - | ACW | Conference with C. Chaney and Mr. Ray regarding: fact (1.5) | 1.50 | 675.00 |
| 1/23/2018 - | ACW | Telephone conference to C. Chaney regarding: non-exempt property (0.1); telephone conference to H. Donica regarding: same (0.1); correspondence with H. Donica regarding: same (0.2) | 0.40 | 180.00 |
| 2/2/2018 - | ACW | Telephone conference from H. Donica regarding: document production (0.3); begin review of A. Levine production (1.4) | 1.70 | 765.00 |
| 2/6/2018 - | ACW | Telephone conference from C. Chaney regarding: Meeting of Creditors continuation (0.2); telephone conference from B. Lambers and L. Daniel @ U.S. Trustee office regarding: status (0.2); review appraisal of personal property (0.3) | 0.70 | 315.00 |
| 2/7/2018 - | ACW | Continue reviewing documents (0.5); e-mail to C. Chaney regarding: Levine adversary (0.1) | 0.60 | 270.00 |
| - | ACW | Telephone conference to B. Lambers regarding: adversary (0.2); review adversary by Levine (1.2) | 1.40 | 630.00 |
| 2/8/2018 - | ACW | Begin draft of sale motion for Mr. Ray (0.3) | 0.30 | 135.00 |
| 2/12/2018 - | ACW | Research regarding: sale to Mr. Ray (0.3); telephone conference to C. Chaney regarding: sale to Mr. Ray (0.1); telephone conference to J. Augustine regarding: approval (0.1) | 0.50 | 225.00 |
| 2/13/2018 - | ACW | Telephone conference to C. Chaney regarding: US 19 property (0.1); telephone conference to J. Augustine regarding: appraisal (0.2); research regarding: judgments (1.0); e-mail to H. Donica regarding: same (0.1) | 1.40 | 630.00 |
| 2/14/2018 - | ACW | Review e-mail from S. Dammer regarding: information on debtor (0.1); telephone conference to S. Dammer regarding: assets (0.2); telephone conference to Mr. Ray regarding: US 19 property (0.2) | 0.50 | 225.00 |

Carolyn R. Chaney, Esq.            Page   4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/15/2018 - | ACW | E-mail to Mr. Ray regarding: US 19 property (0.1); research regarding: EC foreclosure (0.2); e-mail to R. Dauval regarding: possible sale (0.1) | 0.40 | 180.00 |
| 2/20/2018 - | ACW | Telephone conference from H. Donica regarding: adversary and US 19 property and restaurant (0.3); telephone conference to C. Chaney regarding: sale of US 19 property (0.2); draft Motion to Sell US 19 Property (0.8) | 1.30 | 585.00 |
| 2/21/2018 - | ACW | Finalize sale motion for US 19 property (0.3); review e-mail from H. Donica (0.3) | 0.60 | 270.00 |
| 2/23/2018 - | ACW | E-mail to H. Donica regarding: document request (0.1); telephone conference to C. Chaney regarding: document (0.1) | 0.20 | 90.00 |
| 2/26/2018 - | ACW | Review e-mail regarding: Meeting of Creditors schedule (0.1) | 0.10 | 45.00 |
| 2/27/2018 - | ACW | Review e-mail from Ms. Kashino regarding: offer on Adriadic Cafe, Ivan's, and Villa Anna (0.2) | 0.20 | 90.00 |
| 3/2/2018 - | ACW | Telephone conference from H. Donica regarding: Villa Anna (0.3); review objection to sale of property (0.2) | 0.50 | 225.00 |
| 3/8/2018 - | ACW | Review e-mail from H. Donica regarding: US 19 property (0.2) | 0.20 | 90.00 |
| 3/9/2018 - | ACW | Telephone conference to M. Ziegler regarding: stay relief (0.1); telephone conference to prospective purchaser (0.1) | 0.20 | 90.00 |
| 3/12/2018 - | ACW | E-mail to H. Donica regarding: documents for Meeting of Creditors (0.1); telephone conference to M. Zeegler regarding: sale of US 19 property (0.2) | 0.30 | 135.00 |
| 3/14/2018 - | ACW | Review amendment to Schedules (0.2); review claims register (0.2); draft objection to claim #16 (0.3); telephone conference to D. Jerkovic regarding: sale of US 19 property (0.1) | 0.80 | 360.00 |

