UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                Case No. 8:17-bk-09357-MGW
TALANGA, ZDRAVKO
TALANGA, DARINA

   Debtor(s)

## APPLICATION OF TRUSTEE FOR COMPENSATION

TO:   THE HONORABLE MICHAEL G. WILLIAMSON, BANKRUPTCY JUDGE

The application of CAROLYN R. CHANEY, brought pursuant to Section 330, Bankruptcy Code, respectfully shows that she is the duly appointed Trustee in Bankruptcy in the above captioned estate, that the assets of said debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $24,163.35.

In the administration of said estate, your applicant has performed those services required by a Trustee.

Your applicant deems said services to be reasonably worth $3,166.34. The statutory allowance is the sum of $3,166.34 and your applicant has heretofore received on account of her compensation as such Trustee the sum of $0.00.

Your applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed (other than a law partner or forwarding Attorney-at-Law). Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, your applicant has paid out of her own funds the following expenses properly chargeable to said estate, none of which have been repaid, and for which she prays reimbursement, to wit:

| | |
|---|---|
| COPIES | $173.79 |
| POSTAGE | $217.94 |
| TOTAL: | $391.73 |

WHEREFORE, CAROLYN R. CHANEY prays for such allowance for her services herein as the Court finds reasonable and just.

DATED: May 31, 2020.                                                       /s/ CAROLYN R. CHANEY, TRUSTEE

Printed: 05/31/2020 10.29 AM

Page: 1

# Expense Worksheet

Period: 11/03/2017 - 05/30/2020

Trustee: CAROLYN R. CHANEY

| Case Number: | 8:17-bk-09357-MGW | Case Name: | ZDRAVKO TALANGA AND DARINA |
| --- | --- | --- | --- |
| Case Type: | Asset | Judge: | MICHAEL G. WILLIAMSON |
| Petition Date: | 11/02/2017 | 341a Meeting: | 04/26/2018 2.00 PM |

Category: COPY

| Date | Description | Hours/Unit | Rate | Total |
| --- | --- | --- | --- | --- |
| 05/30/2020 | TFR, NFR, Distribution Order, Proof of Service TDR | 50.0 | $ 0.150000 | $7.50 |
| 05/30/2020 | Mailout NFR | 23.0 | $ 0.930000 | $21.39 |
| 05/04/2020 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 02/05/2020 | Trustee's Report of Sale | 8.0 | $ 0.150000 | $1.20 |
| 02/05/2020 | Trustee's Bill of Sale | 8.0 | $ 0.150000 | $1.20 |
| 01/31/2020 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 01/07/2020 | Email to atty Delrahim | 2.0 | $ 0.150000 | $0.30 |
| 12/06/2019 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 09/11/2019 | Bill of Sale to debtors | 8.0 | $ 0.150000 | $1.20 |
| 09/11/2019 | Report of Sale | 8.0 | $ 0.150000 | $1.20 |
| 08/30/2019 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 08/26/2019 | Notice of Prelim Hrg | 10.0 | $ 0.150000 | $1.50 |
| 07/31/2019 | Report and Notice of Intent to Sell (non-exempt business interests) | 220.0 | $ 0.150000 | $33.00 |
| 07/15/2019 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 06/01/2019 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 02/08/2019 | Banking Deposit | 6.0 | $ 0.150000 | $0.90 |
| 02/05/2019 | Ltr to debtors | 2.0 | $ 0.150000 | $0.30 |
| 12/31/2018 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 12/11/2018 | Notice of Abandonment | 220.0 | $ 0.150000 | $33.00 |
| 11/26/2018 | Payment to appraiser | 2.0 | $ 0.150000 | $0.30 |
| 11/26/2018 | Banking Deposit | 3.0 | $ 0.150000 | $0.45 |
| 11/26/2018 | Report and Notice of Intention to Sell Property | 222.0 | $ 0.150000 | $33.30 |
| 11/20/2018 | Banking Deposits | 9.0 | $ 0.150000 | $1.35 |

