**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  TALANGA, ZDRAVKO          §    Case No. 8:17-bk-09357-MGW
       TALANGA, DARINA             §
                                                 §
                                                 §
             Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/02/2017. The undersigned trustee was appointed on 11/02/2017.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of           $          24,163.35

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 394.00 |
| Bank service fees | 39.97 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 23,729.38 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/07/2018 and the deadline for filing governmental claims was 05/01/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,166.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,166.34, for a total compensation of $3,166.34$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $391.73 for total expenses of $391.73$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/31/2020          By: /s/ CAROLYN R. CHANEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 8:17-bk-09357-MGW
Case Name: TALANGA, ZDRAVKO
TALANGA, DARINA
For Period Ending: 05/31/2020

Trustee Name: (290680) CAROLYN R. CHANEY
Date Filed (f) or Converted (c): 11/02/2017 (f)
§ 341(a) Meeting Date: 12/07/2017
Claims Bar Date: 03/07/2018

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home: 1925 Dolphin Dr., Belleair Bluffs, FL 33770 | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Property: 18400 US Hwy 19 North, Clearwater, FL 33764 | 500,000.00 | 60,000.00 | OA | 0.00 | FA |
| 3 | 2013 Jeep Wrangler | 15,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2015 Polaris Can-am | 15,000.00 | 179.00 | | 6,543.35 | FA |
| 5 | Household furnishings | 3,000.00 | 2,735.00 | | 4,170.00 | FA |
| 6 | 2015 Jet Ski | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | Clothes | 50.00 | 50.00 | | 50.00 | FA |
| 8 | Clothes | 100.00 | 100.00 | | 100.00 | FA |
| 9 | Costume jewelry | 300.00 | 300.00 | | 300.00 | FA |
| 10 | 1 Doberman | 1.00 | 1.00 | OA | 0.00 | FA |
| 11 | Cash | 35.00 | 0.00 | | 0.00 | FA |
| 12 | Adriatic Cafe, LLC, 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 13 | Ivan's Auto Repair, Inc.; closed in June 2017 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Elite Holdings, LLC owns partial interests in: Elite Financial Edge, LLC 33.3% Elite Car Sales, LLC 33.3% Elite Car Sales of Clearwater, Inc. 33.3% Villa Anna Assisted Living Facility, LLC 49.9% Sophia Highlands Realty, LLC 49.9% Anna Dunedin Realty, LLC 49.9% | Unknown | 0.00 | | 1,000.00 | FA |
| 15 | Utility: City of Clearwater | 800.00 | 0.00 | | 0.00 | FA |
| 16 | Electric: Duke Energy | 900.00 | 0.00 | | 0.00 | FA |
| 17 | The Talanga Family Irrevocable Trust dated July 31, 2015 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Possible professional liability and/or breach of duty claims against Debtors' former attorney, Adam Levine. | Unknown | 0.00 | | 10,000.00 | FA |
| 19 | Storage shed (u) | 0.00 | 0.00 | | 2,000.00 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$990,686.00** | **$63,365.00** | | **$24,163.35** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 8:17-bk-09357-MGW
**Case Name:** TALANGA, ZDRAVKO
TALANGA, DARINA
**For Period Ending:** 05/31/2020

**Trustee Name:** (290680) CAROLYN R. CHANEY
**Date Filed (f) or Converted (c):** 11/02/2017 (f)
**§ 341(a) Meeting Date:** 12/07/2017
**Claims Bar Date:** 03/07/2018

