UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              CASE NO. 8:17-bk-09357-MGW
                                                    CHAPTER 7
ZDRAVKO TALANGA and
DARINA TALANGA,

        Debtors.
_____/

## NOTICE OF CHANGE OF ADDRESS

In accordance with FRBP 4002(a)(5) Debtors, ZDRAVKO TALANGA and DARINA TALANGA, by and through their undersigned attorneys, hereby give notice of an address change. Debtors' new address is: **2763 Jarvis Cir., Palm Harbor, FL 34683**.

    ENGLANDER FISCHER

    */s/ David S. Delrahim*
    DAVID S. DELRAHIM
    Florida Bar No. 66368
    Primary:  ddelrahim@eflegal.com
    Secondary:  creeder@eflegal.com
    Secondary:  afrederick@eflegal.com
    **ENGLANDER and FISCHER LLP**
    721 First Avenue North
    St. Petersburg, Florida 33701
    Tel: (727) 898-7210 /Fax:  (727) 898-7218
    *Attorney for Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2020, a copy of the NOTICE OF CHANGE OF ADDRESS was served, by U.S. Mail and/or electronically through the Court's CM/ECF system, to all interested parties, the Trustee and all Creditors listed on the attached Mailing Matrix.

    */s/ David S. Delrahim*
    **ATTORNEY**

Label Matrix for local noticing 113A-8
Case 8:17-bk-09357-MGW
Middle District of Florida Tampa
Mon Jul 6 14:13:07 EDT 2020

Academic Alliance in Dermatology, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Anna Dunedin Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

Cygram Heritage, LLLP
5210 Webb Road
Tampa, FL 33615-4518

Cygram Holdings, LP
5210 Webb Road
Tampa, FL 33615-4518

EC Finance Inc
2944 Saber Drive
Clearwater, FL 33759-1222

Elite Car Sales
5210 Webb Road
Tampa, FL 33615-4518

Elite Car Sales of Clearwater, Inc.
5210 Webb Road
Tampa, FL 33615-4518

Elite Financial Edge, LLC
5210 Webb Road
Tampa, FL 33615-4518

Hancock Bank
c/o Chad D. Heckman
P.O. Box 12492
Tallahassee, FL 32317-2492

Hancock Bank
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street Suite 2225
Tampa, FL 33602-5213

PARC Investment Services Corp
c/o Tampa Law Advocates, P.A.
620 East Twiggs St.
Suite 110
Tampa, FL 33602-3938

Santander Consumer USA Inc.,
dba Chrysler Ca
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Sheffield Financial/BB&T
Bankrutpcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

Sophia Highland Realty, LLC
5210 Webb Road
Tampa, FL 33615-4518

The Florida Legal Advocacy Group of Tampa Bay
1180 Gulf Boulevard Suite 303
Clearwater, FL 33767-2755

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024-5837

Achieva Cu
10125 Ulmerton Rd
Largo, FL 33771-3531

Adam Levine, Esq.
1180 Gulf Boulevard, Suite 303
Clearwater, FL 33767-2755

Anna Talanga
1925 Dolphin Dr.
Belleair Bluffs, FL 33770-2069

Applied Bank
Po Box 17125
Wilmington, DE 19850-7125

(p)AUTOMOTIVE FINANCE CORPORATION
13085 HAMILTON CROSSING BLVD
SUITE 300
CARMEL IN 46032-1445

Badcock Furn
900 Missouri Ave., North
Largo, FL 33770-1812

CCS
PO Box 607
Norwood, MA 02062-0607

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chrysler Capital
P. O. Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275