ORDERED.

Dated: August 04, 2020

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:17-bk-09357-MGW
Chapter 7

Zdravko Talanga
Darina Talanga

      Debtors.
_____/

**ORDER ALLOWING ADMINISTRATIVE EXPENSES**

THIS CASE came on for consideration of Trustee's Final Report (Doc. No. 212) and Applications for Compensation (Doc. Nos. 210 and 211).  The United States Trustee has reviewed the final report.  All creditors and parties in interest have been given notice and the opportunity for a hearing of all pending applications for compensation and all pending administrative claims.  All objections, if any, are resolved.  It is therefore,

**ORDERED:**

1. The following expenses of administration which have not been paid are allowed, and the Trustee is directed to pay these expenses to the person(s) so indicated.

| Application or Reason | Fees | Expenses |
|---|---|---|
| Carolyn R. Chaney, Trustee | $ 3,166.34 | $ 391.73 |
| Allan C. Watkins, Esquire | $15,000.00 | $ 220.42 |
| TOTAL COSTS OF ADMINISTRATION ORDERED PAID: | | $18,778.49 |

2. The following expenses of administration which have been previously paid without entry by the Court of a specific order authorizing payment of them are allowed as indicated:  None.

3. The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is authorized.

Trustee Carolyn Chaney is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.