UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:17-bk-09357-MGW
                                                                                                Chapter 7

Zdravko Talanga
Darina Talanga

       Debtors.
_____/

## PROOF OF SERVICE

      I HEREBY CERTIFY that pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1, a true and correct copy of Order Allowing Administrative Expenses, Doc. No. 215, has been provided by electronic or U.S. Mail delivery on August 5, 2020, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV

Debtors:  Zdravko & Darina Talanga, 2763 Jarvis Cir., Palm Harbor, FL  34683

Attorney for Debtors:  David Delrahim, Esquire, 721 1st Ave. South, St. Petersburg, FL  33701; Email: ddelrahim@eflegal.com.

Attorney for Trustee:  Allan C. Watkins, Esquire, 707 North Franklin Street, Suite 750, Tampa, FL  33602; Email: allan@watkinslawfl.com.

                                                     /s/Carolyn R. Chaney, Trustee
                                                     Post Office Box 530248
                                                     St. Petersburg, FL 33747-0248
                                                     Telephone:  (727) 864-9851
                                                     Email: carolyn.chaney@earthlink.net