```
                           United States Bankruptcy Court
                            Middle District of Florida
In re:                                                         Case No. 17-09357-MGW
Zdravko Talanga                                                Chapter 7
Darina Talanga
         Debtors                    CERTIFICATE OF NOTICE
District/off: 113A-8          User: mallows              Page 1 of 5         Date Rcvd: Sep 10, 2020
                              Form ID: B318              Total Noticed: 110


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db/jdb         +Zdravko Talanga,    Darina Talanga,    2763 Jarvis Cir,    Palm Harbor, FL 34683-7226
cr             +Academic Alliance in Dermatology, Inc.,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Adam Scott Levine,    1180 Gulf Boulevard, Suite 303,    Clearwater, FL 33767,
                 UNITED STATES OF AMERICA 33767-2755
cr             +Anna Dunedin Realty, LLC,    5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Heritage, LLLP,    5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Cygram Holdings, LP,    5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Dennis McElrath,    c/o Tampa Law Advocates, P.A.,    620 E. Twiggs St.,    Suite 110,
                 Tampa, FL 33602,    UNITED STATES 33602-3938
cr             +Elite Car Sales,    5210 Webb Road,    Tampa, FL 33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Elite Car Sales of Clearwater, Inc.,     5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Elite Financial Edge, LLC,    5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +Eva Tagaras,    2270 Lancaster Drive,    Clearwater, FL 33764-6530
cr             +Hancock Bank,    c/o Chad D. Heckman,    P.O. Box 12492,    Tallahassee, FL 32317-2492
cr             +Hancock Bank,    Sivyer Barlow & Watson, P.A.,    401 E. Jackson Street Suite 2225,
                 Tampa, FL 33602-5213
cr              Helen Vasiloudes,    12108 Marblehead Drive,    Tampa, FL 33626-2504
app            +Joy Kelley Augustine,    Read & Kelley Estate Services,    P.O. Box 3111,
                 N. Fort Myers, FL 33918-3111
cr             +Nicholas Hoban,    c/o Jay D. Passer, Esq.,    4100 W. Kennedy Blvd.,    Suite 322,
                 Tampa, FL 33609-2290
cr             +PARC Investment Services Corp,    c/o Tampa Law Advocates, P.A.,    620 East Twiggs St.,
                 Suite 110,    Tampa, FL 33602-3938
cr             +Panos Vasiloudes,    5210 Webb Road,    Tampa, FL 33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Pat Margas,    5210 Webb Road,    Tampa, FL 33615,    UNITED STATES OF AMERICA 33615-4518
cr             +Santander Consumer USA Inc., dba Chrysler Capital,     c/o Stewart, Zlimen & Jungers, Ltd.,
                 2860 Patton Road,    Roseville, MN 55113-1100
cr             +Sophia Highland Realty, LLC,    5210 Webb Road,    Tampa, FL 33615,
                 UNITED STATES OF AMERICA 33615-4518
cr             +The Florida Legal Advocacy Group of Tampa Bay, P.A,     1180 Gulf Boulevard Suite 303,
                 Clearwater, FL 33767,    UNITED STATES OF AMERICA 33767-2755
27239014       +Adam Levine, Esq.,    1180 Gulf Boulevard,    Suite 303,    Clearwater, FL 33767-2755
27239015       #+Anna Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27434882       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,     P.O. Box 5010,    Woodland Hills, CA 91365)
27239021        Chrysler Capital,    P. O. Box 660335,    Dallas, TX 75266-0335
27336925        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
27434883        City of Clearwater Customer Service,     P.O. Box 30020,    Tampa, FL 33630-3020
27239024        Credit Collection Services,    725 Carlton Sr,    Norwood, MA 02062
27239025       +Cygram Heritage, LLLP,    5210 Webb Rd.,    Tampa, FL 33615-4518
27283052        Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
27239026       +Dennis McElrath,    PO Box 523,    Safety Harbor, FL 34695-0523
