**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: TALANGA, ZDRAVKO    §    Case No. 8:17-bk-09357-MGW
TALANGA, DARINA    §
    §
    §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

CAROLYN R. CHANEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $972,236.00 | Assets Exempt: | $175,640.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,950.89 | Claims Discharged Without Payment: | $4,279,638.65 |
| Total Expenses of Administration: | $19,212.46 | | |

3) Total gross receipts of $24,163.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $24,163.35 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $758,779.00 | $2,352,663.57 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $19,212.46 | $19,212.46 | $19,212.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $43,187.88 | $43,187.88 | $4,950.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,380,817.96 | $2,853,555.83 | $2,768,928.33 | $0.00 |
| **TOTAL DISBURSEMENTS** | $5,139,596.96 | $5,268,619.74 | $2,831,328.67 | $24,163.35 |

4) This case was originally filed under chapter 7 on 11/02/2017.  The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2020    By: /s/ CAROLYN R. CHANEY
                                     Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Storage shed | 1229-000 | $2,000.00 |
| Household furnishings | 1129-000 | $4,170.00 |
| 2015 Polaris Can-am | 1129-000 | $6,543.35 |
| Clothes | 1129-000 | $50.00 |
| Elite Holdings, LLC owns partial interests in: Elite Financial Edge, LLC 33.3% Elite Car Sales, LLC 33.3% Elite Car Sale | 1129-000 | $1,000.00 |
| Possible professional liability and/or breach of duty claims against Debtors' former attorney, Adam Levine. | 1129-000 | $10,000.00 |
| Costume jewelry | 1129-000 | $300.00 |
| Clothes | 1129-000 | $100.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,163.35** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Pat Margas | 4110-000 | NA | $58,000.00 | $0.00 | $0.00 |
| 16 | Helen Vasiloudes | 4110-000 | NA | $38,000.00 | $0.00 | $0.00 |
| 17 | Cygram Heritage, LLLP | 4110-000 | NA | $2,256,663.57 | $0.00 | $0.00 |
| N/F | Chrysler Capital | 4110-000 | $21,565.00 | NA | NA | NA |
| N/F | EC Finance, Inc. | 4110-000 | $440,000.00 | NA | NA | NA |
| N/F | Nicholas Hoban | 4110-000 | $277,000.00 | NA | NA | NA |
| N/F | Sheffield Financial Co | 4110-000 | $6,033.00 | NA | NA | NA |
| N/F | Synchrony Bank/Polaris | 4110-000 | $14,181.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$758,779.00** | **$2,352,663.57** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - CAROLYN R. CHANEY | 2100-000 | NA | $3,166.34 | $3,166.34 | $3,166.34 |
| Trustee, Expenses - CAROLYN R. CHANEY | 2200-000 | NA | $391.73 | $391.73 | $391.73 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $14.97 | $14.97 | $14.97 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $25.00 | $25.00 | $25.00 |
| Attorney for Trustee Fees (Other Firm) - ALLAN C. WATKINS, ESQUIRE | 3210-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Attorney for Trustee Expenses (Other Firm) - ALLAN C. WATKINS, ESQUIRE | 3220-000 | NA | $220.42 | $220.42 | $220.42 |
| Appraiser for Trustee Fees - Joy Kelley Augustine | 3711-000 | NA | $394.00 | $394.00 | $394.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$19,212.46** | **$19,212.46** | **$19,212.46** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None ||||||