Carolyn R. Chaney, Esq.                          Page 5

|  Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/16/2018 | ACW | Telephone conference to C. Chaney regarding: Meeting of Creditors (0.1) | 0.10 | 45.00 |
| 3/19/2018 | ACW | Telephone conference from Herb regarding: Meeting of Creditors (0.2) | 0.20 | 90.00 |
| 3/28/2018 | ACW | Telephone conference to L. Daniels regarding: status (0.1) | 0.10 | 45.00 |
| 3/29/2018 | ACW | Telephone conference to B. Lambers regarding: sale of US 19 property (0.2) | 0.20 | 90.00 |
| 4/5/2018 | ACW | Attend sale hearing - withdraw in court (0.2) | 0.20 | 90.00 |
| 4/10/2018 | ACW | Telephone conference to D. Melville re: sale motion (0.1) | 0.10 | 45.00 |
| 4/26/2018 | ACW | Prepare for continued Meeting of Creditors (0.4) attend same (1.4) | 1.80 | 810.00 |
| 4/27/2018 | ACW | Conference with B. Gasaway regarding: analysis of expenses (0.2) | 0.20 | NO CHARGE |
| 5/3/2018 | ACW | Begin draft of objection to claim of exemption (0.3) | 0.30 | 135.00 |
| 5/4/2018 | ACW | Continue preparing objection to claim of exemption (0.3); conference with C. Chaney, T. Morgado regarding: case and assets (2.1); review claims register (0.2); e-mail to H. Donica regarding: document request (0.1) | 2.70 | 1,215.00 |
| 5/7/2018 | ACW | Finalize and file objection to claim of exemption (0.2) | 0.20 | 90.00 |
| 5/8/2018 | ACW | Telephone conference from H. Donica regarding: objection to claim of exemptions (0.2) | 0.20 | 90.00 |
| 5/16/2018 | ACW | Prepare for meeting with B. Lambers and Lori Daniel (0.3); conference with C. Chaney, B. Lambers, and L. Daniel (1.0) | 1.30 | 585.00 |
| 5/17/2018 | ACW | Review material from T. Morgado regarding: vehicles (0.3); telephone conference to C. Chaney regarding: same (0.2) | 0.50 | 225.00 |

Carolyn R. Chaney, Esq.            Page 6

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/22/2018 - | ACW | Attend motion hearings in Elite adversary (0.6); telephone conference to T. Morgado regarding: background (0.4); telephone conference from B. Lambers regarding: status (0.2) | 1.20 | 540.00 |
| 5/25/2018 - | ACW | Review Adratic Bank records (0.5) | 0.50 | 225.00 |
| 7/6/2018 - | ACW | Telephone conference to C. Chaney regarding: status (0.1); telephone conference from H. Donica regarding: potential claim/asset (0.2); review adversary (0.3) | 0.60 | 270.00 |
| 7/12/2018 - | ACW | Telephone conference from B. Lambers regarding: status (0.2); telephone conference to C. Chaney regarding: buy back (0.1) | 0.30 | 135.00 |
| 7/19/2018 - | ACW | Review Form 1 and compute buy back (0.3); e-mail to C. Chaney regarding: balance on secured loans (0.2) | 0.50 | 225.00 |
| 7/20/2018 - | ACW | Telephone conference to C. Chaney regarding: amounts owed on vehicles (0.1) | 0.10 | 45.00 |
| 7/26/2018 - | ACW | Telephone conference to C. Chaney regarding: pay off on vehicles (0.1) | 0.10 | 45.00 |
| 7/30/2018 - | ACW | E-mail to H. Donica regarding: debt on vehicles and jet ski (0.1); calculate amount for buy back and e-mail to C. Chaney (0.5) | 0.60 | 270.00 |
| 7/31/2018 - | ACW | Review Motion for Relief filed by Cygram, et al. (0.4); e-mail to H. Donica regarding: Motion (0.1); e-mail to C. Chaney regarding: Motion and response (0.2) | 0.70 | 315.00 |
| 8/1/2018 - | ACW | Review e-mail from A. Levine regarding: sale (0.2); telephone conference to C. Chaney regarding: Cygram Motion (0.1); e-mail to A. Levine regarding: same and possible sale (0.2) | 0.50 | 225.00 |
| 8/7/2018 - | ACW | Review e-mail from H. Donica and A. Levine regarding: Villa Anna (0.2) | 0.20 | 90.00 |
| 8/8/2018 - | ACW | E-mail to A. Levine regarding: contract for Villa Anna (0.1) | 0.10 | 45.00 |