Total for case 8:17-bk-09357-MGW: $391.73

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/19/2018 | Emails from Watkins, Donica | 2.0 | $ 0.150000 | $0.30 |
| 08/23/2018 | Ltr from Watkins | 3.0 | $ 0.150000 | $0.45 |
| 08/13/2018 | Email to Watkins | 3.0 | $ 0.150000 | $0.45 |
| 08/01/2018 | Email from Levine | 1.0 | $ 0.150000 | $0.15 |
| 07/30/2018 | Email from Watkins | 1.0 | $ 0.150000 | $0.15 |
| 07/18/2018 | Email to Watkins | 5.0 | $ 0.150000 | $0.75 |
| 05/11/2018 | Proof of Service Order Approving Application to Pay Appraiser | 8.0 | $ 0.150000 | $1.20 |
| 05/09/2018 | Notice of Filing Report of Appraiser | 14.0 | $ 0.150000 | $2.10 |
| 05/09/2018 | Application to pay appraiser | 6.0 | $ 0.150000 | $0.90 |
| 03/08/2018 | Email from Watkins | 1.0 | $ 0.150000 | $0.15 |
| 02/28/2018 | Email from UST | 1.0 | $ 0.150000 | $0.15 |
| 02/14/2018 | Email from creditor | 2.0 | $ 0.150000 | $0.30 |
| 02/12/2018 | Ltr from Donica | 2.0 | $ 0.150000 | $0.30 |
| 01/30/2018 | Email from Levine | 1.0 | $ 0.150000 | $0.15 |
| 01/10/2018 | Proof of Service Order to Employ Appraiser | 4.0 | $ 0.150000 | $0.60 |
| 01/09/2018 | Application to employ appraiser; Order | 8.0 | $ 0.150000 | $1.20 |
| 01/02/2018 | Email from Bay Area Auction | 2.0 | $ 0.150000 | $0.30 |
| 01/02/2018 | Referral to appraiser | 4.0 | $ 0.150000 | $0.60 |
| 12/22/2017 | Printed Pacer docket | 7.0 | $ 0.150000 | $1.05 |
| 12/21/2017 | Amended Application to employ Allan Watkins | 8.0 | $ 0.150000 | $1.20 |
| 12/11/2017 | Email from Levine | 2.0 | $ 0.150000 | $0.30 |
| 12/01/2017 | Internet research | 12.0 | $ 0.150000 | $1.80 |
| 11/16/2017 | Notice of 2004 exams | 14.0 | $ 0.150000 | $2.10 |
| 11/16/2017 | Assets research | 6.0 | $ 0.150000 | $0.90 |
| 11/09/2017 | Proof of Service Order to employ atty | 6.0 | $ 0.150000 | $0.90 |
| 11/08/2017 | Application to employ Allan Watkins | 8.0 | $ 0.150000 | $1.20 |
| 11/03/2017 | Email to atty Watkins; Ltr from atty Watkins | 6.0 | $ 0.150000 | $0.90 |
| 11/03/2017 | Printed bky schedules | 80.0 | $ 0.150000 | $12.00 |
| | **Total for category COPY** | **1039.0** | | **$173.79** |

Category: POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 05/30/2020 | Mailout NFR | 23.0 | $ 0.550000 | $12.65 |
| 05/30/2020 | Proof of Service of COD | 1.0 | $ 0.550000 | $0.55 |

| | | | Total for case 8:17-bk-09357-MGW: | **$391.73** |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 05/30/2020 | Distribution to creditors | 3.0 | $ 0.550000 | $1.65 |
| 02/05/2020 | Trustee's Bill of Sale | 1.0 | $ 0.550000 | $0.55 |
| 09/11/2019 | Bill of Sale to debtors | 1.0 | $ 0.550000 | $0.55 |
| 08/28/2019 | Notice of Prelim Hrg | 1.0 | $ 0.550000 | $0.55 |
| 07/31/2019 | Report and Notice of Intent to Sell (non-exempt business interests) | 125.0 | $ 0.550000 | $68.75 |
| 02/05/2019 | Ltr to debtors | 1.0 | $ 0.550000 | $0.55 |
| 12/11/2018 | Notice of Abandonment | 126.0 | $ 0.500000 | $63.00 |
| 11/26/2018 | Payment to appraiser | 1.0 | $ 0.500000 | $0.50 |
| 11/26/2018 | Report and Notice of Intention to Sell Property | 127.0 | $ 0.500000 | $63.50 |
| 05/11/2018 | Proof of Service Order Approving Application to Pay Appraiser | 1.0 | $ 0.500000 | $0.50 |
| 05/09/2018 | Notice of Filing Report of Appraiser | 1.0 | $ 0.710000 | $0.71 |
| 05/09/2018 | Application to pay appraiser | 1.0 | $ 0.500000 | $0.50 |
| 01/10/2018 | Proof of Service Order to Employ Appraiser | 1.0 | $ 0.490000 | $0.49 |
| 01/09/2018 | Application to employ appraiser | 1.0 | $ 0.490000 | $0.49 |
| 12/21/2017 | Amended Application to employ Allan Watkins | 2.0 | $ 0.490000 | $0.98 |
| 11/09/2017 | Proof of Service Order to employ atty | 1.0 | $ 0.490000 | $0.49 |
| 11/08/2017 | Application to employ Allan Watkins | 2.0 | $ 0.490000 | $0.98 |
| | **Total for category POST** | **420.0** | | **$217.94** |

| | | |
|---|---|---|
| | **Total for case 8:17-bk-09357-MGW:** | **$391.73** |

| | |
|---|---|
| **Grand Total:** | **$391.73** |