**Major Activities Affecting Case Closing:**

05/30/20 - TFR submitted to UST.
11/13/19 - Tee sale of causes of action approved.  01/31/20 - final payment received from debtors.  02/05/20 - issued bill of sale to debtors.
10/08/19 - Tee filed 2d report and notice to sell causes of action.  10/22/19 - objection to sale filed by PARC Investment.
08/26/19 - objections to sale filed; set for hrg on 09/04.  09/04/19 - buyback sale approved; compromise with debtors approved.
07/31/19 - filed report of sale back to debtors of non-exempt business interests.
06/04/19 - filed objection to debtors' motion to approve compromise.  Hrg set for 07/25.
05/13/19 - payment reminder to atty.
02/06/19 - filed report and notice of intent to sell assets (various causes of action).
12/11/18 - filed notice of abandonment of burdensome property.
11/20/18 - payment received from debtors.  11/26/18 - payment to appraiser; filed report and notice of intention to sell property back to debtors.
09/10/18 - debtors offered payment plan.  09/18/18 - response to debtors' offer.
09/05/18 - notice of 2004 exam filed by Tee.
08/23/18 - buyback offer to debtors.
06/05/18 - complaint objecting to discharge filed by PARC Investment Services (8:18-ap-00248)
05/11/18 - recvd documents to review.
05/07/18 - objection to exemptions.  05/09/18 - filed report of appraiser; application to pay appraiser.
Contd 341 mtg on 04/26/18.  Concluded.  04/06/18 - Trustee req for extension to object to discharge.
02/21/18 - motion to sell interest in real property. Objection filed 03/01/18. Hrg held 03/07/18.
02/05/18 - complaint objecting to discharge filed by Elite Financial Edge, LLC (8:18-ap-00049).
01/09/18 - filed application to employ appraiser.  Approved.
12/21/17 - Amended application to employ Watkins. Approved 01/09/18.
341 mtg held 12/7/17; contd to 03/15/18.
11/08/17 - application to employ Allan Watkins.  Approved 11/9/17.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018         **Current Projected Date Of Final Report (TFR):** 05/30/2020 (Actual)

## Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 8:17-bk-09357-MGW | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | TALANGA, ZDRAVKO | Bank Name: | Mechanics Bank |
|  | TALANGA, DARINA | Account #: | ******4200 Checking |
| Taxpayer ID #: | **-***4214 | Blanket Bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 05/31/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 | | 1,000.00 |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 | | 2,000.00 |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 | | 3,000.00 |
| 11/26/18 | {4} | Darina Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,500.00 | | 4,500.00 |
| 11/26/18 | 101 | Joy Kelley Augustine | Order Approving Compensation for Appraiser, Doc. No. 104 | 3711-000 | | 394.00 | 4,106.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,101.00 |
| 12/31/18 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 | | 5,601.00 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,596.00 |
| 01/10/19 | {4} | Darina Talanga | 01/11/19 - Check returned for NSF; notified atty for debtors. | 1129-000 | -1,500.00 | | 4,096.00 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,091.00 |
| 02/08/19 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,000.00 | | 5,091.00 |
| 02/08/19 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 500.00 | | 5,591.00 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,586.00 |
| 03/26/19 | | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | | 1,500.00 | | 7,086.00 |
| | {4} | | Buyback $543.35 | 1129-000 | | | |
| | {7} | | Buyback $50.00 | 1129-000 | | | |
| | {8} | | Buyback $100.00 | 1129-000 | | | |
| | {9} | | Buyback $300.00 | 1129-000 | | | |
| | {5} | | Buyback $506.65 | 1129-000 | | | |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 7,081.00 |
| 06/01/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 | | 8,581.00 |
| 07/15/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 | | 10,081.00 |
| 08/30/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 663.35 | | 10,744.35 |
| 12/06/19 | {18} | Darina Talanga | Order Approving Sale of Assets, Doc. No. 202. | 1129-000 | 5,000.00 | | 15,744.35 |
| 12/17/19 | {18} | Darina Talanga | Final payment per Order Granting Sale of Assets, Doc. No. 202. | 1129-000 | 5,000.00 | | 20,744.35 |