27434884       +Duke Energy,    299 1st Ave., N,    Saint Petersburg, FL 33701-3308
27239028       +EC Finance, Inc.,    2944 Saber Dr.,    Clearwater, FL 33759-1222
27239029       +Edita Pavlovic,    1114 85th Terrace North,    APT C,    Saint Petersburg, FL 33702-3311
27239030       +Elite Car Sales of Clrwtr,    1925 Dolphoine Dr,,    Belleair Bluffs, FL 33770-2069
27239031       +Elite Financial Edge LLC,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239032       +Elite Holdings, LLC,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27434885        FMA Alliance, Ltd.,    P.O. Box 2409,    Houston, TX 77252-2409
27239033       +First Data,    3975 NW 120th Avenue,    Coral Springs, FL 33065-7632
27239036       +Flomac Enterprises, LLC,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27425807       +Florida Legal Advocacy Group of Tampa Bay,     1180 Gulf Boulevard, Suite 303,
                 Clearwater, Florida 33767-2755
27239039       +Floyd and Ruby McKenzie,    1725 Robin Hood Ln,    Clearwater, FL 33764-6449
27239041       +Ford Motor Credit Co LLC,    c/o CT Corporation,    1200 South Pine Island Rd,
                 Plantation, FL 33324-4413
27239043       +GEICO INDEMNITY Company,    c/o Chief Financial Officer,    200 East Gaines St,
                 Tallahassee, FL 32399-6502
27239042       +Geico Indemnity CO,    5260 Western Blvd,    Chevy Chase, MD 20815-3799
27239044       +George W. Greer,    PO Box 1963,    Clearwater, FL 33757-1963
27239046       +Helen Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239047       +Home Depot,    PO 790328,    Saint Louis, MO 63179-0328
27239052       +Ioannis and Eva Tagaras,    2270 Lancaster Dr.,    Clearwater, FL 33764-6530
27239053       #+Ivan Talanga,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239054       +Ivans Auto Repair, Inc.,    1925 Dolphoine Dr,,    Belleair Bluffs, FL 33770-2069
27239055       +Jeffrey Dowd, Esq.,    156 W. Robertson St,    Brandon, FL 33511-5112
```

```
District/off: 113A-8                  User: mallows                Page 2 of 5                    Date Rcvd: Sep 10, 2020
                                      Form ID: B318                Total Noticed: 110


27239056         +Jessica F. Watts, Esq.,    George G. Pappas, P.A.,    1822 North Belsher Rd,     Suite 200,
                   Clearwater, FL 33765-1400
27239057         +Joelle Schultz, Esq.,    13555 Automobile BLvd,    Suite 300,    Clearwater, FL 33762-3837
27239058         +Kass Law Firm,    Attn: Edward Prichard,    PO Box 800,    Tampa, FL 33601-0800
27239059          LAW OFFICE OF ROBERT ECKARD,     3110 Alt US Hwy 19 North,    Palm Harbor, FL 34683
27239061         +Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
27239064         +Mercedes Benz Financial Ser,    PO Box 5209,    Carol Stream, IL 60197-5209
27239066        ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,     JERSEY CITY NJ 07310-2603
                 (address filed with court: Northern Leasing Syste,     132 W 31st St Fl 14,    New York, NY 10001)
27239065         +Nicholas Hoban,    80 Winterbrook Dr.,    Cranberry TWP, PA 16066-7904
27239067         +Panos Vasiloudes,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239068         +Parc Investment Services Cor,    c/o Dennis McElrath,    PO Box 523,
                   Safety Harbor, FL 34695-0523
27239069         +Pat Margas,    5210 Webb Rd.,    Tampa, FL 33615-4518
27239071         +Pinellas County,    Office of Human Rights,    400 S. Fort Harrison Ave.,
                   5th Floor Attn: Lisa Postell,    Clearwater, FL 33756-5113
27239070          Pinellas County,    Office of Human Rights,    Attn Lisa Postell,    400 S. Harrison Ave., St 500,
                   Clearwater, FL 33756
27380994         +Pinellas County Utilities,    Chance Walton,    14 S. Ft. Harrison Avenue,
                   Clearwater, FL 33756-5105
27239075         +Stephen G. Watts, Esq.,    300 Turner St,    Clearwater, FL 33756-5327
27239076        #+Sunshine Auto Group, LLC,    c/o Ivan Talanga,    1925 Dolphin Dr.,