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4-4P | Department of the Treasury IRS | 5800-000 | NA | $23,952.67 | $23,952.67 | $2,745.84 |
| 20P | State of Florida - Department of Revenue | 5800-000 | NA | $15,131.61 | $15,131.61 | $1,734.63 |
| 22 | State of Florida - Department of Revenue | 5800-000 | NA | $4,103.60 | $4,103.60 | $470.42 |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$43,187.88** | **$43,187.88** | **$4,950.89** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Daimler Trust c/o BK Servicing, LLC | 7100-000 | NA | $14,196.04 | $14,196.04 | $0.00 |
| 2 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-000 | $2,179.00 | $2,293.60 | $2,293.60 | $0.00 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-000 | $4,620.00 | $4,825.30 | $4,825.30 | $0.00 |
| 4-4PEN | Department of the Treasury IRS | 7300-000 | NA | $3,486.73 | $3,486.73 | $0.00 |
| 4-4U | Department of the Treasury IRS | 7100-000 | $18,328.78 | $14,262.97 | $14,262.97 | $0.00 |
| 5 | Hancock Bank | 7100-000 | $2,000,000.00 | $1,908,081.94 | $1,908,081.94 | $0.00 |
| 6 | Hancock Bank | 7100-000 | $255,000.00 | $215,041.07 | $215,041.07 | $0.00 |
| 7 | Citibank, N.A. | 7100-000 | $1,192.00 | $1,192.63 | $1,192.63 | $0.00 |
| 8 | Automotive Finance Corporation | 7100-000 | NA | $3,144.99 | $3,144.99 | $0.00 |
| 9 | Pinellas County Utilities | 7100-000 | $186.38 | $214.52 | $214.52 | $0.00 |
| 10 | Flomac Enterprises, LLC | 7100-000 | $317,242.45 | $317,242.45 | $317,242.45 | $0.00 |
| 11 | PARC Investment Services Corp. | 7100-000 | $250,000.00 | $248,500.00 | $248,500.00 | $0.00 |
| 12 | Synchrony Bank Attn: Bankruptcy Department | 7100-000 | NA | $13,181.65 | $13,181.65 | $0.00 |
| 13 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $945.00 | $1,049.80 | $1,049.80 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $1,013.00 | $1,165.56 | $1,165.56 | $0.00 |
| 18 | Florida Legal Advocacy Group of Tampa Bay | 7100-000 | NA | $84,627.50 | $0.00 | $0.00 |
| 19 | LAW OFFICE OF ROBERT ECKARD | 7100-000 | $19,276.00 | $17,738.75 | $17,738.75 | $0.00 |
| 20U | State of Florida - Department of Revenue | 7300-000 | NA | $3,185.30 | $3,185.30 | $0.00 |
| 21 | City of Clearwater Customer Service | 7200-000 | $125.03 | $125.03 | $125.03 | $0.00 |
| N/F | Acceptance Now | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Achieva Cu | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Adam Levine, Esq. | 7100-000 | $54,000.00 | NA | NA | NA |
| N/F | Applied Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Badcock Furn | 7100-000 | $1,900.00 | NA | NA | NA |
| N/F | Caine & Weiner | 7100-000 | $1,580.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $10,185.00 | NA | NA | NA |
| N/F | Credit Acceptance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cygram Heritage, LLLP | 7100-000 | $1,169,100.00 | NA | NA | NA |
| N/F | Dennis McElrath | 7100-000 | $12,500.00 | NA | NA | NA |
| N/F | Duke Energy f/k/a FPL | 7100-000 | $119.72 | NA | NA | NA |
| N/F | Edita Pavlovic | 7100-000 | $7,272.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | FMA Alliance, Ltd. | 7100-000 | $988.13 | NA | NA | NA |
| N/F | First Data | 7100-000 | $1,313.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $190.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $314.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $232.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Florida Dept, of Revenue | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Floyd and Ruby McKenzie | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ford Motor Credit Co LLC | 7100-000 | $16,617.56 | NA | NA | NA |
| N/F | GEICO INDEMNITY Company | 7100-000 | $1,569.00 | NA | NA | NA |
| N/F | George W. Greer | 7100-000 | $450.00 | NA | NA | NA |
| N/F | Global Credit & Collection | 7100-000 | $12,681.65 | NA | NA | NA |
| N/F | Helen Vasiloudes | 7100-000 | $38,000.00 | NA | NA | NA |
| N/F | Home Depot | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Interstate Credit Coll | 7100-000 | $684.00 | NA | NA | NA |
| N/F | Interstate Credit Collection | 7100-000 | $119.72 | NA | NA | NA |
| N/F | MB Fin Svcs | 7100-000 | $46,799.00 | NA | NA | NA |
| N/F | Mabt - Genesis Retail | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Marinr Fine | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Northern Leasing Syste | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | One Main | 7100-000 | $850.54 | NA | NA | NA |
| N/F | Panos Vasiloudes | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pat Margas | 7100-000 | $58,000.00 | NA | NA | NA |
| N/F | Roy Melita | 7100-000 | $69,979.00 | NA | NA | NA |
| N/F | Springleaf Financial S | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Syncb/home Design Nahf | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Thd/cbna | 7100-000 | $3,266.00 | NA | NA | NA |
| N/F | Ioannis and Eva Tagaras | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,380,817.96** | **$2,853,555.83** | **$2,768,928.33** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.:  8:17-bk-09357-MGW
Case Name:  TALANGA, ZDRAVKO
TALANGA, DARINA