Carolyn R. Chaney, Esq.                                                                                     Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/14/2018 - | ACW | Review correspondence regarding: Villa Anna (0.1); review response to motion for reconsideration (0.1) | 0.20 | 90.00 |
| - | ACW | Review emergency motion for stay relief (0.3); telephone conference to H. Donica regarding: same (0.2) | 0.50 | 225.00 |
| 8/15/2018 - | ACW | Continue reviewing stay relief motion and exhibits - prepare for hearing (1.2); telephone conference to H. Donica regarding: motions and hearing (0.2); attend emergency hearing on stay relief (0.5) | 1.90 | 855.00 |
| 8/16/2018 - | ACW | Review draft of proposed order - send comments (0.2) | 0.20 | 90.00 |
| 8/17/2018 - | ACW | Review e-mail from A. Levine regarding: form of Order (0.1); telephone conference to C. Chaney regarding: malpractice claim (0.2); telephone conference to S. Damner regarding: stay relief hearing (0.2) | 0.50 | 225.00 |
| 8/21/2018 - | ACW | Attend hearing on adversary (0.4) | 0.40 | 180.00 |
| 8/22/2018 - | ACW | Correspondence with H. Donica regarding: buy back (0.3) | 0.30 | 135.00 |
| 8/29/2018 - | ACW | Review e-mail from A. Levine (0.2) | 0.20 | 90.00 |
| 8/30/2018 - | ACW | Telephone conference to H. Donica regarding: Cygram motion for stay relief (0.2); begin draft of 2004 Examination (0.2) | 0.40 | 180.00 |
| 8/31/2018 - | ACW | Review e-mail between H. Donica and A. Levine regarding: tax returns (0.2); research regarding: LLC management (0.4); continue preparing Notice of 2004 Examination (0.7); e-mail to H. Donica regarding: 2004 Examination of the Talangas (0.1) | 1.40 | 630.00 |
| 9/5/2018 - | ACW | Review e-mail from H. Donica regarding: potential stay violation (0.2); e-mail to H. Donica regarding: stay violation (0.1); finalize 2004 document request to debtors (0.3) | 0.60 | 270.00 |

Carolyn R. Chaney, Esq.                                                                                                          Page   8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/11/2018 - | ACW | Telephone conference from H. Donica regarding: status (0.3); review e-mail string (0.6); draft objection to stay relief motion (0.8) | 1.70 | 765.00 |
| 9/12/2018 - | ACW | Review amended complaint (0.3); review e-mail from H. Donica and C. Rothbird regarding: complaint (0.5) | 0.80 | 360.00 |
| 9/28/2018 - | ACW | Review pleadings (0.2) | 0.20 | 90.00 |
| 10/4/2018 - | ACW | Telephone conference to C. Chaney regarding: buy back (0.1); e-mail H. Donica regarding: same (0.1) | 0.20 | 90.00 |
| 10/12/2018 - | ACW | Telephone conference from J. Ray regarding: sale of assets (0.3); telephone conference to C. Chaney regarding: same (0.2) | 0.50 | 225.00 |
| 10/19/2018 - | ACW | Review e-mail from H. Donica regarding: buy back (0.1); telephone conference to C. Chaney regarding: same (0.1) | 0.20 | 90.00 |
| 10/29/2018 - | ACW | Telephone conference to H. Donica regarding: buy back (0.2); telephone conference to M. Walker regarding: assets (0.2) | 0.40 | 180.00 |
| 11/5/2018 - | ACW | Telephone conference to M. Walker regarding: claims against A. Levine (0.2); telephone conference to H. Donica regarding: same (0.1); telephone conference to C. Chaney regarding: same (0.2); begin draft of application to employ, affidavit (0.2) | 0.70 | 315.00 |
| 11/6/2018 - | ACW | Draft application to employ M. Walker, affidavit, and proposed order (0.3) | 0.30 | 135.00 |
| 11/15/2018 - | ACW | E-mail to M. Walker regarding: application to employ special counsel (0.2) | 0.20 | 90.00 |
| 11/16/2018 - | ACW | Telephone conference to H. Donica regarding: buy back (0.1) | 0.10 | 45.00 |
| 11/19/2018 - | ACW | Telephone conference from H. Donica regarding: claims against Dr. V. and buy back (0.2) | 0.20 | 90.00 |