**Page Subtotals:** $21,163.35    $419.00

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| **Case No.:** | 8:17-bk-09357-MGW | **Trustee Name:** | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| **Case Name:** | TALANGA, ZDRAVKO | **Bank Name:** | Mechanics Bank |
| | TALANGA, DARINA | **Account #:** | ******4200 Checking |
| **Taxpayer ID #:** | **-***4214 | **Blanket Bond (per case limit):** | $24,397,000.00 |
| **For Period Ending:** | 05/31/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/19 | {18} | ZDRAVKO TALANGA, DARINA TALANGA | Check returned for insufficient funds on 01/07/20; notify maker. | 1129-000 | -5,000.00 | | 15,744.35 |
| 01/31/20 | | Darina Talanga | Sale of non-exempt property per notice 07/31/19. | | 3,000.00 | | 18,744.35 |
| | {14} | | Buyback $1,000.00 | 1129-000 | | | |
| | {19} | | Buyback $2,000.00 | 1229-000 | | | |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 14.97 | 18,729.38 |
| 05/04/20 | {18} | Darina Talanga | Final payment per Order Granting Sale of Assets, Doc. No. 202. | 1129-000 | 5,000.00 | | 23,729.38 |
| | | **COLUMN TOTALS** | | | 24,163.35 | 433.97 | $23,729.38 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 24,163.35 | 433.97 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$24,163.35** | **$433.97** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | |
|---|---|
| **Case No.:** | 8:17-bk-09357-MGW |
| **Case Name:** | TALANGA, ZDRAVKO |
| | TALANGA, DARINA |
| **Taxpayer ID #:** | **-***4214 |
| **For Period Ending:** | 05/31/2020 |

| | |
|---|---|
| **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4200 Checking |
| **Blanket Bond (per case limit):** | $24,397,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $24,163.35 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $24,163.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4200 Checking | $24,163.35 | $433.97 | $23,729.38 |
| | **$24,163.35** | **$433.97** | **$23,729.38** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 8:17-bk-09357-MGW             ZDRAVKO TALANGA AND DARINA TALANGA

Claims Bar Date: 03/07/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Pat Margas<br>Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Blvd. Suite 303<br>Clearwater, FL 33767<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/07/18 | | $58,000.00<br>$0.00 | $0.00 | $0.00 |
| 16 | Helen Vasiloudes<br>Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Blvd. Suite 303<br>Clearwater, FL 33767<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/07/18 | | $38,000.00<br>$0.00 | $0.00 | $0.00 |
| 17 | Cygram Heritage, LLLP<br>Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Blvd. Suite 303<br>Clearwater, FL 33767<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/07/18 | | $2,256,663.57<br>$0.00 | $0.00 | $0.00 |
| FEE | CAROLYN R. CHANEY<br>CHAPTER 7 TRUSTEE<br>POST OFFICE BOX 530248<br>ST. PETERSBURG, FL 33747-0248<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/05/20 | | $3,166.34<br>$3,166.34 | $0.00 | $3,166.34 |
| TE | CAROLYN R. CHANEY<br>CHAPTER 7 TRUSTEE<br>POST OFFICE BOX 530248<br>ST. PETERSBURG, FL 33747-0248<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>05/30/20 | | $391.73<br>$391.73 | $0.00 | $391.73 |
| | ALLAN C. WATKINS, ESQUIRE<br>WATKINS LAW FIRM, P.A.<br>707 N. FRANKLIN STREET, SUITE 750<br>TAMPA, FL 33602<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>04/20/20 | | $15,000.00<br>$15,000.00 | $0.00 | $15,000.00 |

# Exhibit C

## Analysis of Claims Register

Case: 8:17-bk-09357-MGW          ZDRAVKO TALANGA AND DARINA TALANGA

Claims Bar Date: 03/07/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ALLAN C. WATKINS, ESQUIRE WATKINS LAW FIRM, P.A. 707 N. FRANKLIN STREET, SUITE 750 TAMPA, FL 33602 <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 | Administrative 04/20/20 | | $220.42 $220.42 | $0.00 | $220.42 |
| | Joy Kelley Augustine Read & Kelley Estate Services P.O. Box 3111 N. Fort Myers, FL 33918 <3711-000 Appraiser for Trustee Fees> , 200 Order Approving Compensation for Appraiser, Doc. No. 104. | Administrative 05/11/18 | | $394.00 $394.00 | $394.00 | $0.00 |
| 4-4P | Department of the Treasury IRS PO Box 7317 Philadelphia, PA 19101-7317 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 12/20/17 | | $23,952.67 $23,952.67 | $0.00 | $23,952.67 |
| 20P | State of Florida - Department of Revenue FL Dept of Revenue, Bankruptcy P.O. Box 8045 Tallahassee, FL 32314-8045 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 03/07/18 | | $15,131.61 $15,131.61 | $0.00 | $15,131.61 |
| 22 | State of Florida - Department of Revenue FL Dept of Revenue, Bankruptcy P.O. Box 8045 Tallahassee, FL 32314-8045 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 03/07/18 | | $4,103.60 $4,103.60 | $0.00 | $4,103.60 |
| 1 | Daimler Trust c/o BK Servicing, LLC PO Box 5209 Carol Stream, IL 60197-5209 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/05/17 | | $14,196.04 $14,196.04 | $0.00 | $14,196.04 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