                   Belleair Bluffs, FL 33770-2069
27425825          The Law Office of Robert D. Eckard & Associates, P,     3110 US Alternate 19 North,
                   Palm Harbor, FL 34683
27239083         +The Talanga Family Irre Trst,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239084         +The Talanga Family Trust,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069
27239085          Villa Anna Assisted Living,    1925 Dolphin Dr.,    Belleair Bluffs, FL 33770-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr               +EDI: BCRCHANEY.COM Sep 11 2020 05:33:00      Carolyn R. Chaney,    PO Box 530248,
                   St. Petersburg, FL 33747-0248
cr                E-mail/Text: bankruptcy@bbandt.com Sep 11 2020 01:53:56       Sheffield Financial/BB&T,
                   Bankrutpcy Section/100-50-01-51,    PO Box 1847,    Wilson, NC 27894-1847
27373955          E-mail/Text: bankruptcy@autofinance.com Sep 11 2020 01:48:20        Automotive Finance Corporation,
                   13085 Hamilton Crossing Blvd.,    Ste. 300,    Carmel, IN 46032
27239012         +E-mail/Text: bankruptcy@rentacenter.com Sep 11 2020 01:54:56        Acceptance Now,
                   5501 Headquarters Dr,    Plano, TX 75024-5837
27239013         +E-mail/Text: bankruptcy@achievacu.com Sep 11 2020 01:48:08        Achieva Cu,    10125 Ulmerton Rd,
                   Largo, FL 33771-3531
27239016         +EDI: APPLIEDBANK.COM Sep 11 2020 05:33:00      Applied Bank,    Po Box 17125,
                   Wilmington, DE 19850-7125
27239017         +EDI: WSBC Sep 11 2020 05:33:00      Badcock Furn,    900 Missouri Ave., North,
                   Largo, FL 33770-1812
27239018          EDI: CAPITALONE.COM Sep 11 2020 05:33:00      Capital One,    15000 Capital One Dr,
                   Richmond, VA 23238
27239019          EDI: CCS.COM Sep 11 2020 05:33:00      CCS,    PO Box 607,    Norwood, MA 02062-0607
27302819          EDI: CAPITALONE.COM Sep 11 2020 05:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC 28272-1083
27239022         +EDI: CHRM.COM Sep 11 2020 05:33:00      Chrysler Capital,    PO Box 961275,
                   Fort Worth, TX 76161-0275
27239023         +E-mail/Text: ebnnotifications@creditacceptance.com Sep 11 2020 01:48:12        Credit Acceptance,
                   Po Box 513,    Southfield, MI 48037-0513
27239027          EDI: IRS.COM Sep 11 2020 05:33:00      Department of the Treasury,    IRS,    PO Box 7346,
                   Philadelphia, PA 19101-7346
27239035          EDI: AMINFOFP.COM Sep 11 2020 05:33:00      First Premier Bank,    P. O. Box 5529,
                   Sioux Falls, SD 57117-5529
27239034         +EDI: AMINFOFP.COM Sep 11 2020 05:33:00      First Premier Bank,    3820 N Louise Ave,
                   Sioux Falls, SD 57107-0145
27239037          EDI: RMSC.COM Sep 11 2020 05:33:00      Floor & Decor,    PO 960061,    Orlando, FL 32896-0061
27239038          EDI: FLDEPREV.COM Sep 11 2020 05:33:00      Florida Dept. of Revenue,
                   6302 E. Martin Luther King Blvd,    Suite 100,    Tampa FL 33619-1166
27239040         +EDI: FORD.COM Sep 11 2020 05:33:00      Ford Motor Credit CO,    PO Boz 6508,
                   Mesa, AZ 85216-6508
27434886         +E-mail/Text: bankruptcy@affglo.com Sep 11 2020 01:54:06        Global Credit & Collection Corp.,
                   Attn: Collections Department,    5440 N. Cumberland Avenue, Suite 300,
                   Chicago, IL 60656-1486
27239051         +E-mail/Text: collections@datamax.com Sep 11 2020 01:53:46        Interstate Credit Coll,
                   711 Coliseum Plaza Ct,    Winston Salem, NC 27106-5350
27434887          E-mail/Text: collections@datamax.com Sep 11 2020 01:53:46        Interstate Credit Collections,
                   711 Coliseum Plaza Court,    Winston Salem, NC 27106-5350
27239020          EDI: JPMORGANCHASE Sep 11 2020 05:33:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
27239062         +EDI: DAIMLER.COM Sep 11 2020 05:33:00      MB Fin Svcs,    PO Box 961,    Roanoke, TX 76262-0961