For Period Ending:  11/19/2020

Trustee Name:  (290680) CAROLYN R. CHANEY
Date Filed (f) or Converted (c):  11/02/2017 (f)
§ 341(a) Meeting Date:  12/07/2017
Claims Bar Date:  03/07/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home: 1925 Dolphin Dr., Belleair Bluffs, FL 33770 | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Property: 18400 US Hwy 19 North, Clearwater, FL 33764 | 500,000.00 | 60,000.00 | OA | 0.00 | FA |
| 3 | 2013 Jeep Wrangler | 15,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2015 Polaris Can-am | 15,000.00 | 179.00 | | 6,543.35 | FA |
| 5 | Household furnishings | 3,000.00 | 2,735.00 | | 4,170.00 | FA |
| 6 | 2015 Jet Ski | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | Clothes | 50.00 | 50.00 | | 50.00 | FA |
| 8 | Clothes | 100.00 | 100.00 | | 100.00 | FA |
| 9 | Costume jewelry | 300.00 | 300.00 | | 300.00 | FA |
| 10 | 1 Doberman | 1.00 | 1.00 | OA | 0.00 | FA |
| 11 | Cash | 35.00 | 0.00 | | 0.00 | FA |
| 12 | Adriatic Cafe, LLC, 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 13 | Ivan's Auto Repair, Inc.; closed in June 2017 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Elite Holdings, LLC owns partial interests in: Elite Financial Edge, LLC 33.3% Elite Car Sales, LLC 33.3% Elite Car Sales of Clearwater, Inc. 33.3% Villa Anna Assisted Living Facility, LLC 49.9% Sophia Highlands Realty, LLC 49.9% Anna Dunedin Realty, LLC 49.9% | Unknown | 0.00 | | 1,000.00 | FA |
| 15 | Utility: City of Clearwater | 800.00 | 0.00 | | 0.00 | FA |
| 16 | Electric: Duke Energy | 900.00 | 0.00 | | 0.00 | FA |
| 17 | The Talanga Family Irrevocable Trust dated July 31, 2015 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Possible professional liability and/or breach of duty claims against Debtors' former attorney, Adam Levine. | Unknown | 0.00 | | 10,000.00 | FA |
| 19 | Storage shed (u) | 0.00 | 0.00 | | 2,000.00 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$990,686.00** | **$63,365.00** | | **$24,163.35** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 8:17-bk-09357-MGW
**Case Name:** TALANGA, ZDRAVKO
TALANGA, DARINA

**For Period Ending:** 11/19/2020

**Trustee Name:** (290680) CAROLYN R. CHANEY
**Date Filed (f) or Converted (c):** 11/02/2017 (f)
**§ 341(a) Meeting Date:** 12/07/2017
**Claims Bar Date:** 03/07/2018