Carolyn R. Chaney, Esq.                                                                                       Page    9

|            |     |                                                                                                                                                                            | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/26/2018 - | ACW | Telephone conference from H. Donica regarding: response to Dr. V's lawsuit (0.3)                                                                                          | 0.30  | 135.00 |
| 11/30/2018 - | ACW | Telephone conference to C. Chaney regarding: property on US 19 (0.2); telephone conference to C. Chaney regarding: special counsel (0.2)                                   | 0.40  | 180.00 |
| 12/10/2018 - | ACW | Telephone conference from H. Donica regarding: malpractice (0.1)                                                                                                           | 0.10  | 45.00  |
| 12/13/2018 - | ACW | Review answer to Cygram complaint (0.3)                                                                                                                                    | 0.30  | 135.00 |
| 12/18/2018 - | ACW | Telephone conference to C. Chaney regarding: buy back (0.1)                                                                                                                | 0.10  | 45.00  |
| 1/10/2019 -  | ACW | Conference with H. Donica, M. Siegel and M. Walker regarding: claims against A. Levine and Cygen (1.4)                                                                     | 1.40  | 630.00 |
| 1/14/2019 -  | ACW | Telephone conference to H. Donica regarding: application to employ special counsel and payment to Trustee (0.2); continue drafting application to employ special counsel (0.2) | 0.40  | 180.00 |
| 1/18/2019 -  | ACW | Telephone conference from H. Donica regarding: withdrawal (0.2)                                                                                                            | 0.20  | 90.00  |
| 1/22/2019 -  | ACW | Telephone conference to C. Chaney regarding: exemption (0.1)                                                                                                               | 0.10  | 45.00  |
| 1/29/2019 -  | ACW | Telephone conference to C. Chaney regarding: potential malpractice claim (0.2); telephone conference to H. Donica regarding: same (0.2)                                    | 0.40  | 180.00 |
| 1/30/2019 -  | ACW | E-mail to J. Blanchard regarding: representation (0.1)                                                                                                                     | 0.10  | 45.00  |
| 1/31/2019 -  | ACW | Correspondence with H. Donica regarding: buy back and Levine action (0.3); telephone conference to H. Donica regarding: status (0.2)                                       | 0.50  | 225.00 |
| 2/5/2019 -   | ACW | Telephone conference from M. Walker regarding: status of claims against Levine (0.3)                                                                                       | 0.30  | 135.00 |

Carolyn R. Chaney, Esq.         Page 10

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/2019 - | ACW | Begin draft of report and notice of sale (0.4); telephone conference to C. Chaney regarding: sale notice (0.1); e-mail to M. Walker regarding: sale notice (0.1) | 0.60 | 270.00 |
| 2/15/2019 - | ACW | E-mail to M. Walker regarding: U.S. Trustee concerns (0.1) | 0.10 | 45.00 |
| 2/25/2019 - | ACW | Draft motion for turnover of non-exempt property (0.3) | 0.30 | 135.00 |
| 2/28/2019 - | ACW | Attend status conference (0.6); review Parc Investment complaint (0.4); e-mail to D. Delrahim regarding: case (0.1) | 1.10 | 495.00 |
| 3/6/2019 - | ACW | Telephone conference to D. Delrahim regarding: counter claim (0.1) | 0.10 | 45.00 |
| 3/22/2019 - | ACW | Telephone conference to D. Delrahim regarding: adversary (0.1) | 0.10 | 45.00 |
| 3/25/2019 - | ACW | Telephone conference to D. Delrahim regarding: adversary and non-exempt assets (0.4) | 0.40 | 180.00 |
| 3/26/2019 - | ACW | Review e-mail from D.Delrakem regarding: buyback (0.1); telephone conference to C. Chaney regarding: same (0.1) | 0.20 | 90.00 |
| 4/5/2019 - | ACW | Revise sale motion (0.3); e-mail to C. Chaney regarding: sale motion (0.1) | 0.40 | 180.00 |
| 4/12/2019 - | ACW | Telephone conference to C. Chaney regarding: sale of cause of action (0.2) | 0.20 | 90.00 |
| 5/28/2019 - | ACW | Telephone conference to C. Chaney regarding: compromise and objection (0.2); review PARC objection to compromise (0.3) | 0.50 | 225.00 |
| 6/3/2019 - | ACW | Draft objection to motion to compromise (0.9); e-mail to C. Chaney regarding: same (0.1) | 1.00 | 450.00 |
| 6/4/2019 - | ACW | Continue drafting objection to compromise and file same (0.2) | 0.20 | 90.00 |