Case: 8:17-bk-09357-MGW         ZDRAVKO TALANGA AND DARINA TALANGA

Claims Bar Date: 03/07/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/18/17 | | $2,293.60<br>$2,293.60 | $0.00 | $2,293.60 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/18/17 | | $4,825.30<br>$4,825.30 | $0.00 | $4,825.30 |
| 4-4PEN | Department of the Treasury IRS<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>12/20/17 | | $3,486.73<br>$3,486.73 | $0.00 | $3,486.73 |
| 4-4U | Department of the Treasury IRS<br>PO Box 7317<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/20/17 | | $14,262.97<br>$14,262.97 | $0.00 | $14,262.97 |
| 5 | Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/21/17 | | $1,908,081.94<br>$1,908,081.94 | $0.00 | $1,908,081.94 |
| 6 | Hancock Bank<br>15500 Roosevelt Blvd.<br>Suite 102<br>Clearwater, FL 33760<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/21/17 | | $215,041.07<br>$215,041.07 | $0.00 | $215,041.07 |

# Exhibit C
## Analysis of Claims Register

Case: 8:17-bk-09357-MGW        ZDRAVKO TALANGA AND DARINA TALANGA

Claims Bar Date: 03/07/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 7 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/12/18 | | $1,192.63<br>$1,192.63 | $0.00 | $1,192.63 |
| 8 | Automotive Finance Corporation<br>13085 Hamilton Crossing Blvd.<br>Ste. 300<br>Carmel, IN 46032<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/05/18 | | $3,144.99<br>$3,144.99 | $0.00 | $3,144.99 |
| 9 | Pinellas County Utilities<br>14 S. Ft. Harrison Avenue<br>Clearwater, FL 33756<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/09/18 | | $214.52<br>$214.52 | $0.00 | $214.52 |
| 10 | Flomac Enterprises, LLC<br>c/o Law Office of Joelle Schultz<br>13555 Automobile Blvd., Suite 300<br>Clearwater, FL 33762<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/20/18 | | $317,242.45<br>$317,242.45 | $0.00 | $317,242.45 |
| 11 | PARC Investment Services Corp.<br>PO Box 523<br>Safety Harbor, FL 34695<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/22/18 | | $248,500.00<br>$248,500.00 | $0.00 | $248,500.00 |
| 12 | Synchrony Bank Attn: Bankruptcy Department<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/27/18 | | $13,181.65<br>$13,181.65 | $0.00 | $13,181.65 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

**Case:** 8:17-bk-09357-MGW        **ZDRAVKO TALANGA AND DARINA TALANGA**

Claims Bar Date: 03/07/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/07/18 | | $1,049.80<br>$1,049.80 | $0.00 | $1,049.80 |
| 14 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/07/18 | | $1,165.56<br>$1,165.56 | $0.00 | $1,165.56 |
| 18 | Florida Legal Advocacy Group of Tampa Bay<br>1180 Gulf Boulevard, Suite 303<br>Clearwater, FL 33767<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Order Sustaining Objection to Claim, Doc. #100. | Unsecured<br>03/07/18 | | $84,627.50<br>$0.00 | $0.00 | $0.00 |
| 19 | LAW OFFICE OF ROBERT ECKARD<br>3110 Alt US Hwy 19 North<br>Palm Harbor, FL 34683<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/07/18 | | $17,738.75<br>$17,738.75 | $0.00 | $17,738.75 |
| 20U | State of Florida - Department of Revenue<br>Florida Dept. of Revenue, Bankruptcy<br>PO Box 8045<br>Tallahassee, FL 32314-8045<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>03/07/18 | | $3,185.30<br>$3,185.30 | $0.00 | $3,185.30 |
| 21 | City of Clearwater Customer Service<br>112 S. Osceola Avenue<br>Clearwater, FL 33756<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>03/21/18 | | $125.03<br>$125.03 | $0.00 | $125.03 |