27239060         +EDI: PHINGENESIS Sep 11 2020 05:33:00      Mabt - Genesis Retail,    Po Box 4499,
                   Beaverton, OR 97076-4499
27239063          EDI: DAIMLER.COM Sep 11 2020 05:33:00      Mercedes Benz Credit,    P. O. Box 685,
                   Roanoke, TX 76262-0685
27434888          EDI: AGFINANCE.COM Sep 11 2020 05:33:00      One Main,    9600 66th Street N., Suite B,
                   Pinellas Park, FL 33782-4540
```

```
District/off: 113A-8                  User: mallows                  Page 3 of 5                  Date Rcvd: Sep 10, 2020
                                      Form ID: B318                  Total Noticed: 110
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
27239074          EDI: AGFINANCE.COM Sep 11 2020 05:33:00      Springleaf Financial S,   9600 66th St N Ste B,
                  Pinellas Park, FL 33782
27239073         +E-mail/Text: bankruptcy@bbandt.com Sep 11 2020 01:53:56      Sheffield Financial Co,
                  2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
27441012          EDI: FLDEPREV.COM Sep 11 2020 05:33:00      State of Florida - Department of Revenue,
                  Post Office Box 6668,    Tallahassee, FL 32314-6668
27239077         +EDI: RMSC.COM Sep 11 2020 05:33:00      Syncb/floor & Decor,   PO Box 965036,
                  Orlando, FL 32896-5036
27239078         +EDI: RMSC.COM Sep 11 2020 05:33:00      Syncb/home Design Nahf,   950 Forrer Blvd,
                  Kettering, OH 45420-1469
27239079         +EDI: RMSC.COM Sep 11 2020 05:33:00      Syncb/polaris Consumer,   Po Box 6153,
                  Rapid City, SD 57709-6153
27239080         +EDI: RMSC.COM Sep 11 2020 05:33:00      Syncb/sync Bank Luxury,   950 Forrer Blvd,
                  Kettering, OH 45420-1469
27408441          EDI: RMSC.COM Sep 11 2020 05:33:00      Synchrony Bank,   Attn: Bankruptcy Department,
                  PO Box 530912,    Atlanta GA 30353-0912
27424541         +EDI: RMSC.COM Sep 11 2020 05:33:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk VA 23541-1021
27239081          EDI: RMSC.COM Sep 11 2020 05:33:00      Synchrony Bank/Polaris,   PO Box 965073,
                  Orlando, FL 32896-5073
27239082         +EDI: CITICORP.COM Sep 11 2020 05:33:00      Thd/cbna,   Po Box 6497,
                  Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 37

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
unk              Invicta Park Place Estate, LLC
cr               Ioannis Tagaras
cr               The Law Office of Robert Eckard & Associates, P.A.
cr*             +EC Finance Inc,   2944 Saber Drive,   Clearwater, FL 33759-1222
27239049*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   Centralized Insolvency Ops,
                  P. O. Box 21126,   Philadelphia, PA 19114-0326)
27239048*        Internal Revenue Service,   PO Box 80110,   Cincinnati, OH 45280-0110
27239050*        Internal Revenue Service,   Centralized Insolvency Opera,   PO Box 7346,
                  Philadelphia, PA 19101-7346
27425841*        The Law Office of Robert D. Eckard & Associates, P,   3110 US Alternate 19 North,
                  Palm Harbor, FL 34683
27239045        ##+Hancock Bank,   15500 Roosevelt Blvd.,   Suite 102,   Clearwater, FL 33760-3490
27239072        ##+Roy Melita,   8786 Baywood Park Dr.,   Seminole, FL 33777-4624
                                                                                       TOTALS: 3, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113A-8                   User: mallows                 Page 4 of 5                    Date Rcvd: Sep 10, 2020
                                       Form ID: B318                 Total Noticed: 110
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:

```
              Adam S Levine     on behalf of Creditor Panos  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Car Sales aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    The Florida Legal Advocacy Group of Tampa Bay, P.A.
               aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Panos  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Anna Dunedin Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Car Sales, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Sophia Highland Realty, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor Pat  Margas aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Elite Car Sales of Clearwater, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Elite Financial Edge, LLC aslevine@msn.com
              Adam S Levine     on behalf of Plaintiff    Cygram Holdings, LP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Helen  Vasiloudes aslevine@msn.com
              Adam S Levine     on behalf of Creditor Adam Scott Levine aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Elite Car Sales of Clearwater, Inc.
               aslevine@msn.com
              Adam S Levine     on behalf of Creditor    Academic Alliance in Dermatology, Inc. aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant    Cygram Heritage, LLLP aslevine@msn.com
              Adam S Levine     on behalf of Counter-Defendant Panos  Vasiloudes aslevine@msn.com
              Allan C Watkins     on behalf of Interested Party Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins     on behalf of Trustee Carolyn R. Chaney court@watkinslawfl.com
              Allan C Watkins     on behalf of Attorney for Trustee Carolyn R. Chaney court@watkinslawfl.com
              Benjamin E. Lambers     on behalf of U.S. Trustee    United States Trustee - TPA7/13
               Ben.E.Lambers@usdoj.gov
              Bradley Halberstadt     on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               bk@szjlaw.com
              Buddy D Ford     on behalf of Creditor Dennis  McElrath Buddy@TampaEsq.com,
               Nancy@TampaEsq.com;Jonathan@tampaesq.com;Heather@tampaesq.com;Peggy@tampaesq.com;Staci@tampaesq.c
               om;Nicholle@tampaesq.com
              Carolyn R. Chaney     carolyn.chaney@earthlink.net, FL46@ecfcbis.com
              Chad D Heckman     on behalf of Creditor    Hancock Bank eservice@heckmanlawgroup.com
              David  Delrahim     on behalf of Defendant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Defendant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Debtor Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Joint Debtor Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Counter-Claimant Zdravko  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              David  Delrahim     on behalf of Counter-Claimant Darina  Talanga ddelrahim@eflegal.com,
               creeder@eflegal.com;afrederick@eflegal.com
              Ian  Horn     on behalf of unknown    Invicta Park Place Estate, LLC ianhornlaw@gmail.com
              Jay D. Passer     on behalf of Creditor Nicholas  Hoban tbcc2@verizon.net, kathykorson@hotmail.com
              Michael A. Ziegler     on behalf of Creditor    EC Finance Inc bankruptcy@attorneydebtfighters.com,
               zieglermr73799@notify.bestcase.com
              Michael A. Ziegler     on behalf of Creditor Eva  Tagaras bankruptcy@attorneydebtfighters.com,
               zieglermr73799@notify.bestcase.com
              Michael A. Ziegler     on behalf of Creditor Ioannis  Tagaras bankruptcy@attorneydebtfighters.com,
               zieglermr73799@notify.bestcase.com
              Paul D Watson     on behalf of Creditor    Hancock Bank pwatson@sbwlegal.com, ddevlin@sbwlegal.com
              Robert D. Eckard     on behalf of Creditor    The Law Office of Robert Eckard & Associates, P.A.
               robert@roberteckardlaw.com, Service@roberteckardlaw.com;jessica@roberteckardlaw.com
              Samantha L Dammer     on behalf of Creditor    PARC Investment Services Corp sdammer@attysam.com,
               service@tampalawadvocates.com
              Samantha L Dammer     on behalf of Creditor Dennis  McElrath sdammer@attysam.com,
               service@tampalawadvocates.com
              Samantha L Dammer     on behalf of Plaintiff    PARC Investment Services Corp sdammer@attysam.com,
               service@tampalawadvocates.com
              Samantha L Dammer     on behalf of Counter-Defendant    PARC Investment Services Corp
               sdammer@attysam.com, service@tampalawadvocates.com
              United States Trustee - TPA7/13     USTPRegion21.TP.ECF@USDOJ.GOV
```

```
District/off: 113A-8                User: mallows                 Page 5 of 5                  Date Rcvd: Sep 10, 2020
                                    Form ID: B318                 Total Noticed: 110
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 58

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Zdravko Talanga** | Social Security number or ITIN **xxx–xx–1533** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Darina Talanga** | Social Security number or ITIN **xxx–xx–2382** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | |
| Case number:   **8:17–bk–09357–MGW** | | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zdravko Talanga                                         Darina Talanga

\-

Dated: September 10, 2020           _____
                                                   Michael G. Williamson
                                                   United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**