**Major Activities Affecting Case Closing:**

TDR submitted to UST 10/23/20.
05/30/20 - TFR submitted to UST.  TFR approved and NFR mailed 07/03/20.  Distribution to creditors 08/31/20.
11/13/19 - Tee sale of causes of action approved.  01/31/20 - final payment received from debtors.  02/05/20 - issued bill of sale to debtors.
10/08/19 - Tee filed 2d report and notice to sell causes of action.  10/22/19 - objection to sale filed by PARC Investment.
08/26/19 - objections to sale filed; set for hrg on 09/04.  09/04/19 - buyback sale approved; compromise with debtors approved.
07/31/19 - filed report of sale back to debtors of non-exempt business interests.
06/04/19 - filed objection to debtors' motion to approve compromise.  Hrg set for 07/25.
05/13/19 - payment reminder to atty.
02/06/19 - filed report and notice of intent to sell assets (various causes of action).
12/11/18 - filed notice of abandonment of burdensome property.
11/20/18 - payment received from debtors.  11/26/18 - payment to appraiser; filed report and notice of intention to sell property back to debtors.
09/10/18 - debtors offered payment plan.  09/18/18 - response to debtors' offer.
09/05/18 - notice of 2004 exam filed by Tee.
08/23/18 - buyback offer to debtors.
06/05/18 - complaint objecting to discharge filed by PARC Investment Services (8:18-ap-00248)
05/11/18 - recvd documents to review.
05/07/18 - objection to exemptions.  05/09/18 - filed report of appraiser; application to pay appraiser.
Contd 341 mtg on 04/26/18.  Concluded.  04/06/18 - Trustee req for extension to object to discharge.
02/21/18 - motion to sell interest in real property. Objection filed 03/01/18. Hrg held 03/07/18.
02/05/18 - complaint objecting to discharge filed by Elite Financial Edge, LLC (8:18-ap-00049).
01/09/18 - filed application to employ appraiser.  Approved.
12/21/17 - Amended application to employ Watkins. Approved 01/09/18.
341 mtg held 12/7/17; contd to 03/15/18.
11/08/17 - application to employ Allan Watkins.  Approved 11/9/17.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018       **Current Projected Date Of Final Report (TFR):** 05/31/2020 (Actual)

11/19/2020
Date

/s/CAROLYN R. CHANEY
CAROLYN R. CHANEY

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 8:17-bk-09357-MGW | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | TALANGA, ZDRAVKO | Bank Name: | Mechanics Bank |
| | TALANGA, DARINA | Account #: | ******4200 Checking |
| Taxpayer ID #: | **-***4214 | Blanket Bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 11/19/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 | | 1,000.00 |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 | | 2,000.00 |
| 11/20/18 | {4} | Zdravko Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,000.00 | | 3,000.00 |
| 11/26/18 | {4} | Darina Talanga | Sale of non-exempt property per notice dated 11/26/18. | 1129-000 | 1,500.00 | | 4,500.00 |
| 11/26/18 | 101 | Joy Kelley Augustine | Order Approving Compensation for Appraiser, Doc. No. 104 | 3711-000 | | 394.00 | 4,106.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,101.00 |
| 12/31/18 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 | | 5,601.00 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,596.00 |
| 01/10/19 | {4} | Darina Talanga | 01/11/19 - Check returned for NSF; notified atty for debtors. | 1129-000 | -1,500.00 | | 4,096.00 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,091.00 |
| 02/08/19 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,000.00 | | 5,091.00 |
| 02/08/19 | {4} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 500.00 | | 5,591.00 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,586.00 |
| 03/26/19 | | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | | 1,500.00 | | 7,086.00 |
| | {4} | | Buyback $543.35 | 1129-000 | | | |
| | {7} | | Buyback $50.00 | 1129-000 | | | |
| | {8} | | Buyback $100.00 | 1129-000 | | | |
| | {9} | | Buyback $300.00 | 1129-000 | | | |
| | {5} | | Buyback $506.65 | 1129-000 | | | |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 7,081.00 |
| 06/01/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 | | 8,581.00 |
| 07/15/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 1,500.00 | | 10,081.00 |
| 08/30/19 | {5} | Darina Talanga | Sale of non-exempt property per notice 11/26/18. | 1129-000 | 663.35 | | 10,744.35 |
| 12/06/19 | {18} | Darina Talanga | Order Approving Sale of Assets, Doc. No. 202. | 1129-000 | 5,000.00 | | 15,744.35 |
| 12/17/19 | {18} | Darina Talanga | Final payment per Order Granting Sale of Assets, Doc. No. 202. | 1129-000 | 5,000.00 | | 20,744.35 |

Page Subtotals:   $21,163.35   $419.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 8:17-bk-09357-MGW | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | TALANGA, ZDRAVKO | Bank Name: | Mechanics Bank |
|  | TALANGA, DARINA | Account #: | ******4200 Checking |
| Taxpayer ID #: | **-***4214 | Blanket Bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 11/19/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/19 | {18} | ZDRAVKO TALANGA, DARINA TALANGA | Check returned for insufficient funds on 01/07/20; notify maker. | 1129-000 | -5,000.00 | | 15,744.35 |
| 01/31/20 | | Darina Talanga | Sale of non-exempt property per notice 07/31/19. | | 3,000.00 | | 18,744.35 |
| | {14} | | Buyback $1,000.00 | 1129-000 | | | |
| | {19} | | Buyback $2,000.00 | 1229-000 | | | |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 14.97 | 18,729.38 |
| 05/04/20 | {18} | Darina Talanga | Final payment per Order Granting Sale of Assets, Doc. No. 202. | 1129-000 | 5,000.00 | | 23,729.38 |
| 08/31/20 | 102 | CAROLYN R. CHANEY | CASE NAME: ZDRAVKO TALANGA AND DARINA TALANGA.  CLAIM # FEE.  CLAIM ALLOWED:  $3,166.34.  CLAIM DIVIDEND: 100.00%. | 2100-000 | | 3,166.34 | 20,563.04 |
| 08/31/20 | 103 | CAROLYN R. CHANEY | CASE NAME: ZDRAVKO TALANGA AND DARINA TALANGA.  CLAIM # TE.  CLAIM ALLOWED: $391.73.  CLAIM DIVIDEND: 100.00%. | 2200-000 | | 391.73 | 20,171.31 |
| 08/31/20 | 104 | ALLAN C. WATKINS, ESQUIRE | CASE NAME: ZDRAVKO TALANGA AND DARINA TALANGA.  CLAIM # .  CLAIM ALLOWED: $15,000.00.  CLAIM DIVIDEND: 100.00%. | 3210-000 | | 15,000.00 | 5,171.31 |
| 08/31/20 | 105 | ALLAN C. WATKINS, ESQUIRE | CASE NAME: ZDRAVKO TALANGA AND DARINA TALANGA.  CLAIM # .  CLAIM ALLOWED: $220.42.  CLAIM DIVIDEND: 100.00%. | 3220-000 | | 220.42 | 4,950.89 |
| 08/31/20 | 106 | Department of the Treasury IRS | CASE NAME: ZDRAVKO TALANGA AND DARINA TALANGA.  CLAIM # 4-4P.  CLAIM ALLOWED:  $23,952.67.  CLAIM DIVIDEND: 11.46%. | 5800-000 | | 2,745.84 | 2,205.05 |
| 08/31/20 | 107 | State of Florida - Department of Revenue | CASE NAME: ZDRAVKO TALANGA AND DARINA TALANGA.  CLAIM # 20P.  CLAIM ALLOWED:  $15,131.61.  CLAIM DIVIDEND: 11.46%. | 5800-000 | | 1,734.63 | 470.42 |
| 08/31/20 | 108 | State of Florida - Department of Revenue | CASE NAME: ZDRAVKO TALANGA AND DARINA TALANGA.  CLAIM # 22.  CLAIM ALLOWED: $4,103.60.  CLAIM DIVIDEND: 11.46%. | 5800-000 | | 470.42 | 0.00 |
| | | COLUMN TOTALS | | | 24,163.35 | 24,163.35 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 24,163.35 | 24,163.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $24,163.35 | $24,163.35 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 8:17-bk-09357-MGW | **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Case Name:** | TALANGA, ZDRAVKO<br>TALANGA, DARINA | **Bank Name:** | Mechanics Bank |
| | | **Account #:** | ******4200 Checking |
| **Taxpayer ID #:** | **-***4214 | **Blanket Bond (per case limit):** | $24,397,000.00 |
| **For Period Ending:** | 11/19/2020 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $24,163.35 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $24,163.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4200 Checking | $24,163.35 | $24,163.35 | $0.00 |
| | **$24,163.35** | **$24,163.35** | **$0.00** |

11/19/2020  
Date

/s/CAROLYN R. CHANEY  
CAROLYN R. CHANEY

UST Form 101-7-TDR (10 /1/2010)