Carolyn R. Chaney, Esq.            Page 11

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 6/5/2019 - | ACW | Respond to Delrahim e-mail regarding: objection to compromise (0.2) | 0.20 | 90.00 |
| 6/10/2019 - | ACW | Telephone conference from Delrahim regarding: compromise (0.2) | 0.20 | 90.00 |
| 6/13/2019 - | ACW | Telephone conference to H. Donica regarding: time line of pre petition (0.2) | 0.20 | 90.00 |
| 6/14/2019 - | ACW | Continue research regarding: special counsel for malpractice case (0.2); telephone conference to C. Chaney regarding: referral to malpractice attorney (0.1); telephone conference to W. Trazenfeld regarding: case (0.2) | 0.50 | 225.00 |
| - | ACW | Correspondence with A. Levine regarding: insurance coverage (0.4) | 0.40 | 180.00 |
| 7/11/2019 - | ACW | Telephone conference to C. Chaney regarding: buy backs and malpractice claim (0.1); e-mail to D. Delrahim regarding: buy backs (0.2); e-mail to C. Chaney regarding: D. Delrahim e-mail (0.2) | 0.50 | 225.00 |
| 7/17/2019 - | ACW | Telephone conference from D. Delrahim regarding: purchase of shares (0.2); telephone conference to C. Chaney regarding: same (0.1) | 0.30 | 135.00 |
| 7/22/2019 - | ACW | E-mail to D. Delrahim regarding: sale of shares (0.2) | 0.20 | 90.00 |
| 7/24/2019 - | ACW | Check docket for hearing status (0.1) | 0.10 | 45.00 |
| 8/1/2019 - | ACW | Review report and notice of sale (0.2) | 0.20 | 90.00 |
| 8/5/2019 - | ACW | Draft notice of 2004 Examination subpoena for A. Levine (0.3) | 0.30 | 135.00 |
| 8/7/2019 - | ACW | Telephone conference from S. Dammer regarding:share purchase (0.2); telephone conference to C. Chaney regarding: same (0.1) | 0.30 | 135.00 |
| 8/18/2019 - | ACW | Review e-mail from S. Dammer regarding: Anna Dimedon sale (0.2); review and object to notice of sale by A. Levine (0.2) | 0.40 | 180.00 |

Carolyn R. Chaney, Esq.                                                                                     Page   12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/19/2019 - | ACW | Continue reviewing objection to report and sale notice by Cygram (0.6); continue drafting notice of subpoena (0.3) | 0.90 | 405.00 |
| 8/20/2019 - | ACW | Review Parc Investment objection to sale (0.3); research regarding: liens on Anna Dunedin and Elite Financial Edge (0.3) | 0.60 | 270.00 |
| 8/26/2019 - | ACW | Telephone conference from D. Delrahim regarding: motion to compromise (0.2) | 0.20 | 90.00 |
| 9/4/2019 - | ACW | Prepare for hearing (0.2); attend hearing on motion to compromise and sale notice (0.6) | 0.80 | 360.00 |
| 9/8/2019 - | ACW | Review draft orders from Delrahim (0.2); e-mail to C. Chaney regarding: same (0.1); continue preparing subpoena to Levine and his law firm (0.3) | 0.60 | 270.00 |
| 9/9/2019 - | ACW | Continue preparing subpoena for The Florida Legal Advisory Group (0.3); telephone conference from D. Delrahim (0.2); telephone conference to C. Chaney regarding: form of orders (0.1) | 0.60 | 270.00 |
| 9/10/2019 - | ACW | Review e-mail stream regarding: form of order (0.4); telephone conference to D. Delrahim regarding: same (0.2) | 0.60 | 270.00 |
| 9/11/2019 - | ACW | E-mail to D. Delrahim regarding: form of order (0.1); continue preparing subpoena and notice (0.2); file notice of 2004 Examination subpoena (0.3) | 0.60 | 270.00 |
| 9/17/2019 - | ACW | Telephone conference to D. Delrahim regarding: purchase offer (0.3); telephone conference to C. Chaney regarding: offer to purchase claim against Levine (0.1) | 0.40 | 180.00 |
| 9/19/2019 - | ACW | Telephone conference to D. Delrahim regarding: sale of causes of action (0.1) | 0.10 | 45.00 |
| 9/26/2019 - | ACW | Telephone conference to D. Delrahim regarding: claim against Levine (0.3) | 0.30 | 135.00 |

Carolyn R. Chaney, Esq.                                                                                                    Page   13

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/27/2019 - | ACW | File certificate of service of subpoena on Levine (0.2) | 0.20 | 90.00 |
| 9/30/2019 - | ACW | Draft 2nd report and notice of sale of causes of action (0.2); e-mail to C. Chaney regarding: same (0.1); e-mail to D. Delrahim regarding: sale notice (0.2) | 0.50 | 225.00 |
| 10/2/2019 - | ACW | Review e-mail from A. Levine regarding: subpoena (0.1); e-mail to A. Levine regarding: same (0.1); draft motion to withdraw (0.2) | 0.40 | 180.00 |
| 10/4/2019 - | ACW | Draft motion to withdraw sale notice (0.2); finalize and file 2nd sale notice regarding: claims (0.3) | 0.50 | 225.00 |
| 10/7/2019 - | ACW | Telephone conference from D. Delrahim regarding: sale notice and motion to continue (0.1) | 0.10 | 45.00 |
| 10/8/2019 - | ACW | Review hearing notice for Levine motion regarding: settlement (0.2); finalize and file 2nd sale notice (0.2) | 0.40 | 180.00 |
| 10/10/2019 - | ACW | File certificate of service regarding: withdrawal and 2nd sale notice (0.2) | 0.20 | 90.00 |
| 10/30/2019 - | ACW | Telephone conference from D. Delrahim regarding: sale motion (0.2) | 0.20 | 90.00 |
| 11/1/2019 - | ACW | E-mail to A. Levine regarding: document production (0.1) | 0.10 | 45.00 |
| 11/4/2019 - | ACW | Review Levine motion for protective order (0.1); telephone conference to D. Delrahim regarding: same (0.2) | 0.30 | 135.00 |
| 11/6/2019 - | ACW | Prepare for and attend hearing on motion for reconsideration, objection to sale, etc. (0.8) | 0.80 | 360.00 |
| 11/14/2019 - | ACW | E-mail to D. Delrahim and A. Levine regarding: sale (0.3) | 0.30 | 135.00 |
| 12/9/2019 - | ACW | Telephone conference to C. Chaney (0.1); telephone conference to D. Delrahim (0.1) | 0.20 | 90.00 |
| 12/11/2019 - | ACW | Draft assignment (0.3); telephone conference to C. Chaney regarding: assignment (0.1); e-mail to C. Chaney draft of assignment (0.1) | 0.50 | 225.00 |

Carolyn R. Chaney, Esq.      Page 14

| | Hours | Amount |
|---|---:|---:|
| 12/16/2019 - ACW Finalize and file notice of filing bill of sale (0.2) | 0.20 | 90.00 |
| 1/2/2020 - ACW Correspondence with D. Delrahim regarding: original bill of sale (0.2) | 0.20 | 90.00 |
| 3/2/2020 - ACW Draft fee application (0.5) | 0.50 | 225.00 |
| For professional services rendered | 77.60 | $34,065.00 |

Additional charges:

| | Amount |
|---|---:|
| 12/7/2017 - Pacer charge | 3.00 |
| - 103 photocopies | 15.45 |
| 12/28/2017 - Accurint charge regarding: research | 20.00 |
| 5/17/2018 - 30 photocopies | 4.50 |
| 7/19/2018 - 4 photocopies | 0.60 |
| - Pacer charge | 0.40 |
| 5/28/2019 - 15 photocopies | 2.25 |
| 6/3/2019 - Pacer charge | 1.70 |
| 9/25/2019 - Serve Legal Process, Inc. regarding: service on The Florida Legal Advocacy Group of Tampa Bay | 57.00 |
| 9/27/2019 - Cost of subpoena service | 57.00 |
| 10/10/2019 - Photocopy charge | 2.52 |
| - Postage charges | 56.00 |
| Total costs | $220.42 |
| Total amount of this bill | $34,285.42 |

Carolyn R. Chaney, Esq.                                                                                           Page   15

|              |       |       | Amount      |
|--------------|-------|-------|-------------|
| Balance due  |       |       | $34,285.42  |

User Summary

| Name    | Hours | Rate   | Amount      |
|---------|-------|--------|-------------|
| ACW-450 | 75.70 | 450.00 | $34,065.00  |
| ACW-450 | 1.90  | 0.00   | $0.00       |