**Case Total:**        **$394.00**    **$2,830,894.70**

UST Form 101-7-TFR (5/1/2011)

## Exhibit C
## Analysis of Claims Register

**Case: 8:17-bk-09357-MGW**     **ZDRAVKO TALANGA AND DARINA TALANGA**

Claims Bar Date: 03/07/18

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:17-bk-09357-MGW
Case Name: ZDRAVKO TALANGA AND DARINA TALANGA
Trustee Name: CAROLYN R. CHANEY

**Balance on hand:** $ 23,729.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | Pat Margas | 58,000.00 | 0.00 | 0.00 | 0.00 |
| 16 | Helen Vasiloudes | 38,000.00 | 0.00 | 0.00 | 0.00 |
| 17 | Cygram Heritage, LLLP | 2,256,663.57 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 23,729.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CAROLYN R. CHANEY | 3,166.34 | 0.00 | 3,166.34 |
| Trustee, Expenses - CAROLYN R. CHANEY | 391.73 | 0.00 | 391.73 |
| Attorney for Trustee Fees (Other Firm) - ALLAN C. WATKINS, ESQUIRE | 15,000.00 | 0.00 | 15,000.00 |
| Attorney for Trustee Expenses (Other Firm) - ALLAN C. WATKINS, ESQUIRE | 220.42 | 0.00 | 220.42 |
| Appraiser for Trustee Fees - Joy Kelley Augustine | 394.00 | 394.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 18,778.49
Remaining balance: $ 4,950.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,950.89

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,187.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4-4P | Department of the Treasury IRS | 23,952.67 | 0.00 | 2,745.84 |
| 20P | State of Florida - Department of Revenue | 15,131.61 | 0.00 | 1,734.63 |
| 22 | State of Florida - Department of Revenue | 4,103.60 | 0.00 | 470.42 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 4,950.89 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,762,131.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Daimler Trust c/o BK Servicing, LLC | 14,196.04 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 2,293.60 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 4,825.30 | 0.00 | 0.00 |
| 4-4U | Department of the Treasury IRS | 14,262.97 | 0.00 | 0.00 |
| 5 | Hancock Bank | 1,908,081.94 | 0.00 | 0.00 |
| 6 | Hancock Bank | 215,041.07 | 0.00 | 0.00 |
| 7 | Citibank, N.A. | 1,192.63 | 0.00 | 0.00 |
| 8 | Automotive Finance Corporation | 3,144.99 | 0.00 | 0.00 |
| 9 | Pinellas County Utilities | 214.52 | 0.00 | 0.00 |
| 10 | Flomac Enterprises, LLC | 317,242.45 | 0.00 | 0.00 |
| 11 | PARC Investment Services Corp. | 248,500.00 | 0.00 | 0.00 |
| 12 | Synchrony Bank Attn: Bankruptcy Department | 13,181.65 | 0.00 | 0.00 |
| 13 | Synchrony Bank c/o PRA Receivables Management, LLC | 1,049.80 | 0.00 | 0.00 |
| 14 | Synchrony Bank c/o PRA Receivables Management, LLC | 1,165.56 | 0.00 | 0.00 |
| 18 | Florida Legal Advocacy Group of Tampa Bay | 0.00 | 0.00 | 0.00 |
| 19 | LAW OFFICE OF ROBERT ECKARD | 17,738.75 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $125.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | City of Clearwater Customer Service | 125.03 | 0.00 | 0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $6,672.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4-4PEN | Department of the Treasury IRS | 3,486.73 | 0.00 | 0.00 |
| 20U | State of Florida - Department of Revenue | 3,185.30 | 0.00 | 0.00 |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |